AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Ala__

Terrance Long + Barry Barr

v.

Aronov Realty Management, Inc. Amy Clark Knudsen, and Marjorie Darney

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 CV 881 -WKW

TO: (Name and address of Defendant)

Aronov Realty Management Inc
3500 Eastern Blvd.
Montgomery, AL 36116-1781

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Michael Quinn
Kevin W. Jent
Wiggins, Childs, Quinn + Pantazis LLC
301 19th St North
B'ham, AL 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              10/2/2007
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| | **RETURN OF SERVICE** |
| Service of the Summons and complaint was made by me[(1)] | DATE 10-5-07 |
| NAME OF SERVER *(PRINT)* Robert Sisson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Gloria Batten
3500 Eastern Blvd
Montgomery AL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-5-07
                Date

*Signature of Server*

1220 20th St. South
B'ham AL.

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.