— Long

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Meiging Dorsey
2233 Paragon Drive
San Jose, Ca 95131

2:07cv881 (cmp(sms 2p clp)

2. Article Number
(Transfer from service label)

7003 3110 0003 2223 9167

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Munro_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Kozney
C. Date of Delivery: 10/6/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   Merry[?]

   [Postmark: OCT 9 2007 USPS]

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes