IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>               DIVISION

TERRANCE LONG AND BARRY BARR    )
_____,  )
                                )
        Plaintiff,              )
                                )
v.                              )   CASE NO. 2:07-CV-881-WKW
                                )
ARONOV REALTY MANAGEMENT, INC., ET AL. )
_____,  )
                                )
        Defendants,             )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW <u>Meiying Forney</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                        <u>Relationship to Party</u>

_____           _____

_____           _____


10/25/2007                              _____
_____                              (Signature)
Date
                                        N. Gunter Guy, Jr.
                                        (Counsel's Name)

                                        Defendant Meiying Forney
                                        Counsel for (print names of all parties)
                                        Post Office Box 2148
                                        Montgomery, AL 36102-2148
                                        Address, City, State Zip Code
                                        (334) 387-7680
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __N. Gunter Guy, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __25th____ day of __October_____ 20__07_, to:

Robert D. Segall - segall@copelandfranco.com

Michael Quinn - mquinn@wcqp.com

Kevin W. Jent - kjent@wcqp.com

10/25/2007
Date

Signature