IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRANCE LONG and | } | |
| BARRY BARR, | } | |
| | } | |
| Plaintiffs, | } | CASE NO: CA NO.: 2:07 CV 881-WKW |
| | } | |
| v. | } | |
| | } | |
| ARONOV REALTY MANAGEMENT, | } | |
| INC. AMY CLARK KNUDSEN, AND | } | |
| MEIYING FORNEY, | } | |
| | } | |
| Defendants. | } | |

**DEFENDANT ARONOV REALTY MANAGEMENT, INC.'S
CONFLICT DISCLOSURE STATEMENT**

COMES NOW Aronov Realty Management, Inc., Defendant in the above-referenced matter, and

in accordance with the Order of this Court, makes the following disclosure concerning parent companies,

Subsidiary, partners, limited liability entity members and managers, trustees (but not trust beneficiaries),

affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General

Order No. 3047:

The following entities and their relationship to the party are hereby reported as follows:

| ARONOV REALTY MANAGEMENT, INC. | |
|---|---|
| *Unless otherwise indicated, the address for Reportable Entity is:* <br> P.O. Box 23500 <br> Montgomery, AL 36123 | |
| **Reportable Entity** | **Relationship to Party** |
| Aronov Condo Management, Inc. | Wholly Owned Subsidiary |
| Aronov Commercial Capital, Inc. | Wholly Owned Subsidiary |
| Aronov Homes, Inc. | Wholly Owned Subsidiary |
| Aronov Home Rentals, Inc. | Wholly Owned Subsidiary |
| Aronov Insurance, Inc. ("AII") | Wholly Owned Subsidiary |
| Aronov Realty Brokerage, Inc. ("ARBI") | Wholly Owned Subsidiary |
| Aronov Residential Rental Properties, Inc. | Wholly Owned Subsidiary |
| Aronov Resort Management, Inc. | Wholly Owned Subsidiary |
| Atlanta Highway Mini Storage Management, Inc. | Wholly Owned Subsidiary |
| Cordova General, Inc. | Wholly Owned Subsidiary |

| | |
|---|---|
| CP Management, Inc. | Wholly Owned Subsidiary |
| Dogwood Promenade Management, Inc. | Wholly Owned Subsidiary |
| Dothan Motel Management, Inc. | Wholly Owned Subsidiary |
| Eastcrest General, Inc. | Wholly Owned Subsidiary |
| Eastdale Square Management, Inc. | Wholly Owned Subsidiary |
| Enterprise Center Management, Inc. | Wholly Owned Subsidiary |
| Fairlane Management, Inc. | Wholly Owned Subsidiary |
| Foxcroft General, Inc. | Wholly Owned Subsidiary |
| Gala Plaza Management, Inc. | Wholly Owned Subsidiary |
| Gulf West Management, Inc. | Wholly Owned Subsidiary |
| Gunter Park Management, Inc. | Wholly Owned Subsidiary |
| Hot Springs Management, Inc. | Wholly Owned Subsidiary |
| LLC Management, Inc. | Wholly Owned Subsidiary |
| Maison Bocage Management, Inc. | Wholly Owned Subsidiary |
| Prattville Mini Storage Management, Inc. | Wholly Owned Subsidiary |
| SC Management, Inc. | Wholly Owned Subsidiary |
| Southeast LLC Management, Inc. | Wholly Owned Subsidiary |
| Thorington Road Management, Inc. | Wholly Owned Subsidiary |
| Trussville Management, Inc. | Wholly Owned Subsidiary |
| Union Street Management, Inc. | Wholly Owned Subsidiary |
| West Dothan Mini Storage Management, Inc. | Wholly Owned Subsidiary |
| Windsor Hill Management, Inc. | Wholly Owned Subsidiary |
| Wiregrass Management, Inc. | Wholly Owned Subsidiary |
| Aronov Realty Company, Inc. | Affiliate |
| Aronov Capital, Inc. | Affiliate |
| Aronov Centre, Inc. | Affiliate |
| Aronov Land Co., Inc. | Affiliate |
| Aronov-Hot Springs, Inc. | Affiliate |
| ARC Fairfield, Inc. | Affiliate |
| ARC Retail, Inc. | Affiliate |
| ARC-Union Street, Inc. | Affiliate |
| ARC Vaughn Lakes, Inc. | Affiliate |
| Crescent Center, LLC | Affiliate |
| Dadeville Property, LLC | Affiliate |
| Guaranteed Homes, Inc. | Affiliate |
| Gunter Park Developers, Inc. | Affiliate |
| Hamilton Square Shopping Center | Affiliate |
| Hot Springs SPE, Inc. | Affiliate |
| Huntsville Community Builders, Inc. | Affiliate |
| Huntsville Store Company, Inc. | Affiliate |
| Jackson Community Builders, Inc. | Affiliate |
| Jefferson Woods, Inc. | Affiliate |

| | |
|---|---|
| Selma Community Builders, Inc. | Affiliate |
| Talladega Community Builders, Inc. | Affiliate |
| Union Street SPE, Inc. | Affiliate |
| Vaughn Lakes General, Inc. | Affiliate |
| Windsor Hill, LLC | Affiliate |
| Wiregrass SPE, Inc. | Affiliate |
| Zelda Place, Inc. | Affiliate |
| Alex City Shopping Center, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>SC Management, Inc., Manager | Affiliate |
| Aronov-Ozark (Ozark Shopping Center) | Affiliate |
| Belleview Outparcel Associates | Affiliate |
| Carmichael Office, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>Aronov Realty Properties, Inc., Member<br>Ryan Family Enterprises, Ltd., Member<br>*285 Kershaw Industrial Blvd, Montgomery, AL 36117*<br>Aronov Realty Management, Inc., Member | Affiliate |
| Colbert Community Builders, Inc. | Affiliate |
| Cordova Collection, Ltd.<br><br>Cordova General, Inc., General Partner | Affiliate |
| Dothan Motel, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>Aronov Realty Properties, Inc, Member<br>HID, II, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Dothan Motel Management, Inc. & HIDS, LLC,<br>Managers<br>*P.O. Box 5566, Dothan, AL 36302* | Affiliate |
| Enterprise Shopping Center | Affiliate |
| Fairfield Partners, Ltd.<br><br>ARC Fairfield, Inc., General Partner<br>BB&W, LLC, General Partner<br>*300 Office Parker Drive, Suite 108*<br>*Birmingham, AL 35223* | Affiliate |
| Fieldcrest I Apartments, L.L.C.<br><br>Aronov Realty Company, Inc. (Member)<br>Larry G. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302* | |

| | |
|---|---|
| Richard H. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Helen F. Lifland, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Fieldcrest Management, Inc., Manager<br>Fieldcrest Blumberg Manager, LLC, Manager<br>*P.O. Box 5566, Dothan, AL 36302* | Affiliate |
| Fieldcrest II Apartments, L.L.C.<br><br>Jake F. Aronov, Member<br>Owen W. Aronov, Member<br>Aronov Holdings, I, Ltd., Member<br>Aronov Realty Company, Inc., Member<br>Larry G. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Richard H. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Helen B. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Herbert M. Scheur, Jr., Member<br>*1342 Carmichael Way, Montgomery, AL 36106*<br>John E. Ives, Member<br>*8241 Old Federal Road, Montgomery, AL 36117*<br>Fieldcrest Management, Inc., Manager | Affiliate |
| Foxcroft Partners, Limited Partnership<br><br>Foxcroft General, Inc., General Partner | Affiliate |
| Gala Plaza, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>Frank M. Johnston, Member<br>*1821 Pine Needle Road, Montgomery, AL 36106*<br>John Beisel, Member<br>*P.O. Box 20426, St. Simons Island, GA 31522*<br>Gala Plaza Management, Inc., Member | Affiliate |
| Hillwood Estates, ABG | Affiliate |
| Satterfield Plaza Shopping Center | Affiliate |
| Southview Square, L.LC. | Affiliate |
| Tillman's Corner Partners, Ltd. | Affiliate |
| Vaughn Lakes Associates, Ltd.<br><br>Vaughn Lakes General, Inc., General Partner | Affiliate |
| Wiregrass Plaza, LLC<br><br>Aronov Realty Company, Inc., Member<br>Wiregrass SPE, Inc., Member<br>Frank M. Johnston, Member<br>*1821 Pine Needle Road, Montgomery, AL 361016* | Affiliate |

| | |
|---|---|
| Wiregrass Management, Inc., Member | |
| Valley Partners, Ltd.<br><br>Jake F. Aronov, General Partner<br>Owen W. Aronov, General Partner<br>Robert Lamar, General Partner<br>*753 Felder Avenue, Montgomery, AL  36106*<br>Aronov Holdings I., Ltd., General Partner | Affiliate |
| Zelda Place Partners, Ltd.<br><br>Zelda Place, Inc., General Partner | Affiliate |
| Aronov Land Co., Inc. | Affiliate |
| Glynwood, LLC<br><br>Aronov Land Co., Inc., Member<br>Guaranteed Homes, Inc., Member<br>LLC Management, Inc., Manager | Affiliate |
| Macol Corporation | Affiliate |
| Thorington Road Properties, LLC<br><br>Aronov Land Co., Inc., Member<br>Jake F. Aronov, Member<br>Owen W. Aronov, Member<br>Thorington Road Management, Inc., Manager | Affiliate |
| Aronov Realty Properties, Inc., | Affiliate |
| Carmichael Office, LLC | Affiliate |
| Satterfield Plaza Shopping Center | Affiliate |
| Southview Square, LLC<br><br>Aronov Realty Company, Inc., Member<br>Aronov Realty Properties, Inc., Member<br>Larry G. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Richard H. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Helen B. Lifland, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>LLC Management, Inc., Manager<br>Larry Blumberg, Manager<br>*P.O. Box 5566, Dothan, AL  36302* | Affiliate |
| Tillman's Corner Partners, Limited Partners<br><br>Aronov Realty Company, Inc., General Partner<br>Frank M. Johnston<br>*1821 Pine Needle Road, Montgomery, AL  36106* | Affiliate |
| Aronov Professional Career School, Inc. | Wholly Owned Subsidiary of ARBI |
| Seachase Real Estate, Inc. | Wholly Owned Subsidiary of ARBI |

| Alabama Insurance Alliance, Inc. | Wholly Owned Subsidiary of AII |
|---|---|

Respectfully submitted,


/s/Robert D. Segall
Robert D. Segall (SEG003)
Attorney for Defendant
Aronov Realty Management Inc.


OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL PA
444 South Perry Street
P.O. Box 347
Montgomery, AL 36101-0347
(334) 834-1180
(334) 834-3172 - Fax
segall@copelandfranco.com

6

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Quinn, Esq.
Kevin W. Jent, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
mquinn@wcqp.com
kjent@wcqp.com

N. Gunter Guy, Jr., Esq.
Ball, Ball, Mathews & Novak P.A.
Post Office Box 2148
Montgomery, AL  36102-2148
gguy@ball-ball.com

                     /s/Robert D. Segall
                     OF COUNSEL