IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRANCE LONG and<br>BARRY BARR,<br><br>    Plaintiffs,<br><br>v.<br><br>ARONOV REALTY MANAGEMENT,<br>INC. AMY CLARK KNUDSEN, AND<br>MEIYING FORNEY,<br><br>    Defendants. | CASE NO: CA NO.: 2:07 CV 881-WKW |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Amy Clark Knudsen, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, states as follows:

    This party is an individual.

                                         Respectfully submitted,

                                         /s/Robert D. Segall
                                         Robert D. Segall (SEG003)
                                         Attorney for Defendant Amy Clark Knudsen

OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL PA
444 South Perry Street
P.O. Box 347
Montgomery, AL 36101-0347
(334) 834-1180
(334) 834-3172 - Fax
segall@copelandfranco.com

CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Quinn, Esq.
Kevin W. Jent, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
mquinn@wcqp.com
kjent@wcqp.com

N. Gunter Guy, Jr., Esq.
Ball, Ball, Mathews & Novak P.A.
Post Office Box 2148
Montgomery, AL  36102-2148
gguy@ball-ball.com

                                            /s/Robert D. Segall