# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TERRENCE LONG and** ) | |
| **BARRY BARR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:07-cv-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** ) | **JURY DEMAND** |
| **INC., AMY CLARK KNUDSEN, and** ) | |
| **MEIYING FORNEY,** ) | |
| ) | |
| **Defendants.** ) | |

## REPORT OF PARTIES PLANNING MEETING

Come now the parties in the above-styled action and submit this Report of the Parties Planning Meeting:

1. Pursuant to Fed.R.Civ.P. 26(f) and this Court's 26(f) Order, a telephonic conference was held on November 16, 2007 and was attended by:

    Kevin W. Jent for the plaintiffs, Terrance Long and Barry Barr;

    Robert D. Segall for the defendants, Aronov Realty Management, Inc. and Amy Clark Knudsen; and

    N. Gunter Guy, Jr. for defendant Meiying Forney.

2. **Pre-Discovery Disclosures**.

1

The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) no later than 21 days after the 26(f) conference. Supplementation of disclosures and responses as required by Fed.R.Civ.P. 26(e) is to be accomplished at appropriate intervals and seasonably.

3. **Discovery Plan**.

(a) Discovery will be needed on the following subjects:

All of plaintiffs' claims and all of defendants' defenses.

(b) All discovery will be commenced in time to be completed by **August 20, 2008.**

(c) A maximum of 25 interrogatories by each party to any other party.

(d) A maximum of 25 requests for admission by each party to any other party.

(e) A maximum of 25 requests for production by each party to any other party.

(f) Maximum of 10 depositions by the plaintiffs and 10 depositions by the defendants. All depositions will be limited to 7 hours, unless extended by agreement of the parties.

4. **Expert Reports**

Reports from retained experts under 26(a)(2) due:

from plaintiffs        **February 15, 2008**
from defendant      **March 14, 2008**

5. **Pretrial Conference**

   The parties request a Pretrial Conference with the Court on **September 15, 2008.**

6. **Adding Parties and Amendments to the Pleading**

   The plaintiff and defendant should be allowed until **January 15, 2008** to add additional parties and until **February 15, 2008** to amend the pleadings.

7. **Dispostive Motions**

   All potentially dispositive motions shall be filed by **June 13, 2008**.

8. **Prospects for Settlement**

   Settlement cannot be evaluated prior to the completion of some discovery in this case.

9. **Final Witness and Exhibit lists**

   Final Witness List under Rule 26(a)(3) should be due from the parties **July 20, 2008**. Final Exhibit List under Rule 26(a)(3) should be due from the parties **September 10, 2008.** The parties shall have **14 days** after service of witness and exhibit lists to serve objections under Rule 26(a)(3).

10. **Trial Date**

    This case should be ready for trial by **the October 20, 2008 trial term** and at this time is expected to take 3-5 days.

                    Respectfully Submitted,

                    /s/ Kevin W. Jent
                    C. Michael Quinn
                    Kevin W. Jent
                    Counsel for the Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

                    /s/ Robert D. Segall
                    Robert D. Segall
                    Counsel for the Defendants, Aronov Realty
                    Management, Inc. and Amy Clark Knudsen

OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL, PA
444 South Perry Street
P.O. Box 347
Montgomery, Alabama 36101-0347
334/834-1180

/s/ N. Gunter Guy, Jr.
N. Gunter Guy, Jr.
Counsel for the Defendant, Meiying Forney

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148
334/387-7680