# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TERRENCE LONG and** ) | |
| **BARRY BARR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:07-cv-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** ) | **JURY DEMAND** |
| **INC., AMY CLARK KNUDSEN, and** ) | |
| **MEIYING FORNEY,** ) | |
| ) | |
| **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** the plaintiffs Terrence Long and Barry Barr, plaintiffs in the above-captained matter, and in accordance with the order of this Court, making the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

> The plaintiff, Barry Barr is an individual and has no interest in corporation(s).

The plaintiff, Terence Long is an individual and has interest in one corporation - Long Money Entertainment, LLC.

The plaintiffs have no knowledge of the defendants' parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates or similar entities.

Date: December 4, 2007              /s/Kevin W. Jent
                                    Kevin W. Jent
                                    Counsel for the plaintiffs, Terrence Long and Barry Barr
                                    Wiggins, Childs, Quinn & Pantazis, LLC
                                    The Kress Building
                                    301 19th Street North
                                    Birmingham, Alabama 35203
                                    205/314-0500

## CERTIFICATE OF SERVICE

I do hereby certify that I have filed the above and foregoing today, December 4, 2007, by CM/ECF, with copies being served on:

Robert D. Segall
COPELAND, FRANCO, SCREWS & GILL, PA
444 South Perry Street
P.O. Box 347
Montgomery, Alabama 36101-0347

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

                                    Kevin W. Jent