**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRENCE LONG & BARRY BARR,** | ) | |
| | ) | |
|    **Plaintiffs,** | ) | |
| | ) | |
| **V.** | ) | **Civil Action No.:** |
| | ) | **2:07-CV-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** | ) | |
| **INC., AMY CLARK KNUDSEN, &** | ) | |
| **MEIYING FORNEY,** | ) | |
| | ) | |
|    **Defendants.** | ) | |

     Come now the undersigned, Charles A. Stewart III, Quindal C. Evans, and the law firm of Bradley Arant Rose & White LLP, and give notice of their appearance as counsel for Aronov Realty Management, Inc. and Amy Clark Knudsen.

     Respectfully submitted this the 31st day of January 2008.

                                                       /s/ Charles A. Stewart III
                                                       Charles A. Stewart III (STE067)
                                                       Quindal C. Evans (EVA040)
                                                       Bradley Arant Rose & White LLP
                                                       The Alabama Center for Commerce
                                                       401 Adams Avenue, Suite 780
                                                       Montgomery, AL 36104
                                                       Telephone: (334) 956-7700
                                                       Facsimile: (334) 956-7701

CERTIFICATE OF SERVICE

       I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kevin W. Jent
>Counsel for the Plaintiff
>Wiggins, Childs, Quinn & Pantazis, LLC
>The Kress Building
>301 19th Street North
>Birmingham, AL 35203
>
>N. Gunter Guy
>Ball, Ball, Matthews & Novak, P.A.
>P.O. Box 2148
>Montgomery, AL 36102-2148

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

>Respectfully submitted,
>
>s/ Quindal C. Evans
>Quindal C. Evans (EVA040)
>Bradley Arant Rose & White LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>E-mail: qevans@bradleyarant.com