**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERRENCE LONG and** ) | |
| **BARRY BARR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:07-cv-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** ) | **UNOPPOSED** |
| **INC., AMY CLARK KNUDSEN, and** ) | |
| **MEIYING FORNEY,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO EXTEND EXPERT DEADLINES

**COME NOW** the plaintiffs in the above-styled matter and move for a sixty (60) day extension of the expert witness deadlines in the above-styled matter. As grounds for said motion, Plaintiffs state the following:

1. Plaintiffs' counsel has spoken with counsel for all Defendants who do not oppose this extension.

2. Currently, Plaintiffs' expert witness designation and report is due on Friday, February 15, 2008, and Defendant's designation and report is due on March 14, 2008. The plaintiffs are seeking an extension of this deadline until April 14, 2008, for the plaintiffs' expert information and May 14, 2008, for the defendant's expert information.

3. This extension is needed because at this early stage of litigation, the parties have not conducted meaningful discovery and therefore much of the information needed for these expert designations and reports have not been gathered.

4.   If this extension is granted it will not affect any of the other deadlines in this case, since dispositive motions are due on June 13, 2008, the discovery deadline is August 20, 2008, and trial is set for October 20, 2008.

WHEREFORE, Plaintiffs respectfully request a sixty (60) day extension of the expert witness deadlines making Plaintiffs' expert designation and report due on April 14, 2008, and Defendants' expert designation and report due on May 14, 2008.

Respectfully submitted,

/s/ Kevin W. Jent
C. Michael Quinn
Kevin W. Jent
Attorneys for Plaintiffs

**OF COUNSEL**

**WIGGINS, CHILDS, QUINN
    & PANTAZIS, LLC**
The Kress Building
301 19th St. N.
Birmingham, AL 35203
(205) 314-0500

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have filed the above and foregoing today, February 14, 2008, by CM/ECF, with copies being served on:

Charles A. Stewart, III
Quindal C. Evans
Bradley, Arant, Rose & White, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

                                                  /s/ Kevin W. Jent
                                                  OF COUNSEL