IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-881-WKW |
| | ) |
| ARONOV REALTY MANAGEMENT, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiffs' Motion to Extend Expert Deadlines (Doc. # 21), which the defendants do not oppose, it is ORDERED that the motion is GRANTED. The Uniform Scheduling Order (Doc. # 16) is amended as follows: the deadline for the plaintiffs' expert witness designations is extended from February 15, 2008, to **April 14, 2008,** and the deadline for the defendants' expert witness designations is extended from March 14, 2008 to **May 14, 2008.** All other deadlines remain the same.

DONE this 19th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE