# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TERRENCE LONG & BARRY BARR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| V. ) | Civil Action No.: |
| ) | **2:07-CV-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** ) | |
| **INC., AMY CLARK KNUDSEN, &** ) | |
| **MEIYING FORNEY,** ) | |
| ) | |
| **Defendants.** ) | |

## UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE FOR IDENTIFYING EXPERTS

**Aronov Realty Management, Inc.** and **Amy Clark Knudsen** (hereinafter "Defendants") file this motion to extend the deadline for identifying Defendants' expert witnesses. In support of this motion, these Defendants show unto the Court as follows:

1. Under the current Scheduling Order, Defendants are required to identify their experts on or before May 14, 2008.

2. Defendants need additional financial information before they will be able to determine whether to call an expert witness.

3. Defendants need additional time for third parties to respond to subpoenas and for Plaintiffs to respond to discovery.

4. Defendants propose identifying any expert witnesses on or before July 16. This date is greater than a month before the discovery cutoff, which would allow Plaintiffs to depose Defendants' expert(s) should Plaintiffs decide to do so.

5. Moving the Defendants' experts identification deadline will not result in a continuance of the current trial date.

6.      Defendants have consulted with counsel for Plaintiffs. Counsel for Plaintiffs does not object to this extension of time.

WHEREFORE, premises considered, Defendants respectfully urge the Court to reschedule the deadline for Defendants' identification of their experts to July 16, 2008.

/s/ Charles A. Stewart III
Charles A. Stewart III (asb-4955-a56c)
Quindal C. Evans (asb-9007-a59e)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin W. Jent
Counsel for the Plaintiff
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203

N. Gunter Guy
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

s/ Charles A. Stewart III
Of Counsel