IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-881-WKW |
| | ) |
| ARONOV REALTY MANAGEMENT, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Extend Defendants' Deadline for Identifying Experts(Doc. # 23), which the Plaintiffs do not oppose, it is ORDERED that the motion is GRANTED. The deadline for the Defendants' expert witness designations is extended from May 14, 2008 to **July 16, 2008.** All other deadlines remain the same.

DONE this 7th day of May, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE