## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**TERRANCE LONG and** )
**BARRY BARR,** )
    Plaintiffs, )
v. )   **Case No. 2:07-cv-00881**
 )
**ARONOV REALTY MANAGEMENT,** )
**INC., AMY CLARK KNUDSEN and** )
**MEIYING FORNEY** )
 )
    Defendants.

### MOTION TO QUASH SUBPOENA

COMES NOW the City of Montgomery, by and through counsel, pursuant to Rule 45(c) of the Federal Rules of Civil Procedure and respectfully moves this Court to quash or modify the subpoena attached hereto, and as grounds, the City states:

1. The Montgomery City Counsil (MCC) was served with the attached subpoena by Defendant Aronov Realty Management, Inc. on or about May 12, 2008.

2. The subpoena commands production of the following within 15 days:

> Without limitation as to time period, a certified copy of each and every document in MCC possession, as well as any and all records, including, but not limited to, meeting minutes, transcriptions of hearings or meetings, and any writings of any nature, relating to or concerning, directly of indirectly, 5060 Vaughn Road, Montgomery, Alabama, Barry Barr, Texas Steakhouse of Alabama, Texas Steakhouse of Alabama d/b/a Sports Rock, Texas Steakhouse of Alabama d/b/a Celebrations, Sports Rock, Celebrations, and/or any other property relating to Barry Barr.

3. Pursuant to Rule 45(c) of the Federal Rules of Civil Procedure, a party or attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing an undue burden or expense on a person subject to a subpoena.

Further, on timely motion, the Court by which a subpoena was issued shall "quash or modify the subpoena if it…subjects a person to undue burden." Fed R. Civ P. 45.

    4.    In *Hickman* v. *Taylor*, 329 U.S. 495 (1947), a subpoena duces tecum sought the 'entire investigative file', (excluding legal opinions) including the 'investigative files for any and all other accidents occurring between trains and vehicles at said crossing for a ten-year period immediately preceding May 16, 1957. The trial judge was "eminently correct in quashing the entire subpoena duces tecum" on motion of the railroad. *Id.* The subpoena was oppressive, failed to properly designate, and failed to show good cause. *Clay* v. *Southern Ry. Co.*, 284 F.2d 152, 154 (5th Cir. 1960), *citing Hickman* v. *Taylor*, 329 U.S. 495, 67 S.Ct. 385, 91 L.Ed. 451 (1947). Here, Defendant's subpoena requests any and all records from a number of different businesses that have operated on the premises. This City submits that this request is overly broad in scope and that the absence of a limiting time period is without good cause.

    5.    The United States Supreme Court in *U.S.* v. *Nixon* stated that in order to require production prior to trial the moving party must show:

> (1) that the documents are evidentiary and relevant; (2) that they are not otherwise procurable reasonably in advance of trial by exercise of due diligence; (3) that the party cannot properly prepare for trial without such production and inspection in advance of trial and that the failure to obtain such inspection may tend unreasonably to delay the trial; and (4) that the application is made in good faith and is **not intended as a general 'fishing expedition.'**

*U.S.* v. *Nixon*, 418 U.S. 683, 699-700, 94 S.Ct. 3090, 3103 (1974) (emphasis added). *Nixon*, is instructive here, albeit a criminal case.

6. The manner in which these records are being sought poses an undue burden and expense on the City Council and on its face this subpoena is part of a general "fishing expedition."

WHEREFORE, premises considered, the City of Montgomery respectfully moves this Court to quash Defendant's Subpoena attached hereto as Exhibit A, or in the alternative requests that the Court modify the scope of the same.

Respectfully submitted this the 20th day of May 2008.

        /s/ Michael D. Boyle
Michael D. Boyle (BOY032)
Attorney for City of Montgomery


City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL  36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile


**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court and served a copy via United States Mail, postage prepaid, properly addressed this the 20th day of May 2008 to the following:

Charles A. Stewart III, Esq.
Quindal C. Evans, Esq.
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Norman G. Guy, Jr., Esq.
Ball Ball Matthews & Novak PA
PO Box 2148
Montgomery, AL 36102-2148

Kevin W. Jent, Esq.
Charles M. Quinn, Esq.
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203

Robert D. Segall, Esq.
Copeland Franco Screws & Gill
PO Box 347
Montgomery, AL 36101-0347

                                                /s/ Michael D. Boyle
                                                OF COUNSEL

EXHIBIT "A"



TO:  Montgomery City Council
     c/o Custodian of Records
     103 North Perry Street
     Montgomery, AL 36104

RE:  Barry Barr
     DOB: 01/29/1952
     SSN: 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

Please Produce:

1. Without limitation as to time period, a certified copy of each and every document[1] in your possession, as well as any and all records, including, but not limited to, meeting minutes, transcriptions of hearings or meetings, and any other writings of any nature, relating to or concerning, directly or indirectly, 5060 Vaughn Road, Montgomery, Alabama, Barry Barr, Texas Steakhouse of Alabama, Texas Steakhouse of Alabama d/b/a Sports Rock, Texas Steakhouse of Alabama d/b/a Celebrations, Sports Rock, Celebrations, and/or any other property relating to Barry Barr.

2. If you anticipate that the copying costs will exceed $100 for the requested documents, please call 334-956-7630 to obtain verification prior to copying.

3. You should not exclude any item from this production request without first contacting the attorney issuing the subpoena or obtaining leave of court from the judge assigned to this action.

Please Forward Documents To:
Attorney Charles A. Stewart III, Esq.
c/o Kelly Duncan, Legal Assistant
Bradley, Arant, Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
(334) 956-7700

---

[1] "Document," as used in this subpoena, means any record of information of whatever kind and by whatever means, including, but not limited to, original papers, email, copies of papers, microfilm, microfiche, computer files, computer disks, video tapes, audio tapes, photographs, handwritten notes or any other means of recording information.