IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07cv881-WKW |
| | ) |
| ARONOV REALTY MANAGEMENT | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

On May 20, 2008, the City of Montgomery, moved the Court to Quash (Doc. #25) Defendant Aronov Realty Management, Inc.'s Subpoena. Upon consideration of the motion, it is

ORDERED that Defendant Aronov Realty Management Inc. shall show cause in writing **on or before 28 May 2008,** why this Court should not grant the Motion (Doc #25). Any other Defendant or any Plaintiff also may file a response, to the extent they have a position they wish to put before the Court.

DONE this 21st day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE