IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERRENCE LONG & BARRY BARR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| V. ) | Civil Action No.: |
| ) | **2:07-CV-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** ) | |
| **INC., AMY CLARK KNUDSEN, &** ) | |
| **MEIYING FORNEY,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT RESPONSE TO THIS COURT'S
## MAY 21 ORDER TO SHOW CAUSE

Come now, Aronov Realty Management, Inc. and Amy Clark Knudsen, defendants in the above-styled action, with the Montgomery City Council, and jointly respond to the Court's May 21 Order to Show Cause. These parties hereby notify the Court that they have agreed to limit paragraph 1 of the subpoena challenged in the Montgomery City Council's Motion to Quash (D.E. 25) as follows:

> The Montgomery City Council is required to produce **a certified copy** of each and every document[1] in its possession, as well as any and all records, including, but not limited to, meeting minutes, transcriptions of hearings or meetings, and any other writings of any nature, which were created and/or altered at any point within the **previous five (5)** years from the date of this filing and which relate to or concern, directly or indirectly, to **Texas Steakhouse of Alabama, Inc., d/b/a Sports Rock and/or d/b/a Celebrations, which was located at 5060 Vaughn Road, Montgomery, Alabama**.

---

1 "Document," means any record of information of whatever kind and by whatever means, including, but not limited to, original papers, email, copies of papers, microfilm, microfiche, computer files, computer disks, **video tapes, audio tapes, photographs,** handwritten notes or any other means of recording information.

Because Aronov Realty Management, Inc., Ms. Knudsen, and the Montgomery City Council have agreed to this limitation, it is no longer necessary for the Montgomery City Council to pursue quashing the subpoena at issue, and it withdraws its Motion to Quash (D.E. 25).

Respectfully submitted this the 28th day of May, 2008.

/s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Counsel for Defendants Aronov Realty Management, Inc. and Amy Clark Knudsen**

/s/ Michael D. Boyle
Michael D. Boyle (BOY032)
P.O. Box 1111
Montgomery, AL 36101-1111
Telephone: (334) 241-2050
Facsimile: (334) 241-2310
**Counsel for the City of Montgomery**

## CERTIFICATE OF SERVICE

       I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Kevin W. Jent
    Counsel for the Plaintiff
    Wiggins, Childs, Quinn & Pantazis, LLC
    The Kress Building
    301 19th Street North
    Birmingham, AL 35203

    N. Gunter Guy
    Counsel for Defendant Meiying Forney
    Ball, Ball, Matthews & Novak, P.A.
    P.O. Box 2148
    Montgomery, AL 36102-2148

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

                                                /s/ Charles A. Stewart III
                                                Of Counsel