IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG and BARRY BARR, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) | CIVIL ACTION NO.: 2:07-cv-00881-WKW-WC |
| ARONOV REALTY MANAGEMENT, INC., AMY CLARK KNUDSEN, and MEIYING FORNEY, | ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

**COME NOW** the parties in the above-styled matter and move the Court for a two week extension of the dispositive motion deadline in the above-styled matter. As grounds for said motion, the parties state the following:

1. Currently, the dispositive motion deadline is set for June 13, 2008. The parties have engaged in discovery including written discovery and depositions. However, more discovery is needed prior to filing and responding to dispositive motions. The parties are working to schedule these depositions and believe that a two week extension will allow this to be accomplished.

2. Plaintiff agrees to shorten the time for response to the dispositive motions from twenty-one days to fourteen days if the extension is granted, making the completion of the briefing schedule only a week beyond where it is currently set.[1]

---

[1] Because of the July 4th holiday, Plaintiffs' brief would actually be due on July 7th. Therefore, this requested extension only adds four (4) days to the current briefing schedule.

WHEREFORE, the parties request that the Court grant an extension of the dispositive motion deadline by two weeks until June 27, 2008, with the plaintiff's response due on Friday, July 11, 2008.

Respectfully Submitted,

/s/ *Kevin W. Jent*
C. Michael Quinn
Kevin W. Jent
Counsel for the Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

/s/ *Charles A. Stewart, III*
Charles A. Stewart, III
Quindal C. Evans
Counsel for the Defendants, Aronov Realty Management, Inc. and Amy Clark Knudsen

OF COUNSEL:

BRADLEY, ARANT, ROSE & WHITE, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104
334/956-7700

/s/ *N. Gunter Guy, Jr.*
N. Gunter Guy, Jr.
Counsel for the Defendant, Meiying Forney

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148
334/387-7680