IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:07cv881-WKW |
| | ) |
| ARONOV REALTY MANAGEMENT | ) |
| INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER ON MOTION

On May 20, 2008, the City of Montgomery moved the Court to Quash (Doc. #25) Defendant Aronov Realty Management, Inc.'s Subpoena. In response to this Court's Order to show cause, Defendant Aronov Realty Management Inc. and the City of Montgomery jointly represented they independently resolved the dispute, and the City of Montgomery voluntarily withdrew (Doc. #27) its Motion to Quash (Doc. #25). Based on the City's representation in the Response, which the Court construes as a Motion to Withdraw (Doc. #27), it is

ORDERED that the Motion to Withdraw (Doc. #27) the City of Montgomery's Motion to Quash is GRANTED. It is further

ORDERED the Motion to Quash (Doc. #25) is WITHDRAWN.

DONE this 2nd day of June, 2008.

                                          /s/ Wallace Capel, Jr.
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE