IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-881-WKW |
| | ) |
| ARANOV REALTY MANAGEMENT, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is currently before the court on the Joint Motion to Extend Dispositive Motion Deadline (Doc. # 28). It is ORDERED that the motion is GRANTED. The deadline for dispositive motions is CONTINUED from June 13, 2008, to **June 27, 2008.** The deadline for the Plaintiffs' response is **July 11, 2008.** All other deadlines remain the same.

DONE this the 2nd day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE