**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRENCE LONG and** | ) | |
| **BARRY BARR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:07-cv-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** | ) | |
| **INC., AMY CLARK KNUDSEN, and** | ) | |
| **MEIYING FORNEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO AMEND COMPLAINT TO ADD PARTY

**COME NOW** the plaintiffs in the above-styled matter and move the Court to allow an amendment of the Complaint to add as a defendant, Aronov Realty Brokerage, Inc. As grounds for said motion, Plaintiffs state the following:

1.  This case was originally filed on October 2, 2007. The original defendants were Aronov Realty Management, Amy Clark Knudsen, and Meiying Forney. The original defendants have all filed Answers to the Complaint.

2.  When Plaintiff Barr, first met with Defendant Knudsen to discuss the leasing of the property at issue in this case, he was handed a card which represented to him that Ms. Knudsen worked for Aronov Realty Management, Inc. (See Ex. A - Card of Amy Clark Knudsen produced with Plaintiff's Initial Disclosures).

3.  On June 23, 2008, a deposition was taken of Scott Harris. Harris was acting as the 30(b)(6) representative of Aronov Realty Management. Harris is employed as the Senior

Vice President of Aronov Realty Brokerage, Inc.. (EX B - Scott Harris Depo p. 5). Harris is also the Senior Vice President of Aronov Realty Management. (Harris Depo p. 46). In addition, Harris serves as the qualifying broker for both Aronov Realty Management and Aronov Realty Brokerage. (Harris Depo p. 7). Owen Aronov, Jake Aronov, Jenny Autrey and Harris are all officers in both Aronov Realty Management and Aronov Realty Brokerage. (Harris Depo p. 21). Even though he was on the Board of both companies and was Senior Vice President of both companies, Harris did not know if the companies in any way commingled their profits, losses or revenues, or whether they stood alone. (Harris Depo p. 50). Both companies also have the same Human Resources Department. (Harris Depo p. 60).

4.    In the Defendant Aronov Realty Management, Inc's Conflict Disclosure Statement filed with this Court on October 30, 2007, Aronov Realty Brokerage, Inc. is listed as a wholly owned subsidiary of Aronov Realty Management, Inc. (See Ex. C ).

5.    Based on the above, the plaintiffs should be allowed to amend their complaint to include Aronov Realty Brokerage, Inc. as a defendant. Fed. R. Civ. P. 15(a) directs that leave to amend "shall be freely given when justice so requires." *Town of Davie*, 847 F.2d 771, 773 (11th Cir. 1988)(citing *Dussouy v. Gulf Coast Investment Corp.,* 660 F.2d 594, 597 (5th Cir. 1981)).[1] This is a situation where Aronov Realty Brokerage should be added as a defendant.

---

[1]In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981)(*en banc*), the 11th Circuit adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981.

6.     First, the statute of limitations on the § 1981 and § 1982 claims is either 2 or 4 years, depending on the type of claim brought. The actions forming the basis of the plaintiff's Complaint began in April 2007. Therefore, statute of limitations would not bar this action.[2]

7.     Second, Aronov Realty Brokerage would suffer no prejudice if brought in as a defendant at this time. As the testimony cited above makes clear, the two entities (Management and Brokerage) are closely related. Scott Harris acts as Senior Vice President for both organizations and most importantly is the Qualifying Broker for both companies.[3] Aronov Realty Management has filed a pleading stating that Aronov Brokerage is its wholly owned subsidiary. Also, at least four individuals sit on the Board of both companies and the companies share a Human Resources Department. Aronov Realty Brokerage was clearly aware of this suit and given the closeness of the relationship between the two companies, no prejudice or harm would exist because of the amendment.[4]

8.     Finally, the plaintiffs should be allowed to amend to add Aronov Brokerage as a defendant because the evidence shows that when Plaintiff Barr first met with Amy Knudsen he was given a card with Ms. Knudsen's name on it, which stated that she was employed with

---

[2]Plaintiffs could conceivably file a separate action against Aronov Realty Brokerage, Inc.

[3]Under Alabama law a qualifying broker is responsible to the public for the actions of each salesperson and associate broker licensed under him or her and of each company for which he or she is the qualifying broker. Ala. Code § 34-27-34 (a)(2). A broker may serve as a qualifying broker if he or she is actually in a position to supervise the real estate activities of the associate broker or salesperson on a full-time basis. Ala. Code § 34-27-34(a)(1).

[4]Another factor showing the close relationship of the two entities is that Knudsen, although allegedly employed by Aronov Realty Brokerage, shares legal counsel in this matter with Aronov Realty Management.

Aronov Realty Management as a Leasing and Sales Specialist in the Commercial Division. Based upon this card, the plaintiffs filed suit against Aronov Realty Management, Inc., and did not initially include Aronov Realty Brokerage as a defendant.

9.      Based upon the above, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Court should allow the plaintiffs to amend their Complaint and add Aronov Realty Brokerage, Inc., as a defendant.

Respectfully submitted,


/s/ Kevin W. Jent
C. Michael Quinn
Kevin W. Jent
Attorneys for Plaintiffs

**OF COUNSEL:**

**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

4

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have filed the above and foregoing today, June 24, 2008, by CM/ECF, with copies being served on:

Charles A. Stewart, III
Quindal C. Evans
Bradley, Arant, Rose & White, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

<u>/s/ Kevin W. Jent</u>
OF COUNSEL



**Amy Clark Knudsen**
Leasing & Sales Specialist
Commercial Division

# ARONOV

**Aronov Realty Management, Inc.**
3500 Eastern Boulevard  Montgomery, Alabama 36116-1781
Tel 334-277-1000  Fax 334-272-2279  Mobile 334-549-5005
amy.knudsen@aronov.com

# B

jun2308a

1

```
 1          IN THE UNITED STATES DISTRICT COURT

 2          FOR THE MIDDLE DISTRICT OF ALABAMA

 3                  NORTHERN DIVISION

 4

 5     TERRENCE LONG & BARRY BARR,

 6              Plaintiffs,

 7                                    CIVIL ACTION NO:

 8     v.                        2:07-CV-00881-WKW-WC

 9

10     ARONOV REALTY MANAGEMENT, INC.,

11     AMY CLARK KNUDSEN, & MEIYING

12     FORNEY,

13              Defendants.)

14          S T I P U L A T I O N S

15

16              IT IS STIPULATED AND AGREED

17     by and between the parties through their

18     respective counsel, that the deposition of

19     ******************************************

20              SCOTT HARRIS

21     ******************************************

22     may be taken before Kim Duckett,

23     Commissioner, at 401 Adams Avenue,
```

2

```
 1     Montgomery, Alabama, on June 23rd, 2008,

 2     beginning at 10:00 A.M.
```

Page 1

jun2308a

14          401 Adams Avenue, Suite 780

15          Montgomery, Alabama   36104

16

17          BALL, BALL, MATTHEWS & NOVAK

18          BY:   N. Gunter Guy

19     2000 Interstate Park Drive, Suite 204

20          Montgomery, Alabama   36109

21

22     ALSO PRESENT: AMY KNUDSEN, BARRY BARR

23

                                          5

1               SCOTT HARRIS,

2     being first duly sworn, was examined and

3     testified as follows:

4

5     EXAMINATION BY MR. QUINN:

6          Q   State your name for the record?

7          A   Joseph Scott Harris.

8          Q   And where are you employed?

9          A   At Aronov Realty Brokerage, Inc.

10         Q   And what is your position with

11    them?

12         A   Senior vice president.

13         Q   And how long have you held the

14    position of senior vice president?

15         A   Eleven years.

16         Q   Prior to that, what were you doing?

17         A   I was with Aronov as well in

18    another position.

19         Q   How long have you been with Aronov?

                    Page 4

jun2308a

1    -- the profitability and the employees in

2    our commercial division which includes our

3    brokerage division and our office and

4    industrial division.

5       Q  Okay.

6       A  And I'm also the qualifying broker

7    for the company for the Aronov Realty

8    Brokerage, Inc. and Aronov Realty

9    Management, Inc.  And I also -- I am

10    actively involved in leasing and

11    investment sales and commercial sales.

12       Q  So you still do sales even though

13    you also manage?

14       A  Correct.

15       Q  And in your position, do you

16    actually have the responsibility over

17    employees of Aronov?

18       A  Yes.

19       Q  Okay.  What employees do you have

20    responsibility over?

21       A  Employees I have responsibility

22    over -- direct responsibility?

23       Q  Uh-huh.

                      8

1       A  The individual names?

2       Q  No, no, no, the positions.  The

3    people that you supervise.  I don't need

4    their names, I need to know what their

jun2308a

8       A  Yes, sir.

9       Q  What else do they do?

10      A  We have an insurance company.

11      Q  Okay.

12      A  And a new homes construction

13  company.

14      Q  Okay.

15      A  And that's all I'm aware of.

16      Q  Okay.   Does Aronov Realty Brokerage

17  company have officers?

18      A  Yes, sir.

19      Q  Are any of those officers the same

20  officers that are officers for Aronov

21  Realty Management, Inc.?

22      A  Yes, sir.

23      Q  Who are they that are the same

                                        21


1  officers?

2       A  I don't know all but Owen Aronov,

3  Jake Aronov, and I'm an officer of both,

4  Jenny Autrey.   And those are the ones that

5  I'm aware of.

6       Q  As far as you know, does Ms.

7  Knudsen have any relationship with both

8  management and brokerage?

9       A  No, sir.

10      Q  So she was with management.   She

11  left management, and she came to

12  brokerage?

                        Page 17

jun2308a

19    was with AT&T.  I think it was AT&T.

20        Q  So she had been with Aronov about

21    five years.  Had all of those years been

22    with the management company?

23        A  Yes, sir, up until '06.

46

1         Q  Did you have to have a conversation

2    with her boss at management about this

3    switch?

4         A  I was her boss at management.

5         Q  Okay.  All right.  So while she was

6    at management -- how were you her boss at

7    both management and then became her boss

8    at the brokerage company?

9         A  Because I'm a senior vice president

10    for the management company and the

11    brokerage company.

12        Q  I got you.  So you actually were

13    her boss while she was with the management

14    company?

15        A  Correct.

16        Q  Did she develop the relationship

17    with Ms. Forney while she was at

18    management?

19        A  I can't remember.

20        Q  Can you remember whether or not --

21        A  I think she -- I can't remember.

22        Q  Can you remember whether or not she

23    was involved in leasing tenants for that

47

Page 38

jun2308a

```
10      Q  Did you know Mr. Barr?

11      A  No, sir.

12      Q  You've never met him before?

13      A  Not that I can remember.

14      Q  Brokerage company, as far as you

15  know, had never done anything for him?

16      A  Not to my knowledge, but again, I

17  don't know of all the relationships in the

18  brokerage company.

19      Q  Okay.  Now when Ms. Knudsen made

20  the switch from management to brokerage,

21  did the person -- did the entity writing

22  her check change?

23      A  I think it did.
```

                                50


```
 1      Q  And did her check then start coming

 2  from Aronov brokerage rather than Aronov

 3  management?

 4      A  It should have, but I haven't seen

 5  her check, but it should have.

 6      Q  That's what's supposed to happen?

 7      A  Yes, sir.

 8      Q  Okay.  And those companies, since

 9  you're on the board of both, do those

10  companies in any way commingle their

11  profits, losses, revenues, any of that or

12  are they stand alone --

13      A  I don't know.

14      Q  -- on their own?  You're on the
```
                        Page 41

jun2308a

15   board.  You don't know?

16   A   I don't know.  No, I don't.

17   Q   Do either one of those companies

18   get revenue infused from somewhere else

19   other than what they actually go out and

20   lease or sell?

21   A   Not to my knowledge.

22   Q   Okay.  But basically, am I correct

23   that Ms. Knudsen --

51

1   A   They would receive management fees.

2   When you say lease or sell, management

3   fees, development fees, in addition to

4   income -- in addition to commissions

5   generated from leasing and selling.

6   Q   Okay.  And those would come from

7   the properties that they are managing?

8   A   Correct.

9   Q   At the time of her transition to

10   the brokerage company, was she performing

11   basically the same duties and

12   responsibilities and that was leasing

13   commercial property?

14   MR. STEWART:  Object to form.

15   A   Repeat the question.

16   Q   I'm curious as to how her job

17   changed when she came to the brokerage

18   company.

19   A   Okay.  She would have been more

20   focussed on leasing or selling a larger --

Page 42

jun2308a

2    this year?

3        A   Yes.

4        Q   When you did, do you remember how

5    much money you made from the brokerage

6    company and how much money you made from

7    the management company?  I don't want you

8    to tell me how much it is, but were they

9    separate?

10       A   Yes.

11       Q   They were listed separately on your

12   income tax return?

13       A   Yes, sir.

14       Q   Okay.  And when Ms. Knudsen changed

15   over to the brokerage company, other than

16   her pay, did her benefits remain the same

17   or change in any way?  By that, I mean

18   pension, 401K, insurance, that kind of

19   stuff.

20       A   No, sir.

21       Q   Do you know whether the same entity

22   runs the benefits for both the brokerage

23   employees and the management employees?

60

1        MR. STEWART:  Object to form.

2        A   I don't know.

3        Q   Does it come out of the same human

4    resources department or payroll

5    department?

6        A   Yes, it comes out of the same human

Page 49

jun2308a

7   resource department.

8       Q  Okay.  Thanks.  That's it.  She

9   didn't lose vacation or anything like that

10  when she switched over?

11      A  I don't know that.

12         MR. QUINN:  That's all.

13         MR. STEWART:  Nothing.

14         MR. GUY:  Nothing.

15

16

17         AND FURTHER DEPONENT SAITH NOT.

18

19

20

21

22

23

                                 61


1              C E R T I F I C A T E

2

3   State of Alabama

4   St. Clair County

5

6      I hereby certify that the above and

7   foregoing deposition was taken down by me

8   in stenotype and the questions and answers

9   thereto were transcribed by means of

10  computer-aided transcription, and that the

11  foregoing represents a true and correct

12  transcript of the testimony given by said



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERRANCE LONG and        }
BARRY BARR,             }
                        }
    Plaintiffs,          }     CASE NO: CA NO.: 2:07 CV 881-WKW
                        }
v.                       }
                        }
ARONOV REALTY MANAGEMENT,  }
INC. AMY CLARK KNUDSEN, AND  }
MEIYING FORNEY,        }
                        }
    Defendants.         }

## DEFENDANT ARONOV REALTY MANAGEMENT, INC.'S
## CONFLICT DISCLOSURE STATEMENT

COMES NOW Aronov Realty Management, Inc., Defendant in the above-referenced matter, and

in accordance with the Order of this Court, makes the following disclosure concerning parent companies,

Subsidiary, partners, limited liability entity members and managers, trustees (but not trust beneficiaries),

affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General

Order No. 3047:

The following entities and their relationship to the party are hereby reported as follows:

| ARONOV REALTY MANAGEMENT, INC. | |
|---|---|
| *Unless otherwise indicated, the address for Reportable Entity is:*<br>P.O. Box 23500<br>Montgomery, AL  36123 | |
| **Reportable Entity** | **Relationship to Party** |
| Aronov Condo Management, Inc. | Wholly Owned Subsidiary |
| Aronov Commercial Capital, Inc. | Wholly Owned Subsidiary |
| Aronov Homes, Inc. | Wholly Owned Subsidiary |
| Aronov Home Rentals, Inc. | Wholly Owned Subsidiary |
| Aronov Insurance, Inc. ("AII") | Wholly Owned Subsidiary |
| Aronov Realty Brokerage, Inc. ("ARBI") | Wholly Owned Subsidiary |
| Aronov Residential Rental Properties, Inc. | Wholly Owned Subsidiary |
| Aronov Resort Management, Inc. | Wholly Owned Subsidiary |
| Atlanta Highway Mini Storage Management, Inc. | Wholly Owned Subsidiary |
| Cordova General, Inc. | Wholly Owned Subsidiary |

| | |
|---|---|
| CP Management, Inc. | Wholly Owned Subsidiary |
| Dogwood Promenade Management, Inc. | Wholly Owned Subsidiary |
| Dothan Motel Management, Inc. | Wholly Owned Subsidiary |
| Eastcrest General, Inc. | Wholly Owned Subsidiary |
| Eastdale Square Management, Inc. | Wholly Owned Subsidiary |
| Enterprise Center Management, Inc. | Wholly Owned Subsidiary |
| Fairlane Management, Inc. | Wholly Owned Subsidiary |
| Foxcroft General, Inc. | Wholly Owned Subsidiary |
| Gala Plaza Management, Inc. | Wholly Owned Subsidiary |
| Gulf West Management, Inc. | Wholly Owned Subsidiary |
| Gunter Park Management, Inc. | Wholly Owned Subsidiary |
| Hot Springs Management, Inc. | Wholly Owned Subsidiary |
| LLC Management, Inc. | Wholly Owned Subsidiary |
| Maison Bocage Management, Inc. | Wholly Owned Subsidiary |
| Prattville Mini Storage Management, Inc. | Wholly Owned Subsidiary |
| SC Management, Inc. | Wholly Owned Subsidiary |
| Southeast LLC Management, Inc. | Wholly Owned Subsidiary |
| Thorington Road Management, Inc. | Wholly Owned Subsidiary |
| Trussville Management, Inc. | Wholly Owned Subsidiary |
| Union Street Management, Inc. | Wholly Owned Subsidiary |
| West Dothan Mini Storage Management, Inc. | Wholly Owned Subsidiary |
| Windsor Hill Management, Inc. | Wholly Owned Subsidiary |
| Wiregrass Management, Inc. | Wholly Owned Subsidiary |
| Aronov Realty Company, Inc. | Affiliate |
| Aronov Capital, Inc. | Affiliate |
| Aronov Centre, Inc. | Affiliate |
| Aronov Land Co., Inc. | Affiliate |
| Aronov-Hot Springs, Inc. | Affiliate |
| ARC Fairfield, Inc. | Affiliate |
| ARC Retail, Inc. | Affiliate |
| ARC-Union Street, Inc. | Affiliate |
| ARC Vaughn Lakes, Inc. | Affiliate |
| Crescent Center, LLC | Affiliate |
| Dadeville Property, LLC | Affiliate |
| Guaranteed Homes, Inc. | Affiliate |
| Gunter Park Developers, Inc. | Affiliate |
| Hamilton Square Shopping Center | Affiliate |
| Hot Springs SPE, Inc. | Affiliate |
| Huntsville Community Builders, Inc. | Affiliate |
| Huntsville Store Company, Inc. | Affiliate |
| Jackson Community Builders, Inc. | Affiliate |
| Jefferson Woods, Inc. | Affiliate |

| | |
|---|---|
| Selma Community Builders, Inc. | Affiliate |
| Talladega Community Builders, Inc. | Affiliate |
| Union Street SPE, Inc. | Affiliate |
| Vaughn Lakes General, Inc. | Affiliate |
| Windsor Hill, LLC | Affiliate |
| Wiregrass SPE, Inc. | Affiliate |
| Zelda Place, Inc. | Affiliate |
| Alex City Shopping Center, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>SC Management, Inc., Manager | Affiliate |
| Aronov-Ozark (Ozark Shopping Center) | Affiliate |
| Belleview Outparcel Associates | Affiliate |
| Carmichael Office, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>Aronov Realty Properties, Inc., Member<br>Ryan Family Enterprises, Ltd., Member<br>*285 Kershaw Industrial Blvd, Montgomery, AL 36117*<br>Aronov Realty Management, Inc., Member | Affiliate |
| Colbert Community Builders, Inc. | Affiliate |
| Cordova Collection, Ltd.<br><br>Cordova General, Inc., General Partner | Affiliate |
| Dothan Motel, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>Aronov Realty Properties, Inc, Member<br>HID, II, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Dothan Motel Management, Inc. & HIDS, LLC,<br>Managers<br>*P.O. Box 5566, Dothan, AL 36302* | Affiliate |
| Enterprise Shopping Center | Affiliate |
| Fairfield Partners, Ltd.<br><br>ARC Fairfield, Inc., General Partner<br>BB&W, LLC, General Partner<br>*300 Office Parker Drive, Suite 108*<br>*Birmingham, AL 35223* | Affiliate |
| Fieldcrest I Apartments, L.L.C.<br><br>Aronov Realty Company, Inc. (Member)<br>Larry G. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302* | |

3

| | |
|---|---|
| Richard H. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Helen F. Lifland, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Fieldcrest Management, Inc., Manager<br>Fieldcrest Blumberg Manager, LLC, Manager<br>*P.O. Box 5566, Dothan, AL 36302* | Affiliate |
| Fieldcrest II Apartments, L.L.C.<br><br>Jake F. Aronov, Member<br>Owen W. Aronov, Member<br>Aronov Holdings, I, Ltd., Member<br>Aronov Realty Company, Inc., Member<br>Larry G. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Richard H. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Helen B. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Herbert M. Scheur, Jr., Member<br>*1342 Carmichael Way, Montgomery, AL 36106*<br>John E. Ives, Member<br>*8241 Old Federal Road, Montgomery, AL 36117*<br>Fieldcrest Management, Inc., Manager | Affiliate |
| Foxcroft Partners, Limited Partnership<br><br>Foxcroft General, Inc., General Partner | Affiliate |
| Gala Plaza, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>Frank M. Johnston, Member<br>*1821 Pine Needle Road, Montgomery, AL 36106*<br>John Beisel, Member<br>*P.O. Box 20426, St. Simons Island, GA 31522*<br>Gala Plaza Management, Inc., Member | Affiliate |
| Hillwood Estates, ABG | Affiliate |
| Satterfield Plaza Shopping Center | Affiliate |
| Southview Square, L.L.C. | Affiliate |
| Tillman's Corner Partners, Ltd. | Affiliate |
| Vaughn Lakes Associates, Ltd.<br><br>Vaughn Lakes General, Inc., General Partner | Affiliate |
| Wiregrass Plaza, LLC<br><br>Aronov Realty Company, Inc., Member<br>Wiregrass SPE, Inc., Member<br>Frank M. Johnston, Member<br>*1821 Pine Needle Road, Montgomery, AL 361016* | Affiliate |

| | |
|---|---|
| Wiregrass Management, Inc., Member | |
| Valley Partners, Ltd.<br><br>Jake F. Aronov, General Partner<br>Owen W. Aronov, General Partner<br>Robert Lamar, General Partner<br>*753 Felder Avenue, Montgomery, AL 36106*<br>Aronov Holdings I., Ltd., General Partner | Affiliate |
| Zelda Place Partners, Ltd.<br><br>Zelda Place, Inc., General Partner | Affiliate |
| Aronov Land Co., Inc. | Affiliate |
| Glynwood, LLC<br><br>Aronov Land Co., Inc., Member<br>Guaranteed Homes, Inc., Member<br>LLC Management, Inc., Manager | Affiliate |
| Macol Corporation | Affiliate |
| Thorington Road Properties, LLC<br><br>Aronov Land Co., Inc., Member<br>Jake F. Aronov, Member<br>Owen W. Aronov, Member<br>Thorington Road Management, Inc., Manager | Affiliate |
| Aronov Realty Properties, Inc., | Affiliate |
| Carmichael Office, LLC | Affiliate |
| Satterfield Plaza Shopping Center | Affiliate |
| Southview Square, LLC<br><br>Aronov Realty Company, Inc., Member<br>Aronov Realty Properties, Inc., Member<br>Larry G. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Richard H. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>Helen B. Lifland, Member<br>*P.O. Box 5566, Dothan, AL 36302*<br>LLC Management, Inc., Member<br>Larry Blumberg, Manager<br>*P.O. Box 5566, Dothan, AL 36302* | Affiliate |
| Tillman's Corner Partners, Limited Partners<br><br>Aronov Realty Company, Inc., General Partner<br>Frank M. Johnston<br>*1821 Pine Needle Road, Montgomery, AL 36106* | Affiliate |
| Aronov Professional Career School, Inc. | Wholly Owned Subsidiary of ARBI |
| Seachase Real Estate, Inc. | Wholly Owned Subsidiary of ARBI |

| Alabama Insurance Alliance, Inc. | Wholly Owned Subsidiary of AII |
| --- | --- |

Respectfully submitted,


/s/Robert D. Segall
Robert D. Segall (SEG003)
Attorney for Defendant
Aronov Realty Management Inc.


OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL PA
444 South Perry Street
P.O. Box 347
Montgomery, AL 36101-0347
(334) 834-1180
(334) 834-3172 - Fax
segall@copelandfranco.com

6

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Quinn, Esq.
Kevin W. Jent, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
mquinn@wcqp.com
kjent@wcqp.com

N. Gunter Guy, Jr., Esq.
Ball, Ball, Mathews & Novak P.A.
Post Office Box 2148
Montgomery, AL  36102-2148
gguy@ball-ball.com

                             /s/Robert D. Segall
                             OF COUNSEL

7