IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-881-WKW |
| | ) |
| ARANOV REALTY MANAGEMENT, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is currently before the court on the Plaintiff's Motion to Amend Complaint to Add Party (Doc. # 31). It is ORDERED that the motion is DENIED due to the plaintiffs' failure to comply with Rule 15.1 of the district's local rules. Local Rule 15.1 requires a party moving to amend a pleading to attach a copy of the amended pleading to the motion. The plaintiffs' motion is denied without prejudice, meaning the plaintiffs may file a second motion to amend with the proposed amended complaint attached.

DONE this 25th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE