IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-881-WKW |
| | ) |
| ARANOV REALTY MANAGEMENT, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is currently before the court on the Plaintiff's Renewed Motion to Amend Complaint to Add Party (Doc. # 33). It is ORDERED that the defendants show cause **on or before July 7, 2008** why the motion should not be granted.

DONE this 27th day of June, 2008.

                                         /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE