IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG and<br>BARRY BARR, | )<br>)<br>) |
|     Plaintiffs, | )<br>) |
| v. | )   Case No.: 2:07-CV-881-WKW<br>) |
| ARONOV REALTY MANAGEMENT,<br>INC., AMY CLARK KNUDSEN, and<br>MEIYING FORNEY, | )<br>)<br>)<br>) |
|     Defendants. | )<br>) |

**DEFENDANT MEIYING FORNEY'S
MOTION FOR SUMMARY JUDGMENT**

**COMES NOW**, the defendant, Meiying Forney, by and through her undersigned counsel of record, and moves this Honorable Court, pursuant to Rule 56, <u>Federal Rules of Civil Procedure</u>, to grant summary judgment to her on the grounds that there is no genuine issue as to any material fact and that the defendant Forney is entitled to a judgment as a matter of law. In support of her Motion for Summary Judgment, the defendant Forney submits the following, separately and severally:

    1.    Plaintiffs' Complaint;

    2.    Defendant's Answer and averment of affirmative defenses;

    3.    Excerpts from the deposition testimony of Amy Knudsen;

    4.    Excerpts from the deposition testimony of Barry Barr;

    5.    Excerpts from the deposition testimony of Terrance Long;

    6.    Meiying Forney Declaration;

    7.    Exhibit 1;

8. Defendant's Brief in Support of her Motion for Summary Judgment with the attached exhibits made apart thereof and incorporated therein.

WHEREFORE, the defendant Meiying Forney moves this Honorable Court to grant summary judgment to her on the grounds that there is no genuine issue of material fact and the defendant Forney is entitled to a judgment as a matter of law.

Respectfully submitted this 27th day of June, 2008.

                                    s/N. Gunter Guy, Jr.
                                    N. Gunter Guy, Jr.
                                    Attorney for Defendant, Meiying Forney

OF COUNSEL:

Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL  36102-2148
Telephone:    (334) 387-7680
Facsimile:    (334) 387-3222
gguy@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system and have also served a copy of the following by e-filing or mailing the same by United States mail properly addressed and first class postage prepaid:

C. Michael Quinn
Kevin W. Jent
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL  35203

Charles A. Stewart
Quindal C. Evans
Bradley, Arant, Rose & White
401 Adams Ave., Ste. 780
Montgomery, AL  36104

                                    s/ N. Gunter Guy, Jr.
                                    OF COUNSEL