IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **TERRENCE LONG & BARRY BARR,** | ) | |
| | ) | |
|    **Plaintiffs,** | ) | |
| | ) | |
| V. | ) | Civil Action No.: |
| | ) | 2:07-CV-00881-WKW-WC |
| **ARONOV REALTY MANAGEMENT,** | ) | |
| **INC., AMY CLARK KNUDSEN, &** | ) | |
| **MEIYING FORNEY,** | ) | |
| | ) | |
|    **Defendants.** | ) | |

**MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS ARONOV REALTY MANAGEMENT, INC.
AND AMY CLARK KNUDSEN**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants **Aronov Realty Management, Inc.** and **Amy Clark Knudsen** ("these Defendants"), move this Court for an entry of summary judgment on all of Plaintiffs' claims against them. These Defendants are entitled to summary judgment because there is no genuine issue of material fact, and they are, thus, entitled to judgment as a matter of law. This motion is based on all pleadings in this action, the Brief in Support of Motion for Summary Judgment filed contemporaneously with this motion, and the following attached evidentiary submissions:

    1.     The Complaint, attached as Exhibit A;

    2.     Excerpts from Defendant Amy Knudsen's deposition, attached as Exhibit B;

    3.     Declaration of Defendant Meiying Forney, attached as Exhibit C;

    4.     Excerpts from Plaintiff Terrence Long's deposition, attached as Exhibit D;

    5.     Excerpts from Plaintiff Barry Barr's deposition, attached as Exhibit E;

6.     Excerpts from Defendant's Corporate Representative's, Scott Harris, deposition, attached as Exhibit F; and

7.     Excerpts from Mark Cranage's deposition, attached as Exhibit G.

8.     Excerpts from Grant Sullivan's deposition, attached as Exhibit H.

Respectfully submitted this the 27th day of June, 2008.

    s/ Quindal C. Evans
    Charles A. Stewart, III (STE067)
    Quindal C. Evans (EVA040)
    Bradley Arant Rose & White LLP
    Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701
    E-mail: cstewart@bradleyarant.com
    Email: qevans@bradleyarant.com
    **Attorneys for Defendants Aronov Realty Management, Inc., and Amy Knudsen**

CERTIFICATE OF SERVICE

      I certify that on June 27, 2008, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Kevin W. Jent | N. Gunter Guy |
| Counsel for the Plaintiff | Ball, Ball, Matthews & Novak, P.A. |
| Wiggins, Childs, Quinn & Pantazis, LLC | P.O. Box 2148 |
| The Kress Building | Montgomery, AL 36102-2148 |
| 301 19th Street North | |
| Birmingham, AL 35203 | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Not applicable.

      s/ Quindal C. Evans
      Quindal C. Evans
      Bradley Arant Rose & White LLP
      The Alabama Center for Commerce
      401 Adams Avenue, Suite 780
      Montgomery, AL 36104
      Telephone: (334) 956-7700
      Facsimile: (334) 956-7701
      E-mail: qevans@bradleyarant.com