IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERRENCE LONG & BARRY BARR,** ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | |
| **V.** ) | **Civil Action No.:** |
| ) | **2:07-CV-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** ) | |
| **INC., AMY CLARK KNUDSEN, &** ) | |
| **MEIYING FORNEY,** ) | |
| ) | |
|    **Defendants.** ) | |

**DEFENDANTS' RESPONSE TO THIS COURT'S**
**SHOW CAUSE ORDER DATED JUNE 27, 2008**

     Comes now the Defendants Aronov Realty Management, Inc. ("ARMI") and Amy Clark Knudsen and respond to this Court's Show Cause Order dated June 27, 2008 as to why Plaintiffs' Motion to Amend the Complaint, which adds Aronov Realty Brokerage, Inc. ("ARBI") as a Defendant, should not be granted. Defendants state that they do not object to the amendment at this time. However, because the deadline for submitting dispositive motions has passed, Defendants requests that a new dispositive motion deadline be set for ARBI and for ARMI if this Court allows Plaintiffs to amend the complaint to add ARBI as a defendant.

     Respectfully submitted this the 7th day of July, 2008.

                                       s/ Charles A. Stewart III
                                       Charles A. Stewart III
                                       Quindal C. Evans
                                       Attorneys for Defendant Aronov Realty
                                       Management, Inc.
                                       Bradley Arant Rose & White LLP
                                       401 Adams Avenue, Suite 780
                                       Montgomery, Alabama 36104

CERTIFICATE OF SERVICE

I hereby certify that on July 07, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Robert D. Segall
> Copeland, Franco, Screws & Gill, PA
> 444 South Perry Street
> Montgomery, Alabama 36101-0347
>
> N. Gunter Guy, Jr.
> Ball, Ball, Matthews & Novak, P.A.
> Post Office Box 2148
> Montgomery, Alabama 36102-2148
>
> C. Michael Quinn
> Kevin W. Jent
> Wiggins, Childs, Quinn & Pantazis, LLC
> 301 19th Street North
> Birmingham, Alabama 35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None.

Respectfully submitted,

s/ Charles A. Stewart III
Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: cstewart@bradleyarant.com