IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRENCE LONG, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-881-WKW |
| | ) | |
| ARONOV REALTY MANAGEMENT, | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on Plaintiffs' Renewed Motion to Amend Complaint to Add Party (Doc. # 33). The plaintiffs seek leave to amend their complaint to add Aronov Realty Brokerage, Inc., as a party. Defendants Aronov Realty Management, Inc., and Amy Clark Knudsen, in response to a show cause order, informed the court that they do not object to the amendment of the complaint but ask that a new dispositive motion deadline be set for Aronov Realty Management, Inc., and Aronov Realty Brokerage Inc., which the court construes as a motion. (Doc. # 39). On June 27, 2008, defendants Aronov Realty Management, Inc., and Amy Clark Knudsen filed a motion for summary judgment (Doc. # 37), and defendant Meiying Forney also filed a summary judgment motion (Doc. # 35).

The court finds that the motion to amend is due to be granted. The court also finds that the defendants' motion to reset the dispositive motions deadline is due to be granted. It is ORDERED that:

1. The Plaintiffs' Motion to Amend Complaint to Add Party (Doc. # 33) is GRANTED. The plaintiff shall file electronically an exact duplicate of the First Amended Complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures* **on or before July 16, 2008**.

2. The Defendants' Motion to Reset Dispositive Motions deadline is GRANTED. The dispositive motion briefing schedule is SUSPENDED. Defendants Aronov Realty Management, Inc. and Aronov Realty Brokerage, Inc. may file a motion for summary judgment **on or before July 23, 2008**. The plaintiffs shall respond to all summary judgment motions **on or before August 6, 2008**. Each defendant may file a reply brief **on or before August 20, 2008.**

DONE this 9th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE