**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERRENCE LONG and** )<br>**BARRY BARR,** )<br>  )<br>  **Plaintiffs,** )<br>  )<br>vs. )<br>  )<br>**ARONOV REALTY MANAGEMENT,** )<br>**INC., AMY CLARK KNUDSEN, and** )<br>**MEIYING FORNEY,** )<br>  )<br>  **Defendants.** ) | **CIVIL ACTION NO.:**<br>**2:07-cv-00881-WKW-WC**<br>**UNOPPOSED** |

**NOTICE CONCERNING SETTLEMENT DISCUSSIONS AND MEDIATION**

**COME NOW** the plaintiffs in the above styled matter and state that the parties have discussed settlement of this matter at the depositions which have been taken to date and have also discussed settlement over the telephone. To date the parties have been unable to reach a settlement, however, another meeting has been tentatively scheduled for Thursday, July 17th in Montgomery. Given the status of this case, especially in regard to the new defendant which was added on Wednesday, July 9th, the plaintiffs request that they be allowed to conduct the above-referenced meeting prior to making a representation to the Court about the usefulness of mediation in resolving this matter.

Respectfully submitted,

/s/ Kevin W. Jent
C. Michael Quinn
Kevin W. Jent
Attorneys for Plaintiffs

**OF COUNSEL**

**WIGGINS, CHILDS, QUINN
    & PANTAZIS, LLC**
The Kress Building
301 19th St. N.
Birmingham, AL 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have filed the above and foregoing today, July 11, 2008, by CM/ECF, with copies being served on:

Charles A. Stewart, III
Quindal C. Evans
Bradley, Arant, Rose & White, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

                                    /s/ Kevin W. Jent
                                    OF COUNSEL