IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-881-WKW |
| | ) |
| ARONOV REALTY MANAGEMENT, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Notice Concerning Settlement Discussions and Mediation (Doc. # 41), which the court construes as a motion from the plaintiffs for an extension of time to file the notice concerning settlement and mediation. It is ORDERED that the motion is GRANTED, and the deadline for informing the court on the status of settlement and mediation is CONTINUED to **July 22, 2008**. The court reminds the parties that the settlement conference must be face-to-face and cannot be held over the telephone.

DONE this the 15th day of July, 2008.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE