**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRENCE LONG and** | ) | |
| **BARRY BARR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:07-cv-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** | ) | **JURY DEMAND** |
| **INC., AMY CLARK KNUDSEN, MEIYING** | ) | |
| **FORNEY, and ARONOV REALTY** | ) | |
| **BROKERAGE, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFFS' WITNESS LIST[1]**

    **COME NOW** the plaintiffs, by and through the undersigned counsel, and files the following

Witness List pursuant to this Court's November 26, 2007 Uniform Scheduling Order.

**WITNESSES**

1.    Barry Barr                           **EXPECTED TO CALL**
        500 Bristol Court
        Montgomery, Alabama 36117

2.    Terrence Long                     **EXPECTED TO CALL**
        4351 Fairmeadow Lane
        Pike Road, Alabama 36064

3.    Amy Clark Knudsen           **EXPECTED TO CALL**
        2926 Jamestown Drive
        Montgomery, Alabama

4.    Meiying Forney                   **MAY CALL**

---

    [1]Because the defendants have not produced all their discovery responses, to date, the plaintiffs reserve the right to supplement this Witness List.

5.      Mark Cranage                          **EXPECTED TO CALL**
        5747 Woodmere Blvd.
        Montgomery, AL 36117

6.      Don Little                            **MAY CALL**
        P.O. Box 1881
        Montgomery, AL 36102

7.      Grant Sullivan                        **E X P E C T E D   T O
                                              CALL**

        Sullivan & Wills
        6708 Taylor Circle
        Montgomery, AL 36117

8.      Tony Fannin                           **MAY CALL**
        2230 Sagewood Drive
        Montgomery, AL 36117

9.      Mike Morin                            **MAY CALL**
        5743 Woodmere Blvd.
        Montgomery, AL 36117

10.     Geni and Todd Hudson                  **MAY CALL**
        356 W. McLean Road
        Hope Hull, AL 36043

11.     Robert Long                           **MAY CALL**
        Aronov Realty Management
        3500 Eastern Blvd.
        Montgomery, AL 36116

12.     Marcus Wolf                           **MAY CALL**
        5748 Carmichael Parkway, Ste. C
        Montgomery, AL 36117

13.     Vince Saele                           **MAY CALL**

14.     Ed Fatzinger                          **MAY CALL**
        6401 Thistlewood Ct.
        Montgomery, AL 36117

15.    Paul Register                                    **MAY CALL**
       1901 Wyndgate Loop
       Montgomery, AL 36117

16.    Any and all witnesses listed by the defendants and not objected to by the plaintiffs.

17h.    Any and all witnesses needed for rebuttal testimony.

Respectfully submitted,

/s/ Kevin W. Jent
C. Michael Quinn
Kevin W. Jent
Attorneys for Plaintiffs

**OF COUNSEL:**

**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

3

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have filed the above and foregoing today, July 21, 2008, by CM/ECF, with copies being served on:

Charles A. Stewart, III
Quindal C. Evans
Bradley, Arant, Rose & White, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148


<u>/s/ Kevin W. Jent</u>
OF COUNSEL