IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERRENCE LONG & BARRY BARR,** ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | |
| V. ) | Civil Action No.: |
| ) | 2:07-CV-00881-WKW-WC |
| **ARONOV REALTY MANAGEMENT,** ) | |
| **INC., ARONOV REALTY BROKERAGE,** ) | |
| **INC., AMY CLARK KNUDSEN, &** ) | |
| **MEIYING FORNEY,** ) | |
| ) | |
|    **Defendants.** ) | |
| ) | |

## DEFENDANTS' WITNESS LIST

Come now Defendants Aronov Realty Management, Inc., Aronov Realty Brokerage, Inc., and Amy Clark Knudsen pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, and designate the following will-call witnesses:

1.    Amy Clark Knudsen
   c/o Charles A. Stewart III
   Bradley Arant Rose & White LLP
   401 Adams Avenue, Suite 789
   Montgomery, Alabama 36104
   (334) 956-7700

2.    Scott Harris
   c/o Charles A. Stewart III
   Bradley Arant Rose & White LLP
   401 Adams Avenue, Suite 789
   Montgomery, Alabama 36104
   (334) 956-7700

3.    Barry Barr
   c/o Kevin Jent or Michael Quinn
   Wiggins, Childs, Quinn & Pantazis, LLC
   The Kress Building, 301 19th Street North
   Birmingham, AL 35203
   (205) 314-0500

**4.** Terrance Long
c/o Kevin Jent or Michael Quinn
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building, 301 19th Street North
Birmingham, AL 35203
(205) 314-0500

**5.** Dave Borden
Aldridge Borden & Company, P. C.
74 Commerce Street, 36104
Post Office Box 33, 36101-0033
Montgomery, Alabama
(334) 834-6640

**6.** Meiying Forney
c/o Gunter Guy
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148
(334) 387-7680

**7.** Sam McGharr
Cake Designs
3651 Debby Dr
Montgomery, AL 36111
(334) 288-6900

**8.** Donald B. Little
400 S Union St.
Montgomery, AL 36104
(334) 263-1411

**9.** Mark Cranage
Woodmere Taverns
5743 Woodmere Blvd
Montgomery, AL 36117
(334) 279-0802

**10.** Grant Sullivan
Sullivan & Wills
6708 Taylor Cir.
Montgomery, AL 36117
(334) 396-3333

In addition to the aforementioned witnesses, Defendants designate the following may-call witnesses:

1. Philip Stewart
   Doodle Hoppers
   3637 Debby Dr
   Montgomery, AL 36111
   (334) 284-4973

2. Baptist Medical Center East
   c/o Custodian of Records
   400 Taylor Road
   Montgomery, Alabama 36117
   (334) 277-8330

3. Dr. William J. Dailey
   Internal Medicine Associates of Alabama
   c/o Custodian of Records
   6940 Winton Blount Blvd
   Montgomery, AL 36117
   (334) 279-9211

4. Dr. James R. Andrews
   Alabama Sports Medicine & Orthopaedic Center
   806 St. Vincent Drive, Ste 415
   Birmingham, AL  35205
   (205) 876-1100

5. Dr. Charles Hartzog
   c/o Custodian of Records
   4294 Lomac St
   Montgomery, AL 36106
   (334) 274-9000

6. Dr. Michael Freeman
   c/o Custodian of Records
   2119 E South Blvd # 200
   Montgomery, AL 36116
   (334) 631-9000

**7.** A.G. Edwards & Sons, LLC
c/o CSC Lawyers Incorporated Srv Inc.
150 South Perry Street
Montgomery, AL  36104
(334) 271-1200

**8.** Compass Bank
c/o Jerry W. Powell, Registered Agent
15 South 20th Street
Birmingham, AL  35233
(205) 297-3000

**9.** Sterling Bank
c/o CSC Lawyers Incorporating Svc Inc.
150 South Perry Street
Montgomery, AL  36104
(334) 244-4437

**10.** First American Bank
c/o James R. Thompson III
1927 First Avenue North
Birmingham, AL  35203
(205) 583-3614

**11.** Belcher Agency, Inc.
c/o Auby E. Belcher
416 South Perry Street
Montgomery, AL  36104
(334) 262-2984

**12.** Wolf & Taunton, P.C.
c/o Marcus J. Wolf
5748 Carmichael Parkway, Ste C
Montgomery, AL  36117
(334) 244-8900

**13.** Montgomery Fire Department
c/o Custodian of Records
14 Madison Avenue
Montgomery, AL  36104
(334) 241-2930

14. Montgomery Fire Department
    c/o Walter R. Byars
    103 North Perry Street
    Montgomery, AL 36104
    (334) 241-2980

15. Silent Sentry Electronic Security, Inc.
    c/o Representative
    311 Mendel Parkway West
    Montgomery, AL 36117
    (334) 272-4535

16. Edgar H. Fatzinger III
    6401 Thistlewood Ct.
    Montgomery, AL 36117
    (334) 832-4109

17. Ben F. Kushner Company
    c/o Custodian of Records
    2175 Northlake Pkwy Ste 134
    Tucker, GA 30084
    (404) 303-1424

18. Ben F. Kushner Company
    c/o Representative
    2175 Northlake Pkwy Ste 134
    Tucker, GA 30084
    (404) 303-1424

19. Justin Dennerman
    c/o Ben F. Kushner Company
    2175 Northlake Pkwy Ste 134
    Tucker, GA 30084
    (404) 303-1424

20. William Henry Fuller, Jr.
    Fuller, Taylor & Holton, P.C.
    5748 Carmichael Pkwy Ste D
    Montgomery, AL 36117
    (334) 244-0447

**21.**      Verizon Wireless
              Continental U.S. Verizon Custodian of Records
              P.O. Box 1001
              MC -- TXD01613
              San Angelo, TX 76902
              Phone number unknown

**22.**      Montgomery City Council
              c/o Custodian of Records
              103 North Perry Street
              Montgomery, AL  36104
              (334) 241-2097

**23.**      Alabama Alcoholic Beverage Control Board
              c/o Custodian of Records
              1064 Monticello Park
              Montgomery, AL 36117
              (334) 260-9702

**24.**      Montgomery Police Department
              c/o Custodian of Records
              320 North Ripley Street
              Montgomery, AL  36104
              (334) 241-2651

**25.**      Jonathan Smithart
              c/o Montgomery Police Department
              320 North Ripley Street
              Montgomery, AL  36104
              (334) 241-2651

**26.**      Glenn Pruit
              c/o City Attorney
              103 North Perry Street
              Montgomery, AL 36104
              (334) 241-2980

**27.**      Major West
              c/o City Attorney
              103 North Perry Street
              Montgomery, AL 36104
              (334) 241-2980

28. Willie Cook
    c/o City Attorney
    103 North Perry Street
    Montgomery, AL 36104
    (334) 241-2980

29. Cathy Berman
    c/o Charles A. Stewart III
    Bradley Arant Rose & White LLP
    401 Adams Avenue, Suite 789
    Montgomery, Alabama 36104
    (334) 956-7700

30. Robert Long
    c/o Charles A. Stewart III
    Bradley Arant Rose & White LLP
    401 Adams Avenue, Suite 789
    Montgomery, Alabama 36104
    (334) 956-7700

31. Joey Long
    4240 Carmighael Cout, North
    Montgomery, Alabama 36106
    (334) 244-2400

32. Casey Close
    Physical Address Unkown
    c/o Terrance Long
    c/o Kevin Jent or Michael Quinn
    Wiggins, Childs, Quinn & Pantazis, LLC
    The Kress Building, 301 19th Street North
    Birmingham, AL 35203
    (205) 314-0500

33. Eustice Thompkins
    Physical Address Unkown
    c/o Barry Barry
    c/o Kevin Jent or Michael Quinn
    Wiggins, Childs, Quinn & Pantazis, LLC
    The Kress Building, 301 19th Street North
    Birmingham, AL 35203
    (205) 314-0500

**34.**   John Wayne Thomas
         Physical Address Unkown
         c/o Barry Barr
         c/o Kevin Jent or Michael Quinn
         Wiggins, Childs, Quinn & Pantazis, LLC
         The Kress Building, 301 19th Street North
         Birmingham, AL 35203
         (205) 314-0500

**35.**   Megan Cia
         Physical Address Unkown
         c/o Barry Barr
         c/o Kevin Jent or Michael Quinn
         Wiggins, Childs, Quinn & Pantazis, LLC
         The Kress Building, 301 19th Street North
         Birmingham, AL 35203
         (205) 314-0500

**36.**   Michael Montgomery
         Address unknown

**37.**   Danny Clements
         868 Lagoon Commercial Blvd. # B
         Montgomery, AL 36117
         (334) 279-0605

**38.**   Paul Register
         1901 Wyndgate Loop
         Montgomery, AL 36117
         (334) 279-4006

**39.**   Frank Thomas
         Address unknown

**40.**   Tony Fannin
         2230 Sagewood Drive
         Montgomery, AL 36117
         Phone number unknown

**41.**   Wayne Sable
         2800 Zelda Road #100-5
         Montgomery, AL 36106
         (334) 271-2770

In addition to the above-listed witnesses, Defendants reserve the right to designate additional witnesses and possible witnesses in response to discovery occurring after July 20, 2008, including tenants of Amy Knudsen to be identified by Defendants upon entry of a protective order, a draft of which has been discussed and agreed to by the parties but has not yet been filed with this Court, and to call any witness listed or called by Plaintiffs or a Co-Defendant.

Respectfully submitted this 21st day of July, 2008.

s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail:  cstewart@bradleyarant.com
         qevans@bradleyarant.com

**Attorneys for Defendants Aronov Realty Management, Inc., Aronov Realty Brokerage, Inc., and Amy Clark Knudsen**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2008, I electronically filed the foregoing Witness List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kevin W. Jent
>Wiggins, Childs, Quinn & Pantazis, LLC
>The Kress Building
>301 19th Street North
>Birmingham, AL 35203
>
>N. Gunter Guy
>Ball, Ball, Matthews & Novak, P.A.
>P.O. Box 2148
>Montgomery, AL 36102-2148

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

                                          s/ Charles A. Stewart III
                                          Of Counsel