IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG and<br>BARRY BARR,<br><br>    Plaintiffs,<br><br>v.<br><br>ARONOV REALTY MANAGEMENT,<br>INC., AMY CLARK KNUDSEN, and<br>MEIYING FORNEY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 2:07-CV-881-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT MEIYING FORNEY'S WITNESS LIST

**COMES NOW**, the defendant, Meiying Forney, by and through her undersigned counsel of record, and files the following Witness List pursuant to this Court's Uniform Scheduling Order:

    1.    Meiying Forney
           2233 Paragon Drive
           San Jose, CA

    2.    Amy Clark Knudsen
           c/o Charles A. Stewart, III
           Bradley, Arant, Rose & White
           401 Adams Ave., Ste. 789
           Montgomery, AL  36104
           334-956-7700

    3.    Don Little
           400 S. Union St.
           Montgomery, AL  36104
           334-263-1411

    4.    Sam McGharr
           Cake Designs
           3651 Debby Dr.
           Montgomery, AL  36111
           334-288-6900

5.  Barry Barr
    c/o Kevin Jen or Michael Quinn
    Wiggins, Childs, Quinn & Pantazis
    The Kress Bldg., 301 19th St., N.
    Birmingham, AL 35203
    205-314-0500

6.  Terrance Long
    c/o Kevin Jen or Michael Quinn
    Wiggins, Childs, Quinn & Pantazis
    The Kress Bldg., 301 19th St., N.
    Birmingham, AL 35203
    205-314-0500

7.  Dave Borden
    Aldridge Borden & Co.
    P O Box 33
    Montgomery, AL 36101-0033
    334-834-6640

8.  Grant Sullivan
    Sullivan & Wills
    6708 Taylor Circle
    Montgomery, AL 36117
    334-396-3333

9.  Mark Cranage
    Woodmere Taverns
    5743 Woodmere Blvd.
    Montgomery, AL 36117
    334-279-0802

In addition to the witnesses set forth above, defendant Forney designates the following may-call witnesses:

1.  Scott Harris
    c/o Charles A. Stewart, III
    Bradley, Arant, Rose & White
    401 Adams Ave., Ste. 789
    Montgomery, AL 36104
    334-956-7700

2.     Philip Stewart
        Doodlehoppers
        3637 Debby Drive
        Montgomery, AL  36111
        334-284-4973

3.     Baptist Medical Center East
        c/o Custodian of Records
        400 Taylor Rd.
        Montgomery, AL  36117
        334-277-8330

4.     Dr. William J. Dailey
        Internal Medicine Associates of Ala.
        c/o Custodian of Reecords
        6940 Winton Blount Blvd.
        Montgomery, AL  36117
        334-279-9211

5.     Dr. James R. Andrews
        Alabama Sports Medicine & Orthopaedic Ctr.
        806 St. Vincent Dr., Ste. 415
        Birmingham, AL  35205
        205-876-1100

6.     Dr. Charles Hartzog
        c/o Custodian of Records
        4294 Lomac St.
        Montgomery, AL  36106

7.     Dr. Michael Freeman
        c/o Custodian of Records
        2119 E. South Blvd., Ste. 200
        Montgomery, AL  36116
        334-631-9000

8.     A.G. Edwards & Sons
        c/o CSC Lawyers Incorporated Srv Inc.
        150 S. Perry St.
        Montgomery, AL  36104
        334-271-1200

9.     Compass Bank
        c/o Jerry W. Powell, Registered Agent
        15 S. 20th St.
        Birmingham, AL  35233
        205-297-3000

10. Sterling Bank
    c/o CSC Lawyers Incorporating Svc., Inc.
    150 S. Perry St.
    Montgomery, AL 36104
    334-244-4437

11. First American Bank
    c/o James R. Thompson, III
    1927 First Ave., N.
    Birmingham, AL 35203
    205-583-3614

12. Belcher Agency, Inc.
    c/o Auby E. Belcher
    416 South Perry Street
    Montgomery, AL 36104
    (334) 262-2984

13. Wolf & Taunton, P.C.
    c/o Marcus J. Wolf
    5748 Carmichael Parkway, Ste C
    Montgomery, AL 36117
    (334) 244-8900

14. Montgomery Fire Department
    c/o Custodian of Records
    14 Madison Avenue
    Montgomery, AL 36104
    (334) 241-2930

15. Montgomery Fire Department
    c/o Walter R. Byars
    103 North Perry Street
    Montgomery, AL 36104
    (334) 241-2980

16. Silent Sentry Electronic Security, Inc.
    c/o Representative
    311 Mendel Parkway West
    Montgomery, AL 36117
    (334) 272-4535

17. Edgar H. Fatzinger III
    6401 Thistlewood Ct.
    Montgomery, AL 36117
    (334) 832-4109

18. Ben F. Kushner Company
    c/o Custodian of Records
    2175 Northlake Pkwy Ste 134
    Tucker, GA 30084
    (404) 303-1424

19. Ben F. Kushner Company
    c/o Representative
    2175 Northlake Pkwy Ste 134
    Tucker, GA 30084
    (404) 303-1424

20. Justin Dennerman
    c/o Ben F. Kushner Company
    2175 Northlake Pkwy Ste 134
    Tucker, GA 30084
    (404) 303-1424

21. William Henry Fuller, Jr.
    Fuller, Taylor & Holton, P.C.
    5748 Carmichael Pkwy Ste D
    Montgomery, AL 36117
    (334) 244-0447

22. Verizon Wireless
    Continental U.S. Verizon Custodian of Records
    P.O. Box 1001
    MC -- TXD01613
    San Angelo, TX 76902
    Phone number unknown

23. Montgomery City Council
    c/o Custodian of Records
    103 North Perry Street
    Montgomery, AL 36104
    (334) 241-2097

24. Alabama Alcoholic Beverage Control Board
    c/o Custodian of Records
    1064 Monticello Park
    Montgomery, AL 36117
    (334) 260-9702

25. Montgomery Police Department
    c/o Custodian of Records
    320 North Ripley Street
    Montgomery, AL 36104
    (334) 241-2651

26. Jonathan Smithart
    c/o Montgomery Police Department
    320 North Ripley Street
    Montgomery, AL 36104
    (334) 241-2651

27. Glenn Pruit
    c/o City Attorney
    103 North Perry Street
    Montgomery, AL 36104
    (334) 241-2980

28. Major West
    c/o City Attorney
    103 North Perry Street
    Montgomery, AL 36104
    (334) 241-2980

29. Willie Cook
    c/o City Attorney
    103 North Perry Street
    Montgomery, AL 36104
    (334) 241-2980

30. Robert Long
    c/o Charles A. Stewart III
    Bradley Arant Rose & White LLP
    401 Adams Avenue, Suite 789
    Montgomery, Alabama 36104
    (334) 956-7700

31. Joey Long
    4240 Carmighael Cout, North
    Montgomery, Alabama 36106
    (334) 244-2400

32. Tony Fannin
    2230 Sagewood Drive
    Montgomery, AL 36117
    Phone number unknown

33. Wayne Sable
    2800 Zelda Road #100-5
    Montgomery, AL 36106
    (334) 271-2770

34. Any person necessary as a rebuttal witness.

35. Any person whose name is ascertained through additional discovery in this case not yet completed.

36. Any witness listed by any other party.

37. Any witness necessary to lay a foundation for the introduction of an exhibit.

38. Any person who has given a deposition in this cause.

39. Any person that has not yet been ascertained but for good cause shown may be allowed by further Order of the Court.


Respectfully submitted this 22nd day of July, 2008.


      /s/    N. Gunter Guy, Jr.
N. Gunter Guy, Jr.
Attorney for Defendant, Meiying Forney

OF COUNSEL:

Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL  36102-2148
Telephone:    (334) 387-7680
Facsimile:    (334) 387-3222
gguy@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system and have also served a copy of the following by e-filing or mailing the same by United States mail properly addressed and first class postage prepaid:

C. Michael Quinn
Kevin W. Jent
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL  35203

Charles A. Stewart
Quindal C. Evans
Bradley, Arant, Rose & White
401 Adams Ave., Ste. 780
Montgomery, AL  36104

                                                     /s/     N. Gunter Guy, Jr.
                                                  OF COUNSEL