**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TERRENCE LONG and** <br> **BARRY BARR,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **ARONOV REALTY MANAGEMENT,** <br> **INC., AMY CLARK KNUDSEN, and** <br> **MEIYING FORNEY,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO.:** <br> ) **2:07-cv-00881-WKW-WC** <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE CONCERNING SETTLEMENT DISCUSSIONS AND MEDIATION**

     **COME NOW** the plaintiffs in the above style matter and submit the following notice concerning settlement discussions and mediation. As stated in the previous notice submitted on July 11, 2008, the parties had tentatively discussed settlement throughout the course of the litigation during depositions and in telephone conversations. On July 17, 2008, counsel for all parties met in Montgomery solely for the purpose of discussing settlement. While settlement was not reached at that time, the parties did discuss the possibility of mediation and decided that it was a viable option to be utilized after the summary judgment briefs had been submitted to the court.

          Respectfully submitted,

          /s/ Kevin W. Jent
          C. Michael Quinn
          Kevin W. Jent
          Attorneys for Plaintiffs

**OF COUNSEL**

**WIGGINS, CHILDS, QUINN
    & PANTAZIS, LLC**
The Kress Building
301 19th St. N.
Birmingham, AL 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have filed the above and foregoing today, July 23, 2008, by CM/ECF, with copies being served on:

Charles A. Stewart, III
Quindal C. Evans
Bradley, Arant, Rose & White, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

                                        /s/ Kevin W. Jent
                                        OF COUNSEL