IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG & BARRY BARR, )<br>)<br>    Plaintiffs, )<br>)<br>V. )<br>)<br>ARONOV REALTY MANAGEMENT, )<br>INC., ARONOV REALTY BROKERAGE, )<br>IMC., AMY CLARK KNUDSEN, & )<br>MEIYING FORNEY, )<br>)<br>    Defendants. )<br>) | Civil Action No.:<br>2:07-CV-00881-WKW-WC |

**DEFENDANT ARONOV REALTY BROKERAGE, INC.'S
CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Aronov Realty Brokerage, Inc., Defendant in the above-referenced matter, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    All Aronov entities and their relationships have been previously filed by Aronov Realty Management, Inc., and that filing is adopted as correct by Aronov Realty Brokerage, Inc.  In addition, the list of these entities and their relationships is copied herein:

| ARONOV REALTY MANAGEMENT, INC. ("ARMI") ||
|---|---|
| *Unless otherwise indicated, the address for Reportable Entity is:*<br>P.O. Box 23500<br>Montgomery, AL  36123 ||
| **Reportable Entity** | **Relationship to Party** |
| Aronov Realty Management, Inc. ("ARMI") | Parent of Aronov Realty Brokerage, Inc. |
| Aronov Realty Brokerage, Inc. ("ARBI") | Wholly Owned Subsidiary ARMI |
| Aronov Professional Career School, Inc. | Wholly Owned Subsidiary of ARBI |
| Seachase Real Estate, Inc. | Wholly Owned Subsidiary of ARBI |
| Aronov Condo Management, Inc. | Wholly Owned Subsidiary of ARMI |
| Aronov Commercial Capital, Inc. | Wholly Owned Subsidiary ARMI |

| | |
|---|---|
| Aronov Homes, Inc. | Wholly Owned Subsidiary ARMI |
| Aronov Home Rentals, Inc. | Wholly Owned Subsidiary ARMI |
| Aronov Insurance, Inc. ("AII") | Wholly Owned Subsidiary ARMI |
| Aronov Residential Rental Properties, Inc. | Wholly Owned Subsidiary ARMI |
| Aronov Resort Management, Inc. | Wholly Owned Subsidiary ARMI |
| Atlanta Highway Mini Storage Management, Inc. | Wholly Owned Subsidiary ARMI |
| Cordova General, Inc. | Wholly Owned Subsidiary ARMI |
| CP Management, Inc. | Wholly Owned Subsidiary ARMI |
| Dogwood Promenade Management, Inc. | Wholly Owned Subsidiary ARMI |
| Dothan Motel Management, Inc. | Wholly Owned Subsidiary ARMI |
| Eastcrest General, Inc. | Wholly Owned Subsidiary ARMI |
| Eastdale Square Management, Inc. | Wholly Owned Subsidiary ARMI |
| Enterprise Center Management, Inc. | Wholly Owned Subsidiary ARMI |
| Fairlane Management, Inc. | Wholly Owned Subsidiary ARMI |
| Foxcroft General, Inc. | Wholly Owned Subsidiary ARMI |
| Gala Plaza Management, Inc. | Wholly Owned Subsidiary ARMI |
| Gulf West Management, Inc. | Wholly Owned Subsidiary ARMI |
| Gunter Park Management, Inc. | Wholly Owned Subsidiary ARMI |
| Hot Springs Management, Inc. | Wholly Owned Subsidiary ARMI |
| LLC Management, Inc. | Wholly Owned Subsidiary ARMI |
| Maison Bocage Management, Inc. | Wholly Owned Subsidiary ARMI |
| Prattville Mini Storage Management, Inc. | Wholly Owned Subsidiary ARMI |
| SC Management, Inc. | Wholly Owned Subsidiary ARMI |
| Southeast LLC Management, Inc. | Wholly Owned Subsidiary ARMI |
| Thorington Road Management, Inc. | Wholly Owned Subsidiary ARMI |
| Trussville Management, Inc. | Wholly Owned Subsidiary ARMI |
| Union Street Management, Inc. | Wholly Owned Subsidiary ARMI |
| West Dothan Mini Storage Management, Inc. | Wholly Owned Subsidiary ARMI |
| Windsor Hill Management, Inc. | Wholly Owned Subsidiary ARMI |
| Wiregrass Management, Inc. | Wholly Owned Subsidiary ARMI |
| Aronov Realty Company, Inc. | Affiliate |
| Aronov Capital, Inc. | Affiliate |
| Aronov Centre, Inc. | Affiliate |
| Aronov Land Co., Inc. | Affiliate |
| Aronov-Hot Springs, Inc. | Affiliate |
| ARC Fairfield, Inc. | Affiliate |
| ARC Retail, Inc. | Affiliate |
| ARC-Union Street, Inc. | Affiliate |
| ARC Vaughn Lakes, Inc. | Affiliate |
| Crescent Center, LLC | Affiliate |
| Dadeville Property, LLC | Affiliate |
| Guaranteed Homes, Inc. | Affiliate |

| | |
|---|---|
| Gunter Park Developers, Inc. | Affiliate |
| Hamilton Square Shopping Center | Affiliate |
| Hot Springs SPE, Inc. | Affiliate |
| Huntsville Community Builders, Inc. | Affiliate |
| Huntsville Store Company, Inc. | Affiliate |
| Jackson Community Builders, Inc. | Affiliate |
| Jefferson Woods, Inc. | Affiliate |
| Selma Community Builders, Inc. | Affiliate |
| Talladega Community Builders, Inc. | Affiliate |
| Union Street SPE, Inc. | Affiliate |
| Vaughn Lakes General, Inc. | Affiliate |
| Windsor Hill, LLC | Affiliate |
| Wiregrass SPE, Inc. | Affiliate |
| Zelda Place, Inc. | Affiliate |
| Alex City Shopping Center, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>SC Management, Inc., Manager | Affiliate |
| Aronov-Ozark (Ozark Shopping Center) | Affiliate |
| Belleview Outparcel Associates | Affiliate |
| Carmichael Office, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>Aronov Realty Properties, Inc., Member<br>Ryan Family Enterprises, Ltd., Member<br>*285 Kershaw Industrial Blvd, Montgomery, AL  36117*<br>Aronov Realty Management, Inc., Member | Affiliate |
| Colbert Community Builders, Inc. | Affiliate |
| Cordova Collection, Ltd.<br><br>Cordova General, Inc., General Partner | Affiliate |
| Dothan Motel, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>Aronov Realty Properties, Inc, Member<br>HID, II, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Dothan Motel Management, Inc. & HIDS, LLC, Managers<br>*P.O. Box 5566, Dothan, AL  36302* | Affiliate |
| Enterprise Shopping Center | Affiliate |
| Fairfield Partners, Ltd.<br><br>ARC Fairfield, Inc., General Partner<br>BB&W, LLC, General Partner | Affiliate |

3

| | |
|---|---|
| *300 Office Parker Drive, Suite 108*<br>*Birmingham, AL  35223* | |
| Fieldcrest I Apartments, L.L.C.<br><br>Aronov Realty Company, Inc. (Member)<br>Larry G. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Richard H. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Helen F. Lifland, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Fieldcrest Management, Inc., Manager<br>Fieldcrest Blumberg Manager, LLC, Manager<br>*P.O. Box 5566, Dothan, AL  36302* | Affiliate |
| Fieldcrest II Apartments, L.L.C.<br><br>Jake F. Aronov, Member<br>Owen W. Aronov, Member<br>Aronov Holdings, I, Ltd., Member<br>Aronov Realty Company, Inc., Member<br>Larry G. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Richard H. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Helen B. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Herbert M. Scheur, Jr., Member<br>*1342 Carmichael Way, Montgomery, AL  36106*<br>John E. Ives, Member<br>*8241 Old Federal Road, Montgomery, AL  36117*<br>Fieldcrest Management, Inc., Manager | Affiliate |
| Foxcroft Partners, Limited Partnership<br><br>Foxcroft General, Inc., General Partner | Affiliate |
| Gala Plaza, L.L.C.<br><br>Aronov Realty Company, Inc., Member<br>Frank M. Johnston, Member<br>*1821 Pine Needle Road, Montgomery, AL  36106*<br>John Beisel, Member<br>*P.O. Box 20426, St. Simons Island, GA  31522*<br>Gala Plaza Management, Inc., Member | Affiliate |
| Hillwood Estates, ABG | Affiliate |
| Satterfield Plaza Shopping Center | Affiliate |
| Southview Square, L.LC. | Affiliate |
| Tillman's Corner Partners, Ltd. | Affiliate |
| Vaughn Lakes Associates, Ltd. | |

4

| | |
|---|---|
| Vaughn Lakes General, Inc., General Partner | Affiliate |
| Wiregrass Plaza, LLC<br><br>Aronov Realty Company, Inc., Member<br>Wiregrass SPE, Inc., Member<br>Frank M. Johnston, Member<br>*1821 Pine Needle Road, Montgomery, AL  361016*<br>Wiregrass Management, Inc., Member | Affiliate |
| Valley Partners, Ltd.<br><br>Jake F. Aronov, General Partner<br>Owen W. Aronov, General Partner<br>Robert Lamar, General Partner<br>*753 Felder Avenue, Montgomery, AL  36106*<br>Aronov Holdings I., Ltd., General Partner | Affiliate |
| Zelda Place Partners, Ltd.<br><br>Zelda Place, Inc., General Partner | Affiliate |
| Aronov Land Co., Inc. | Affiliate |
| Glynwood, LLC<br><br>Aronov Land Co., Inc., Member<br>Guaranteed Homes, Inc., Member<br>LLC Management, Inc., Manager | Affiliate |
| Macol Corporation | Affiliate |
| Thorington Road Properties, LLC<br><br>Aronov Land Co., Inc., Member<br>Jake F. Aronov, Member<br>Owen W. Aronov, Member<br>Thorington Road Management, Inc., Manager | Affiliate |
| Aronov Realty Properties, Inc., | Affiliate |
| Carmichael Office, LLC | Affiliate |
| Satterfield Plaza Shopping Center | Affiliate |
| Southview Square, LLC<br><br>Aronov Realty Company, Inc., Member<br>Aronov Realty Properties, Inc., Member<br>Larry G. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Richard H. Blumberg, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>Helen B. Lifland, Member<br>*P.O. Box 5566, Dothan, AL  36302*<br>LLC Management, Inc., Manager<br>Larry Blumberg, Manager<br>*P.O. Box 5566, Dothan, AL  36302* | Affiliate |

5

| | |
|---|---|
| Tillman's Corner Partners, Limited Partners<br><br>Aronov Realty Company, Inc., General Partner<br>Frank M. Johnston<br>*1821 Pine Needle Road, Montgomery, AL  36106* | Affiliate |
| Alabama Insurance Alliance, Inc. | Wholly Owned Subsidiary of AII |

Respectfully submitted this the 23rd day of July, 2008.

                                                  s/ Quindal C. Evans
                                                  Charles A. Stewart III (STE067)
                                                  Quindal C. Evans (EVA040)
                                                  Bradley Arant Rose & White LLP
                                                  Alabama Center for Commerce
                                                  401 Adams Avenue, Suite 780
                                                  Montgomery, AL 36104
                                                  Telephone: (334) 956-7700
                                                  Facsimile: (334) 956-7701
                                                  E-mail:  cstewart@bradleyarant.com
                                                  Email: qevans@bradleyarant.com
                                                  **Attorneys for Defendants Aronov Realty Management, Inc.**

CERTIFICATE OF SERVICE

      I certify that on July 23, 2008, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Kevin W. Jent | N. Gunter Guy |
| C. Michael Quinn | Ball, Ball, Matthews & Novak, P.A. |
| Counsel for the Plaintiff | P.O. Box 2148 |
| Wiggins, Childs, Quinn & Pantazis, LLC | Montgomery, AL 36102-2148 |
| The Kress Building | |
| 301 19th Street North | |
| Birmingham, AL 35203 | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Not applicable.

                                            s/ Quindal C. Evans
                                            Quindal C. Evans
                                            Bradley Arant Rose & White LLP
                                            The Alabama Center for Commerce
                                            401 Adams Avenue, Suite 780
                                            Montgomery, AL 36104
                                            Telephone: (334) 956-7700
                                            Facsimile: (334) 956-7701
                                            E-mail: qevans@bradleyarant.com