**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| TERRENCE LONG and ) | |
| BARRY BARR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 2:07-cv-00881-WKW-WC |
| ARONOV REALTY MANAGEMENT, ) | |
| INC., AMY CLARK KNUDSEN, and ) | |
| MEIYING FORNEY, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND SUMMARY JUDGMENT BRIEFING DEADLINES**

**COME NOW** the plaintiffs in the above-styled matter and move the Court for a 3 business day extension of time in which to respond to the defendants' motions for summary judgment. As grounds for said motion, the plaintiffs show the following:

1. Currently the responses to the separate motions for summary judgment filed by all three defendants are due Wednesday, August 6,2008. Plaintiffs are seeking an extension until August 11, 2008.

2. Plaintiffs' counsel has the following matters which necessitate the requester extension:

   A. *Sammy Simpson v. Alabama Dept of Human Resources*, Eleventh Circuit Court of Appeals, 08-12330, Brief of Appellant filed on August 4, 2008;

   B. *Wanda Womack v. Dolgencorp.*, Northern District of Alabama, 06-0465-VEH, a Title VII class and EPA nationwide collective action, -Reply to Response to Motion to Motion to Strike due August 5, 2008; Hearing on

       several pending motions August 8, 2008. Also, August 4, 2008, the court entered an order requiring the parties to meet and confer face to face on various motions (including discovery responses of 20 named class representatives) and report the results of that meeting by midnight on August 7th. Due to prior out of town commitments and medical procedures regarding other counsel, the undersigned is the only counsel of record available to conduct said face to face meeting.

3.     In addition, the undersigned was involved in a minor accident yesterday which required a visit to the emergency room.

4.     As a result of the above-described commitments, counsel is seeking an additional 3 business days to file the response to all 3 motions for summary judgment.

5.     Counsel for all defendants have been contacted and do not oppose this extension.

                                 Respectfully submitted,

                                 /s/ *Kevin W. Jent*
                                 C. Michael Quinn
                                 Kevin W. Jent
                                 Attorneys for Plaintiffs

OF COUNSEL:

**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have filed the above and foregoing today, August 5, 2008, by CM/ECF, with copies being served on:

Charles A. Stewart, III
Quindal C. Evans
Bradley, Arant, Rose & White, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

                                              /s/ Kevin W. Jent
                                              OF COUNSEL