IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRENCE LONG, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-881-WKW |
| | ) | |
| ARONOV REALTY MANAGEMENT, | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This case is before the court on Plaintiffs' Motion to Extend Summary Judgment Briefing Deadlines (Doc. # 54). The motion is GRANTED. The deadline for Plaintiffs' response brief is CONTINUED from August 6, 2008, to **August 11, 2008**; the deadline for Defendants' reply briefs is CONTINUED from August 20, 2008, to August 25, 2008.

SO ORDERED.

DONE this 6th day of August, 2008.

       /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE