# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG and ) | |
| BARRY BARR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 2:07-cv-00881-WKW-WC |
| ARONOV REALTY MANAGEMENT, ) | |
| INC., AMY CLARK KNUDSEN, and ) | |
| MEIYING FORNEY, ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO APPROVE STIPULATED
## CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

**COME NOW**, the Plaintiffs, Terrence Long and Barry Barr, by and through their attorneys, and jointly move this Honorable Court to approve the Stipulated Confidentiality Agreement and Protective Order which has been agreed to by all parties and is attached hereto as Exhibit A.

Respectfully submitted, August 15, 2008:

/s/Kevin W. Jent
C. Michael Quinn
Kevin W. Jent
*Attorneys for Plaintiff*

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500

## CERTIFICATE OF SERVICE

1

  I do hereby certify that I have filed the above and foregoing today, August 15, 2008, by CM/ECF, with copies being served on:

Charles A. Stewart, III
Quindal C. Evans
Bradley, Arant, Rose & White, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

              /s/ Kevin W. Jent
              OF COUNSEL

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERRENCE LONG and** ) | |
| **BARRY BARR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:07-cv-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** ) | |
| **INC., AMY CLARK KNUDSEN, and** ) | |
| **MEIYING FORNEY,** ) | |
| ) | |
| **Defendants.** ) | |

**PROTECTIVE AGREEMENT**

Pursuant to the Federal Rules of Civil Procedure 26(c), for good cause shown by agreement of all parties, it is hereby agreed to that:

1. The plaintiff and defendant have requested documents containing financial information of the plaintiffs and the defendant, as well as other business related information. To protect the privacy interests of individuals not parties to this action and the proprietary interests of the defendant, such documents, and only such documents, shall be treated as confidential under the terms of this Agreement, and those documents copied by or at the request of the plaintiffs or their counsel shall be designated as "CONFIDENTIAL INFORMATION" in the manner set forth in this Agreement.

2. All documents designated "CONFIDENTIAL INFORMATION" shall be identified as confidential information by placing the word "CONFIDENTIAL" on the face of such documents.

3. None of the parties, nor their counsel, shall give, show, or otherwise divulge any CONFIDENTIAL INFORMATION produced in this action by any party, or the substance or

contents thereof, or any copies or summaries thereof, to any entity or person except employees, experts and consultants employed or retained by counsel in connection with this action; court personnel; court reporters; and persons noticed for depositions or potential trial witnesses to the extent reasonably necessary in preparing to testify in this lawsuit. The parties and their counsel shall use the CONFIDENTIAL INFORMATION only for purposes of this litigation.

      4.    The employees, experts and consultants of counsel to which such CONFIDENTIAL INFORMATION is intended to be presented, shall first be presented with a copy of this protective agreement and instructed to read the same. These employees, experts and consultants shall use said CONFIDENTIAL INFORMATION only for the purposes of this litigation and shall not give, show or otherwise divulge any CONFIDENTIAL INFORMATION, or the substance or contents thereof, or any copies or summaries thereof, to any other entity or person without prior approval of the parties.

      5.    Two years from the final termination of this action, whether via completion of trial and any appeal in this action and the satisfaction of any judgment, or upon the conclusion of settlement of this action, all persons subject to this Agreement shall destroy (or return to counsel for the defendant) all CONFIDENTIAL INFORMATION, including any and all copies, prints, negatives or summaries thereof, and including any and all copies, prints, negatives and summaries in the possession of employees, experts or consultants employed or retained by counsel, except those items compromising any appellate record, trial court record, privileged communications or attorney work product. Counsel shall maintain all CONFIDENTIAL INFORMATION in a sealed envelope for a period of two years after the final termination of this action. After this two year period has elapsed, counsel shall certify to counsel for defendant that all such documents required to be destroyed or

returned have been destroyed or returned. Such certification shall be made within 10 days of the destruction or return of the CONFIDENTIAL INFORMATION.

6.  Should further disclosure of CONFIDENTIAL INFORMATION be desired by either party, counsel for the plaintiff must confer with counsel for the defendant and attempt to reach agreement on the extent of further disclosure.

7.  If counsel is served with a subpoena for any CONFIDENTIAL INFORMATION, the person served shall give opposing counsel seven (7) days notice, or reasonable notice if the time for compliance with the subpoena is seven days or less after service, before producing any CONFIDENTIAL INFORMATION demanded in the subpoena.

8.  Nothing in this Agreement shall prejudice the defendant's right to make any use of, or disclose to any person, any material it has designated as CONFIDENTIAL INFORMATION, during the course of its normal business operations, without prior Court order, or to waive the provisions of this Agreement with respect to any CONFIDENTIAL INFORMATION.

9.  Nothing in this Agreement shall prevent or affect the right of any party to use any CONFIDENTIAL INFORMATION at trial; however, if deemed necessary, the parties will approach the Court regarding the procedures for handling CONFIDENTIAL INFORMATION prior to the commencement of trial.