IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG and<br>BARRY BARR,<br><br>   Plaintiffs,<br><br>vs.<br><br>ARONOV REALTY MANAGEMENT,<br>INC., AMY CLARK KNUDSEN, and<br>MEIYING FORNEY,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.:<br>)   2:07-cv-00881-WKW-WC<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON MOTION**

Upon consideration of the parties' Motion to Approve Stipulated Confidentiality Agreement and Protective Order (Doc. #59), it is

ORDERED that the Motion (Doc. #59) is GRANTED. The Court notes that the parties are free to enter into such agreements without approval of the Court.

Done this 15th day of August.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE