**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRENCE LONG and** | ) | |
| **BARRY BARR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:07-cv-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** | ) | |
| **INC., AMY CLARK KNUDSEN, and** | ) | |
| **MEIYING FORNEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONSENT MOTION TO TAKE DEPOSITION OUTSIDE OF DISCOVERY DEADLINE**

**COME NOW** the plaintiffs in the above-styled matter and move the Court for leave to take

the deposition of Dave Borden outside of the discovery deadline.  As grounds for said motion, the

plaintiffs state the following:

1.    Currently, discovery is set to be completed on August 20, 2008.  The plaintiffs are

not seeking to extend that deadline or any of the other deadlines associated with this

case. Counsel for Defendants do not oppose this motion.

2.    On July 16, 2008, in accordance with the Scheduling Order, with amendments,

entered in this case, the defendants identified Dave Borden as an expert witness and

served Plaintiffs with an accompanying report.

3.    The parties have been working to schedule Mr. Borden's deposition, but due to his

schedule have been unable to do so.  The parties have tentatively set Mr. Borden's

deposition for Friday, August 29, 2008, and are asking leave of the court to take the

deposition on this date, or the following week until September 5, 2008, should the

August 29th date become unavailable.

4.      Taking this deposition outside of the discovery deadline will not affect any of the

other deadlines in this case and will not impact any of the motions currently before

the Court.

WHEREFORE, Plaintiffs respectfully request permission to take the deposition of Dave

Borden outside of the discovery deadline as set out in this motion.

Respectfully submitted,

/s/ *Kevin W. Jent*
C. Michael Quinn
Kevin W. Jent
Attorneys for Plaintiffs

OF COUNSEL:

**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

## CERTIFICATE OF SERVICE

       I do hereby certify that I have filed the above and foregoing today, August 19, 2008, by CM/ECF, with copies being served on:

Charles A. Stewart, III
Quindal C. Evans
Bradley, Arant, Rose & White, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

                          /s/ Kevin W. Jent
                          OF COUNSEL