IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE LONG, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO.: 2:07-cv-881-WKW |
| | ) |
| ARONOV REALTY MANAGEMENT, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiffs' unopposed Consent Motion to Take Deposition Outside of Discovery Deadline (Doc. # 61), it is ORDERED that the motion is GRANTED and that the deadline for Plaintiffs to take Dave Borden's deposition is extended to **September 5, 2008**.

DONE this 20th day of August, 2008.

                                               /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE