IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRENCE LONG & BARRY BARR, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| V. | ) | **Civil Action No.:** |
| | ) | **2:07-CV-00881-WKW-WC** |
| ARONOV REALTY MANAGEMENT, | ) | |
| INC., AMY CLARK KNUDSEN, & | ) | |
| MEIYING FORNEY, | ) | |
| | ) | |
| **Defendants.** | ) | |

ADDITIONAL EVIDENTIARY SUBMISSIONS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS
ARONOV REALTY MANAGEMENT, INC., ARONOV REALTY
BROKERAGE, INC., AND AMY CLARK KNUDSEN

Defendants **Aronov Realty Management, Inc.** ("Aronov Management"), **Aronov Realty Brokerage, Inc.** ("Aronov Brokerage"), and **Amy Clark Knudsen** ("Knudsen") ("these Defendants") file the following attached additional evidentiary submissions in further support of their motion for summary judgment:

1.    The Deposition of Sam McGharr, attached as Exhibit A;

2.    The Deposition of Don Little, attached as Exhibit B;

3.    Montgomery Police Department Incident Analysis Report – Summary, attached as Exhibit C; and

4.    Declaration of Amy Clark Knudsen, attached as Exhibit D.

Respectfully submitted this the 25th day of August, 2008.

s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail:  cstewart@bradleyarant.com
Email: qevans@bradleyarant.com
**Attorneys for Defendants Aronov Realty**
**Management, Inc., and Amy Knudsen**

## CERTIFICATE OF SERVICE

I certify that on August 25, 2008, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kevin W. Jent
Counsel for the Plaintiff
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203

N. Gunter Guy
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148


and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Not applicable.


s/ Charles A. Stewart III
Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: qevans@bradleyarant.com

Exhibit A

Page 1

1        IN THE UNITED STATES DISTRICT COURT FOR

2          THE MIDDLE DISTRICT OF ALABAMA

3                NORTHERN DIVISION

4

5    TERRENCE LONG & BARRY BARR,

6            Plaintiffs,

7    vs.                        CIVIL ACTION NO.

8                               2:07-CV-00881-WKW-WC

9    ARONOV REALTY MANAGEMENT,

10   INC., ARONOV REALTY BROKERAGE,

11   INC., AMY CLARK KNUDSEN,

12   & MEIYING FORNEY,

13            Defendants.

14          *      *      *      *      *

15        VIDEOTAPE DEPOSITION OF SAM McGHAR,

16   taken pursuant to notice and stipulation

17   on behalf of the Defendants, in the

18   offices of Bradley, Arant, Rose & White,

19   401 Adams Avenue, Suite 780, Montgomery,

20   Alabama, before Nicole Paulk, Certified

21   Court Reporter and Notary Public in and

22   for the State of Alabama at Large, on

23   August 19, 2008, commencing at 3:57 p.m.

Sam McGhar - 8/19/2008

**Page 1**

1   IN THE UNITED STATES DISTRICT COURT FOR
2   THE MIDDLE DISTRICT OF ALABAMA
3   NORTHERN DIVISION
4
5   TERRENCE LONG & BARRY BARR,
6       Plaintiffs,
7   vs.            CIVIL ACTION NO.
8            2:07-CV-00881-WKW-WC
9   ARONOV REALTY MANAGEMENT,
10  INC., ARONOV REALTY BROKERAGE,
11  INC., AMY CLARK KNUDSEN,
12  & MEIYING FORNEY,
13      Defendants.
14      *   *   *   *   *
15      VIDEOTAPE DEPOSITION OF SAM McGHAR,
16  taken pursuant to notice and stipulation
17  on behalf of the Defendants, in the
18  offices of Bradley, Arant, Rose & White,
19  401 Adams Avenue, Suite 780, Montgomery,
20  Alabama, before Nicole Paulk, Certified
21  Court Reporter and Notary Public in and
22  for the State of Alabama at Large, on
23  August 19, 2008, commencing at 3:57 p.m.

**Page 2**

1        APPEARANCES
2
3   For the Plaintiffs:
4       Kevin W. Jent, Esquire
        Wiggins, Childs, Quinn &
5       Pantazis, LLC
        The Kress Building
6       301 19th Street North
        Birmingham, Alabama 35203
7
    For the Defendants Aronov and Amy Clark
8   Knudsen:
9       Charles A. Stewart, Esquire
        Quindal Evans, Esquire
10      Bradley, Arant, Rose & White, LLP
        Alabama Center for Commerce
11      401 Adams Avenue, Suite 780
        Montgomery, Alabama 36104
12
    For the Defendant Meiying Forney:
13
        N. Gunter Guy, Jr., Esquire
14      Ball, Ball, Matthews & Novak, PA
        Post Office Box 2148
15      Montgomery, Alabama 36102-2148
16  Also Present:
17      Amy Clark Knudsen
        Scott Harris
18      Jeff Baker, Videographer
19
20
21
22
23

**Page 3**

1        STIPULATIONS
2
3       It is stipulated and agreed by
4   and between counsel representing the
5   parties that the deposition of SAM McGHAR
6   may be taken before Nicole Paulk, Court
7   Reporter and Notary Public in and for the
8   State of Alabama at Large, without the
9   formality of a commission; and all
10  formality with respect to other procedural
11  requirements is waived; that objections to
12  questions, other than objections as to the
13  form of the questions need not be made at
14  this time, but may be reserved for a
15  ruling at such time as the deposition may
16  be offered in evidence or used for any
17  other purpose by either party as provided
18  by the Federal Rules of Civil
19  Procedure.
20      *   *   *   *   *
21      I N D E X
22  Examination              Page
23  By Mr. Stewart             5

**Page 4**

1   By Mr. Guy                23
2   By Mr. Jent               26
3   By Mr. Stewart            56
4   By Mr. Guy                58
5   By Mr. Jent               60
6   Defendants' Exhibits      Page
7   1 - Subpoena for deposition    62
8   Plaintiffs' Exhibits      Page
9   1 - Monthly Rental Chart       30
10      *   *   *   *   *
11      THE VIDEOGRAPHER:  Here begins
12      Videotape Number 1 in the
13      deposition of Sam McGhar in
14      the matter of Terrence Long
15      and Barry Barr versus Aronov
16      Realty Management, Case
17      Number 2:07-CV-00881-WKW-WC.
18      We're on the record at 3:57
19      p.m. on Tuesday, August 19,
20      2008.  This deposition is
21      taking place at Bradley,
22      Arant, Rose & White in
23      Montgomery, Alabama, and the

1 (Pages 1 to 4)

Sam McGhar - 8/19/2008

## Page 5

1       videographer is Jeff Baker.
2           Will counsel please identify
3           yourselves and state whom
4           you represent.
5       MR. STEWART: I'm Chuck Stewart.
6           I representing Aronov Realty
7           as well as Amy Knudsen.
8       MR. GUY: My name is Gunter Guy,
9           and I represent Meiying
10          Forney.
11      MR. JENT: My name is Kevin Jent.
12          I represent Terrence Long
13          and Barry Barr.
14      MS. EVANS: My name is Quin
15          Evans, and I represent
16          Aronov Realty and Amy
17          Knudsen.
18          SAM McGHAR, of lawful age,
19      having first been duly sworn, testified as
20      follows:
21              EXAMINATION
22      BY MR. STEWART:
23  Q.  Mr. McGhar, my name is Chuck Stewart.

## Page 6

1       We've met before today, but I'm going to
2       ask you some questions today. Have you
3       ever given your deposition before?
4   A.  No.
5   Q.  Okay. Well, we're just going to ask you
6       some questions about Le Croy shopping
7       center, Amy Knudsen, Meiying Forney, and
8       some of the tenants there in this lawsuit
9       that's been brought by Barry Barr and
10      Mr. Long against everybody that's in this
11      room asking questions, so -- these
12      questions are not intended to confuse you.
13      If I ask a question that doesn't make any
14      sense, if you'll just stop me and let me
15      know that my question didn't make sense or
16      ask me to rephrase, I'll be more than
17      happy to do so, okay?
18  A.  Sure.
19  Q.  And if you need to get up and take a break
20      or anything like that, just tell me, and
21      we'll be happy to accommodate you. Can
22      you tell us a little bit about yourself?
23  A.  My wife and I own Cake Designs in Le Croy

## Page 7

1       Shopping Village. We've been there 23
2       years. When Meiying Forney bought the
3       property from Mrs. Le Croy, she kind of
4       inherited me with the -- with the
5       property.
6   Q.  Okay. And so you have been a tenant of
7       Meiying Forney's for how long?
8   A.  Ever since she's owned it, for three or
9       four years now.
10  Q.  Okay. Now, I know from talking with you
11      either last week or the week before -- I
12      can't remember what it is now -- that
13      you're not going to be here during the
14      trial of this case.
15  A.  That's correct.
16  Q.  And it's for that reason that we are
17      videotaping your deposition today, so that
18      we can play it to the jury.
19  A.  Thank you.
20  Q.  Can you tell the ladies and gentlemen of
21      the jury, will you be in the state of
22      Alabama during the trial of this case?
23  A.  I will not be in Alabama.

## Page 8

1   Q.  Where will you be?
2   A.  I will be in Colorado.
3   Q.  Will that be for the entire week this case
4       is set for trial?
5   A.  Should be, yes.
6   Q.  Okay. And have you had to pay for that
7       vacation?
8   A.  I have, yes.
9   Q.  All right. So we're doing this to
10      accommodate you, and the Court will allow
11      us to read this deposition at trial, just
12      so the jury understands why you're not
13      there live when you've got a cake business
14      --
15  A.  Again, thank you.
16  Q.  Okay. Now, tell us your wife's name.
17  A.  Sandra McGhar.
18  Q.  Okay. And she works with you there at
19      Cake Designs?
20  A.  I actually work for her. It's fun.
21  Q.  Okay. And who else works there?
22  A.  We have two full-time employees that work
23      with us.

2 (Pages 5 to 8)

Sam McGhar - 8/19/2008

| Page 9 | Page 11 |
|---|---|

**Page 9**

1  Q.  Okay. Now, how many tenants are out there
2      at Le Croy shopping center?
3  A.  I believe the count is 19, I believe is
4      what it is.
5  Q.  All right. And are they the same 19
6      tenants that have been there for the same
7      20 years you've been there?
8  A.  No, they come and go.
9  Q.  Okay. And have they come and gone while
10     Meiying Forney has owned the property?
11 A.  We've had some coming and going, but we've
12     had a lot more coming since Meiying has
13     had the property. She's aggressively gone
14     out to try to lease the property.
15 Q.  Okay. And do you do anything there at Le
16     Croy shopping center for Meiying Forney?
17 A.  I cut the grass and pick up cigarette
18     butts, that sort of thing.
19 Q.  And do you get compensated for that?
20 A.  I do.
21 Q.  Okay. And do you also act as a
22     representative for her there at the
23     shopping center?

**Page 10**

1  A.  I'd kind of say maybe a go-between from
2      the tenants to her. If they have a
3      problem, they'll come talk to me about it
4      since I'm on the premises, and then we'll,
5      you know, carry those concerns to her. If
6      I can't solve the problem -- if I can't
7      unstop the toilet, I'll tell somebody who
8      can.
9  Q.  Okay. And do you have a title, or just --
10     are you like resident manager, or is there
11     some kind of title that you have?
12 A.  She wrote a letter to all the tenants when
13     she bought the property, and it stated
14     that I was her assistant manager.
15 Q.  Okay. So as assistant manager, I take it
16     you know the tenants that are there at the
17     shopping center?
18 A.  Very well.
19 Q.  And of the 19 tenants, can you tell the
20     jury how many of them are minority
21     tenants?
22 A.  Minority, you mean women or black or --
23 Q.  What do you consider to be minority? Do

**Page 11**

1      you consider women to be minorities?
2  A.  Not really, but --
3  Q.  Okay. Well, why don't you just tell us
4      how many women tenants you have there.
5  A.  I don't know exactly how many. It's
6      probably 50/50 women tenants.
7  Q.  Okay. And how many African-American
8      tenants do you have there?
9  A.  I believe it's about -- I think we counted
10     and it was ten -- ten African-American
11     tenants.
12 Q.  Out of 19?
13 A.  Correct.
14 Q.  And do you have any other race or ethnic
15     background at the shopping center?
16 A.  We have two tenants that cater to Hispanic
17     communities for hiring, employment, and --
18     of course, they do -- do everybody, but
19     they -- a couple of them directly cater to
20     Hispanic.
21 Q.  Any others that you know of, in terms of
22     minority tenants?
23 A.  No.

**Page 12**

1  Q.  Okay. And of those tenants that are at Le
2      Croy shopping center, do you know how many
3      of them were leased space by Amy Knudsen?
4  A.  Of the current tenants that are there now,
5      how many did she lease to?
6  Q.  Right.
7  A.  Probably 50 percent or better at this
8      point.
9  Q.  In her leasing of space to tenants at Le
10     Croy shopping center, has Ms. Knudsen ever
11     referred to race as a factor?
12 A.  Never to me.
13 Q.  Now I want to switch gears with you and
14     talk about Pure Country's space. At some
15     point in time, Pure Country's space became
16     available; is that right?
17 A.  That's true.
18 Q.  And do you remember who the first person
19     or company was that expressed interest in
20     the Pure Country space?
21 A.  I believe when Jennie Hudson owned Doodle
22     Hoppers -- if my memory serves me
23     correctly, she had made mention of the

3 (Pages 9 to 12)

Sam McGhar - 8/19/2008

| Page 13 | Page 15 |
|---|---|

**Page 13**

1    fact that she would like to have that

2    space because she needed more room. She

3    was -- had tenants -- she did a late night

4    business, and she would have tenants lined

5    up outside to get in, and she needed more

6    space in order to accommodate those --

7    those tenants -- those customers that were

8    standing outside.

9   Q.  How long ago were you having discussions

10    with Ms. Hudson about expanding the Doodle

11    Hoppers space?

12  A.  Man, I -- time gets by. I don't know. It

13    was probably -- maybe four or five years

14    ago. I don't know, to be honest with you.

15    Time -- time is all a blur.

16   Q.  Did y'all look at options for her space

17    expanding?

18  A.  We looked at her moving to what was the

19    old Trainmaster.

20   Q.  What is Trainmaster?

21  A.  That's the unit next to her that adjoined

22    her.

23   Q.  On what side?

**Page 14**

1  A.  On the west side.

2   Q.  Okay. Would that be, as you face her

3    business, to the right?

4  A.  Right. Yeah, right. If you're facing it,

5    to the right.

6   Q.  And what business, as you face Doodle

7    Hoppers, was to the left?

8  A.  Pure Country was to the left. Of course,

9    there was an alleyway, utility easement

10    alleyway there that nobody could build on.

11    You couldn't go that way because of that.

12    It was not much space, but there was just

13    so much that you couldn't build on.

14   Q.  Okay. So what do you recall about the

15    Trainmaster space?

16  A.  The Trainmaster presented a problem

17    because there was a major firewall there,

18    and you couldn't -- couldn't go that way

19    without a lot of architectural redesign.

20   Q.  Okay. And so I take it that Ms. Hudson

21    ended up not expanding?

22  A.  Did not expand.

23   Q.  Because Trainmaster had a firewall?

**Page 15**

1  A.  Yeah. It was just too cost prohibitive to

2    do -- to go into that unit.

3   Q.  Okay. And the Pure Country space, at the

4    time she was first looking, was -- was it

5    still operating?

6  A.  It was.

7   Q.  Did there come a time later when y'all

8    looked at expanding into the Pure Country

9    space?

10  A.  Talking about Ms. Hudson?

11   Q.  Yes.

12  A.  She -- she never did pursue it real

13    gung-ho.

14   Q.  Now, Ms. Hudson sold Doodle Hoppers,

15    didn't she?

16  A.  She did sell Doodle Hoppers. You know,

17    she had some health problems. That's one

18    reason she didn't want to expand, you

19    know, actively pursue going that way,

20    because she was having some health

21    problems, and then when -- she sold it out

22    about the same time. She had an

23    opportunity come along, and she took that

**Page 16**

1    opportunity.

2   Q.  Okay. And she sold it out to who?

3  A.  Jeff -- I don't know -- I don't know

4    Jeff's last name. And then she's got --

5    and Jeff has a partner, Phillip Stewart.

6   Q.  Okay. And are they the two who currently

7    run Doodle Hoppers?

8  A.  Yes.

9   Q.  Did they ever approach you or Ms. Forney,

10    to your knowledge, about expanding into

11    the Pure Country space?

12  A.  I believe it did come up a couple of times

13    about they had to do something because of

14    all the people that were standing out on

15    the side -- literally standing out on the

16    sidewalk waiting to get in. And so they

17    needed to do something, so they did

18    approach about taking that space.

19   Q.  Okay. And what happened at that time?

20  A.  Well, it just, you know, it was just --

21    just -- just talk from my end of it. I

22    would just pass on messages, and --

23    because I wasn't in the position to do

2100 Third Avenue North, Suite 960 Birmingham, Alabama 35203
1-800-888-3376 or 205-251-4200

Sam McGhar - 8/19/2008

| Page 17 | Page 19 |
|---------|---------|

**Page 17**

1  anything about it, but that's -- you know,
2  I was under the -- under the impression
3  that the Doodle Hoppers owners wanted the
4  Pure Country space. And we were familiar
5  with Doodle Hoppers. They were familiar
6  with our rules and regulations that they
7  had to abide by.
8  Q.  What do you mean when you say familiar
9  with your rules and regulations?
10 A.  Well, they have to have security in the
11 parking lot. When the doors are open, you
12 have to have security in the parking
13 lot -- not just inside, but in the parking
14 lot too. We don't allow loitering; they
15 know that. We don't allow anyone sitting
16 in their cars, no one drinking in the
17 parking lot. And they were familiar with
18 all of that.
19 Q.  And when did it become a realistic thing
20 to look at expanding into the Pure Country
21 space?
22 A.  Well, the owner of Pure Country got in a
23 little financial difficulties, I would

**Page 18**

1  think. And then at that point, you know,
2  it became obvious that he wasn't going to
3  be there.
4  Q.  And was that when Doodle Hoppers started
5  talking about the Pure Country space?
6  A.  Yes.
7  Q.  Do you remember when that was that they
8  actually started talking to you?
9  A.  Time and date, I don't know. It's about
10 the same time that -- well, the owner of
11 Pure Country, he had to -- he declared
12 bankruptcy, and it tied the club up for a
13 while. And then -- you know, I wasn't
14 really a part of the negotiation that was
15 going on. I don't know time and day. I
16 could pull it up out of the files or
17 something, but...
18 Q.  Okay. All right.
19 A.  But Pure Country was still in business
20 when Doodle Hoppers expressed an interest
21 in taking it.
22 Q.  Okay. And when the bankruptcy was
23 declared, did Doodle Hoppers talk with you

**Page 19**

1  about expanding into the Pure Country
2  space again?
3  A.  It was just, you know, just shopping
4  center talk, rumor. And it was all pretty
5  understood that they were going in there.
6  Q.  Okay. Who else at the beginning talked
7  about that Pure Country space, anybody?
8  A.  Not to my knowledge. That's all I knew
9  about.
10 Q.  Okay. And they're currently in that space
11 now?
12 A.  Yes, they are.
13 Q.  Do you know what they paid in terms of
14 rent?
15 A.  Do I know the amount they paid in rent,
16 yes.
17 Q.  Yes, sir.
18 A.  I do.
19 Q.  What is that amount?
20 A.  I believe it's around four, then you have
21 some utilities that has to be paid. The
22 total is 4103; some of that does include
23 some utilities.

**Page 20**

1  Q.  Did they get any type of build-out
2  allowance?
3  A.  They got some free rent, I think, no cash.
4  Q.  And do you know what that amount was?
5  A.  I don't.
6  Q.  Okay.
7  A.  Maybe it was -- I want to say about six
8  months free rent in order to build out,
9  and then we would charge them rent at that
10 time, after the build-out.
11 Q.  Do you know for sure what that amount was,
12 if it was six months or --
13 A.  I don't.
14 Q.  Okay. We can ask somebody else.
15 A.  And he -- he did a major, major remodeling
16 of that thing. It was in pretty bad
17 shape, and he did a good job on it.
18 Q.  Do you know how much he spent doing it?
19 A.  The talk -- he told me that he was going
20 to spend about 150,000, but I'm sure it
21 was double that.
22 Q.  Wow. But he didn't get 150,000 back in
23 terms of allowance? No? Is that a no?

5 (Pages 17 to 20)

Sam McGhar - 8/19/2008

| Page 21 | Page 23 |
|---|---|
| 1  A.  That's a no. | 1            EXAMINATION |
| 2  Q.  Let me switch gears with you and talk | 2    BY MR. GUY: |
| 3      about your knowledge and dealings with Amy | 3    Q.  Mr. McGhar, again, I'm Gunter Guy, and I |
| 4      Knudsen.  First let me ask this question: | 4        represent Meiying Forney in this lawsuit. |
| 5      Have you dealt with any other leasing | 5        And I just have a few questions, which are |
| 6      agent with Aronov Realty other than Amy | 6        similar to the ones that Mr. Stewart just |
| 7      Knudsen? | 7        asked, and that is, has Meiying Forney |
| 8  A.  David Potts, I believe, had it to start | 8        ever expressed to you in any of your |
| 9      with.  And he lasted about two months, and | 9        dealings with her that the race, national |
| 10      Amy took over. | 10        origin, color, et cetera, of anybody, was |
| 11  Q.  Okay.  Did you first meet Amy Knudsen | 11        to be a factor in who she leased to? |
| 12      before Meiying Forney took over the space, | 12  A.  No. |
| 13      or was it after? | 13  Q.  Okay.  And have you ever heard her use any |
| 14  A.  After. | 14        discriminatory remarks or make any |
| 15  Q.  Okay.  And were there times when you | 15        discriminatory statements in regard to any |
| 16      talked with her about Meiying Forney's | 16        of her tenants or potential tenants? |
| 17      properties? | 17  A.  Not at all. |
| 18  A.  Say again? | 18  Q.  And just so the ladies and gentlemen of |
| 19  Q.  Were there times when you actually talked | 19        the jury are -- maybe understand the |
| 20      with her about space available at the | 20        situation with regard to what you do for |
| 21      shopping center? | 21        Ms. Forney, is it true or is it in fact |
| 22  A.  Yeah.  Yeah, we'd talk about that. | 22        correct that Ms. Forney lives in |
| 23  Q.  Okay.  Have you ever heard Amy Knudsen | 23        California? |

| Page 22 | Page 24 |
|---|---|
| 1      talk about the race of one of Ms. Forney's | 1  A.  Correct. |
| 2      tenants? | 2  Q.  And so this is -- she's like an absentee |
| 3  A.  No. | 3        owner of this property, correct? |
| 4  Q.  Have you ever had any discussions with Amy | 4  A.  That is correct. |
| 5      Knudsen about the race or clientele of any | 5  Q.  So what you're doing for her is helping |
| 6      of Ms. Forney's tenants? | 6        her out because she's not here in |
| 7  A.  No. | 7        Montgomery, Alabama, to take care of the |
| 8  Q.  Have you ever heard Amy Knudsen say that | 8        properties herself or to deal with it |
| 9      they didn't want to lease property to | 9        directly; is that correct? |
| 10      anyone because of that tenant's race? | 10  A.  That's correct. |
| 11  A.  No. | 11  Q.  And so you're assisting her in doing that, |
| 12  Q.  Have you ever been asked by Amy Knudsen to | 12        and that's why she's got you to assist in |
| 13      discourage a tenant from leasing from Ms. | 13        that regard, right? |
| 14      Forney because of that tenant's race? | 14  A.  That's correct. |
| 15  A.  Have I? | 15  Q.  And do you only assist as regards the Le |
| 16  Q.  Yes. | 16        Croy shopping center property? |
| 17  A.  No. | 17  A.  No.  She has some other properties in town |
| 18  Q.  Have you ever heard Amy Knudsen make any | 18        that I look out for also. |
| 19      racist remark, whether about a tenant, | 19  Q.  I think -- I'm sorry.  I didn't mean to |
| 20      potential tenant, or anybody else? | 20        interrupt you.  I think it's been stated |
| 21  A.  No. | 21        in the lawsuit by some witnesses that |
| 22      MR. STEWART:  That's all I have. | 22        maybe she owns two other properties |
| 23      Answer Mr. Guy's questions. | 23        besides Le Croy. |

6 (Pages 21 to 24)

Sam McGhar - 8/19/2008

Page 25

| | | |
|---|---|---|
| 1 | A. | To my knowledge, that's -- she has two |
| 2 | | more, yes. |
| 3 | Q. | Okay. And you do some of the same kind of |
| 4 | | -- |
| 5 | A. | Yes, sir. |
| 6 | Q. | -- assistance in those -- regard to those |
| 7 | | other properties too? |
| 8 | A. | I do. |
| 9 | Q. | And is it fair to say -- and I think it's |
| 10 | | already been expressed in some other |
| 11 | | evidence that in those properties as well |
| 12 | | -- they're similar properties in that |
| 13 | | people lease space, right? |
| 14 | A. | Correct. |
| 15 | Q. | And is it fair to say that there are |
| 16 | | minorities of various natures in those |
| 17 | | properties as well? |
| 18 | A. | That's correct. |
| 19 | Q. | And is it true that, again, in any -- |
| 20 | | whether it's Le Croy or any of the other |
| 21 | | shopping centers, her main concern is just |
| 22 | | to get good clientele in there, |
| 23 | | irrespective of their race, national |

Page 26

| | | |
|---|---|---|
| 1 | | origin, et cetera? |
| 2 | A. | That is the main concern. |
| 3 | Q. | Okay. And have you known anybody during |
| 4 | | the time that she's owned these properties |
| 5 | | to lease any of the space other than Ms. |
| 6 | | Knudsen -- wait a minute; that's a bad |
| 7 | | question -- to act as her agent in leasing |
| 8 | | the space other than Ms. Knudsen? |
| 9 | A. | No. |
| 10 | | MR. GUY: Okay. Thank you, sir. |
| 11 | | THE VIDEOGRAPHER: Going off the |
| 12 | | record at 4:17 p.m. |
| 13 | | (Brief recess.) |
| 14 | | THE VIDEOGRAPHER: Back on the |
| 15 | | record at 4:18 p.m. |
| 16 | | EXAMINATION |
| 17 | BY MR. JENT: |
| 18 | Q. | Mr. McGhar, my name is Kevin Jent. I'm |
| 19 | | one of the attorneys representing Barry |
| 20 | | Barr and Terrence Long in this lawsuit. |
| 21 | | I'm going to ask you just a few questions, |
| 22 | | some follow-up of what we've talked about |
| 23 | | already today. Are you compensated by Ms. |

Page 27

| | | |
|---|---|---|
| 1 | | Forney for the work that you do for her? |
| 2 | A. | Yes, I am. |
| 3 | Q. | And are you paid -- is it a monthly salary |
| 4 | | or -- |
| 5 | A. | Yes. |
| 6 | Q. | And how long -- have you been acting in |
| 7 | | that capacity ever since she bought the Le |
| 8 | | Croy property? |
| 9 | A. | Yes. |
| 10 | Q. | Okay. And are you considered an employee |
| 11 | | of Ms. Forney's? |
| 12 | A. | I would say, yeah. |
| 13 | Q. | And from your testimony today, would you |
| 14 | | agree with me that you do a little bit |
| 15 | | more than just pick up cigarette butts and |
| 16 | | cut the grass? |
| 17 | A. | A little bit, yes. |
| 18 | Q. | Okay. Are you ever actively involved in |
| 19 | | negotiating leases on Ms. Forney's behalf? |
| 20 | A. | I am not, no. |
| 21 | Q. | You mentioned that there are ten |
| 22 | | African-American tenants? |
| 23 | A. | I believe that's -- I believe that's |

Page 28

| | | |
|---|---|---|
| 1 | | right. |
| 2 | Q. | Can you list those for me? |
| 3 | A. | Oh, gosh. What do you want, the -- |
| 4 | Q. | You can just give me the name of the |
| 5 | | business, be fine. Or however is easiest |
| 6 | | for you. |
| 7 | A. | All right. Let's start off on |
| 8 | | Steeplechase; then we have Comfort Zone; |
| 9 | | Unique Hair; the Love Center Church. Then |
| 10 | | we have a woman who is Fine Line; she's |
| 11 | | not African-American. And then the |
| 12 | | Hispanic place is A Services; they're |
| 13 | | employment that caters to Hispanics. And |
| 14 | | then we have Barbara Felton and then Chef |
| 15 | | & Me. |
| 16 | Q. | Are those African-American? |
| 17 | A. | She is. |
| 18 | Q. | And Barbara Felton also? |
| 19 | A. | Yes. |
| 20 | | MR. STEWART: Did you say chef or |
| 21 | | shelf? |
| 22 | | THE WITNESS: Chef, C-H-E-F. |
| 23 | A. | And then we have the unit that does |

7 (Pages 25 to 28)

Sam McGhar - 8/19/2008

| Page 29 | Page 31 |
|---|---|
| 1  employment, and they do Hispanics. And we | 1  in Le Croy Shopping Village. |
| 2  have -- Mr. Brock has a barber shop. And | 2  Q.  And since you've looked at this list, does |
| 3  then we have Mr. Brown, who has a -- I | 3  it refresh your memory as to any other -- |
| 4  don't know what he has. Is that ten? | 4  A.  It does. I had missed two. |
| 5  Q.  I have eight. Well, I've got the -- were | 5  Q.  -- any other African-American owned or ran |
| 6  you counting the Hispanic -- | 6  -- |
| 7  A.  Maybe. | 7  A.  Yes. We have a Fun Jump; a lady -- an |
| 8  Q.  -- businesses in the ten? | 8  African-American lady owns it. And then |
| 9  A.  Maybe. | 9  Queens Shoe Boutique; an African-American |
| 10  Q.  Okay. With the Hispanic employment | 10  lady owns that one, for a total of ten. |
| 11  services, that's ten. | 11  Q.  Queens Shoe Boutique is pretty |
| 12  A.  Maybe. I don't have my paperwork in front | 12  self-explanatory, I think, what they do. |
| 13  of me, so I can't -- I may be missing | 13  A.  Correct. |
| 14  somebody. | 14  Q.  What about Fun Jump? What do they do? |
| 15  Q.  Are there any other African-American | 15  A.  They rent different -- for birthday |
| 16  businesses there that you're aware of -- | 16  parties and what not, the little jumping |
| 17  African-American owned or ran businesses? | 17  toys they would carry, space walks, moon |
| 18  A.  Unless I missed one, just the -- just who | 18  walks, that sort of thing. |
| 19  I named. | 19  Q.  And Mr. Brown, I believe you said you |
| 20  Q.  So it's possible that there are only eight | 20  weren't sure what -- |
| 21  African-American run or owned businesses? | 21  A.  Mr. Brown has -- he brings in, from what I |
| 22  THE WITNESS: Do you have that | 22  understand, celebrities and entertains |
| 23  paper that I gave you? | 23  them at this, you know, whatever, stopover |

| Page 30 | Page 32 |
|---|---|
| 1  MR. STEWART: I don't have it in | 1  or waiting for a show to begin or |
| 2  this room, but I can | 2  something like that. That's the way I |
| 3  certainly get it. | 3  understand it. |
| 4  MR. JENT: Okay. | 4  Q.  It's not an establishment that you would |
| 5  MR. STEWART: Do you want to take | 5  consider to be open to the public? |
| 6  a break. | 6  A.  Maybe. I'm not sure. |
| 7  MR. JENT: Let's do that. | 7  Q.  Or it would not be a retail |
| 8  (Brief recess.) | 8  establishment -- |
| 9  Q.  All right. Mr. McGhar, we've been | 9  A.  It's not retail, no. It's more just a |
| 10  provided a document to help refresh your | 10  gathering conference or something like |
| 11  memory as to the businesses current -- are | 11  that. |
| 12  these current businesses at Le Croy? | 12  Q.  Do you consider it to be a nightclub, a |
| 13  A.  Yes. | 13  restaurant? |
| 14  Q.  Okay. I'm going to mark this as an | 14  A.  No, it's not a nightclub or a restaurant. |
| 15  exhibit, I guess, since we're using it | 15  Q.  Is that Mr. Brock & Associates? What do |
| 16  today, mark it as Plaintiff's Exhibit 1. | 16  they -- |
| 17  If you'll let me just -- and can you tell | 17  A.  Barber shop. |
| 18  me what I have marked as Plaintiff's | 18  Q.  Chef & Me? |
| 19  Exhibit 1? | 19  A.  They have -- they mainly do birthday |
| 20  (The referred-to document was | 20  parties for children, and they teach them |
| 21  marked for identification as | 21  how to cook and eat properly. And they'll |
| 22  Plaintiff's Exhibit No. 1.) | 22  do a pizza or something like that, and |
| 23  A.  This is a list of the tenants that we have | 23  then that is the birthday party. They |

8 (Pages 29 to 32)

## Page 33

1    have a birthday party on the premises.
2    Q.   How about Barbara Felton?
3    A.   She is a beauty shop.
4    Q.   And the Love Center Church?
5    A.   It is a church.
6    Q.   And Unique Hair, is it also a beauty shop?
7    A.   Yeah. It's Linda Crenshaw, is the way
8         it's listed there.
9    Q.   Okay. What is the Comfort Zone?
10   A.   It is a beauty shop also.
11   Q.   A lot of competition in one...
12   A.   Lot of hair in that part of town.
13   Q.   Yeah. Steeplechase, what is that?
14   A.   Steeplechase is a financial institution.
15   Q.   Would you be able to tell me how long any
16        of these businesses have been at the Le
17        Croy center? For instance, Steeplechase.
18        How long have they been --
19   A.   Steeplechase has been there probably nine
20        or ten months.
21   Q.   How about Comfort Zone? How long has it
22        been there?
23   A.   Probably two years, two or three years.

## Page 34

1    Q.   And Unique Hair? How long has that been
2         there?
3    A.   She's been there probably three years.
4    Q.   Love Center Church?
5    A.   They're new to us. Three months.
6    Q.   Barbara Felton?
7    A.   Ms. Felton is fairly new. She's been
8         there probably four or five months, maybe
9         a little more.
10   Q.   How long has Chef & Me been in Le Croy?
11   A.   Chef & Me has been there about -- about a
12        year.
13   Q.   Mr. Brock, how long has he been there?
14   A.   Mr. Brock's had that barber shop about two
15        years.
16   Q.   And Mr. Brown, how long has he been --
17   A.   Mr. Brown has been there almost a year.
18   Q.   Fun Jump, how long has that been there?
19   A.   Fun Jump is about eight or nine months.
20   Q.   And Queens?
21   A.   She's been there about ten -- ten months.
22   Q.   Queens Shoe Boutique, yeah. How long have
23        the Hispanic employment services --

## Page 35

1    agencies been there?
2    A.   A Services has been there a little over a
3         year.
4    Q.   Okay. And the other place?
5    A.   Probably about eight or nine -- about
6         eight months, eight or nine months.
7    Q.   As part of your job, do you go around
8         collecting rent from these businesses?
9    A.   They bring it into my shop or I will go
10        visit them.
11   Q.   Other than Doodle Hoppers, are there any
12        other nightclub or restaurant -- any kind
13        of food and drink places at Le Croy?
14   A.   No.
15   Q.   Have there ever been, other than Pure
16        Country?
17   A.   No.
18   Q.   Do you recall when Doodle Hoppers was
19        sold, when it exchanged ownership between
20        Ms. Hudson and the two individuals?
21   A.   I can't recall the date right offhand. I
22        could look back on the records on file and
23        then pull it up, but I can't recall the

## Page 36

1    date. It's, what, a couple of years ago,
2    maybe.
3    Q.   What kind of records -- do you maintain
4         records on behalf of Ms. Forney?
5    A.   Just enough to get by.
6    Q.   And tell me what kind of records -- what
7         is in the records that you have.
8    A.   Who's paying the rent and who has to pay.
9    Q.   Do you have the leases?
10   A.   Do not have the leases.
11   Q.   Do you have the amount of rent somewhere
12        that they're supposed to pay?
13   A.   It usually comes out on this sheet, and
14        I'll get this sheet, but I deleted it off
15        of this copy.
16   Q.   And how often do you get this sheet?
17   A.   Once a month.
18   Q.   And who do you get that from?
19   A.   Mrs. Forney.
20   Q.   And do you get this for all of her
21        properties or just Le Croy?
22   A.   Yes.
23   Q.   And what -- you -- this is not the

9 (Pages 33 to 36)

Sam McGhar - 8/19/2008

| Page 37 | |
|---|---|
| 1 | complete sheet, Exhibit 1. There would be |
| 2 | other things typically listed on this |
| 3 | sheet? |
| 4 | A. The amount of the rent. |
| 5 | Q. Okay. |
| 6 | A. And then there's blanks that I fill in |
| 7 | when a tenant pays. |
| 8 | Q. How long have you been using a sheet |
| 9 | similar to Exhibit 1 for Ms. Forney? |
| 10 | A. Throughout -- pretty much the duration |
| 11 | I've been employed by her. |
| 12 | Q. Any other documents that you may maintain |
| 13 | on tenants at Le Croy? |
| 14 | A. Basically the deposit book. |
| 15 | Q. You mentioned -- you used the phrase |
| 16 | "shopping center talk" when you were |
| 17 | discussing Doodle Hoppers and their -- |
| 18 | A. You're walking down the sidewalk, somebody |
| 19 | stops you, and you carry on a |
| 20 | conversation. |
| 21 | Q. Do you recall who you would have had any |
| 22 | conversations with about Doodle Hoppers |
| 23 | expanding into any location at the -- at |

| Page 38 | |
|---|---|
| 1 | the Le Croy shopping center? |
| 2 | A. Well, the owners of Doodle Hoppers would |
| 3 | come to me and talk to me about it. |
| 4 | They'd -- you know, I'd have a key to that |
| 5 | unit; they'd want to look inside of it or |
| 6 | they'd chat about what they wanted to do. |
| 7 | Q. Did you have a key to all the units? |
| 8 | A. No, not all of them. |
| 9 | Q. Did you have a key to the Pure Country |
| 10 | unit? |
| 11 | A. Never had that. |
| 12 | Q. Do you know if anybody other than the |
| 13 | owners of Pure Country had keys to that |
| 14 | space? |
| 15 | A. To my knowledge, they were the only ones |
| 16 | that had keys. |
| 17 | Q. Was it your experience that Ms. Knudsen |
| 18 | ever had keys to the -- to any of the |
| 19 | spaces out at Le Croy? |
| 20 | A. Maybe a vacant one. She'd come in my |
| 21 | shop, and we'd get up some vacant -- keys |
| 22 | to the vacant units, that sort of thing. |
| 23 | Q. Did Ms. Knudsen ever put her leasing signs |

| Page 39 | |
|---|---|
| 1 | out at Le Croy? |
| 2 | A. Yes. |
| 3 | Q. Do you remember if she ever had one on the |
| 4 | Pure Country location? |
| 5 | A. I don't remember that. |
| 6 | Q. Do you remember if there was ever an |
| 7 | Aronov sign on the Pure Country location? |
| 8 | A. I don't remember. It may have been, but I |
| 9 | don't remember. |
| 10 | Q. Do you recall any discussions you had with |
| 11 | Ms. Knudsen about leasing the Pure Country |
| 12 | location after they filed bankruptcy, |
| 13 | after Pure Country filed bankruptcy? |
| 14 | A. It was always my understanding that Doodle |
| 15 | Hoppers was going to take it. |
| 16 | Q. Did you ever have any discussion with Ms. |
| 17 | Knudsen to that effect, that Doodle |
| 18 | Hoppers was going to take the space? |
| 19 | A. Yeah. We probably talked about what |
| 20 | Doodle Hoppers would want to do, you know, |
| 21 | more shopping center talk. We'd meet out |
| 22 | on the sidewalk and discuss, you know, |
| 23 | that Doodle Hoppers would want that unit, |

| Page 40 | |
|---|---|
| 1 | that they wanted that unit. |
| 2 | Q. This would be you and Ms. Knudsen engaged |
| 3 | in the shopping center talk? |
| 4 | A. I would think so, yeah. |
| 5 | Q. Do you recall that specifically? |
| 6 | A. Not specifically. |
| 7 | Q. Okay. So you may have, but you don't |
| 8 | remember specifics? |
| 9 | A. I'm pretty sure we discussed -- we |
| 10 | discussed Doodle Hoppers taking Pure |
| 11 | Country, because that was pretty much the |
| 12 | understanding as to what was going to |
| 13 | happen. |
| 14 | Q. Did you ever discuss with Ms. Knudsen that |
| 15 | there were other -- if there were other |
| 16 | individuals or other entities looking at |
| 17 | the Pure Country space for leasing other |
| 18 | than Doodle Hoppers? |
| 19 | A. Not to my knowledge. That was the only |
| 20 | one that was... |
| 21 | Q. Do you know if the Pure Country space was |
| 22 | ever showed to anybody other than the |
| 23 | owners of Doodle Hoppers after the Pure |

10 (Pages 37 to 40)

Page 41

1    Country bankruptcy?
2  A.  Not to my knowledge.
3  Q.  Do you know if Doodle Hoppers was going to
4     be financially able to lease the
5     additional space and do the renovations?
6  A.  I'm not privy to that information. I
7     don't know.
8  Q.  Do you -- was there ever a concern that
9     you're aware of that you had or Ms. Forney
10    had that Doodle Hoppers would not be able
11    to financially, you know, take over that
12    space?
13  A.  No, not -- not on my end of it. I can't
14    speak for her, but it never was brought up
15    to me that they wouldn't -- they were
16    paying the rent good.
17  Q.  Did Ms. Knudsen ever bring up to you that
18    Doodle Hoppers may have a financial
19    problem?
20  A.  No.
21  Q.  You talked a little bit about Doodle
22    Hoppers, the remodeling and the allowance
23    that they received for, you know, some

Page 42

1     kind of build-out that they did. Do you
2     know if what they received was what they
3     first asked for, or was there any
4     negotiation process that went on between
5     them and Ms. Forney or Ms. Knudsen?
6  A.  It was my understanding there was some
7     negotiation, but I was -- I was not a part
8     of it, and I don't know what it was, but I
9     think there was some negotiations going
10    on.
11  Q.  Do you know at all what their first offer
12    would have been or was to Ms. Forney, as
13    far as what they wanted in return for the
14    build-out?
15  A.  I don't. I think he wanted some cash or
16    wanted her to put in a hood fin or
17    something like that, which is pretty
18    expensive. I don't know the final outcome
19    of that, but that's one thing that he did
20    ask for.
21  Q.  Was he communicating through you? I mean
22    --
23  A.  Not really.

Page 43

1  Q.  -- to you through Ms. Forney, or how were
2     you involved in these conversations, or
3     how did you become aware of these
4     negotiations?
5  A.  Just when -- you know, it would be a
6     conversation. He'd bring in a rent check,
7     and we'd be talking about what he was
8     trying to do and what he wanted to do and
9     that sort of thing.
10  Q.  Have you ever had any conversations with
11    Amy Knudsen about the Celebrations
12    nightclub that used to be located in
13    Montgomery?
14  A.  When all this came up, we had a little
15    conversation about it.
16  Q.  And when you say "when all this came up,"
17    you're talking about the lawsuit?
18  A.  Correct.
19  Q.  Prior to that, had you had any
20    conversations with Amy Knudsen about the
21    Celebrations nightclub?
22  A.  Not really. No.
23  Q.  Is it a not really or a no?

Page 44

1  A.  It's a no.
2  Q.  And you've been there at Le Croy I think
3     you said 23 years; is that correct?
4     That's a yes?
5  A.  Sorry. Yeah.
6  Q.  And you -- just -- it's on video, but just
7     for the record, transcript purposes, your
8     race is Caucasian, correct?
9  A.  That's correct.
10  Q.  Fine Line Engravers, how long have they
11    been located at Le Croy?
12  A.  Five or six, seven years.
13  Q.  And the race of their owner or operator,
14    what's that?
15  A.  She -- she is Caucasian.
16  Q.  How long has Doodle Hoppers operated at Le
17    Croy?
18  A.  I'd say ten years.
19  Q.  And the race of the owners or operators of
20    Doodle Hoppers is what?
21  A.  Caucasian.
22  Q.  John Bouler, how long --
23  A.  White guy.

11 (Pages 41 to 44)

Sam McGhar - 8/19/2008

|  | Page 45 |
|---|---|
| 1 | Q. How long has he been there? |
| 2 | A. He's been there a little over a year, I'm |
| 3 | thinking. |
| 4 | Q. Is A Services, is that the Hispanic |
| 5 | employment agency? |
| 6 | A. Correct. |
| 7 | Q. Okay. State Farm Insurance, how long has |
| 8 | it been in that location? |
| 9 | A. State -- State Farm as an insurance agency |
| 10 | has been there a long time, maybe 30 |
| 11 | years. Got a new agent; he's been there a |
| 12 | couple years. |
| 13 | Q. And what is his race? |
| 14 | A. He's Caucasian. |
| 15 | Q. And the race of the agent prior to this |
| 16 | current agent? |
| 17 | A. Caucasian. |
| 18 | Q. Massage Master. How long has it been |
| 19 | there? |
| 20 | A. Massage Master has been there probably |
| 21 | five years. |
| 22 | Q. What's the race of the owner of Massage |
| 23 | Master? |

|  | Page 46 |
|---|---|
| 1 | A. Husband and wife team; they're both white. |
| 2 | Q. Okay. Creative Printing, how long has it |
| 3 | been at Le Croy? |
| 4 | A. Probably 15 years. |
| 5 | Q. Who owns that? |
| 6 | A. Jared Williams and a partner of his, white |
| 7 | guys. |
| 8 | Q. And Stella. How long have they been |
| 9 | there? |
| 10 | A. Stella has been there about a year I'm |
| 11 | thinking. |
| 12 | Q. Race? |
| 13 | A. Hispanic. |
| 14 | Q. What does Stella do? |
| 15 | A. Employment. |
| 16 | Q. Okay. That's the other -- |
| 17 | A. That's the other... |
| 18 | Q. When Pure Country filed bankruptcy -- I |
| 19 | mean prior to them filing bankruptcy, I |
| 20 | guess, you were aware that they had not |
| 21 | been paying rent? |
| 22 | A. Yes. |
| 23 | Q. Had you had any discussions with Ms. |

|  | Page 47 |
|---|---|
| 1 | Forney about what she wanted to do with |
| 2 | that property, as far as, they're not |
| 3 | paying rent; we need to -- I mean, did you |
| 4 | have any discussion with her about the |
| 5 | Pure Country situation? |
| 6 | A. No, not really. I kept trying to -- you |
| 7 | know, hoping that the owner would pull it |
| 8 | -- or turn it around. And he tried |
| 9 | several different things to do that, but |
| 10 | it just was not to be. |
| 11 | Q. You mentioned a utility easement earlier |
| 12 | today when you were talking about the |
| 13 | location of Doodle Hoppers, I guess. |
| 14 | Where is that in relation to the Pure |
| 15 | Country location? |
| 16 | A. Between the two units. |
| 17 | Q. So the build-out, I guess, there had to be |
| 18 | a connection made between the two -- when |
| 19 | we talk about the build-out, is that what |
| 20 | we're talking about? |
| 21 | A. There's just a courtyard there, and the |
| 22 | build-out was inside Pure Country. |
| 23 | Q. Okay. So somehow there was a courtyard -- |

|  | Page 48 |
|---|---|
| 1 | was the courtyard already existing there |
| 2 | between Pure Country and Doodle Hoppers? |
| 3 | A. Doodle Hoppers had turned it into a |
| 4 | courtyard. It wasn't really anything |
| 5 | upscale, but, you know, you could go |
| 6 | outside and smoke and sit down at a table |
| 7 | and chair, was basically what that |
| 8 | amounted to, and then the next wall was |
| 9 | Pure Country. |
| 10 | Q. As far as the renovations to Doodle |
| 11 | Hoppers and Pure Country, were the |
| 12 | buildings connected? |
| 13 | A. They were connected along the front. |
| 14 | There was a wall, a wall, and an open |
| 15 | space, and those two walls were connected |
| 16 | where you can actually walk from Pure |
| 17 | Country into Doodle Hoppers. |
| 18 | Q. Okay. When Pure Country went into |
| 19 | bankruptcy, did you ever discuss with any |
| 20 | of the other tenants at Le Croy what kind |
| 21 | of establishment you would like to see |
| 22 | move back in -- move into that space? |
| 23 | A. I didn't discuss anything with any tenant |

12 (Pages 45 to 48)

Page 49

1    about what I would like to go in there.  I
2    did not discuss that.
3  Q.  Did any of them express interest to you as
4    to what they would like to go in there?
5  A.  Not what they would like to go in there.
6  Q.  Did they express any interest at all about
7    what was going to go in there?
8  A.  Well, they knew it was going to be a
9    nightclub.  And I had one tenant to come
10    to me directly and say that he did not
11    want Celebrations moving in there.  He
12    said that specifically himself.
13  Q.  Who was that?
14  A.  That was Dr. Brock, Massage Master.
15  Q.  Massage Master.  Not to be confused with
16    Brock & Associates?
17  A.  Correct.
18  Q.  And when did that conversation happen?
19  A.  It was before -- well, it was right around
20    the same time that Pure Country was filing
21    bankruptcy.
22  Q.  And do you know what brought up that
23    conversation?

Page 50

1  A.  Obviously, he had been talking to the
2    owner of Pure Country, I guess.  I'm just
3    speculating.  I don't know.  But he came
4    to me -- he stopped me in the parking lot
5    and had some major concerns about what was
6    going in there, what would be in there,
7    and he wanted a good tenant mix, as we all
8    do.  And there's some things, you know,
9    you just -- you have to have a good tenant
10    mix for the type business that we do, Chef
11    & Me does, and all that stuff.  You have
12    to have a good tenant mix.
13  Q.  Did he express any reservations about
14    having another nightclub put back in
15    there?
16  A.  A little.  I mean, I think he may have had
17    a little reservations.  He never expressed
18    it to me, but he just -- he said that he
19    wanted a good mix or he would -- he would
20    leave.
21  Q.  And did you relay that, what -- Dr. Brock,
22    is it, the Massage Master -- did you relay
23    that to anyone?

Page 51

1  A.  I'm sure in conversation it did come up
2    and I did tell Ms. Forney probably about
3    -- and I probably told Amy also, but I'm
4    not sure.
5  Q.  Did they -- do you recall if either Ms.
6    Forney or Ms. Knudsen had any response, if
7    you told them that?
8  A.  I don't recall any response at all.
9  Q.  And do you recall if any of these
10    conversations that you've talked about,
11    about Celebrations, took place before or
12    after Pure Country ceased operating at Le
13    Croy?
14  A.  Now, say that again.  I'm sorry.
15  Q.  The conversations that you had with
16    Dr. Brock or possibly had with Ms. Forney
17    and Ms. Knudsen, did those happen before
18    or after Pure Country had stopped doing
19    business?
20  A.  You know, I don't know.  I don't know.
21    Probably -- I -- I don't know.  The whole
22    time frame was in there together.  You
23    know, it was all about the same time.

Page 52

1    Obviously, Dr. Brock had gotten wind or
2    had heard that Pure Country was in
3    trouble.  And I don't know why he would
4    have come to me and told me that, but
5    that's what he did.
6  Q.  Had you heard anything about Celebrations
7    potentially moving into the shopping
8    village?
9  A.  Just when he mentioned it.  I really
10    hadn't heard anything else about that.
11  Q.  Did you ask him, you know, what was he
12    talking about, why was he bringing up
13    Celebrations?  Did you inquire into that?
14  A.  I didn't.
15  Q.  Did Dr. Brock say anything to you other
16    than just mentioning Celebrations?  Did he
17    describe any of the clientele?  Did he say
18    anything else about Celebrations?
19  A.  Not that I recall.  And I don't know how
20    he even knew that they would even be
21    interested in it.  I don't know how he
22    knew that unless he was talking with the
23    owner of Pure Country.  He was -- at one

13 (Pages 49 to 52)

Sam McGhar - 8/19/2008

Page 53

1    time, he was going to do a dance studio in
2    -- in where Pure Country was, so I don't
3    know.
4    Q.   At what point in time was that?
5    A.   This was about -- about the same time that
6         Pure Country started having a little
7         trouble. He was trying to do different
8         things, you know, to generate revenue, and
9         I think Dr. Brock -- Dr. Brock and his
10        wife are good dancers, and they were going
11        to -- they were going to teach dancing.
12   Q.   Was it located -- Massage Master located
13        next door to Pure Country?
14   A.   No.
15   Q.   Was Pure Country space a bigger space than
16        the Massage Master space?
17   A.   Oh, yeah.
18   Q.   So they wouldn't have been expanding; they
19        would have been moving into the --
20   A.   No. It would have been a total different
21        venture.
22   Q.   Okay.
23   A.   Sideline.

Page 54

1    Q.   Do you know if Dr. Brock ever discussed
2         moving in the Pure Country space with Ms.
3         Knudsen or with Ms. Forney?
4    A.   No. Not to my knowledge. I don't think
5         so.
6    Q.   Do you have much interaction with Don
7         Little?
8    A.   None much.
9    Q.   Do you have any interaction with any other
10        attorneys representing Ms. Forney --
11   A.   No.
12   Q.   -- other than this case?
13   A.   No.
14   Q.   Have any other tenants at Le Croy
15        expressed to you or indicated to you that
16        they would leave the shopping center if,
17        you know, a particular kind of tenant was
18        brought in or if the tenant mix was not
19        right?
20   A.   It's all the time. You know, you've got
21        to have a good tenant mix. If it doesn't
22        mix, you know, you could create problems
23        with one tenant stepping over another

Page 55

1    tenant, that sort of thing.
2    Q.   Have you ever known Ms. Forney to refuse
3         to rent to someone because it would not
4         create a good tenant mix, as you've used
5         the term?
6    A.   I think we turned down a tattoo parlor.
7    Q.   When was that?
8    A.   That was a couple of years ago.
9    Q.   And do you know the reason they were
10        turned down?
11   A.   It just -- you know, even with my type
12        business, with children and all coming in,
13        you wouldn't want that clientele in your
14        parking lot and what not. Nothing against
15        -- you know, nothing against that; it just
16        -- it doesn't mix with children as well as
17        other things would.
18   Q.   You referred to Doodle Hoppers as a late
19        night place. What did you mean by that?
20   A.   Doodle Hoppers gets cranked up after all
21        the other nightclubs close down, and
22        that's where all the employees of the
23        other nightclubs go and that sort.

Page 56

1         MR. JENT: I don't have anything
2             else right now. Thank you.
3         MR. STEWART: Take just a little
4             break and move around
5             chairs.
6         THE VIDEOGRAPHER: Going off the
7             record at 4:52 p.m.
8         (Brief recess.)
9         THE VIDEOGRAPHER: Back on the
10            record at 4:55 p.m.
11            EXAMINATION
12   BY MR. STEWART:
13   Q.   Mr. McGhar, when you use the term "tenant
14        mix," can you tell the jury what you mean
15        by that?
16   A.   You want the tenants to be able to get
17        along, first off, and you want -- you
18        wouldn't want, just for example, a massage
19        parlor next to a cake shop, because you
20        wouldn't want children and wives and all
21        coming in and be exposed to an element,
22        you know, that -- it's not bad, but you
23        just -- a different type of element.

14 (Pages 53 to 56)

Sam McGhar - 8/19/2008

Page 57

1   Q.   So you just try to take the businesses
2        into consideration to make sure they don't
3        clash with each other?
4   A.   Right.
5   Q.   Okay.  Now, I heard Mr. Jent ask you a
6        question about your having met with Don
7        Little, and you said you don't meet with
8        him much.  And you said -- other than
9        these attorneys here, you and I have met
10       before; is that right?
11  A.   Right.
12  Q.   Have you ever met Mr. Guy about this case
13       before?
14  A.   Not about this case.  He's a customer.
15  Q.   Okay.
16  A.   A good customer.
17  Q.   Okay.  And when you and I met, did I ask
18       you to come in here and testify to
19       anything other than the truth?
20  A.   No.
21  Q.   Okay.  And did I ask you to change your
22       testimony or do anything like that?
23  A.   No.

Page 58

1   Q.   Does the fact that you were compensated by
2        Ms. Forney for being assistant manager,
3        does that somehow affect your willingness
4        to tell the truth under oath?
5   A.   No.
6   Q.   Have all your answers been truthful?
7   A.   They have.
8              MR. STEWART:  That's all I have.
9              MR. GUY:  Let me just -- I think
10             you can pick me up on this.
11             EXAMINATION
12  BY MR. GUY:
13  Q.   Just -- just so we're clear on this tenant
14       mix thing, that's not a racial mix of any
15       kind; you're just talking about a mix of
16       the kind of business --
17  A.   That's correct.  That's correct.  We have
18       a beauty shop, a black beauty shop, that's
19       two doors down from us.  It's perfect.
20       Their customers come into my shop and buy
21       stuff from me, which is perfect.  They
22       don't cause any trouble; they're not loud.
23       They get their hair done.

Page 59

1   Q.   I just didn't want there to be any
2        confusion on the record about the word
3        "mix."
4   A.   That's correct.
5   Q.   You're talking about a business mix?
6   A.   Business mix.  It's -- you know, it's hard
7        to do, because you don't know what one
8        business will turn into.  You have to be
9        real careful, because you don't want -- a
10       good paying tenant, you don't want to
11       alienate them and make them mad, then they
12       -- when the lease is up, they'll be gone
13       because they're mad at this other guy down
14       the street who's doing something -- maybe
15       the same type business, maybe a whole
16       contradictory type business.
17             MR. GUY:  That's all I have.
18             MR. JENT:  I just have a couple
19             of quick questions.  I'm
20             going to stay right here.
21             MR. STEWART:  Probably need to
22             move over here, because he's
23             looking away from the camera

Page 60

1              now.  Sorry.  I don't mean
2              to tell you how to do --
3              MR. JENT:  No, I was going to
4              tell him not to look at me.
5              EXAMINATION
6   BY MR. JENT:
7   Q.   Just a couple of questions -- this is
8        Kevin Jent again -- on the tenant mix that
9        we were talking about.  Pure Country, I'm
10       assuming from the name of it, was a
11       country western type nightclub; is that
12       correct?
13  A.   Yes.
14  Q.   Okay.  And Doodle Hoppers, did it -- you
15       described it as a late night place where a
16       lot of the restaurant and bar employees
17       would come to after hours.  Did it have
18       any kind of -- I'm going to use the word
19       "theme," but was it any kind of particular
20       -- I mean, was it a dance club; was it --
21       what, you know, what went on in Doodle
22       Hoppers when --
23  A.   Well, it's an Irish pub, is what they --

15 (Pages 57 to 60)

Sam McGhar - 8/19/2008

Page 61

1      but it's just — it's just a total mix.
2      Clientele is mixed; the age is mixed; it
3      just covers the whole — whole spectrum.
4    Q.   When you say the clientele is mixed, what
5      do you mean?
6    A.   They have — they have blacks and whites
7      and everything in there.
8    Q.   Have you been in Doodle Hoppers during the
9      operating hours?
10   A.   Try not to.
11   Q.   Did you ever go into Pure Country during
12      operating hours?
13   A.   Very, very little.
14   Q.   Have any of the tenants ever complained to
15      you about either Doodle Hoppers or Pure
16      Country?
17   A.   No.
18         MR. JENT:  I have nothing
19            further.
20         MR. STEWART:  Only thing is, I
21            marked it, but I didn't
22            introduce it, and that's the
23            subpoena that — did I

Page 62

1         introduce Exhibit 1?  I
2         can't remember if I did or
3         not.
4       (The referred-to document was
5         marked for identification as
6         Defendants' Exhibit No. 1.)
7    MR. JENT:  You did.
8    MR. STEWART:  And you marked an
9         exhibit.  Are you offering
10        that in?
11   MR. JENT:  I am.
12   MR. STEWART:  Okay.  No
13        objection.
14   MR. GUY:  No objection.
15      (The deposition of SAM McGHAR
16        concluded at approximately
17        5:00 p.m. on August 19, 2008.)
18
19
20
21
22
23

16 (Pages 61 to 62)

Sam McGhar - 8/19/2008

| A | | | | |
|---|---|---|---|---|
| **abide** 17:7 | **approximately** 62:16 | **behalf** 1:17 27:19 36:4 | **businesses** 29:8,16 29:17,21 30:11,12 | **Chuck** 5:5,23 |
| **able** 33:15 41:4,10 56:16 | **Arant** 1:18 2:10 4:22 | **believe** 9:3,3 11:9 12:21 16:12 19:20 | 33:16 35:8 57:1 | **church** 28:9 33:4,5 34:4 |
| **absentee** 24:2 | **architectural** 14:19 | 21:8 27:23,23 | **butts** 9:18 27:15 | **cigarette** 9:17 27:15 |
| **accommodate** 6:21 | **Aronov** 1:9,10 2:7 | 31:19 | **buy** 58:20 | **Civil** 1:7 3:18 |
| 8:10 13:6 | 4:15 5:6,16 21:6 | **better** 12:7 | | **Clark** 1:11 2:7,17 |
| **act** 9:21 26:7 | 39:7 | **bigger** 53:15 | **C** | **clash** 57:3 |
| **acting** 27:6 | **asked** 22:12 23:7 | **Birmingham** 2:6 | **cake** 6:23 8:13,19 | **clear** 58:13 |
| **ACTION** 1:7 | 42:3 | **birthday** 31:15 | 56:19 | **clientele** 22:5 25:22 |
| **actively** 15:19 | **asking** 6:11 | 32:19,23 33:1 | **California** 23:23 | 52:17 55:13 61:2 |
| 27:18 | **assist** 24:12,15 | **bit** 6:22 27:14,17 | **camera** 59:23 | 61:4 |
| **Adams** 1:19 2:11 | **assistance** 25:6 | 41:21 | **capacity** 27:7 | **close** 55:21 |
| **additional** 41:5 | **assistant** 10:14,15 | **black** 10:22 58:18 | **care** 24:7 | **club** 18:12 60:20 |
| **adjoined** 13:21 | 58:2 | **blacks** 61:6 | **careful** 59:9 | **collecting** 35:8 |
| **affect** 58:3 | **assisting** 24:11 | **blanks** 37:6 | **carry** 10:5 31:17 | **color** 23:10 |
| **African-American** | **Associates** 32:15 | **blur** 13:15 | 37:19 | **Colorado** 8:2 |
| 11:7,10 27:22 | 49:16 | **book** 37:14 | **cars** 17:16 | **come** 9:8,9 10:3 |
| 28:11,16 29:15,17 | **assuming** 60:10 | **bought** 7:2 10:13 | **case** 4:16 7:14,22 | 15:7,23 16:12 |
| 29:21 31:5,8,9 | **attorneys** 26:19 | 27:7 | 8:3 54:12 57:12 | 38:3,20 49:9 51:1 |
| **age** 5:18 61:2 | 54:10 57:9 | **Bouler** 44:22 | 57:14 | 52:4 57:18 58:20 |
| **agencies** 35:1 | **August** 1:23 4:19 | **Boutique** 31:9,11 | **cash** 20:3 42:15 | 60:17 |
| **agency** 45:5,9 | 62:17 | 34:22 | **cater** 11:16,19 | **comes** 36:13 |
| **agent** 21:6 26:7 | **available** 12:16 | **Box** 2:14 | **caters** 28:13 | **Comfort** 28:8 33:9 |
| 45:11,15,16 | 21:20 | **Bradley** 1:18 2:10 | **Caucasian** 44:8,15 | 33:21 |
| **aggressively** 9:13 | **Avenue** 1:19 2:11 | 4:21 | 44:21 45:14,17 | **coming** 9:11,12 |
| **ago** 13:9,14 36:1 | **aware** 29:16 41:9 | **break** 6:19 30:6 | **cause** 58:22 | 55:12 56:21 |
| 55:8 | 43:3 46:20 | 56:4 | **ceased** 51:12 | **commencing** 1:23 |
| **agree** 27:14 | | **Brief** 26:13 30:8 | **Celebrations** 43:11 | **Commerce** 2:10 |
| **agreed** 3:3 | **B** | 56:8 | 43:21 49:11 51:11 | **commission** 3:9 |
| **Alabama** 1:2,20,22 | **back** 20:22 26:14 | **bring** 35:9 41:17 | 52:6,13,16,18 | **communicating** |
| 2:6,10,11,15 3:8 | 35:22 48:22 50:14 | 43:6 | **celebrities** 31:22 | 42:21 |
| 4:23 7:22,23 24:7 | 56:9 | **bringing** 52:12 | **center** 2:10 6:7 9:2 | **communities** 11:17 |
| **alienate** 59:11 | **background** 11:15 | **brings** 31:21 | 9:16,23 10:17 | **company** 12:19 |
| **alleyway** 14:9,10 | **bad** 20:16 26:6 | **Brock** 29:2 32:15 | 11:15 12:2,10 | **compensated** 9:19 |
| **allow** 8:10 17:14,15 | 56:22 | 34:13 49:14,16 | 19:4 21:21 24:16 | 26:23 58:1 |
| **allowance** 20:2,23 | **Baker** 2:18 5:1 | 50:21 51:16 52:1 | 28:9 33:4,17 34:4 | **competition** 33:11 |
| 41:22 | **Ball** 2:14,14 | 52:15 53:9,9 54:1 | 37:16 38:1 39:21 | **complained** 61:14 |
| **amount** 19:15,19 | **bankruptcy** 18:12 | **Brock's** 34:14 | 40:3 54:16 | **complete** 37:1 |
| 20:4,11 36:11 | 18:22 39:12,13 | **BROKERAGE** | **centers** 25:21 | **concern** 25:21 26:2 |
| 37:4 | 41:1 46:18,19 | 1:10 | **certainly** 30:3 | 41:8 |
| **amounted** 48:8 | 48:19 49:21 | **brought** 6:9 41:14 | **Certified** 1:20 | **concerns** 10:5 50:5 |
| **Amy** 1:11 2:7,17 | **bar** 60:16 | 49:22 54:18 | **cetera** 23:10 26:1 | **concluded** 62:16 |
| 5:7,16 6:7 12:3 | **Barbara** 28:14,18 | **Brown** 29:3 31:19 | **chair** 48:7 | **conference** 32:10 |
| 21:3,6,10,11,23 | 33:2 34:6 | 31:21 34:16,17 | **chairs** 56:5 | **confuse** 6:12 |
| 22:4,8,12,18 | **barber** 29:2 32:17 | **build** 14:10,13 20:8 | **change** 57:21 | **confused** 49:15 |
| 43:11,20 51:3 | 34:14 | **Building** 2:5 | **charge** 20:9 | **confusion** 59:2 |
| **Answer** 22:23 | **Barr** 1:5 4:15 5:13 | **buildings** 48:12 | **Charles** 2:9 | **connected** 48:12,13 |
| **answers** 58:6 | 6:9 26:20 | **build-out** 20:1,10 | **Chart** 4:9 | 48:15 |
| **anybody** 19:7 22:20 | **Barry** 1:5 4:15 5:13 | 42:1,14 47:17,19 | **chat** 38:6 | **connection** 47:18 |
| 23:10 26:3 38:12 | 6:9 26:19 | 47:22 | **check** 43:6 | **consider** 10:23 11:1 |
| 40:22 | **basically** 37:14 48:7 | **business** 8:13 13:4 | **chef** 28:14,20,22 | 32:5,12 |
| **APPEARANCES** | **beauty** 33:3,6,10 | 14:3,6 18:19 28:5 | 32:18 34:10,11 | **consideration** 57:2 |
| 2:1 | 58:18,18 | 50:10 51:19 55:12 | 50:10 | **considered** 27:10 |
| **approach** 16:9,18 | **beginning** 19:6 | 58:16 59:5,6,8,15 | **children** 32:20 | **contradictory** |
| | **begins** 4:11 | 59:16 | 55:12,16 56:20 | 59:16 |
| | | | **Childs** 2:4 | **conversation** 37:20 |

**Sam McGhar - 8/19/2008**

Page 2

43:6,15 49:18,23
51:1
**conversations**
37:22 43:2,10,20
51:10,15
**cook** 32:21
**copy** 36:15
**correct** 7:15 11:13
23:22 24:1,3,4,9
24:10,14 25:14,18
31:13 43:18 44:3
44:8,9 45:6 49:17
58:17,17 59:4
60:12
**correctly** 12:23
**cost** 15:1
**counsel** 3:4 5:2
**count** 9:3
**counted** 11:9
**counting** 29:6
**country** 12:20 14:8
15:3,8 16:11 17:4
17:20,22 18:5,11
18:19 19:1,7
35:16 38:9,13
39:4,7,11,13
40:11,17,21 41:1
46:18 47:5,15,22
48:2,9,11,17,18
49:20 50:2 51:12
51:18 52:2,23
53:2,6,13,15 54:2
60:9,11 61:11,16
**Country's** 12:14,15
**couple** 11:19 16:12
36:1 45:12 55:8
59:18 60:7
**course** 11:18 14:8
**Court** 1:1,21 3:6
8:10
**courtyard** 47:21,23
48:1,4
**covers** 61:3
**cranked** 55:20
**create** 54:22 55:4
**Creative** 46:2
**Crenshaw** 33:7
**Croy** 6:6,23 7:3 9:2
9:16 12:2,10
24:16,23 25:20
27:8 30:12 31:1
33:17 34:10 35:13
36:21 37:13 38:1
38:19 39:1 44:2
44:11,17 46:3
48:20 51:13 54:14

**current** 12:4 30:11
30:12 45:16
**currently** 16:6
19:10
**customer** 57:14,16
58:20
**customers** 13:7
58:20
**cut** 9:17 27:16
**C-H-E-F** 28:22

**D**

**D** 3:21
**dance** 53:1 60:20
**dancers** 53:10
**dancing** 53:11
**date** 18:9 35:21
36:1
**David** 21:8
**day** 18:15
**deal** 24:8
**dealings** 21:3 23:9
**dealt** 21:5
**declared** 18:11,23
**Defendant** 2:12
**Defendants** 1:13,17
2:7 4:6 62:6
**deleted** 36:14
**deposit** 37:14
**deposition** 1:15 3:5
3:15 4:7,13,20 6:3
7:17 8:11 62:15
**describe** 52:17
**described** 60:15
**Designs** 6:23 8:19
**different** 31:15 47:9
53:7,20 56:23
**difficulties** 17:23
**directly** 11:19 24:9
49:10
**discourage** 22:13
**discriminatory**
23:14,15
**discuss** 39:22 40:14
48:19,23 49:2
**discussed** 40:9,10
54:1
**discussing** 37:17
**discussion** 39:16
47:4
**discussions** 13:9
22:4 39:10 46:23
**DISTRICT** 1:1,2
**DIVISION** 1:3
**document** 30:10,20
62:4
**documents** 37:12

**doing** 8:9 20:18
24:5,11 51:18
59:14
**Don** 54:6 57:6
**Doodle** 12:21 13:10
14:6 15:14,16
16:7 17:3,5 18:4
18:20,23 35:11,18
37:17,22 38:2
39:14,17,20,23
40:10,18,23 41:3
41:10,18,21 44:16
44:20 47:13 48:2
48:3,10,17 55:18
55:20 60:14,21
61:8,15
**door** 53:13
**doors** 17:11 58:19
**double** 20:21
**Dr** 49:14 50:21
51:16 52:1,15
53:9,9 54:1
**drink** 35:13
**drinking** 17:16
**duly** 5:19
**duration** 37:10

**E**

**E** 3:21
**earlier** 47:11
**easement** 14:9
47:11
**easiest** 28:5
**eat** 32:21
**effect** 39:17
**eight** 29:5,20 34:19
35:5,6,6
**either** 3:17 7:11
51:5 61:15
**element** 56:21,23
**employed** 37:11
**employee** 27:10
**employees** 8:22
55:22 60:16
**employment** 11:17
28:13 29:1,10
34:23 45:5 46:15
**ended** 14:21
**engaged** 40:2
**Engravers** 44:10
**entertains** 31:22
**entire** 8:3
**entities** 40:16
**Esquire** 2:4,9,9,13
**establishment** 32:4
32:8 48:21

**et** 23:10 26:1
**ethnic** 11:14
**Evans** 2:9 5:14,15
**everybody** 6:10
11:18
**evidence** 3:16 25:11
**exactly** 11:5
**Examination** 3:22
5:21 23:1 26:16
56:11 58:11 60:5
**example** 56:18
**exchanged** 35:19
**exhibit** 30:15,16,19
30:22 37:1,9 62:1
62:6,9
**Exhibits** 4:6,8
**existing** 48:1
**expand** 14:22 15:18
**expanding** 13:10,17
14:21 15:8 16:10
17:20 19:1 37:23
53:18
**expensive** 42:18
**experience** 38:17
**exposed** 56:21
**express** 49:3,6
50:13
**expressed** 12:19
18:20 23:8 25:10
50:17 54:15

**F**

**face** 14:2,6
**facing** 14:4
**fact** 13:1 23:21 58:1
**factor** 12:11 23:11
**fair** 25:9,15
**fairly** 34:7
**familiar** 17:4,5,8,17
**far** 42:13 47:2
48:10
**Farm** 45:7,9
**Federal** 3:18
**Felton** 28:14,18
33:2 34:6,7
**file** 35:22
**filed** 39:12,13 46:18
**files** 18:16
**filing** 46:19 49:20
**fill** 37:6
**fin** 42:16
**final** 42:18
**financial** 17:23
33:14 41:18
**financially** 41:4,11
**fine** 28:5,10 44:10

**firewall** 14:17,23
**first** 5:19 12:18
15:4 21:4,11 42:3
42:11 56:17
**five** 13:13 34:8
44:12 45:21
**follows** 5:20
**follow-up** 26:22
**food** 35:13
**form** 3:13
**formality** 3:9,10
**Forney** 1:12 2:12
5:10 6:7 7:2 9:10
9:16 16:9 21:12
22:14 23:4,7,21
23:22 27:1 36:4
36:19 37:9 41:9
42:5,12 43:1 47:1
51:2,6,16 54:3,10
55:2 58:2
**Forney's** 7:7 21:16
22:1,6 27:11,19
**four** 7:9 13:13
19:20 34:8
**frame** 51:22
**free** 20:3,8
**front** 29:12 48:13
**full-time** 8:22
**fun** 8:20 31:7,14
34:18,19
**further** 61:19

**G**

**gathering** 32:10
**gears** 12:13 21:2
**generate** 53:8
**gentlemen** 7:20
23:18
**give** 28:4
**given** 6:3
**go** 9:8 14:11,18
15:2 35:7,9 48:5
49:1,4,5,7 55:23
61:11
**going** 6:1,5 7:13
9:11 15:19 18:2
18:15 19:5 20:19
26:11,21 30:14
39:15,18 40:12
41:3 42:9 49:7,8
50:6 53:1,10,11
56:6 59:20 60:3
60:18
**good** 20:17 25:22
41:16 50:7,9,12
50:19 53:10 54:21

Sam McGhar - 8/19/2008

Page 3

55:4 57:16 59:10
gosh 28:3
gotten 52:1
go-between 10:1
grass 9:17 27:16
guess 30:15 46:20
  47:13,17 50:2
gung-ho 15:13
Gunter 2:13 5:8
  23:3
guy 2:13 4:1,4 5:8,8
  23:2,3 26:10
  44:23 57:12 58:9
  58:12 59:13,17
  62:14
guys 46:7
Guy's 22:23

**H**
hair 28:9 33:6,12
  34:1 58:23
happen 40:13 49:18
  51:17
happened 16:19
happy 6:17,21
hard 59:6
Harris 2:17
health 15:17,20
heard 21:23 22:8
  22:18 23:13 52:2
  52:6,10 57:5
help 30:10
helping 24:5
hiring 11:17
Hispanic 11:16,20
  28:12 29:6,10
  34:23 45:4 46:13
Hispanics 28:13
  29:1
honest 13:14
hood 42:16
hoping 47:7
Hoppers 12:22
  13:11 14:7 15:14
  15:16 16:7 17:3,5
  18:4,20,23 35:11
  35:18 37:17,22
  38:2 39:15,18,20
  39:23 40:10,18,23
  41:3,10,18,22
  44:16,20 47:13
  48:2,3,11,17
  55:18,20 60:14,22
  61:8,15
hours 60:17 61:9,12
Hudson 12:21

13:10 14:20 15:10
  15:14 35:20
Husband 46:1

**I**
identification 30:21
  62:5
identify 5:2
impression 17:2
include 19:22
indicated 54:15
individuals 35:20
  40:16
information 41:6
inherited 7:4
inquire 52:13
inside 17:13 38:5
  47:22
instance 33:17
institution 33:14
insurance 45:7,9
intended 6:12
interaction 54:6,9
interest 12:19 18:20
  49:3,6
interested 52:21
interrupt 24:20
introduce 61:22
  62:1
involved 27:18 43:2
Irish 60:23
irrespective 25:23

**J**
Jared 46:6
Jeff 2:18 5:1 16:3,5
Jeff's 16:4
Jennie 12:21
Jent 2:4 4:2,5 5:11
  5:11 26:17,18
  30:4,7 56:1 57:5
  59:18 60:3,6,8
  61:18 62:7,11
job 20:17 35:7
John 44:22
Jr 2:13
Jump 31:7,14 34:18
  34:19
jumping 31:16
jury 7:18,21 8:12
  10:20 23:19 56:14

**K**
kept 47:6
Kevin 2:4 5:11
  26:18 60:8

key 38:4,7,9
keys 38:13,16,18,21
kind 7:3 10:1,11
  25:3 35:12 36:3,6
  42:1 48:20 54:17
  58:15,16 60:18,19
knew 19:8 49:8
  52:20,22
know 6:15 7:10
  10:5,16 11:5,21
  12:2 13:12,14
  15:16,19 16:3,3
  16:20 17:1,15
  18:1,9,13,15 19:3
  19:13,15 20:4,11
  20:18 29:4 31:23
  38:4,12 39:20,22
  40:21 41:3,7,11
  41:23 42:2,8,17
  42:18 43:5 47:7
  48:5 49:22 50:3,8
  51:20,20,20,21,23
  52:3,11,19,21
  53:3,8 54:1,17,20
  54:22 55:9,11,15
  56:22 59:6,7
  60:21
knowledge 16:10
  19:8 21:3 25:1
  38:15 40:19 41:2
  54:4
known 26:3 55:2
Knudsen 1:11 2:8
  2:17 5:7,17 6:7
  12:3,10 21:4,7,11
  21:23 22:5,8,12
  22:18 26:6,8
  38:17,23 39:11,17
  40:2,14 41:17
  42:5 43:11,20
  51:6,17 54:3
Kress 2:5

**L**
ladies 7:20 23:18
lady 31:7,8,10
Large 1:22 3:8
lasted 21:9
late 13:3 55:18
  60:15
lawful 5:18
lawsuit 6:8 23:4
  24:21 26:20 43:17
Le 6:6,23 7:3 9:2,15
  12:1,9 24:15,23
  25:20 27:7 30:12

31:1 33:16 34:10
  35:13 36:21 37:13
  38:1,19 39:1 44:2
  44:11,16 46:3
  48:20 51:12 54:14
lease 9:14 12:5 22:9
  25:13 26:5 41:4
  59:12
leased 12:3 23:11
leases 27:19 36:9,10
leasing 12:9 21:5
  22:13 26:7 38:23
  39:11 40:17
leave 50:20 54:16
left 14:7,8
letter 10:12
Let's 28:7 30:7
Linda 33:7
Line 28:10 44:10
lined 13:4
list 28:2 30:23 31:2
listed 33:8 37:2
literally 16:15
little 6:22 17:23
  27:14,17 31:16
  34:9 35:2 41:21
  43:14 45:2 50:16
  50:17 53:6 54:7
  56:3 57:7 61:13
live 8:13
lives 23:22
LLC 2:3
LLP 2:10
located 43:12 44:11
  53:12,12
location 37:23 39:4
  39:7,12 45:8
  47:13,15
loitering 17:14
long 1:5 4:14 5:12
  6:10 7:7 13:9
  26:20 27:6 33:15
  33:18,21 34:1,10
  34:13,16,18,22
  37:8 44:10,16,22
  45:1,7,10,18 46:2
  46:8
look 13:16 17:20
  24:18 35:22 38:5
  60:4
looked 13:18 15:8
  31:2
looking 15:4 40:16
  59:23
lot 9:12 14:19 17:11
  17:13,14,17 33:11

33:12 50:4 55:14
  60:16
loud 58:22
Love 28:9 33:4 34:4

**M**
mad 59:11,13
main 25:21 26:2
maintain 36:3
  37:12
major 14:17 20:15
  20:15 50:5
Man 13:12
Management 1:9
  4:16
manager 10:10,14
  10:15 58:2
mark 30:14,16
marked 30:18,21
  61:21 62:5,8
massage 45:18,20
  45:22 49:14,15
  50:22 53:12,16
  56:18
Master 45:18,20,23
  49:14,15 50:22
  53:12,16
matter 4:14
Matthews 2:14
McGHAR 1:15 3:5
  4:13 5:18,23 8:17
  23:3 26:18 30:9
  56:13 62:15
mean 10:22 17:8
  24:19 42:21 46:19
  47:3 50:16 55:19
  56:14 60:1,20
  61:5
meet 21:11 39:21
  57:7
Meiying 1:12 2:12
  5:9 6:7 7:2,7 9:10
  9:12,16 21:12,16
  23:4,7
memory 12:22
  30:11 31:3
mention 12:23
mentioned 27:21
  37:15 47:11 52:9
mentioning 52:16
messages 16:22
met 6:1 57:6,9,12
  57:17
MIDDLE 1:2
minorities 11:1
  25:16

Sam McGhar - 8/19/2008

Page 4

minority 10:20,22
  10:23 11:22
minute 26:6
missed 29:18 31:4
missing 29:13
mix 50:7,10,12,19
  54:18,21,22 55:4
  55:16 56:14 58:14
  58:14,15 59:3,5,6
  60:8 61:1
mixed 61:2,2,4
Montgomery 1:19
  2:11,15 4:23 24:7
  43:13
month 36:17
monthly 4:9 27:3
months 20:8,12
  21:9 33:20 34:5,8
  34:19,21 35:6,6,6
moon 31:17
move 48:22,22 56:4
  59:22
moving 13:18 49:11
  52:7 53:19 54:2

**N**

N 2:13 3:21
name 5:8,11,14,23
  8:16 16:4 26:18
  28:4 60:10
named 29:19
national 23:9 25:23
natures 25:16
need 3:13 6:19 47:3
  59:21
needed 13:2,5 16:17
negotiating 27:19
negotiation 18:14
  42:4,7
negotiations 42:9
  43:4
never 12:12 15:12
  38:11 41:14 50:17
new 34:5,7 45:11
Nicole 1:20 3:6
night 13:3 55:19
  60:15
nightclub 32:12,14
  35:12 43:12,21
  49:9 50:14 60:11
nightclubs 55:21,23
nine 33:19 34:19
  35:5,6
North 2:6
NORTHERN 1:3
Notary 1:21 3:7

notice 1:16
Novak 2:14
Number 4:12,17

**O**

oath 58:4
objection 62:13,14
objections 3:11,12
obvious 18:2
Obviously 50:1
  52:1
offer 42:11
offered 3:16
offering 62:9
offhand 35:21
Office 2:14
offices 1:18
Oh 28:3 53:17
okay 6:5,17 7:6,10
  8:6,16,18,21 9:1,9
  9:15,21 10:9,15
  11:3,7 12:1 14:2
  14:14,20 15:3
  16:2,6,19 18:18
  18:22 19:6,10
  20:6,14 21:11,15
  21:23 23:13 25:3
  26:3,10 27:10,18
  29:10 30:4,14
  33:9 35:4 37:5
  40:7 45:7 46:2,16
  47:23 48:18 53:22
  57:5,15,17,21
  60:14 62:12
old 13:19
Once 36:17
ones 23:6 38:15
open 17:11 32:5
  48:14
operated 44:16
operating 15:5
  51:12 61:9,12
operator 44:13
operators 44:19
opportunity 15:23
  16:1
options 13:16
order 13:6 20:8
origin 23:10 26:1
outcome 42:18
outside 13:5,8 48:6
owned 7:8 9:10
  12:21 26:4 29:17
  29:21 31:5
owner 17:22 18:10
  24:3 44:13 45:22

47:7 50:2 52:23
owners 17:3 38:2
  38:13 40:23 44:19
ownership 35:19
owns 24:22 31:8,10
  46:5

**P**

PA 2:14
Page 3:22 4:6,8
paid 19:13,15,21
  27:3
Pantazis 2:5
paper 29:23
paperwork 29:12
parking 17:11,12
  17:13,17 50:4
  55:14
parlor 55:6 56:19
part 18:14 33:12
  35:7 42:7
particular 54:17
  60:19
parties 3:5 31:16
  32:20
partner 16:5 46:6
party 3:17 32:23
  33:1
pass 16:22
Paulk 1:20 3:6
pay 8:6 36:8,12
paying 36:8 41:16
  46:21 47:3 59:10
pays 37:7
people 16:14 25:13
percent 12:7
perfect 58:19,21
person 12:18
Phillip 16:5
phrase 37:15
pick 9:17 27:15
  58:10
pizza 32:22
place 4:21 28:12
  35:4 51:11 55:19
  60:15
places 35:13
Plaintiffs 1:6 2:3
  4:8
Plaintiff's 30:16,18
  30:22
play 7:18
please 5:2
point 12:8,15 18:1
  53:4
position 16:23

possible 29:20
possibly 51:16
Post 2:14
potential 22:20
  23:16
potentially 52:7
Potts 21:8
premises 10:4 33:1
Present 2:16
presented 14:16
pretty 19:4 20:16
  31:11 37:10 40:9
  40:11 42:17
Printing 46:2
prior 43:19 45:15
  46:19
privy 41:6
probably 11:6 12:7
  13:13 33:19,23
  34:3,8 35:5 39:19
  45:20 46:4 51:2,3
  51:21 59:21
problem 10:3,6
  14:16 41:19
problems 15:17,21
  54:22
procedural 3:10
Procedure 3:19
process 42:4
prohibitive 51:17
properly 32:21
properties 21:17
  24:8,17,22 25:7
  25:11,12,17 26:4
  36:21
property 7:3,5 9:10
  9:13,14 10:13
  22:9 24:3,16 27:8
  47:2
provided 3:17
  30:10
pub 60:23
public 1:21 3:7 32:5
pull 18:16 35:23
  47:7
Pure 12:14,15,20
  14:8 15:3,8 16:11
  17:4,20,22 18:5
  18:11,19 19:1,7
  35:15 38:9,13
  39:4,7,11,13
  40:10,17,21,23
  46:18 47:5,14,22
  48:2,9,11,16,18
  49:20 50:2 51:12
  51:18 52:2,23

53:2,6,13,15 54:2
  60:9 61:11,15
purpose 3:17
purposes 44:7
pursuant 1:16
pursue 15:12,19
put 38:23 42:16
  50:14
p.m 1:23 4:19 26:12
  26:15 56:7,10
  62:17

**Q**

Queens 31:9,11
  34:20,22
question 6:13,15
  21:4 26:7 57:6
questions 3:12,13
  6:2,6,11,12 22:23
  23:5 26:21 59:19
  60:7
quick 59:19
Quin 5:14
Quindal 2:9
Quinn 2:4

**R**

race 11:14 12:11
  22:1,5,10,14 23:9
  25:23 44:8,13,19
  45:13,15,22 46:12
racial 58:14
racist 22:19
ran 29:17 31:5
read 8:11
real 15:12 59:9
realistic 17:19
really 11:2 18:14
  42:23 43:22,23
  47:6 48:4 52:9
Realty 1:9,10 4:16
  5:6,16 21:6
reason 7:16 15:18
  55:9
recall 14:14 35:18
  35:21,23 37:21
  39:10 40:5 51:5,8
  51:9 52:19
received 41:23 42:2
recess 26:13 30:8
  56:8
record 4:18 26:12
  26:15 44:7 56:7
  56:10 59:2
records 35:22 36:3
  36:4,6,7

redesign 14:19
referred 12:11
  55:18
referred-to 30:20
  62:4
refresh 30:10 31:3
refuse 55:2
regard 23:15,20
  24:13 25:6
regards 24:15
regulations 17:6,9
relation 47:14
relay 50:21,22
remark 22:19
remarks 23:14
remember 7:12
  12:18 18:7 39:3,5
  39:6,8,9 40:8 62:2
remodeling 20:15
  41:22
renovations 41:5
  48:10
rent 19:14,15 20:3
  20:8,9 31:15 35:8
  36:8,11 37:4
  41:16 43:6 46:21
  47:3 55:3
Rental 4:9
rephrase 6:16
Reporter 1:21 3:7
represent 5:4,9,12
  5:15 23:4
representative 9:22
representing 3:4
  5:6 26:19 54:10
requirements 3:11
reservations 50:13
  50:17
reserved 3:14
resident 10:19
respect 3:10
response 51:6,8
restaurant 32:13,14
  35:12 60:16
retail 32:7,9
return 42:13
revenue 53:8
right 8:9 9:5 12:6
  12:16 14:3,4,5
  18:18 24:13 25:13
  28:1,7 30:9 35:21
  49:19 54:19 56:2
  57:4,10,11 59:20
room 6:11 13:2
  30:2
Rose 1:18 2:10 4:22

rules 3:18 17:6,9
ruling 3:15
rumor 19:4
run 16:7 29:21

— S —

salary 27:3
Sam 1:15 3:5 4:13
  5:18 62:15
Sandra 8:17
Scott 2:17
security 17:10,12
see 48:21
self-explanatory
  31:12
sell 15:16
sense 6:14,15
serves 12:22
services 28:12
  29:11 34:23 35:2
  45:4
set 8:4
seven 44:12
shape 20:17
sheet 36:13,14,16
  37:1,3,8
shelf 28:21
She'd 38:20
Shoe 31:9,11 34:22
shop 29:2 32:17
  33:3,6,10 34:14
  35:9 38:21 56:19
  58:18,18,20
shopping 6:6 7:1
  9:2,16,23 10:17
  11:15 12:2,10
  19:3 21:21 24:16
  25:21 31:1 37:16
  38:1 39:21 40:3
  52:7 54:16
show 32:1
showed 40:22
side 13:23 14:1
  16:15
Sideline 53:23
sidewalk 16:16
  37:18 39:22
sign 39:7
signs 38:23
similar 23:6 25:12
  37:9
sir 19:17 25:5 26:10
sit 48:6
sitting 17:15
situation 23:20 47:5
six 20:7,12 44:12

smoke 48:6
sold 15:14,21 16:2
  35:19
solve 10:6
somebody 10:7
  20:14 29:14 37:18
sorry 24:19 44:5
  51:14 60:1
sort 9:18 31:18
  38:22 43:9 55:1
  55:23
space 12:3,9,14,15
  12:20 13:2,6,11
  13:16 14:12,15
  15:3,9 16:11,18
  17:4,21 18:5 19:2
  19:7,10 21:12,20
  25:13 26:5,8
  31:17 38:14 39:18
  40:17,21 41:5,12
  48:15,22 53:15,15
  53:16 54:2
spaces 38:19
speak 41:14
specifically 40:5,6
  49:12
specifics 40:8
spectrum 61:3
speculating 50:3
spend 20:20
spent 20:18
standing 13:8 16:14
  16:15
start 21:8 28:7
started 18:4,8 53:6
state 1:22 3:8 5:3
  7:21 45:7,9,9
stated 10:13 24:20
statements 23:15
STATES 1:1
stay 59:20
Steeplechase 28:8
  33:13,14,17,19
Stella 46:8,10,14
stepping 54:23
Stewart 2:9 3:23
  4:3 5:5,5,22,23
  16:5 22:22 23:6
  28:20 30:1,5 56:3
  56:12 58:8 59:21
  61:20 62:8,23
stipulated 3:3
stipulation 1:16
STIPULATIONS
  3:1
stop 6:14

stopover 31:23
stopped 50:4 51:18
stops 37:19
street 2:6 59:14
studio 53:1
stuff 50:11 58:21
subpoena 4:7 61:23
Suite 1:19 2:11
supposed 36:12
sure 6:18 20:11,20
  31:20 32:6 40:9
  51:1,4 57:2
switch 12:13 21:2
sworn 5:19

— T —

table 48:6
take 6:19 10:15
  14:20 24:7 30:5
  39:15,18 41:11
  56:3 57:1
taken 1:16 3:6
talk 10:3 12:14
  16:21 18:23 19:4
  20:19 21:2,22
  22:1 37:16 38:3
  39:21 40:3 47:19
talked 19:6 21:16
  21:19 26:22 39:19
  41:21 51:10
talking 7:10 15:10
  18:5,8 43:7,17
  47:12,20 50:1
  52:12,22 58:15
  59:5 60:9
tattoo 55:6
teach 32:20 53:11
team 46:1
tell 6:20,22 7:20
  8:16 10:7,19 11:3
  30:17 33:15 36:6
  51:2 56:14 58:4
  60:2,4
ten 11:10,10 27:21
  29:4,8,11 31:10
  33:20 34:21,21
  44:18
tenant 7:6 22:13,19
  22:20 37:7 48:23
  49:9 50:7,9,12
  54:17,18,21,23
  55:1,4 56:13
  58:13 59:10 60:8
tenants 6:8 9:1,6
  10:2,12,16,19,21
  11:4,6,8,11,16,22

12:1,4,9 13:3,4,7
  22:2,6 23:16,16
  27:22 30:23 37:13
  48:20 54:14 56:16
  61:14
tenant's 22:10,14
term 55:5 56:13
terms 11:21 19:13
  20:23
Terrence 1:5 4:14
  5:12 26:20
testified 5:19
testify 57:18
testimony 27:13
  57:22
thank 7:19 8:15
  26:10 56:2
theme 60:19
they'd 38:4,5,6
thing 9:18 17:19
  20:16 31:18 38:22
  42:19 43:9 55:1
  58:14 61:20
things 37:2 47:9
  50:8 53:8 55:17
think 11:9 18:1
  20:3 24:19,20
  25:9 31:12 40:4
  42:9,15 44:2
  50:16 53:9 54:4
  55:6 58:9
thinking 45:3 46:11
three 7:8 33:23
  34:3,5
tied 18:12
time 3:14,15 12:15
  13:12,15,15 15:4
  15:7,22 16:19
  18:9,10,15 20:10
  26:4 45:10 49:20
  51:22,23 53:1,4,5
  54:20
times 16:12 21:15
  21:19
title 10:9,11
today 6:1,2 7:17
  26:23 27:13 30:16
  47:12
toilet 10:7
told 20:19 51:3,7
  52:4
total 19:22 31:10
  53:20 61:1
town 24:17 33:12
toys 31:17
Trainmaster 13:19

13:20 14:15,16,23
transcript 44:7
trial 7:14,22 8:4,11
tried 47:8
trouble 52:3 53:7
  58:22
true 12:17 23:21
  25:19
truth 57:19 58:4
truthful 58:6
try 9:14 57:1 61:10
trying 43:8 47:6
  53:7
Tuesday 4:19
turn 47:8 59:8
turned 48:3 55:6,10
two 8:22 11:16 16:6
  21:9 24:22 25:1
  31:4 33:23,23
  34:14 35:20 47:16
  47:18 48:15 58:19
type 20:1 50:10
  55:11 56:23 59:15
  59:16 60:11
typically 37:2

___ U ___

understand 23:19
  31:22 32:3
understanding
  39:14 40:12 42:6
understands 8:12
understood 19:5
Unique 28:9 33:6
  34:1
unit 13:21 15:2
  28:23 38:5,10
  39:23 40:1
UNITED 1:1
units 38:7,22 47:16
unstop 10:7
upscale 48:5
use 23:13 56:13
  60:18
usually 36:13
utilities 19:21,23
utility 14:9 47:11

___ V ___

vacant 38:20,21,22
vacation 8:7
various 25:16
venture 53:21
versus 4:15
video 44:6
videographer 2:18

4:11 5:1 26:11,14
  56:6,9
Videotape 1:15
  4:12
videotaping 7:17
village 7:1 31:1
  52:8
visit 35:10
vs 1:7

___ W ___

W 2:4
wait 26:6
waiting 16:16 32:1
waived 3:11
walk 48:16
walking 37:18
walks 31:17,18
wall 48:8,14,14
walls 48:15
want 12:13 15:18
  20:7 22:9 28:3
  30:5 38:5 39:20
  39:23 49:11 55:13
  56:16,17,18,20
  59:1,9,10
wanted 17:3 38:6
  40:1 42:13,15,16
  43:8 47:1 50:7,19
wasn't 16:23 18:2
  18:13 48:4
way 14:11,18 15:19
  32:2 33:7
week 7:11,11 8:3
  60:21
weren't 31:20
west 14:1
western 60:11
we'll 6:21 10:4
we're 4:18 6:5 8:9
  30:15 47:20 58:13
we've 6:1 7:1 9:11
  9:11 26:22 30:9
white 1:18 2:10
  4:22 44:23 46:1,6
whites 61:6
wife 6:23 46:1
  53:10
wife's 8:16
Wiggins 2:4
Williams 46:6
willingness 58:3
wind 52:1
WITNESS 28:22
  29:22

witnesses 24:21
wives 56:20
woman 28:10
women 10:22 11:1
  11:4,6
word 59:2 60:18
work 8:20,22 27:1
works 8:18,21
wouldn't 41:15
  53:18 55:13 56:18
  56:20
Wow 20:22
wrote 10:12

___ X ___

X 3:21

___ Y ___

yeah 14:4 15:1
  21:22,22 27:12
  33:7,13 34:22
  39:19 40:4 44:5
  53:17
year 34:12,17 35:3
  45:2 46:10
years 7:2,9 9:7
  13:13 33:23,23
  34:3,15 36:1 44:3
  44:12,18 45:11,12
  45:21 46:4 55:8
y'all 13:16 15:7

___ Z ___

Zone 28:8 33:9,21

___ 1 ___

1 4:7,9,12 30:16,19
  30:22 37:1,9 62:1
  62:6
15 46:4
150,000 20:20,22
19 1:23 4:19 9:3,5
  10:19 11:12 62:17
19th 2:6

___ 2 ___

2:07-CV-00881-...
  1:8 4:17
20 9:7
2008 1:23 4:20
  62:17
2148 2:14
23 4:1 7:1 44:3
26 4:2

___ 3 ___

3:57 1:23 4:18
30 4:9 45:10
301 2:6
35203 2:6
36102-2148 2:15
36104 2:11

___ 4 ___

4:17 26:12
4:18 26:15
4:52 56:7
4:55 56:10
401 1:19 2:11
4103 19:22

___ 5 ___

5 3:23
5:00 62:17
50 12:7
50/50 11:6
56 4:3
58 4:4

___ 6 ___

60 4:5
62 4:7

___ 7 ___

780 1:19 2:11

# Exhibit B

Page 1

1    IN THE UNITED STATES DISTRICT COURT FOR
2        THE MIDDLE DISTRICT OF ALABAMA
3            NORTHERN DIVISION
4
5    TERRENCE LONG & BARRY BARR,
6        Plaintiffs,
7    vs.            CIVIL ACTION NO.
8        2:07-CV-00881-WKW-WC
9    ARONOV REALTY MANAGEMENT,
10   INC., ARONOV REALTY BROKERAGE,
11   INC., AMY CLARK KNUDSEN,
12   & MEIYING FORNEY,
13       Defendants.
14       *   *   *   *   *
15       DEPOSITION OF DON LITTLE,
16   taken pursuant to notice and stipulation
17   on behalf of the Defendants, in the
18   offices of Bradley, Arant, Rose & White,
19   401 Adams Avenue, Suite 780, Montgomery,
20   Alabama, before Nicole Paulk, Certified
21   Court Reporter and Notary Public in and
22   for the State of Alabama at Large, on
23   August 19, 2008, commencing at 1:15 p.m.

Page 2

1            APPEARANCES
2
3    For the Plaintiffs:
4        Kevin W. Jent, Esquire
         Wiggins, Childs, Quinn &
5            Pantazis, LLC
         The Kress Building
6        301 19th Street North
         Birmingham, Alabama 35203
7
     For the Defendants Aronov and Amy Clark
8    Knudsen:
         Angela R. Rogers, Esquire
9        Quindal Evans, Esquire
         Bradley, Arant, Rose & White, LLP
10       Alabama Center for Commerce
         401 Adams Avenue, Suite 780
11       Montgomery, Alabama 36104
12   For the Defendant Meiying Forney:
13       N. Gunter Guy, Jr., Esquire
         Ball, Ball, Matthews & Novak, PA
14       Post Office Box 2148
         Montgomery, Alabama 36102-2148
15
     Also Present:
16
         Amy Clark Knudsen
17       Scott Harris
18
19
20
21
22
23

Page 3

1            STIPULATIONS
2
3        It is stipulated and agreed by
4    and between counsel representing the
5    parties that the deposition of DON LITTLE
6    may be taken before Nicole Paulk, Court
7    Reporter and Notary Public in and for the
8    State of Alabama at Large, without the
9    formality of a commission; and all
10   formality with respect to other procedural
11   requirements is waived; that objections to
12   questions, other than objections as to the
13   form of the questions need not be made at
14   this time, but may be reserved for a
15   ruling at such time as the deposition may
16   be offered in evidence or used for any
17   other purpose by either party as provided
18   by the Federal Rules of Civil
19   Procedure.
20       *   *   *   *   *
21           I N D E X
22   Examination            Page
23   By Mr. Guy              4

Page 4

1    By Ms. Rogers              32
2    By Mr. Jent               41
3    By Mr. Guy                83
4    By Ms. Rogers             86
5    By Mr. Jent               88
6    Plaintiffs' Exhibits      Page
7    1 - Landlord Creditor Motion for    43
8        Rule 4001 Relief From Automatic
9        Stay
10   2 - Landlord Creditor Amended Motion  43
11       For Rule 4001 Relief From
12       Automatic Stay
13   3 - Order Terminating Stay      43
14       *   *   *   *   *
15       DON LITTLE, of lawful age,
16   having first been duly sworn, testified as
17   follows:
18           EXAMINATION
19   BY MR. GUY:
20   Q.   Please state your name for the record.
21   A.   Donald B. Little, L-I-T-T-L-E.
22   Q.   And Mr. Little, how --
23   A.   Before we go any further, I understand

1 (Pages 1 to 4)

Don Little - 8/19/2008

## Page 5

1  we're probably going to go with the
2  regular stipulations. I'm not interested
3  in signing the deposition. Also
4  understand that it's my understanding that
5  I've appeared today and waived the normal
6  notice of intent for a nonparty to be
7  noticed on the deposition, so my
8  understanding is that my only deposition
9  in this legal action will occur today from
10  1 to 3 p.m.
11        MR. GUY: Okay. Does anybody
12          have any problem with that?
13        MR. JENT: I don't want to cut it
14          off at 3, but --
15        MR. GUY: Well, I don't think --
16        MR. JENT: That's all right.
17          Let's just see.
18  Q.  All right. If you would, just state your
19  age for the record, please, or date of
20  birth, either one you'd like to do.
21  A.  I'm an adult, I promise you that.
22  Q.  You're over 19?
23  A.  Yes, sir.

## Page 6

1  Q.  And what is your business address, please,
2  sir?
3  A.  P.O. Box 1881, Montgomery, 36102.
4  Q.  What is your occupation?
5  A.  Primarily, attorney.
6  Q.  Are you licensed to practice in the state
7  of Alabama?
8  A.  I am licensed in Alabama and admitted in
9  the middle district and southern district
10  of Alabama and the middle district of
11  Florida. And I've done some -- I may be
12  admitted still in Dougherty County in
13  Georgia; done a little pro hac vice in
14  Georgia and Florida.
15  Q.  Okay. And could you just tell us
16  approximately how long you have been
17  licensed or how long you practiced
18  law?
19  A.  Approximately 15 years.
20  Q.  Okay. And do you primarily practice here
21  in Montgomery, Alabama?
22  A.  Yes, sir.
23  Q.  All right. And are you familiar or do you

## Page 7

1        know Ms. Meiying Forney?
2  A.  Yes, sir.
3  Q.  In what way do you know Ms. Forney?
4  A.  We have a business relationship whereby I,
5  on some occasions, try to collect monies
6  as a result of a lease default.
7  Q.  So you do some -- in the vernacular that
8  we lawyers sometimes use, you do some
9  collection work for Ms. Forney from time
10  to time?
11  A.  Yes, sir.
12  Q.  Okay. And how long have you known Ms.
13  Forney?
14  A.  I'm not sure, but I'm just going to guess
15  three years. But I'm not sure.
16  Q.  And during that term or time, can you tell
17  me approximately how many collection
18  matters have you worked on for her?
19  A.  I really can't tell you. At least five,
20  but I can't tell you for sure.
21  Q.  That's fine. Approximately in the
22  neighborhood of five or so?
23  A.  Five to ten.

## Page 8

1  Q.  Okay. And how did you come to be
2  acquainted with Ms. Forney?
3  A.  A realtor, Amy Knudsen, was looking for
4  someone to see if they could handle some
5  debt collection, and she asked me if I was
6  interested, so then I met Ms. Forney.
7  Q.  Okay. And I understand you know Ms.
8  Knudsen.
9  A.  Yeah. We used to know each other
10  socially. We haven't spoken much,
11  actually, since this case started.
12  Q.  But before that, you've known Amy for a
13  while?
14  A.  Yes, sir, quite a few years.
15  Q.  Okay. And it would be fair to say that
16  Amy introduced you to Ms. Forney for
17  purposes of doing some legal work for Ms.
18  Forney?
19  A.  Just strictly debt collection for Ms.
20  Forney.
21  Q.  Other than the debt collection, have you
22  done any other work for Ms. Forney, legal
23  work?

2 (Pages 5 to 8)

**Don Little - 8/19/2008**

Page 9

1  A.   I can't think of a single thing I've done
2     other than taking care of trying to
3     collect monies on a lease in default.
4  Q.   What about the bankruptcy proceeding?
5  A.   Well, I'm sorry. You're exactly right.
6     I've handled one bankruptcy proceeding at
7     the -- relevant to a bar located at Le
8     Croy shopping center.
9  Q.   And that would be the Pure Country Saloon
10    location?
11 A.   Yes, sir.
12 Q.   Is that the only bankruptcy matter that
13    you have worked on for her?
14 A.   The only one I can remember today.
15 Q.   Okay. And were you retained by her or
16    asked to do legal work in reference to
17    this bankruptcy for Ms. Forney?
18 A.   Yes, sir. The bar Pure Country originally
19    filed a Chapter 13, and Ms. Forney
20    instructed me on what she would do under a
21    13, then they converted to a 7. Then at
22    that time, Ms. Forney was just trying to
23    preserve her assets, and so the main

Page 10

1     thrust in the Chapter 7 was a lift of stay
2     that I handled for Ms. Forney.
3  Q.   So you would have submitted a notice of
4     appearance for her in that bankruptcy
5     stay; is that correct?
6  A.   Yes, sir, and I filed of course a lift of
7     stay, and there's a substantial filing fee
8     that has to be paid on a lift of stay.
9  Q.   And then I guess you were paid for your
10    services in connection with this
11    bankruptcy matter by Ms. Forney?
12 A.   Yes, sir.
13 Q.   Okay. I just happen to have the docket
14    report from that bankruptcy matter.
15 A.   Just happen?
16 Q.   Just happen. And I just thought it might
17    be helpful to refresh your recollection.
18    It looks like to me as far as your
19    involvement was concerned -- and you can
20    tell me if it's different. It looks like
21    you filed a notice of appearance,
22    obviously, for her in that matter, and
23    then you filed the motion for relief from

Page 11

1     stay. And then it appears there was an
2     order granting that motion for relief from
3     stay, and then pretty much after that, it
4     looks like maybe that whole bankruptcy
5     proceeding was over. Take a second just
6     to look at that, if you would, Mr. Little,
7     and just refresh your recollection from
8     looking at that case action summary.
9  A.   Who was the trustee? I'm trying to see.
10 Q.   Let's see.
11 A.   Daniel Hamm? I'm trying to catch it. It
12    ought to be right in here. Hold on.
13    Yeah, trustee is Daniel Hamm. That's
14    right. Okay. I remember it now.
15 Q.   Okay. The reason I ask that is that --
16    would it be fair to say that from looking
17    at the case action summary that your
18    actual involvement in this bankruptcy
19    proceeding for Ms. Forney was fairly
20    limited as far as the work was concerned?
21 A.   Yes, sir. Really, the whole goal was
22    preservation of assets. The debtor --
23    after converting to 7, using Lewis

Page 12

1     Hickman, the debtor thought that he had
2     some $10,000 of assets located inside the
3     bar, and he was going to try and sell
4     those assets to pay off some whiskey
5     creditors that he liked and wanted to try
6     and make good with. So by chance, I
7     caught the debtor and Lewis Hickman at the
8     location right after they filed a 7 and --
9     after they converted to a 7. And I
10    demanded the keys, and they informed me
11    they weren't giving the keys. So then we
12    had a little squabble with -- and Daniel
13    Hamm ended up with all keys to the
14    facility. Well, the reason I wax eloquent
15    here is that after just a little while, it
16    became obvious that my client had to get
17    in to look after maintenance issues or a
18    possible leak. The power company was
19    about to cut the power off, so I had to
20    get the utilities put in Meiying Forney's
21    name. So after Daniel Hamm at first held
22    on to the keys, he finally decided this
23    was such an inconvenience that he handed

3 (Pages 9 to 12)

Don Little - 8/19/2008

Page 13

1   me all keys to the facility, with the
2   understanding that I was liable and
3   responsible if the debtor did, in fact,
4   end up being awarded any of the assets
5   inside the building. So at that time, I
6   then became quite concerned about who
7   would go in that building, and I actually
8   felt a little more at peace if I were in
9   the building whenever anyone entered.
10  Q.   So more or less, the trustee provided you
11      with possession of the keys subject to you
12      being responsible for those particular
13      assets within the Pure Country Saloon that
14      were still subject to a decision by the
15      trustee as to what was going to happen to
16      them; is that right?
17  A.   That is correct. And there were some
18      expensive disk jockey electronics and some
19      other items that if they had been taken
20      and I was found liable, I could be out --
21      I could be looking at being out many
22      thousands of dollars.
23  Q.   And just for the ladies and gentlemen of

Page 14

1   the jury, when you say a Chapter 7, it was
2   converted to a 7, meaning that the debtor,
3   in this case, I think his name was --
4   A.   Tony Fannin.
5   Q.   -- Tony Fannin, who was the person who
6       leased or ran the Pure Country Saloon
7       location, he was actually now seeking, I
8       guess, of debts from his creditors; is
9       that right?
10  A.   Correct.
11  Q.   So he wasn't going to pay any of his
12      debtors any money from the bankruptcy
13      proceeding unless there were some assets
14      there that were part of that -- part of
15      what he owned that he could pay out?
16  A.   Correct.
17  Q.   And that's what the trustee was trying to
18      protect, right?
19  A.   Yes, sir.
20  Q.   And you did get that relief from stay so
21      that you could be in charge of those
22      assets pending that decision by the

Page 15

1   trustee; is that right?
2   A.   Well, actually, with the relief of stay,
3       according to the terms of the lease, any
4       assets inside the facility became the
5       property of the landlord. So as a result
6       of the relief of stay, then there was no
7       longer any issue that my client did
8       actually have control and possession or
9       ownership of even an empty beer bottle
10      located in the facility.
11  Q.   All right. So when it says -- and I'm not
12      a bankruptcy lawyer, so that's the reason
13      I'm asking you --
14  A.   Some people say I'm not.
15  Q.   So when the Court did grant the relief
16      from stay, you're saying that was the
17      point then that all of the assets within
18      that location became the property of the
19      landlord?
20  A.   Yes, sir.
21  Q.   Okay. And then after you got the relief
22      from stay, was there any other legal work
23      or actions that you had to take on behalf

Page 16

1   of Ms. Forney?
2   A.   No, sir. After that, I was then off the
3       hook as far as being financially liable
4       for any assets in there, and after that --
5       sometime shortly thereafter, I turned over
6       all keys to the facility to a
7       representative of Aronov Realty.
8   Q.   And who would that have been?
9   A.   Amy Knudsen.
10  Q.   Okay. Now, in connection with your work
11      for Ms. Forney as her bankruptcy -- in
12      representing her in this bankruptcy
13      proceeding, I should say, did you discuss
14      with her or did she give you any authority
15      to take on any other matters, other than
16      what was required in the bankruptcy
17      proceeding?
18  A.   No, sir.
19  Q.   Okay. I think, Mr. Little, you are
20      familiar, of course, with, by now, that
21      there is a lawsuit that involves -- that
22      has been filed, which we're here about
23      today, by Barry Barr and Terrence Long

4 (Pages 13 to 16)

**Don Little - 8/19/2008**

Page 17

1    against Aronov Realty Management, Inc.,
2    and I believe Aronov Realty Brokerage,
3    Inc., and Amy Knudsen and Ms. Forney.
4    You're aware of that, correct?
5    A.    Yes, sir.
6    Q.    And you're aware that there are some
7        issues in this case that relate to you
8        showing this Pure Country location -- and
9        I'm going to use that term, okay?  I hope
10       that's --
11   A.    I disagree with that term.  I've never
12       shown any property for Meiying Forney.
13   Q.    Okay.  Well, let me say it this way:  Did
14       you at some point on or about June 13,
15       2007, meet an individual by the name of
16       Mark Cranage at that location?
17   A.    I met a man who said he was Mark Cranage.
18       I don't know if he was actually Mark
19       Cranage or not.
20   Q.    Okay.  What were the circumstances about
21       which you came to meet that person on or
22       about June 13, 2007?
23   A.    At this time, at that date, I was still on

Page 18

1    the hook for being financially liable for
2    any assets of the facility, so I still --
3    and I only took -- legally was the only
4    person who had keys and access to the
5    building.  And Ms. Knudsen had shown it to
6    a couple of people -- and I can't tell you
7    who.  I don't even know today who actually
8    leased it.  I've never -- I'm not privy to
9    any executed lease at Le Croy shopping
10   center unless it's in default.  So anyway,
11   there was quite a bit of trouble in the
12   fact that Ms. Knudsen would have to set
13   appointment times and then make sure I was
14   available to get a key from me, our round
15   trip in traffic, and on and on.  And so
16   for some reason there was some pressing
17   engagement Ms. Knudsen had, and I just
18   happened that day not to have anything
19   very pressing.  And she called me -- I
20   cannot tell you when.  I don't -- it
21   wasn't that important to me at the time.
22   And she just kind of said, look, I'm
23   negotiating with somebody about a possible

Page 19

1    lease; I just need you to open the
2    facility.  And I said, well, I'll need to
3    stay there and make sure he doesn't haul
4    anything off.  And that is how I ended up
5    meeting this man who claims he's
6    Mr. Cranage on that date.  I cannot swear
7    under oath it was that date.
8    Q.    So you don't actually know Mark Cranage or
9        --
10   A.    No.  Only met him -- if that was him, only
11       met him that one time and then found out
12       -- the reason I'm not even sure what his
13       name is, I found out after looking at a
14       copy of a transcript that he supposedly
15       recorded -- there's quite a few things
16       later on I discovered where he just flat
17       out lied about, so I don't know that it
18       was Mark Cranage.
19   Q.    Let me ask you this way:  He identified
20       himself as Mark Cranage; is that right?
21   A.    Identified himself and also said he was
22       part owner of Woodmere Tavern, which I
23       later discovered was a complete

Page 20

1    fabrication.
2    Q.    Okay.  In regard to that time where you
3        met Mr. Cranage there or the person we
4        believe to be Mr. Cranage, did you let him
5        in?
6    A.    Yes, sir.  Met him outside the front door;
7        we shook hands; and he went into great
8        detail about how this had to be the most
9        secretive of meetings and no one could
10       find out.  So I unlocked the door, and we
11       went inside and probably spent -- probably
12       spent 40 minutes in there.
13   Q.    Okay.  And do you now know, after the
14       fact, that he recorded at least part or
15       some of that conversation between the two
16       of you?
17   A.    I reviewed a transcript, although it's
18       incomplete and inconclusive and full of
19       lies.  But I have read a transcript which
20       I contend is only part of the
21       conversation.
22   Q.    That was going to be my question:  Do you
23       believe there's other parts of that

5 (Pages 17 to 20)

Don Little - 8/19/2008

Page 21

1    conversation that are not part of the
2    transcript or -- and we have a DVD of the
3    --
4    A.   The transcript I reviewed has -- is
5    confusing at best, incomplete at best, and
6    almost fraudulent.
7    Q.   Okay. At any time that you were in the
8    building there, the Pure Country Saloon
9    location, at any time that you were in the
10   building with Mr. Cranage, were any of
11   those statements that you made, were they
12   with authority or -- excuse me, the
13   authorization of Meiying Forney?
14   A.   No, sir. And I don't see it in the
15   transcript, but I even explicitly
16   explained to him that I do not represent
17   Aronov Realty in any way and I do not
18   represent the landlord in regards to any
19   new lease.
20   Q.   Okay. So my next question I think you've
21   answered. So were any of the statements
22   that you made that day to Mr. Cranage,
23   were they in any way authorized by Aronov

Page 22

1    Realty Management, Inc., Aronov Realty
2    Brokerage, Inc., or Amy Knudsen?
3    A.   They were not authorized by any Aronov
4    entity that I know of nor Amy Knudsen.
5    Amy Knudsen specifically instructed me to
6    just open the building for the man, that
7    she was handling, you know, a lease for a
8    potential client, if I would just unlock
9    it.
10   Q.   Okay. Let me follow up just a little bit
11   more on that issue about your authority.
12   At any time during your discussion with
13   Mr. Cranage were you acting within your
14   authority as Ms. Forney's attorney in any
15   capacity?
16   A.   No, sir. I really wasn't even acting as a
17   bankruptcy attorney that day. I just
18   happened to be the person who had
19   possession of the building.
20   Q.   Well -- and maybe I should be a little
21   clearer. Other than opening the door,
22   which may have been within your capacity
23   as her bankruptcy attorney --

Page 23

1    A.   Yes, sir.
2    Q.   Other than that action, which you've
3    already stated you had the keys and that
4    was because you were representing her as
5    her bankruptcy attorney, correct?
6    A.   Correct.
7    Q.   Okay. Other than opening the door -- let
8    me be a little more specific -- any of the
9    statements that you made at that time to
10   Mr. Cranage, were any of those within your
11   authority as her bankruptcy attorney in
12   any capacity?
13   A.   None whatsoever. I was just what I call
14   sales puffing.
15   Q.   That was what I was going to ask you.
16   You're kind of ahead of me each time;
17   that's okay. And I want to make clear for
18   the record, I have talked to you on two
19   occasions about this before, right?
20   A.   Yes, sir. I've talked to any attorney
21   who's called me about this case. I have
22   not refused to -- I think one time Ms.
23   Quin called me about a potential

Page 24

1    deposition and I didn't return her call
2    because I was tied up, but...
3    Q.   And I've talked to you on two
4    occasions about your deposition and during
5    that time discussed some of the facts of
6    this case with you, right?
7    A.   Well, you never told me any facts of the
8    case, no, sir.
9    Q.   No. What I mean is, I'm not -- that's my
10   question. I never have told you what to
11   say --
12   A.   No, sir, huh-huh.
13   Q.   -- or tried to listen to any particular
14   testimony; I've just asked you what
15   happened, correct?
16   A.   Yeah. Any conversation with attorneys
17   that I can think of have just been the
18   attorney asking questions, trying to
19   figure out exactly why I said the things I
20   said.
21   Q.   Just like we're doing today?
22   A.   Yes, sir.
23   Q.   Okay. Never suggested to you what to say

6 (Pages 21 to 24)

**Don Little - 8/19/2008**

Page 25

1    or anything like that?
2    A.   No, sir.
3    Q.   Okay. So you're characterizing your
4         statements on this occasion as just
5         puffing, talking with Mr. Cranage wholly
6         from a personal standpoint; is that fair
7         to say?
8    A.   Yes, sir. Try to save you some questions.
9         I've been involved in foreclosing on a
10        restaurant in Georgia and then a bar in
11        Georgia, and what I've discovered from my
12        dealings with bars is that the bar
13        employees meet and congregate after the
14        bar is closed, and they are just like
15        gossiping white-haired women. They just
16        all exchange information. And I have
17        discovered that I can learn a great deal
18        of information about the situations
19        financially with a place by what I call
20        getting down in the gutter with them, by
21        getting down and not acting like a lawyer,
22        and then they start telling me things that
23        I couldn't have derived any other way.

Page 26

1    And that is partly what I was doing in
2    that conversation. I was just trying to
3    figure out if there were any other assets
4    of this Pure Country or something that had
5    been taken of great value, anything that I
6    could possibly try and recollect for my
7    client, Meiying Forney.
8    Q.   Okay. But the statements that you made,
9         which are indicated in that transcript,
10        assuming that any of those are true, those
11        statements about who was wanted in that
12        location or what they were trying to do to
13        lease that property, that was not anything
14        where Aronov or Amy Knudsen or Meiying
15        Forney had authorized you to make those
16        statements on their behalf?
17   A.   No, sir. And to be honest with you, I
18        didn't actually know the names of a single
19        person who was trying to lease that
20        facility except that one man, Mr. Cranage,
21        who said he wanted it the next day.
22   Q.   You mentioned that there were some
23        statements that you made to Mr. Cranage

Page 27

1    which are not contained in that
2    transcript, and you specifically I think
3    mentioned just a second ago that you told
4    him that -- tell me again what you told
5    him.
6    A.   Two what I consider to be main issues.
7         First, the long introduction given by
8         Mr. Cranage is not included in the
9         transcript. Mr. Cranage's in-depth
10        explanation as to how Woodmere would bar
11        undesirables from their bar are not
12        included in the transcript. And on at
13        least one -- I can't swear, but I believe
14        on more than one occasion, I told
15        Mr. Cranage, look, I mean, I'm sure
16        they'll probably work with you, but please
17        understand, I have no authority to agree
18        to any type of lease deal whatsoever; that
19        is strictly with Amy Knudsen or she and
20        Meiying Forney, and I have no authority
21        whatsoever.
22   Q.   So you're saying you explicitly disclosed
23        to him that you had no authority with

Page 28

1    regard to anything --
2    A.   Yes, sir. I even remember I was standing
3         when I told him that, because I knew that
4         I had talked to him and puffed so much,
5         that it was -- in my opinion, it was
6         critical that I make it real clear with
7         him, whatever I said, I was just agreeing
8         and going along with. I was saying
9         repeatedly, I'm sure they'll -- you know,
10        you want a couple months; I'm sure they'll
11        work something out, but I had no authority
12        to even knock one penny off of any type --
13        or even set a lease amount. And I cannot
14        today tell you what the lease amount is on
15        that facility.
16             MR. GUY: Okay. Give me just a
17        second. I'm looking over
18        some notes, please, sir.
19        THE WITNESS: If anybody's going
20        to be asking me about the
21        transcript, perhaps I could
22        get a copy from somebody.
23        If anyone going to plan on

7 (Pages 25 to 28)

Don Little - 8/19/2008

## Page 29

1    asking me about the
2    transcript?
3    MR. JENT: I have a copy with me.
4    THE WITNESS: Is this something I
5    can read? Oh, lord, it's a
6    travel.
7    MR. GUY: I've got my copy too
8    that you're welcome to look
9    at.
10   THE WITNESS: Thank you. I've
11   got a feeling I'll need it
12   here real soon.
13   MR. GUY: Mr. Little, I think
14   that's all I have. Thank
15   you, sir.
16   THE WITNESS: I need to say
17   something, just to make sure
18   it's cleared up.
19   MR. GUY: Sure.
20   THE WITNESS: I've known Amy
21   Knudsen for many years, and
22   believe, that is the
23   least prejudicial person in

## Page 30

1    Montgomery when it comes to
2    discriminating for the
3    reasons of color. And if
4    y'all have done any kind of
5    background check, you'll
6    realize that she was a
7    preacher's wife for many
8    years and helped those in
9    most need for many, many
10   years.
11 Q.  Well, her attorneys may ask you some
12   questions, but since you brought that up,
13   you have -- strike that. We already
14   established, I think, in the record of
15   other depositions, but Meiying Forney does
16   not live in Montgomery, correct?
17 A.  I don't know exactly where she lives, but
18   she lives somewhere in California.
19 Q.  I was going to represent to you she lives
20   in California.
21 A.  Yes, sir.
22 Q.  So would it be fair to say -- how many
23   times have you ever met with and

## Page 31

1    personally talked to Meiying Forney?
2  A.  Pretty close guess, but it's a guess.
3    Maybe I've had two lunches and two
4    meetings at the most, ever. Now, during a
5    lawsuit on one fellow that we got a
6    $46,000 judgment on, had numerous phone
7    calls, called each other on the phone.
8    And during the bankruptcy situation when
9    it was a 13, had numerous phone calls.
10   That's turned into a 7. She, of course,
11   is not a lawyer, and so I had -- at that
12   time had to go heavy just myself on the
13   lift of stay, actually, what's stated in
14   the document.
15 Q.  Okay. And you're aware, of course, she's
16   of Chinese descent, correct?
17 A.  To tell you the truth, I'm not sure what
18   descent -- I knew that she was of some
19   type of Far East. I couldn't tell you.
20 Q.  And would it be fair to say that in the
21   few times that you've met with her, has
22   she ever made any statements or acted in
23   any way that would lead you to believe

## Page 32

1    that she was discriminatory in any way
2    against anybody based on their race,
3    national origin --
4  A.  Ms. Knudsen and Ms. Forney both are
5    interested in one color and one color only
6    -- green. That's all they're interested
7    in, people paying their lease.
8  Q.  Just business?
9  A.  Yes.
10 Q.  Just business.
11 A.  And Ms. Forney, she seemed to always talk
12   about how she always wanted to support
13   anybody who leased from her, and from what
14   I observed, she never cared what color
15   they were.
16   MR. GUY: Okay. Thank you, sir.
17   EXAMINATION
18   BY MS. ROGERS:
19 Q.  Mr. Little, my name is Angie Rogers. I
20   think we met before.
21 A.  Who do you represent?
22 Q.  I represent the Aronov entity and Ms.
23   Knudsen in this lawsuit.

8 (Pages 29 to 32)

## Page 33

1  A.   All right.  Oh, so you are with Chuck
2       Stewart?
3  Q.   I am.
4  A.   Okay.
5  Q.   And I have a few follow-up questions for
6       you.
7  A.   What's your name?
8  Q.   Angie Rogers.
9  A.   Okay.
10 Q.   You testified earlier about when Ms.
11      Knudsen asked you to open up the Pure
12      Country space for Mr. Cranage.
13 A.   Yes.
14 Q.   Do you remember, between the time that she
15      asked you to open it up and the time that
16      you met with Mr. Cranage, did you have any
17      other conversations with Ms. Knudsen about
18      Mr. Cranage or his interest in the
19      property?
20 A.   I would just be guessing.  It was hot.  It
21      was summertime -- I remember that -- but
22      to be honest with you, I didn't even know
23      what day it was when all this came up

## Page 34

1       later on.  I've checked; I don't have any
2       kind of notes on the meeting because I
3       wasn't there in any kind of official
4       capacity; I was just opening the building.
5       So I really -- I don't have any documents
6       or any notes showing or -- I had no other
7       reason to talk with her about just opening
8       a building.  I agreed to do it, and that
9       was it.
10 Q.   What about anyone else from Aronov?  Do
11      you remember having any conversations with
12      someone else who works at Aronov about
13      Mr. Cranage's interest in it between the
14      time you agreed to open it up and the time
15      he looked at it?
16 A.   In my entire dealings in any business
17      relationship regarding Meiying Forney, the
18      only person I ever dealt with
19      for business reasons was Amy Knudsen.
20      Now, she has some type of assistant; I may
21      have said, please tell Amy such-and-such.
22      But except for that, no, I've never dealt
23      with any other entity at Aronov, never

## Page 35

1       represented Aronov in any way, shape, or
2       form.
3  Q.   You also talked about Ms. Knudsen
4       introducing you to Ms. Forney.  Was Ms.
5       Knudsen involved in any way in your
6       negotiations with Ms. Forney to become Ms.
7       Forney's attorney, or would it be fair to
8       say that after she introduced you, she had
9       no more involvement in that?
10 A.   I'm sorry.  You're going to have to do
11      better on that question.
12 Q.   You testified earlier about Ms. Knudsen
13      introducing you to Ms. Forney --
14 A.   Yes.
15 Q.   -- to become her collections attorney.
16      After she made the introduction, did Ms.
17      Knudsen have any more involvement in Ms.
18      Forney's decision to hire you or your
19      decision to take on that representation?
20 A.   No.  Ms. Forney is the type of business
21      person who makes her own important
22      decisions regarding pay structure, pay
23      time.  Ms. Forney -- naturally, she likes

## Page 36

1       to -- from my experience with her, she
2       likes to have people who work a little bit
3       together in a locale regarding one
4       facility.  I'm not sure what your question
5       is.
6  Q.   Did Ms. Knudsen have any involvement in
7       your negotiations with Ms. Forney to
8       become Ms. Forney's collections attorney?
9  A.   I don't know what "any involvement" means,
10      ma'am.  That's pretty broad.
11 Q.   Okay.  Well, let me ask you this way:
12      After she introduced you, what happened?
13      How did you become --
14 A.   Ma'am, I'm sorry.  That was years ago, and
15      I didn't make any notes.  I can't tell you
16      what happened.
17 Q.   Okay.  Fair enough.  I know you said you
18      haven't ever represented Aronov, but have
19      you ever worked for an Aronov entity in
20      any capacity?
21 A.   I did a -- I'm also a state licensed home
22      builder, and I have done maybe -- well,
23      Aronov sold probably -- I'm guessing, but

9 (Pages 33 to 36)

Don Little - 8/19/2008

| | Page 37 | | | Page 39 |
|---|---|---|---|---|

**Page 37**

1  about 40 homes for me in my life. And
2  I've done maybe two small commercial jobs
3  for Aronov many years ago.
4  Q.  When you say small commercial jobs, what
5  are you talking about there?
6  A.  Like maybe a remodel -- part of a remodel
7  in a commercial office, or I may have --
8  in the '80s, I may have actually installed
9  some entry signs to an Aronov development
10  or something like that when I was
11  primarily a home builder.
12  Q.  Have you done any work with them as a
13  leasing or a sales agent?
14  A.  Oh, never in any way, shape, or form, no,
15  ma'am.
16  Q.  And I think I know the answer to this
17  question too, but have you ever been hired
18  by Amy Knudsen specifically to be a
19  leasing or sales agent of any type?
20  A.  Have I -- ma'am, I'm sorry to tell you,
21  but in the state of Alabama, that's
22  illegal. I'm not a licensed realtor, so
23  the answer definitely is no, and if it was

**Page 38**

1  yes, I'd have to plead the Fifth
2  Amendment.
3  Q.  Okay. I understand that you may think
4  that -- some of the questions I have to
5  ask you just to get on the record.
6  A.  I see. Okay.
7  Q.  So just -- if you say yes or no, that's
8  good enough.
9  A.  Okay. Go ahead and ask your question.
10  Q.  Okay. So you've never been hired by Amy
11  Knudsen to be any kind of sales or leasing
12  agent for her?
13  A.  Never have.
14  Q.  Okay. And have you ever been -- setting
15  aside, you know, actually hiring and
16  paying you, has she ever asked you to act
17  as any kind of sales or leasing agent for
18  her in any way?
19  A.  Never.
20  Q.  Before you went to meet Mr. Cranage or
21  open up the space --
22  A.  Ma'am, I don't know for sure it was
23  Mr. Cranage. I've already testified to

**Page 39**

1  that.
2  Q.  Okay. Before you went to meet the man who
3  identified himself as Mr. Cranage to meet
4  at the Pure Country space, did Ms. Knudsen
5  tell you anything about the type of
6  business that he operated?
7  A.  I don't remember. I remember Mr. Cranage
8  coming up and telling me that he was half
9  owner of Woodmere, which I later
10  discovered to be wholly false.
11  Q.  Do you remember, did Ms. Knudsen tell you
12  anything about Mr. Cranage's clientele?
13  Did she mention that at all?
14  A.  No, ma'am. I just unlocked the door. And
15  we all had busy -- other things to do, so
16  we really didn't have a long conversation
17  about something which at the time was --
18  it was just an inconvenience, and I was
19  trying to get it over with quickly.
20  Q.  Did Ms. Knudsen or anybody at Aronov give
21  you any instructions or directions at all
22  about what to say to Mr. Cranage at your
23  meeting with him?

**Page 40**

1  A.  Yes, ma'am. She asked me to just unlock
2  the door and let the man in and see the
3  place.
4  Q.  And that's it, nothing else?
5  A.  That's it. I was just to unlock the door
6  because I had possession of the building.
7  Q.  Do you recall Ms. Knudsen saying anything
8  at all to you about the race of any other
9  tenant who was interested in the Pure
10  Country space?
11  A.  The race of any other tenant in that strip
12  center?
13  Q.  Or potential tenant.
14  A.  For that whole strip center?
15  Q.  No, for the Pure Country space.
16  A.  For the Pure Country? The race of any
17  potential tenant?
18  Q.  Do you recall Ms. Knudsen mentioning to
19  you the race of anybody who was interested
20  in renting the Pure Country space from Ms.
21  Forney?
22  A.  I do not recall, no, ma'am.
23      MS. ROGERS: Thank you. That's

10 (Pages 37 to 40)

Page 41

1        all I have.
2        MR. JENT: I just have a few
3    questions.
4        EXAMINATION
5    BY MR. JENT:
6    Q.   You said you were primarily an attorney,
7    and then you said that you also did home
8    building just now. Are there any other
9    jobs or vocations that you have that you
10   haven't told us about today?
11   A.   Well, if I sold used cars, I'd have it all
12   covered. But no, the answer is no. I
13   take it back. I should say, I guess, that
14   I have been involved in some developments
15   putting in streets in Montgomery, maybe at
16   one time a little bit of a developer.
17   Q.   Okay. Any involvement with Aronov or Ms.
18   Knudsen when you were involved in that
19   developing?
20   A.   I built about 60 homes in a subdivision in
21   Montgomery called Brandywine, and Aronov
22   was the primary agent. But to my
23   knowledge, I did not know Ms. Knudsen at

Page 42

1    that time. To my knowledge, she was not
2    even a licensed realtor at that time.
3    Q.   When was that?
4    A.   In the early '80s.
5    Q.   Okay. And we've established that you were
6    representing Ms. Forney in the bankruptcy
7    matter related to the Pure Country Saloon
8    and that you had filed a motion to lift
9    the automatic stay. I'm just going to
10   attach this as an exhibit, the motion.
11       MR. GUY: Have you marked this?
12       MR. JENT: I haven't.
13       THE WITNESS: Oh, hold up on
14       that. Do y'all want to take
15       a five minute break while I
16       read this?
17       MR. JENT: Sure.
18       (Brief recess.)
19   Q.   Mr. Little, what I've given you are three
20   documents, actually, related to the
21   bankruptcy proceeding of what we're going
22   to call Pure Country Saloon. And the
23   first one is a Landlord Creditor Motion

Page 43

1    for Rule 4001 Relief From Automatic Stay,
2    and it actually has a copy of a lease
3    attached to it. Is this something that
4    you filed on behalf of Ms. Forney?
5        (The referred-to documents were
6        marked for identification as
7        Plaintiffs' Exhibits Nos. 1,
8        2, and 3.)
9    A.   Yes, sir. I filed that and the amended
10   motion to stay. And if you'll notice the
11   certificate of service date on both those
12   documents, you'll see I filed them both
13   the same day.
14   Q.   I was going to ask you about that. What
15   was the purpose of filing the amended
16   motion?
17   A.   I had forgotten that there's a new rule in
18   bankruptcy. You'll see -- on the front
19   page of the amended, you'll see some bold
20   -- a bold paragraph, and that is supposed
21   to be included on the front page of any
22   lift of stay at that time, before the
23   bankruptcy laws were changed.

Page 44

1    Q.   You're referring to where it says here
2    pursuant to LBR 4001-1?
3    A.   Yes, sir. It's a bold, all-capped
4    paragraph close to the bottom. To my
5    knowledge, from what I can see and now
6    that I've had a chance to review both
7    these documents, that is the only
8    difference between my original motion for
9    lift of stay and the amended, that and the
10   fact that for some reason, I don't know
11   why, but I have a portion of -- only a
12   portion of the lease attached to the first
13   motion for lift of stay, and you do not
14   have that document attached to the
15   amended. And I suspect that you would
16   find that that lease is attached to the
17   amended motion for relief of stay.
18   Q.   If we got on the bankruptcy court records
19   system, the PACER system, we would be able
20   to determine what was filed?
21   A.   I don't know that, sir.
22   Q.   Okay. What is the automatic stay, just in
23   -- you're a bankruptcy attorney --

11 (Pages 41 to 44)

Don Little - 8/19/2008

Page 45

1   A.   Whenever someone files an action in a
2        federal bankruptcy court, in essence, all
3        assets are frozen, and no transfer of
4        rights of assets may occur without the
5        approval of the bankruptcy court.  In
6        cases with a debtor being a tenant, the
7        facility is in essence on hold pending the
8        bankruptcy court's rulings.  And this can
9        be very expensive and very time-consuming
10       for a landlord.  You've got a facility
11       sitting there that should be earning 3500
12       a month, and if it sits for months during
13       a bankruptcy, the landlord's out many,
14       many thousands.
15  Q.   And the automatic stay prevents the
16       landlord from releasing that property to
17       someone else?
18  A.   Unless you get some type of emergency
19       relief.  I have been in front of a New
20       York bankruptcy court once on -- let's
21       see.  That was a -- I don't know if that
22       was called a lift of stay, but I got some
23       type of emergency hearing, telephonic, and

Page 46

1        after they were able to understand my
2        southern slang, I was able to get the
3        property released.  If the property is
4        such that it faces damage due to the
5        abandonment by the tenant, the Court will
6        consider some type of emergency relief if
7        it can be shown how -- for instance, in
8        this case -- I had forgotten until I
9        reviewed this document, but there were
10       open canisters of like orange slices,
11       cherries sitting out, all types of drink
12       mix accessories, and roaches were going to
13       become a serious issue if something didn't
14       happen quickly.  That was another reason I
15       asked for the lift of stay, because we had
16       an endangerment of the landlord's asset.
17  Q.   Can a landlord take any action towards
18       leasing the property until the Court
19       grants the motion for relief from the
20       stay?
21  A.   It depends entirely on if they can file
22       some type of emergency motion.  They can
23       certainly have discussions on entertaining

Page 47

1        of offers.  They can meet prospects there
2        and have negotiations, but to actually
3        lease the facility, it's my opinion -- I
4        may be wrong, but it's my opinion -- they
5        would need Court approval to actually
6        enter into a new lease before the stay is
7        lifted.
8   Q.   And these documents seem to have been
9        filed on May 25, 2007.  Would you agree
10       with that?
11  A.   They appear to be.  I cannot swear to that
12       under oath.
13  Q.   That's the date found on the back of the
14       document?
15  A.   That's the date of certificate of service
16       for both documents, the original and
17       amended.
18  Q.   Did you have possession of the keys to the
19       Pure Country Saloon at the time that you
20       filed these on -- or if these were filed
21       on May 25th, did you have the keys to the
22       Pure Country Saloon at that time?
23  A.   I don't know.

Page 48

1   Q.   Do you know if the property had been shown
2        to anyone prior to you filing these
3        documents, these motions for relief of the
4        stay?
5   A.   I don't know.  I'm sorry.  I'm not being
6        evasive; I honestly don't know.  I don't
7        even know at that time if Daniel Hamm, the
8        trustee, had gotten the keys or not.  I'm
9        not sure.
10  Q.   Are there any documents you're aware of
11       that would memorialize this that you
12       talked about today regarding Daniel Hamm
13       receiving the keys and then handing them
14       to you and telling you that you're
15       responsible for the assets?  Are there any
16       letters or --
17  A.   I do know that I caught the debtor and his
18       attorney, Lewis Hickman, at the site.  I
19       walked in, the building unlocked, on a
20       Thursday; that's all I remember.  And at
21       that time we had a confrontation about who
22       should have the keys, and I informed them
23       they had no valid lease to operate under

2100 Third Avenue North, Suite 960  Birmingham, Alabama 35203
1-800-888-3376  or  205-251-4200

Don Little - 8/19/2008

| Page 49 | Page 51 |
|---|---|
| 1      anyway. That's all I remember. I know it | 1    Q.    And when you were going out there, what |
| 2      was hot. I know it was sometime in late | 2        were you hoping to find? Was there any |
| 3      May, but I can't tell you when. | 3        purpose to your visit? |
| 4    Q.    But my question was, are there any | 4    A.    Well, I wanted to see if it was true that |
| 5        documents that you're aware of that -- | 5        it had closed. I didn't know the place |
| 6    A.    Oh, no, sir. I checked -- after all this | 6        had even closed. I was going to see if |
| 7        came up, I checked, and I don't have any | 7        there was a closed sign on the door or if |
| 8        documents relative to this entire action, | 8        anyone was there. Also, once again, as I |
| 9        to my knowledge. | 9        testified earlier, bar people kind of |
| 10    Q.    Are you aware of any documents that the | 10        gossip a lot, and I was also -- if I had |
| 11        bankruptcy trustee would have that would | 11        to, I was going to go to a next door |
| 12        memorialize in some way the fact that he | 12        tenant somewhere and just ask someone if |
| 13        had taken possession of the keys and then | 13        they had heard anything about the status |
| 14        handed off possession of the keys to you? | 14        of the bar. |
| 15    A.    I never received a written notice. | 15    Q.    And did you do that? |
| 16        Trustees quite often are handling quite a | 16    A.    Didn't have to. When I got there, the |
| 17        few cases, and on something like this, | 17        place was open and the debtor was inside. |
| 18        they would call on an attorney -- trust in | 18    Q.    Did you keep any kind of calendar or |
| 19        an attorney to do what they swear they're | 19        billing records that would show when this |
| 20        going to do. And he would have -- I | 20        was that you would have caught Mr. Fannin |
| 21        believe he called me and told me I could | 21        and Mr. Hickman out at the property? |
| 22        come pick up the keys, because he knew | 22    A.    I do have a -- now that you mention it, |
| 23        that I had some reasons to be in the | 23        somewhere I probably still have a copy of |

| Page 50 | Page 52 |
|---|---|
| 1      building and that I would be the sole | 1      my bill to Meiying Forney, and it may have |
| 2      person with the keys. | 2      a statement on there of the date I was out |
| 3    Q.    The day that you caught Mr. Fannin and | 3      there. I do not know. But now that you |
| 4        Mr. Hickman at the Pure Country location, | 4      mention it, I guess I do have one document |
| 5        what were you doing at the property? | 5      maybe somewhere. |
| 6    A.    I had gotten -- I had -- I was conned by | 6    Q.    And that's something you would have sent |
| 7        that debtor. We were in -- I thought we | 7        to Ms. Forney? |
| 8        were still in a 13, and unbeknownst to us, | 8    A.    Yes, sir. I'm not testifying for sure |
| 9        that bar had a closing party on a | 9        that it has that date on there, but I |
| 10        Saturday. And I had called after the | 10        would suspect that it might. |
| 11        closing party to ask about how they were | 11    Q.    You testified that you were trying to |
| 12        coming on the 13, and they just mumbled. | 12        preserve the assets once the bankruptcy |
| 13        When I said I called, I called the debtor. | 13        was converted from a 13 to a 7; do you |
| 14        And later on, I found out he had already | 14        recall that? |
| 15        closed and filed a 7, and I just hadn't | 15    A.    Yes. |
| 16        gotten notice. And so when I -- I got | 16    Q.    What did you mean by the term "preserve |
| 17        notice that day or that morning, I | 17        the assets"? |
| 18        believe, and so I just happened to go out | 18    A.    From my experience, bars get stripped of |
| 19        there. I was feeling a little enraged, | 19        many, many thousands of dollars of |
| 20        because I felt like the debtor had | 20        equipment -- refrigeration equipment, |
| 21        fraudulently misled me. And I just | 21        kitchen equipment, video and DVD players, |
| 22        happened to go out there, and there they | 22        even chairs. I had one situation over in |
| 23        were. | 23        Georgia once where I -- the guy had backed |

13 (Pages 49 to 52)

Page 53

1   a 40-foot van up to the back of a bar and
2   was about to literally strip the whole
3   thing when I just happened to catch him,
4   so that's what I'm talking about.
5   Q.   And your efforts to preserve these assets
6   were on behalf of Ms. Forney, correct?
7   A.   Right. That's the only person who ever
8   employed me relative to any named person
9   in this legal action.
10  Q.   And when did you hand off the keys to the
11  Pure Country location?
12  A.   I gave them to Ms. Knudsen, and I do not
13  know the date, but I know that I would not
14  have given them until sometime after June
15  25, 2007.
16  Q.   Okay. And what you're looking at now is
17  what I've marked as Plaintiffs' Exhibit 3?
18  A.   Correct, the order terminating stay.
19  Q.   And that lifts the automatic stay against
20  the property and allows Ms. Forney to take
21  action towards -- or actually enter in
22  leases and resume possession of the
23  property?

Page 54

1   A.   Well, the stay states -- and I'll quote
2   the last sentence (as read:) "Ordered
3   that the stay in this case with respect to
4   this creditor, to permit enforcement of a
5   lien against the property of the estate or
6   of the debtor described in the motion, is
7   terminated."
8   Q.   You've said that the property under the
9   terms of the lease became -- the property
10  at the saloon, the -- I'm going to call
11  them fixtures -- and can use a
12  different term or correct me if I'm wrong
13  --
14  A.   Assets.
15  Q.   The assets. Would that include equipment
16  and those type things?
17  A.   Yes, sir. Every table, chair, even a
18  pencil. It's maybe worth a half a penny,
19  but it is an asset.
20  Q.   And under the terms of the lease, those
21  converted to Ms. Forney?
22  A.   Yes. But remember -- I think I've
23  testified earlier that there was no valid

Page 55

1   lease in force at this time.
2   Q.   Tell me what you mean by that.
3   A.   The lift of stay explains how the -- if
4   you want to stop just a second, I'll look
5   and find it for you. On Page 2 of the
6   lift of stay, Item -- it looks like I'm
7   looking at Paragraph 3. It states:
8   Including all executed extensions, the
9   lease expired in December 2006.
10  Collections resulted in some $1500. The
11  debtor never paid a full month's rent in
12  2007. And then in their Chapter 7 filings
13  they claim to have an unexpired lease, and
14  I stated here that the landlord creditor's
15  attorney has notified the trustee and
16  debtor that said claim is wholly false and
17  fraudulent. So it's my contention at the
18  time they had no valid lease and were due
19  to just hand me the keys, and therefore,
20  with no valid lease, there was no lift of
21  stay needed.
22  Q.   Did the Court ever rule on that
23  contention?

Page 56

1   A.   No, sir. I finally found out that my
2   trustee just wanted to go ahead and do
3   like everyone does and just do a lift of
4   stay.
5   Q.   Had Ms. Forney ever taken any action prior
6   to the Pure Country bankruptcy to try to
7   either evict the tenant out of the space,
8   or had anything like that happened?
9   A.   Ms. Forney went through a little bit of a
10  -- in my opinion, she went through a
11  little bit of a transformation in a lot of
12  things. When she took over some of these
13  facilities, they were just frankly
14  below-par leases, as far as identification
15  of tenants, things like social security
16  numbers or copies of driver's licenses.
17  Any of that was just nonexistent on an old
18  lease. Any old lease I took over because
19  of default, quite often there was never
20  chance of collecting because whoever drew
21  the lease up didn't do that great a job of
22  identifying the tenant. Now, in Ms.
23  Knudsen's -- I've had a couple of defaults

14 (Pages 53 to 56)

Don Little - 8/19/2008

Page 57

1    where Ms. Knudsen executed the lease, and
2    she had started taking pictures of
3    driver's licenses; she got social security
4    numbers, things like that, which gave me
5    much more of a chance to collect.
6  Q.    While the trustee, Mr. Hamm, had the keys
7    to the property, was Ms. Knudsen or anyone
8    on Ms. -- acting on Ms. Forney's behalf
9    able to show the property? Were there
10   other keys out there that could be used,
11   or did Mr. Hamm have the only set of keys
12   to the property?
13 A.    To our knowledge, Mr. Hamm had the only
14   set. But I did discover, as -- well, what
15   you have to do in these bar closings is
16   you have to go check all the emergency
17   supposedly locked doors. And I found one
18   door that had been set up so that someone
19   could sneak in illegally. But to our
20   knowledge, we had all keys.
21 Q.    And do you remember allowing or ever
22   facilitating for Ms. Knudsen to show the
23   Pure Country property?

Page 58

1        MS. ROGERS: Object to the form.
2  A.    Yes. And I cannot tell you the time when,
3    but at some point -- I'm just guessing.
4    I'm sorry. I can't tell you exactly. I
5    know there was a time when I got the keys
6    from Mr. Hamm, but I don't know if that
7    was for Ms. Knudsen or -- it may have been
8    for a heating and air man, or it may have
9    been for a cleanup situation. I just
10   don't remember. I'm sorry.
11 Q.    Was there a property manager or a
12   caretaker for the property?
13 A.    Yes, sir. Every now and then I had
14   dealings with a Mr. Sam McGhar; that's
15   M-C-G-H-A-R-R. He operates a business in
16   that strip center called Cake Designs.
17   And on some occasions, Sam has, to my
18   knowledge -- I do not know what type of
19   relationship, business relationship he
20   has, actually, with Meiying Forney, but
21   all I know is that on some occasions he
22   had called me in the past when a tenant
23   had gotten way behind on some rent.

Page 59

1  Q.    Do you know if Mr. McGhar had any keys to
2    any of the particular properties, I guess
3    the tenants' spaces, for lack of a better
4    --
5  A.    I don't know.
6  Q.    And then you say you were given the keys
7    by Mr. Hamm. Was that at your request?
8  A.    Nick Parnell, the debtor's attorney,
9    surrendered the keys to the trustee. Then
10   I, on a couple of occasions, got the keys
11   from the trustee and returned them to the
12   trustee. And then finally, the trustee
13   realized what a terrible inconvenience and
14   time waste this was, and he entrusted
15   me with all keys that had been turned over
16   to him for the facility.
17 Q.    Do you know why you were chosen to give
18   the keys to?
19 A.    The landlord's attorney, you know, the
20   bankruptcy attorney, in my opinion. I
21   don't know.
22 Q.    So it was your opinion that you had those
23   keys because you represented Ms. Forney?

Page 60

1  A.    I represented her in regards to a
2    bankruptcy action and solely a bankruptcy
3    action.
4  Q.    And that bankruptcy action concerned the
5    property known as what we're going to call
6    Pure Country?
7  A.    Yes, sir.
8  Q.    And so when you went -- you had the keys,
9    and when you went to open up the property,
10   you were doing that because you were Ms.
11   Forney's attorney, correct?
12 A.    I was opening up the property because I
13   was Ms. Forney's attorney? I'm sorry. I
14   don't understand what you mean. What do
15   you mean, I'm her attorney?
16 Q.    You were Ms. Forney's attorney in the
17   bankruptcy proceeding?
18 A.    I was her bankruptcy attorney. If that's
19   what you're asking, the answer is yes.
20 Q.    And you had the keys to the Pure Country
21   property because you were her bankruptcy
22   attorney?
23 A.    Because I was given them by the trustee.

15 (Pages 57 to 60)

Don Little - 8/19/2008

Page 61

1    Ms. Forney had no choice on who had the
2    keys, only the trustee.
3  Q.  Right. And the trustee's decision was
4    probably because you were Ms. Forney's
5    bankruptcy attorney?
6  A.  I can't tell you why probably something
7    happened, sir.
8        MR. GUY: Object to the form.
9  Q.  Well, you've already testified, so --
10 A.  What did I testify to, sir?
11 Q.  That it was your opinion that you received
12   the keys because you were Ms. Forney's
13   bankruptcy attorney.
14 A.  Well, I know -- I'm going to correct that
15   testimony. I had the keys because the
16   trustee entrusted the keys to me. Ms.
17   Forney had no decision-making power during
18   that time as to who would have the keys.
19 Q.  Did you communicate to Ms. Forney that you
20   had the keys?
21 A.  I don't believe so.
22 Q.  Did you communicate to Ms. Knudsen that
23   you had the keys?

Page 62

1  A.  I'm sure at some point I did, yes, but I
2    do not know when.
3  Q.  Did you have any discussions with Ms.
4    Knudsen that we haven't talked about today
5    regarding the leasing of the Pure Country
6    Saloon while you were -- during the time
7    that you were Ms. Forney's bankruptcy
8    attorney, while you were representing her
9    on this motion for relief from stay,
10   waiting on the Court to rule, did you have
11   any conversations that we haven't talked
12   about with Ms. Knudsen regarding the
13   leasing of the Pure Country property?
14       MS. ROGERS: Object to the form.
15 A.  The only thing I remember -- when you say
16   "any," that's kind of broad. But the only
17   thing I can honestly testify and swear to
18   is that we had -- there was a Mexican
19   two-for-one deal that was close to a
20   facility owned by Ms. Forney that we were
21   having trouble with and had to go out
22   there and try and catch a tenant in
23   default. And so we stopped at this

Page 63

1    buy-one-get-one-free, and somewhere in the
2    conversation -- we were close to the
3    Celebrations, and there was somewhere in
4    the conversation mentioned, wow, can you
5    see what all is in the newspaper about
6    Celebrations and all this; the city wants
7    to close it down. And just in passing
8    conversation, she may have said -- but I
9    can't swear to it -- she may have said
10   something like, yeah, someone from over
11   there has contacted about wanting to open
12   a bar or something like that, but that's
13   about it. I can't even tell you today who
14   actually leased this Pure Country space,
15   sir.
16 Q.  And when you were having this conversation
17   with Ms. Knudsen, did she tell you that
18   someone had contacted her about opening a
19   bar at the Pure Country location?
20 A.  It was just, you know, over a meal, just
21   conversation generally speaking, and I
22   couldn't -- she didn't, of course, mention
23   any names, so I can't tell you. And to

Page 64

1    answer to your question, I don't know.
2  Q.  Is that the only conversation you had with
3    Ms. Knudsen where the Celebrations bar was
4    mentioned?
5  A.  It seems like at some point about a year
6    ago or maybe a year ago, I got a call from
7    Ms. Knudsen saying, an attorney named
8    Sable has a copy of a recording of you,
9    and they're thinking about filing an
10   action; they're claiming that I
11   discriminated against -- maybe she said --
12   I don't know what she said, but somehow it
13   was mentioned -- the Celebrations name was
14   mentioned in that conversation, that
15   someone's claiming that she had
16   discriminated against them because of
17   their color.
18 Q.  That was after you had -- do you remember
19   the date of that conversation?
20 A.  It's been 12 to 13 months ago, is all I
21   can tell you, sometime in mid-summer of
22   '07.
23 Q.  The time period that you had the keys

16 (Pages 61 to 64)

Page 65

1    after Mr. Hamm, the trustee, had given you
2    the keys, that time period was also the
3    same time period -- or was it also the
4    same time period that you were acting as
5    Ms. Forney's bankruptcy attorney in
6    regards to the Pure Country Saloon?
7  A.    The time I had the keys?  Yes, sir.
8  Q.    I know that was probably a pretty bad
9    question, but it's a much better form than
10    what's in my head, so -- it's all jumbled
11    in there.  Did you ever have any
12    conversations with Mr. McGhar about the
13    leasing of the Pure Country location?
14  A.    I'm sorry.  You'll have to be a little
15    more specific.  What do you mean, "about
16    the leasing"?
17  Q.    About prospective tenants at the Pure
18    Country location after the Pure Country
19    bankruptcy?
20  A.    No, sir.  I never was involved in any
21    leasing of any property for Meiying
22    Forney.  I never was an authority.  I
23    never in any way, shape, or form ever

Page 66

1    leased or even showed a piece of Meiying
2    Forney's property.
3  Q.    Did you ever have any conversations with
4    Sam McGhar regarding, first off, the
5    leasing of the property at the Pure
6    Country Saloon after Pure Country filed
7    bankruptcy?
8  A.    I cannot swear to it.  I feel sure that I
9    somehow or another told Mr. McGhar about
10    the Chapter 7, but as far as a new tenant,
11    no.  And see, actually, I don't think I
12    ever had any dealings with Mr. McGhar
13    about a prospective tenant, because to my
14    knowledge, he doesn't lease either.  He
15    just looks after -- for the work I've done
16    with him, he looks after -- keeps a little
17    bit of an accounting of who has paid when,
18    and he tries to take care of, you know, if
19    a toilet stops up or something like that.
20  Q.    Are you familiar with the tenants at the
21    Le Croy --
22  A.    I cannot tell you the name of one single
23    signatory to a lease at Le Croy shopping

Page 67

1    center.  The only time I ever see them is
2    when they're in default, and usually
3    they've already skipped the state.
4  Q.    Has anyone ever told you the race of the
5    tenants at the Le Croy Shopping Village?
6  A.    No, sir.  And in fact, I was thinking
7    y'all might ask something like that.  And
8    I realized when I was coming down here
9    that I -- we've got a garnishment going
10    against one tenant, had a lease that was
11    done before Ms. Knudsen handled Le Croy,
12    and we garnished -- unfortunately, the IRS
13    is ahead of us, so we'll be a while
14    collecting, but I don't even know to this
15    day -- after dealing with this man for
16    probably a year and a half, I can't even
17    tell you what color he is.
18  Q.    What is his name?
19  A.    Benny Cookes, C-O-O-K-E.
20  Q.    And what business does he own?
21  A.    He leased some kind of a barber or beauty
22    salon over there.  And I want to -- if I
23    remember correctly -- I'm pretty sure I'm

Page 68

1    right.  I think he was just like a
2    cosignatory, but he was the only one we
3    could find.  This, like I said, was a
4    lease done before Ms. Knudsen, and these
5    leases, I was lucky if I had their full
6    name.
7  Q.    In your opinion, who would you consider to
8    be the big tenants out at the Le Croy
9    Shopping Village, to your knowledge?
10  A.    You know, they've come and gone, and to be
11    honest with you, I don't know who is.  But
12    from what I remember, there's some kind of
13    large -- Azar's Big and Tall sign outside
14    of some large place, and then there's some
15    kind of shop that -- I don't know.  I
16    can't tell you.  I'll be honest with you.
17    I'm just guessing.
18  Q.    Is Cake Designs a pretty substantial
19    tenant out at Le Croy?
20  A.    I don't know if they're substantial or
21    not, sir.
22  Q.    Have you ever been inside their business?
23  A.    Yes.

17 (Pages 65 to 68)

| Page 69 |
| --- |

1  Q.  Have you ever drafted any leases on Ms.
2       Forney's behalf?
3  A.  No, sir, not drafted. Now, I had one
4       situation at another location where a
5       local attorney was closing his practice,
6       and he notified Ms. Forney by letter that
7       he was not going to be honoring the lease
8       and he was emotionally spent. Later on we
9       figured out he had secured a job for a
10      judge here in town. So I notified him in
11      writing that he would need to leave all
12      inventory, furniture and everything in his
13      place inside, needed to leave it at the
14      facility until the lease was satisfied.
15      And he then immediately came up with a
16      replacement tenant who was going to assume
17      his exact lease. And he showed the
18      facility; I never even went inside his
19      office or anything. And he had that -- he
20      even -- the lawyer even brought a --
21      that's right. I didn't even have a copy
22      of the lease. The lawyer brought a copy
23      of his lease, and we changed the names of

| Page 70 |
| --- |

1       the tenant. And that was the extent of me
2       working on any type of lease situation for
3       Meiying Forney.
4  Q.  My next question is a little bit
5       different. Have you ever reviewed any
6       leases, other than the one you've talked
7       about -- I asked you if you had drafted
8       any; now I'm asking have you reviewed any
9       leases on behalf of Meiying Forney?
10 A.  That -- you know, I did. There is a
11      bankruptcy -- Hancock Fabrics nationwide
12      filed a bankruptcy, and she leases to
13      Hancock Fabrics in Huntsville, a fairly
14      large multi-thousand square foot lease.
15      And she called me when she got notice of
16      the bankruptcy, and I think she sent me --
17      I'm pretty sure -- or else her realtor
18      e-mailed me a copy of the lease. After
19      looking it over, I felt like, first of
20      all, that Hancock was going to honor her
21      lease -- it was a reorganization. I think
22      Hancock was using that bankruptcy as an
23      11. If I remember right, they were using

| Page 71 |
| --- |

1       it as a means to terminate many leases
2       throughout the country. So I guess I did
3       review that lease for a bankruptcy
4       situation.
5  Q.  Do you remember if you have reviewed any
6       leases prior to Ms. Forney entering into
7       them with tenants?
8  A.  I have never dealt with a new tenant from
9       the get-go, scratch, no, sir. I've only
10      been involved when someone didn't pay.
11 Q.  The conversation that you and Ms. Knudsen
12      had at the Mexican two-for-one --
13 A.  Yes, sir.
14 Q.  -- and she mentioned Celebrations during
15      that conversation. Did she mention that
16      she was trying to avoid leasing to the
17      Celebrations owner?
18         MS. ROGERS: Object to the form.
19 A.  No, sir.
20 Q.  Other than what you told us about the
21      publicity or about the city shutting them
22      down, did she say anything negative about
23      Celebrations?

| Page 72 |
| --- |

1          MS. ROGERS: Object to the form.
2  A.  No, sir. This was a conversation that you
3       have over a meal, just general talk, and
4       just, you know, just generalities and no
5       specifics whatsoever. It was -- the
6       Mexican place was very close to the
7       Celebrations location. It may have -- I
8       don't know. I'm speculating, but it may
9       have been that's the reason it came up,
10      because you can look out the window and
11      there's Celebrations.
12 Q.  Was Celebrations still open at the time of
13      that conversation?
14 A.  I don't know.
15 Q.  The conversation that you had with the man
16      who claimed to be Mr. Cranage that's
17      partially reflected in the transcript, you
18      used the term that you were "sales
19      puffing."
20 A.  When he was asking me whether or not the
21      landlord would, you know, give some type
22      of concession, I was sitting there
23      agreeing, saying, I'm sure they'll do

18 (Pages 69 to 72)

Don Little - 8/19/2008

Page 73

1  something; yeah, I'm sure they'll -- yes,
2  that's what I call sales puffing.
3  Q.  And why were you doing that?
4  A.  Ms. Forney at that time had lost well over
5     20,000 at that one facility in lost rents
6     and had a couple of other fairly sizable
7     office suites that had gone belly-up on
8     her -- the tenants had gone belly-up on
9     her. And I just was trying to get her a
10    new tenant if she -- you know, trying to
11    make sure that whatever would happen --
12    get this potential guy with the leasing
13    agent, in this case, Ms. Knudsen. I'm
14    sorry. Did I answer your question?
15 Q.  You did.
16 A.  Okay.
17 Q.  Did you talk with this individual -- I'm
18    going to call him Mr. Cranage. I
19    understand that you do not know, but it's
20    just easier for me to ask the question.
21 A.  Yes, sir.
22 Q.  When you talked with Mr. Cranage, did you
23    speak to him about the fact that the

Page 74

1  property was in bankruptcy?
2  A.  I don't know.
3  Q.  If that's reflected in the transcript, if
4     that's one of the things you're saying in
5     the transcript is inaccurate?
6  A.  Well, perhaps you could show me the part
7     of the transcript to which you're
8     referring.
9        MR. GUY: He's got a copy.
10 Q.  I've got a copy.
11 A.  Are you going to tell me the page and
12    line?
13 Q.  Yeah. Page 14. Actually, the bottom of
14    Page 13 on Page 14.
15 A.  Page 14, bottom of Page 13. Starting on
16    what line number on Page 13?
17 Q.  Starting on Line 21, Page 13, and then on
18    through Page 14, Line 10.
19 A.  Yes, sir. I've read those phrases that
20    you've asked about.
21 Q.  Did you talk with Mr. Cranage, the person
22    that we're calling Mr. Cranage, about the
23    bankruptcy court and the fact that there

Page 75

1  was a bankruptcy involved in that Pure
2  Country location?
3  A.  Well, I can tell you that here they call
4     me Speaker 1, apparently, although I do
5     want to go on the record and say that
6     there are numerous locations in this
7     document which refer to me as Speaker 1
8     which are wholly incorrect. But here I'm
9     apparently referred to as Speaker 1, and
10    it states that I said: I am finished with
11    bankruptcy court in this place. If I
12    remember right, I think I'm finished
13    Monday. Today is the 13th.
14 Q.  Do you recall speaking with him about the
15    bankruptcy?
16 A.  No, sir.
17 Q.  Do you dispute that you spoke with him
18    about the bankruptcy?
19 A.  You've just asked me if I recalled and
20    I've told you, so I can't dispute one way
21    or the other, sir, if I don't recall it.
22        MR. JENT: Okay. Let's take
23        about five minutes.

Page 76

1        (Brief recess.)
2  Q.  Mr. Little, just a couple more questions.
3     Have you reviewed the videotape that was
4     made on June 13th alleging to be you and
5     someone named Mark Cranage at the Pure
6     Country Saloon?
7  A.  No, sir.
8  Q.  Okay. We've talked about some of the
9     things already that you have stated you
10    felt were inaccurate or inconsistent or
11    problems with the transcript that you're
12    looking at. Just for the record, you have
13    it in front of you right now. Is there
14    anything else that you feel is inaccurate
15    or misrepresented in this transcript other
16    than what we've talked about?
17        MR. GUY: Object to the form.
18 A.  Yes, sir. On Page 1 of the transcript,
19    starts off as Speaker 1. And I assume
20    they refer to me as Speaker 1, and I am
21    willing to testify under oath that I did
22    not make that statement listed as Speaker
23    1 on Page 1. Then on Page 5, Line 8 --

19 (Pages 73 to 76)

Page 77

1    oh, I'm wrong.  On Page 5 that's just
2    where it's an obvious lie by Cranage that
3    he's going to sell his part of Woodmere.
4    That's not actually me being misquoted.
5    Let me look at one more.  On Page 9, Line
6    20, I've never used the phrase "Freddie
7    D's."  On Page 28, starting with Line 9
8    through Line 20, I do not believe I ever
9    made any such statement whatsoever,
10   because in it, someone's discussing as if
11   they've run bars before, and I have never
12   run a bar.  And as I've stated earlier,
13   there's a substantial part of the
14   conversation that's not even included in
15   this transcript.
16   Q.    Have you told us everything in the
17   conversation that you recall that's not
18   included in the transcript?
19   A.    I doubt I have.
20   Q.    Is there anything else that you want to
21   tell us that's -- that you feel --
22       MR. GUY:  Object to the form.
23       That he wants to tell you?

Page 78

1       I mean, he just said he
2       couldn't remember it.
3    Q.    Well, here today, can you tell us
4    everything that you remember -- I'm sorry.
5    Is there anything that you can tell us
6    under oath here today that's not reflected
7    in this transcript that you haven't
8    already told us today?
9    A.    Just that I specifically remember an
10   extended conversation at the beginning of
11   our meeting where he explained how secrecy
12   was of the utmost importance to him in
13   this meeting.  He claimed to be the part
14   owner and like the weekend manager of
15   Woodmere, and if his partner found out
16   about this, his partner could take some
17   action against him.  And then as I've
18   testified earlier, on more than one
19   occasion, I explained to him that I was
20   just the bankruptcy attorney and had no
21   authority to enter into any agreement
22   regarding a new lease.  Then, of course,
23   as I think I've already testified to, he

Page 79

1    at one point in the conversation went into
2    detail explaining how they kept people out
3    of Woodmere that he did not want to come
4    in by either changing the type of songs
5    they were playing or stopping them at the
6    door if they did not like their attire or
7    if they felt that they might be some type
8    of gangster.
9    Q.    You said Forney and Knudsen were only
10   interested in one color and that's green;
11   is that correct?
12   A.    Yes, sir.  And I was being a little bit
13   facetious, but I was trying to tell you
14   that in my opinion and from everything
15   I've ever observed, Ms. Forney does not
16   lease or not lease to someone according to
17   the color of their skin.  She just only
18   wants to lease to people that she thinks
19   have a good chance of meeting the
20   obligations of the terms of the lease.
21   You asked also about Ms. Knudsen.  I would
22   find it kind of hard to believe Ms.
23   Knudsen discriminates, because it seems as

Page 80

1    though a good number of tenants for Ms.
2    Forney, some of the ones I've had to deal
3    with, it seems like Ms. Knudsen leases to
4    a good number of minorities.
5    Q.    When did your acquaintance with Ms.
6    Knudsen begin?
7    A.    We met probably some ten years ago.
8    Q.    And how did that come about?
9    A.    I think somebody introduced us.
10   Q.    And that was pretty much on a social
11   basis?
12   A.    That's right.  There was no business
13   relationship at that time.
14   Q.    Prior to today, when was the last time
15   you've spoken with her?
16   A.    I've spoken with her by phone maybe twice
17   in the last two months.
18   Q.    Have you talked with her about any of the
19   events that form the basis of this
20   lawsuit?
21   A.    I think the last conversation was her
22   calling to see if I was going to attend
23   this deposition.

Don Little - 8/19/2008

Page 81

1  Q.  Tell me everything you remember talking
2      about with her about this deposition.
3  A.  That was just a very short conversation.
4      She just called and said, I understand
5      that they're trying to get you to appear
6      at deposition; I'm just wondering if
7      you're going to be able to make it, kind
8      of thing. And she caught me right when I
9      had a -- I had some kind of -- I believe I
10     had a pressing order due. I do primarily
11     a lot of domestic work, and I believe --
12     I'm pretty sure I had an order due before
13     Judge Kelly and was really kind of short
14     with her because I just couldn't devote
15     any time to it at that time.
16 Q.  Have you talked with Ms. Forney about your
17     deposition here today?
18 A.  I haven't spoken with Ms. Forney in many,
19     many months.
20 Q.  When was the last time you were in an
21     active representation of her?
22 A.  I filed an action against a Leo Brock for
23     maybe some $3,000 in an unpaid lease. Ms.

Page 82

1      Knudsen found a replacement tenant. The
2      Montgomery district courts have a habit of
3      ignoring the law, and they only award,
4      usually, the amount for the lease not paid
5      up until you have a replacement tenant.
6      So that's why it was important to her.
7      This was a long-term lease, and he bailed
8      pretty early, but Ms. Knudsen had found a
9      replacement. And so the amount --
10     somewhere around 3,000 -- we filed in
11     district court, and Mr. Brock -- after
12     many months, we had to abandon our hope,
13     because he had in essence skipped out.
14 Q.  When was this?
15 A.  I'm not sure, but I'm going to say last
16     spring, somewhere around maybe March.
17 Q.  Prior to the Pure Country bankruptcy or
18     around the same time?
19 A.  No, sir. This was March last year. Pure
20     Country was a year and a half ago.
21     MR. GUY: I think he means spring
22         of this year.
23 Q.  Oh, spring of '08?

Page 83

1  A.  March of this year, '08, yes, sir.
2      MR. JENT: Okay. I think that's
3          all I have.
4      EXAMINATION
5  BY MR. GUY:
6  Q.  Mr. Little, if you would, turn to Page 14
7      of that transcript, which --
8  A.  Yes, sir. What line number?
9  Q.  It would be Lines 5 through 12.
10 A.  Yes, sir. I've reviewed it.
11 Q.  I think it begins with something that says
12     along the lines, yeah, I think I'm
13     finished Monday with bankruptcy. Do you
14     see that part?
15 A.  Yes, sir.
16 Q.  Okay. Let me just read it into the
17     record, because I want to ask you a
18     question about it. It says -- and you
19     tell me if I'm reading it wrong, because
20     I'm actually reading from a pleading that
21     the plaintiffs have filed in this case.
22 A.  Would you like for me to read it for you?
23 Q.  Let me read it, if you would. It says:

Page 84

1      Yeah, I think I'm finished Monday with
2      bankruptcy. That's completely free from
3      it Monday. I could actually go ahead and
4      go into lease negotiations now and get
5      drafts and everyone look, and there's no
6      way we could get a lease finished by
7      Monday. I'm sure you want to look it over
8      and do some specs and stuff.
9      My question to you is, taking
10     into account what you've already said,
11     that is a statement that is attributed to
12     you, made to Mr. Cranage on this June 13th
13     date. And my question is, did you have
14     authority to make that statement?
15 A.  No, sir. I totally misspoke when I used
16     the word "I." I did not have the
17     authority to do a lease. I never drafted
18     a lease for this property. I was, in my
19     opinion -- I don't remember actually
20     saying this, but I don't doubt that I did
21     say it. But I was just simply trying to
22     facilitate getting a new tenant. And
23     naturally, my intention would have been if

21 (Pages 81 to 84)

Don Little - 8/19/2008

Page 85

1    he came back like he was going to, I was
2    just -- naturally, it was all going to go
3    to the actual leasing agent, Ms. Knudsen.
4  Q.  And is this part of the sales puffing you
5    were talking about earlier?
6  A.  Yes, sir. That's exactly what I was
7    talking about.
8  Q.  And in regard to the sales puffing that
9    you spoke about earlier, is it fair to say
10   that your motives for the salesperson
11   puffing were personal in nature as opposed
12   to professional in nature?
13  A.  Yes, sir. If you're asking if I had any
14   authority to do a lease with this person,
15   the answer is no, I had no professional
16   authority.
17  Q.  And it was not in contemplation of your
18   representation of Ms. Forney in the
19   bankruptcy proceeding that you could make
20   such statements?
21  A.  I'm sorry. How about --
22  Q.  Yeah. All I'm trying to say is, as her
23   bankruptcy attorney, it was not in her

Page 86

1    contemplation that you'd be making
2    statements about trying to lease the
3    property?
4  A.  No, sir, it was not.
5  Q.  And the same would hold true for Amy
6    Knudsen. I mean, when she said, how about
7    opening up the place for me because I'm
8    busy, I'm going to be somewhere else, she
9    certainly didn't give you authority and it
10   wasn't in her contemplation that you would
11   be making statements about trying to lease
12   the property, was it?
13  A.  I have absolutely no authority to enter
14   into any lease on behalf of Aronov or Amy
15   Knudsen or Meiying Forney.
16       MR. GUY: All right. That's all
17      I have.
18       EXAMINATION
19  BY MS. ROGERS:
20  Q.  Just one quick follow-up, just to clear up
21   something I think you said earlier. The
22   plaintiffs' attorney was asking you about
23   collecting -- or attempts to collect by

Page 87

1    people, and you said that after Ms.
2    Knudsen -- and you used the word
3    "executed" leases, she started getting
4    copies of driver's licenses and social
5    security numbers and that gave you a
6    better chance of collecting. And I was
7    just questioning your use of the word
8    "executed." You don't mean that Ms.
9    Knudsen actually signed leases for --
10  A.  Well, in my opinion, an executed lease is
11   a lease that's signed by the landlord or
12   the landlord's representative and the
13   tenant. And an executed lease is one in
14   which all of the terms of the lease are
15   included, all the relative terms,
16   including the length of the lease, the
17   amount of monies paid, the consequences
18   for not following the terms of the lease.
19   And an executed one is one that's usually
20   signed and notarized. And in the case of
21   Ms. Knudsen's leases, she was including
22   social security numbers and driver's
23   license copies, maybe a co-signatory and

Page 88

1    that person's information. That was what
2    I recall an executed lease, a lease that
3    had been signed and agreed to by all of
4    the necessary parties.
5  Q.  But you didn't mean that Ms. Knudsen
6    actually signed the leases herself?
7  A.  No. An executed lease is a lease in which
8    all parties had to enter into the lease.
9  Q.  Well, when you say "all parties," are you
10   including Ms. Knudsen in that?
11  A.  If she signed on behalf of Meiying Forney.
12  Q.  Do you have any knowledge that she ever
13   signed on behalf of Ms. Forney?
14  A.  No, ma'am.
15       MS. ROGERS: Okay. That's all.
16       MR. JENT: Couple of questions.
17       EXAMINATION
18  BY MR. JENT:
19  Q.  You stated in response to Mr. Guy's
20   questions that the statements that you
21   read earlier on Page 14, that they were
22   personal in nature, not professional.
23   Were you referring to personal as far as

2100 Third Avenue North, Suite 960  Birmingham, Alabama 35203
1-800-888-3376  or  205-251-4200

## Page 89

1   it benefited you or -- you didn't make
2   those statements on your behalf to bring a
3   benefit to you, did you?
4   A.   No, sir. I just totally misspoke. I just
5   totally overextended my authority in an
6   effort to -- which I had a person who had
7   conned me to the point of believing he was
8   ready to -- he already had the equipment;
9   he had the money; and he was ready to
10  enter into a lease tomorrow. I was just
11  trying to make him feel comfortable enough
12  so that he would go ahead and go to the
13  proper authority, which I'm pretty sure I
14  informed him was Amy Knudsen, to go ahead
15  and execute this lease. He had conned me
16  into believing that he was a pretty good
17  -- sounded like a pretty good prospect.
18  Q.   But you felt it was something that would
19  be beneficial to Ms. Forney to have that
20  property leased, correct?
21  A.   I would think that it would be beneficial
22  for Ms. Forney to be paid for her property
23  by anybody.

## Page 90

1   Q.   And that was the reason that you made that
2   statement to --
3   A.   I can't tell you why I made that statement
4   now, sir.
5   Q.   Okay. Have you ever seen anyone other
6   than Ms. Forney sign a lease on her
7   behalf?
8   A.   I've never seen Ms. Forney sign a lease.
9   Q.   Have you ever seen anyone's signature on
10  one of Ms. Forney's leases, other than a
11  tenant and maybe a co-signer and Ms.
12  Forney, that you've actually looked at?
13  A.   I'm not sure.
14  Q.   Did you ever try to contact Mr. Cranage
15  after you learned that there was a -- that
16  there may be a videotape?
17  A.   Yes.
18  Q.   And do you recall what -- did you speak
19  with Mr. Cranage?
20  A.   No, sir. I called Woodmere, and I said I
21  need to speak to one of the managers.
22  They said what manager, and I said Mark
23  Cranage. They said, I'm sorry; he's not a

## Page 91

1   manager. I said, well, is he a
2   part-owner. They said, no, he just works
3   here on weekends. I said, well, would you
4   please ask him to call me. And then also
5   I believe -- I'm pretty sure I left a
6   voice mail somewhere asking that,
7   Mr. Cranage, I understand that you
8   recorded me, and I was hoping I could hear
9   what it is you recorded. And I never
10  received any response from Mr. Cranage.
11  Q.   Did you know that Mr. Cranage had a video
12  recorder with him when you were at the
13  property opening the door?
14  A.   A video recorder, yes, sir.
15  Q.   Were you aware that it was on at any point
16  in time?
17  A.   I was aware that the video was on. I had
18  no idea of any audio recording going on at
19  any time, and never was I told.
20  Q.   But you did know there was a video
21  recorder on?
22  A.   I knew that he had it in his possession,
23  but he turned it on and off. And I

## Page 92

1   remember him cussing one time about a
2   battery dying or something, so, for
3   instance, the last 20 minutes of the
4   conversation it seems like his battery was
5   dead.
6        MR. JENT: That's all I have.
7        MR. GUY: Nothing further.
8        MS. ROGERS: Nothing further.
9        THE WITNESS: I, of course, have
10       a right to make some
11       statements. I want to get a
12       couple of things on the
13       record. First of all, there
14       has been some speculation by
15       somebody that I asked that
16       this transcript be
17       destroyed, either when --
18       Mr. Cranage or someone
19       seemed to have indicated
20       that. I want to go on the
21       record and make it very
22       clear I have never asked
23       anybody to have this

23 (Pages 89 to 92)

Don Little - 8/19/2008

Page 93

```
1        recording destroyed.  Also,
2        I want to go on the record.
3        I first found out about this
4        when an attorney named
5        Mr. Sable in Montgomery
6        supposedly had heard a copy
7        of this recording.  I called
8        Mr. Sable's office probably
9        the same week I called
10       Mr. Cranage.  I spoke to a
11       woman, and I asked to speak
12       to Mr. Sable.  She informed
13       me that he wasn't there, and
14       I said, does he have a legal
15       assistant which I could
16       discuss this with.  She
17       said, that is me.  I said,
18       ma'am, I understand that
19       y'all have a recording of
20       me; my name is Don Little; I
21       would like to hear it.  I
22       never in any way, shape, or
23       form asked him that it be
```

Page 94

```
1        destroyed, and any comments
2        that someone has made saying
3        that I just called up asking
4        some receptionist to destroy
5        a recording is wholly false.
6        I don't have anything else
7        to say.
8     MR. JENT:  I don't have anything.
9     MR. GUY:  Nothing from me.  Thank
10       you, Don.
11        (The deposition of DON LITTLE
12       concluded at approximately
13       3:10 p.m. on August 19, 2008.)
14
15
16
17
18
19
20
21
22
23
```

24 (Pages 93 to 94)

**Don Little - 8/19/2008**

| A | | | |
|---|---|---|---|
| abandon 82:12 | Amendment 38:2 | 12:2,4 13:4,13 | back 41:13 47:13 | beneficial 89:19,21 |

**A**

abandon 82:12
abandonment 46:5
able 44:19 46:1,2
  57:9 81:7
absolutely 86:13
access 18:4
accessories 46:12
account 84:10
accounting 66:17
acquaintance 80:5
acquainted 8:2
act 38:16
acted 31:22
acting 22:13,16
  25:21 57:8 65:4
action 1:7 5:9 11:8
  11:17 23:2 45:1
  46:17 49:8 53:9
  53:21 56:5 60:2,3
  60:4 64:10 78:17
  81:22
actions 15:23
active 81:21
actual 11:18 85:3
Adams 1:19 2:10
address 6:1
admitted 6:8,12
adult 5:21
age 4:15 5:19
agent 37:13,19
  38:12,17 41:22
  73:13 85:3
ago 27:3 36:14 37:3
  64:6,6,20 80:7
  82:20
agree 27:17 47:9
agreed 3:3 34:8,14
  88:3
agreeing 28:7 72:23
agreement 78:21
ahead 23:16 38:9
  56:2 67:13 84:3
  89:12,14
air 58:8
Alabama 1:2,20,22
  2:6,10,11,14 3:8
  6:7,8,10,21 37:21
alleging 76:4
allowing 57:21
allows 53:20
all-capped 44:3
amended 4:10 43:9
  43:15,19 44:9,15
  44:17 47:17

**Amendment**

Amendment 38:2
amount 28:13,14
  82:4,9 87:17
Amy 1:11 2:7,16
  8:3,12,16 16:9
  17:3 22:2,4,5
  26:14 27:19 29:20
  34:19,21 37:18
  38:10 86:5,14
  89:14
Angela 2:8
Angie 32:19 33:8
answer 37:16,23
  41:12 60:19 64:1
  73:14 85:15
answered 21:21
anybody 5:11 32:2
  32:13 39:20 40:19
  89:23 92:23
anybody's 28:19
anyone's 90:9
anyway 18:10 49:1
apparently 75:4,9
appear 47:11 81:5
appearance 10:4,21
APPEARANCES
  2:1
appeared 5:5
appears 11:1
appointment 18:13
approval 45:5 47:5
approximately 6:16
  6:19 7:17,21
  94:12
Arant 1:18 2:9
Aronov 1:9,10 2:7
  16:7 17:1,2 21:17
  21:23 22:1,3
  26:14 32:22 34:10
  34:12,18,23 35:1
  36:18,19,23 37:3
  37:9 39:20 41:17
  41:21 86:14
aside 38:15
asked 8:5 9:16
  24:14 33:11,15
  38:16 40:1 46:15
  70:7 74:20 75:19
  79:21 92:15,22
  93:11,23
asking 15:13 24:18
  28:20 29:1 60:19
  70:8 72:20 85:13
  86:22 91:6 94:3
asset 46:16 54:19
assets 9:23 11:22

**—**

12:2,4 13:4,13
  14:14,23 15:4,17
  16:4 18:2 26:3
  45:3,4 48:15
  52:12,17 53:5
  54:14,15
assistant 34:20
  93:15
assume 69:16 76:19
assuming 26:10
attach 42:10
attached 43:3 44:12
  44:14,16
attempts 86:23
attend 80:22
attire 79:6
attorney 6:5 22:14
  22:17,23 23:5,11
  23:20 24:18 35:7
  35:15 36:8 41:6
  44:23 48:18 49:18
  49:19 55:15 59:8
  59:19,20 60:11,13
  60:15,16,18,22
  61:5,13 62:8 64:7
  65:5 69:5 78:20
  85:23 86:22 93:4
attorneys 24:16
  30:11
attributed 84:11
audio 91:18
August 1:23 94:13
authority 16:14
  21:12 22:11,14
  23:11 27:17,20,23
  28:11 65:22 78:21
  84:14,17 85:14,16
  86:9,13 89:5,13
authorization 21:13
authorized 21:23
  22:3 26:15
automatic 4:8,12
  42:9 43:1 44:22
  45:15 53:19
available 18:14
Avenue 1:19 2:10
avoid 71:16
award 82:3
awarded 13:4
aware 17:4,6 31:15
  48:10 49:5,10
  91:15,17
Azar's 68:13

**B**

B 4:21

**—**

back 41:13 47:13
  53:1 85:1
backed 52:23
background 30:5
bad 65:8
bailed 82:7
Ball 2:13,13
bankruptcy 9:4,6
  9:12,17 10:4,11
  10:14 11:4,18
  14:13 15:12 16:11
  16:12,16 22:17,23
  23:5,11 31:8 42:6
  42:21 43:18,23
  44:18,23 45:2,5,8
  45:13,20 49:11
  52:12 56:6 59:20
  60:2,2,4,17,18,21
  61:5,13 62:7 65:5
  65:19 66:7 70:11
  70:12,16,22 71:3
  74:1,23 75:1,11
  75:15,18 78:20
  82:17 83:13 84:2
  85:19,23
bar 9:7,18 12:3
  25:10,12,14 27:10
  27:11 50:9 51:9
  51:14 53:1 57:15
  63:12,19 64:3
  77:12
barber 67:21
Barr 1:5 16:23
Barry 1:5 16:23
bars 25:12 52:18
  77:11
based 32:2
basis 80:11,19
battery 92:2,4
beauty 67:21
beer 15:9
beginning 78:10
begins 83:11
behalf 1:17 15:23
  26:16 43:4 53:6
  57:8 69:2 70:9
  86:14 88:11,13
  89:2 90:7
believe 17:2 20:4,23
  27:13 29:22 31:23
  49:21 50:18 61:21
  77:8 79:22 81:9
  81:11 91:5
believing 89:7,16
belly-up 73:7,8
below-par 56:14

**—**

beneficial 89:19,21
benefit 89:3
benefited 89:1
Benny 67:19
best 21:5,5
better 35:11 59:3
  65:9 87:6
big 68:8,13
bill 52:1
billing 51:19
Birmingham 2:6
birth 5:20
bit 18:11 22:10 36:2
  41:16 56:9,11
  66:17 70:4 79:12
bold 43:19,20 44:3
bottle 15:9
bottom 44:4 74:13
  74:15
Box 2:14 6:3
Bradley 1:18 2:9
Brandywine 41:21
break 42:15
Brief 42:18 76:1
bring 89:2
broad 36:10 62:16
Brock 81:22 82:11
Brokerage 1:10
  17:2 22:2
brought 30:12
  69:20,22
builder 36:22 37:11
building 2:5 13:5,7
  13:9 18:5 21:8,10
  22:6,19 34:4,8
  40:6 41:8 48:19
  50:1
built 41:20
business 6:1 7:4
  32:8,10 34:16,19
  35:20 39:6 58:15
  58:19 67:20 68:22
  80:12
busy 39:15 86:8
buy-one-get-one-...
  63:1

**C**

Cake 58:16 68:18
calendar 51:18
California 30:18,20
call 23:13 24:1
  25:19 42:22 49:18
  54:10 60:5 64:6
  73:2,18 75:3 91:4
called 18:19 23:21

**Don Little - 8/19/2008**

Page 2

23:23 31:7 41:21
45:22 49:21 50:10
50:13,13 58:16,22
70:15 81:4 90:20
93:7,9 94:3
**calling** 74:22 80:22
**calls** 31:7,9
**canisters** 46:10
**capacity** 22:15,22
23:12 34:4 36:20
**care** 9:2 66:18
**cared** 32:14
**caretaker** 58:12
**cars** 41:11
**case** 8:11 11:8,17
14:3 17:7 23:21
24:6,8 46:8 54:3
73:13 83:21 87:20
**cases** 45:6 49:17
**catch** 11:11 53:3
62:22
**caught** 12:7 48:17
50:3 51:20 81:8
**Celebrations** 63:3,6
64:3,13 71:14,17
71:23 72:7,11,12
**center** 2:10 9:8
18:10 40:12,14
58:16 67:1
**certainly** 46:23
86:9
**certificate** 43:11
47:15
**Certified** 1:20
**chair** 54:17
**chairs** 52:22
**chance** 12:6 44:6
56:20 57:5 79:19
87:6
**changed** 43:23
69:23
**changing** 79:4
**Chapter** 9:19 10:1
14:1,8 55:12
66:10
**characterizing** 25:3
**charge** 14:22
**check** 30:5 57:16
**checked** 34:1 49:6,7
**cherries** 46:11
**Childs** 2:4
**Chinese** 31:16
**choice** 61:1
**chosen** 59:17
**Chuck** 33:1
**circumstances**

17:20
**city** 63:6 71:21
**Civil** 1:7 3:18
**claim** 55:13,16
**claimed** 72:16
78:13
**claiming** 64:10,15
**claims** 19:5
**Clark** 1:11 2:7,16
**cleanup** 58:9
**clear** 23:17 28:6
86:20 92:22
**cleared** 29:18
**clearer** 22:21
**client** 12:16 15:7
22:8 26:7
**clientele** 39:12
**close** 31:2 44:4
62:19 63:2,7 72:6
**closed** 25:14 50:15
51:5,6,7
**closing** 50:9,11 69:5
**closings** 57:15
**collect** 7:5 9:3 57:5
86:23
**collecting** 56:20
67:14 86:23 87:6
**collection** 7:9,17
8:5,19,21
**collections** 35:15
36:8 55:10
**color** 30:3 32:5,5,14
64:17 67:17 79:10
79:17
**come** 8:1 49:22
68:10 79:3 80:8
**comes** 30:1
**comfortable** 89:11
**coming** 39:8 50:12
67:8
**commencing** 1:23
**comments** 94:1
**Commerce** 2:10
**commercial** 37:2,4
37:7
**commission** 3:9
**communicate** 61:19
61:22
**company** 12:18
**complete** 19:23
**completely** 84:2
**concerned** 10:19
11:20 13:6 60:4
**concession** 72:22
**concluded** 94:12
**confrontation**

48:21
**confusing** 21:5
**congregate** 25:13
**connection** 10:10
16:10
**conned** 50:6 89:7
89:15
**consequences** 87:17
**consider** 27:6 46:6
68:7
**contact** 90:14
**contacted** 63:11,18
**contained** 27:1
**contemplation**
85:17 86:1,10
**contend** 20:20
**contention** 55:17,23
**control** 15:8
**conversation** 20:15
20:21 21:1 24:16
26:2 39:16 63:2,4
63:8,16,21 64:2
64:14,19 71:11,15
72:2,13,15 77:14
77:17 78:10 79:1
80:21 81:3 92:4
**conversations**
33:17 34:11 62:11
65:12 66:3
**converted** 9:21 12:9
14:2 52:13 54:21
**converting** 11:23
**Cookes** 67:19
**copies** 56:16 87:4
87:23
**copy** 19:14 28:22
29:3,7 43:2 51:23
64:8 69:21,22
70:18 74:9,10
93:6
**correct** 10:5 13:17
14:11,17 17:4
23:5,6 24:15
30:16 31:16 53:6
53:18 54:12 60:11
61:14 79:11 89:20
**correctly** 67:23
**cosignatory** 68:2
**counsel** 3:4
**country** 9:9,18
13:13 14:6 17:8
21:8 26:4 33:12
39:4 40:10,15,16
40:20 42:7,22
47:19,22 50:4
53:11 56:6 57:23

60:6,20 62:5,13
63:14,19 65:6,13
65:18,18 66:6,6
71:2 75:2 76:6
82:17,20
**County** 6:12
**couple** 18:6 28:10
56:23 59:10 73:6
76:2 88:16 92:12
**course** 10:6 16:20
31:10,15 63:22
78:22 92:9
**court** 1:21 3:6
15:15 44:18 45:2
45:5,20 46:5,18
47:5 55:22 62:10
74:23 75:11 82:11
**courts** 82:2
**court's** 45:8
**covered** 41:12
**co-signatory** 87:23
**co-signer** 90:11
**Cranage** 17:16,17
17:19 19:6,8,18
19:20 20:3,4
21:10,22 22:13
23:10 25:5 26:20
26:23 27:8,15
33:12,16,18 38:20
38:23 39:3,7,22
72:16 73:18,22
74:21,22 76:5
77:2 84:12 90:14
90:19,23 91:7,10
91:11 92:18 93:10
**Cranage's** 27:9
34:13 39:12
**creditor** 4:7,10
42:23 54:4
**creditors** 12:5 14:9
**creditor's** 55:14
**critical** 28:6
**Croy** 9:8 18:9 66:21
66:23 67:5,11
68:8,19
**cussing** 92:1
**cut** 5:13 12:19
**C-O-O-K-E** 67:19

_____
**D**
_____
**D** 3:21
**damage** 46:4
**Daniel** 11:11,13
12:12,21 48:7,12
**date** 5:19 17:23
19:6,7 43:11

47:13,15 52:2,9
53:13 64:19 84:13
**day** 18:18 21:22
22:17 26:21 33:23
43:13 50:3,17
67:15
**dead** 92:5
**deal** 25:17 27:18
62:19 80:2
**dealing** 67:15
**dealings** 25:12
34:16 58:14 66:12
**dealt** 34:18,22 71:8
**debt** 8:5,19,21
**debtor** 11:22 12:1,7
13:3 14:2 45:6
48:17 50:7,13,20
51:17 54:6 55:11
55:16
**debtors** 14:13
**debtor's** 59:8
**debts** 14:9
**December** 55:9
**decided** 12:22
**decision** 13:14
14:23 35:18,19
61:3
**decisions** 35:22
**decision-making**
61:17
**default** 7:6 9:3
18:10 56:19 62:23
67:2
**defaults** 56:23
**Defendant** 2:12
**Defendants** 1:13,17
2:7
**definitely** 37:23
**demanded** 12:10
**depends** 46:21
**deposition** 1:15 3:5
3:15 5:3,7,8 24:1
24:4 80:23 81:2,6
81:17 94:11
**depositions** 30:15
**derived** 25:23
**descent** 31:16,18
**described** 54:6
**Designs** 58:16
68:18
**destroy** 94:4
**destroyed** 92:17
93:1 94:1
**detail** 20:8 79:2
**determine** 44:20
**developer** 41:16

developing 41:19
development 37:9
developments
    41:14
devote 81:14
difference 44:8
different 10:20
    54:12 70:5
directions 39:21
disagree 17:11
disclosed 27:22
discover 57:14
discovered 19:16
    19:23 25:11,17
    39:10
discriminated
    64:11,16
discriminates 79:23
discriminating 30:2
discriminatory
    32:1
discuss 16:13 93:16
discussed 24:5
discussing 77:10
discussion 22:12
discussions 46:23
    62:3
disk 13:18
dispute 75:17,20
dissolution 14:8
district 1:1,2 6:9,9
    6:10 82:2,11
DIVISION 1:3
docket 10:13
document 31:14
    44:14 46:9 47:14
    52:4 75:7
documents 34:5
    42:20 43:5,12
    44:7 47:8,16 48:3
    48:10 49:5,8,10
doing 8:17 24:21
    26:1 50:5 60:10
    73:3
dollars 13:22 52:19
domestic 81:11
Don 1:15 3:5 4:15
    93:20 94:10,11
Donald 4:21
door 20:6,10 22:21
    23:7 39:14 40:2,5
    51:7,11 57:18
    79:6 91:13
doors 57:17
doubt 77:19 84:20
Dougherty 6:12

drafted 69:1,3 70:7
    84:17
drafts 84:5
drew 56:20
drink 46:11
driver's 56:16 57:3
    87:4,22
due 46:4 55:18
    81:10,12
duly 4:16
DVD 21:2 52:21
dying 92:2
D's 77:7

**E**

E 3:21
earlier 33:10 35:12
    51:9 54:23 77:12
    78:18 85:5,9
    86:21 88:21
early 42:4 82:8
earning 45:11
easier 73:20
East 31:19
effort 89:6
efforts 53:5
either 3:17 5:20
    56:7 66:14 79:4
    92:17
electronics 13:18
eloquent 12:14
emergency 45:18
    45:23 46:6,22
    57:16
emotionally 69:8
employed 53:8
employees 25:13
empty 15:9
endangerment
    46:16
ended 12:13 19:4
enforcement 54:4
engagement 18:17
enraged 50:19
enter 47:6 53:21
    78:21 86:13 88:8
    89:10
entered 13:9
entering 71:6
entertaining 46:23
entire 34:16 49:8
entirely 46:21
entity 22:4 32:22
    34:23 36:19
entrusted 59:14
    61:16

entry 37:9
equipment 52:20,20
    52:21 54:15 89:8
Esquire 2:4,8,9,13
essence 45:2,7
    82:13
established 30:14
    42:5
estate 54:5
Evans 2:9
evasive 48:6
events 80:19
evict 56:7
evidence 3:16
exact 69:17
exactly 9:5 24:19
    30:17 58:4 85:6
**Examination** 3:2
    4:18 32:17 41:4
    83:4 86:18 88:17
exchange 25:16
excuse 21:12
execute 89:15
executed 18:9 55:8
    57:1 87:3,8,10,13
    87:19 88:2,7
exhibit 42:10 53:17
**Exhibits** 4:6 43:7
expensive 13:18
    45:9
experience 36:1
    52:18
expired 55:9
explained 21:16
    78:11,19
explaining 79:2
explains 55:3
explanation 27:10
explicitly 21:15
    27:22
extended 78:10
extensions 55:8
extent 70:1
e-mailed 70:18

**F**

fabrication 20:1
Fabrics 70:11,13
faces 46:4
facetious 79:13
facilitate 84:22
facilitating 57:22
facilities 56:13
facility 12:14 13:1
    15:4,10 16:6 18:2
    19:2 26:20 28:15

36:4 45:7,10 47:3
    59:16 62:20 69:14
    69:18 73:5
fact 13:3 18:12
    20:14 44:10 49:12
    67:6 73:23 74:23
facts 24:5,7
fair 8:15 11:16 25:6
    30:22 31:20 35:7
    36:17 85:9
fairly 11:19 70:13
    73:6
false 39:10 55:16
    94:5
familiar 6:23 16:20
    66:20
Fannin 14:4,5 50:3
    51:20
far 10:18 11:20
    16:3 31:19 56:14
    66:10 88:23
federal 3:18 45:2
fee 10:7
feel 66:8 76:14
    77:21 89:11
feeling 29:11 50:19
fellow 31:5
felt 13:8 50:20
    70:19 76:10 79:7
    89:18
Fifth 38:1
figure 24:19 26:3
figured 69:9
file 46:21
filed 9:19 10:6,21
    10:23 12:8 16:22
    42:8 43:4,9,12
    44:20 47:9,20,20
    50:15 66:6 70:12
    81:22 82:10 83:21
files 45:1
filing 10:7 43:15
    48:2 64:9
filings 55:12
finally 12:22 56:1
    59:12
financially 16:3
    18:1 25:19
find 20:10 44:16
    51:2 55:5 68:3
    79:22
fine 7:21
finished 75:10,12
    83:13 84:1,6
first 4:16 12:21
    27:7 42:23 44:12

66:4 70:19 92:13
    93:3
five 7:19,22,23
    42:15 75:23
fixtures 54:11
flat 19:16
Florida 6:11,14
follow 22:10
following 87:18
follows 4:17
follow-up 33:5
    86:20
foot 70:14
force 55:1
foreclosing 25:9
forgotten 43:17
    46:8
form 3:13 35:2
    37:14 58:1 61:8
    62:14 65:9,23
    71:18 72:1 76:17
    77:22 80:19 93:23
formality 3:9,10
Forney 1:12 2:12
    7:1,3,9,13 8:2,6
    8:16,18,20,22
    9:17,19,22 10:2
    10:11 11:19 16:1
    16:11 17:3,12
    21:13 26:7,15
    27:20 30:15 31:1
    32:4,11 34:17
    35:4,6,13,20,23
    36:7 40:21 42:6
    43:4 52:1,7 53:6
    53:20 54:21 56:5
    56:9 58:20 59:23
    61:1,17,19 62:20
    65:22 69:6 70:3,9
    71:6 73:4 79:9,15
    80:2 81:16,18
    85:18 86:15 88:11
    88:13 89:19,22
    90:6,8,12
Forney's 12:20
    22:14 35:7,18
    36:8 57:8 60:11
    60:13,16 61:4,12
    62:7 65:5 66:2
    69:2 90:10
found 13:20 19:11
    19:13 47:13 50:14
    56:1 57:17 78:15
    82:1,8 93:3
frankly 56:13
fraudulent 21:6

**Don Little - 8/19/2008**

Page 4

55:17
fraudulently 50:21
Freddie 77:6
free 84:2
front 20:6 43:18,21
    45:19 76:13
frozen 45:3
full 14:8 20:18
    55:11 68:5
furniture 69:12
further 4:23 92:7,8

**G**

gangster 79:8
garnished 67:12
garnishment 67:9
general 72:3
generalities 72:4
generally 63:21
gentlemen 13:23
Georgia 6:13,14
    25:10,11 52:23
getting 25:20,21
    84:22 87:3
get-go 71:9
give 16:14 28:16
    39:20 59:17 72:21
    86:9
given 27:7 42:19
    53:14 59:6 60:23
    65:1
giving 12:11
go 4:23 5:1 13:7
    31:12 38:9 50:18
    50:22 51:11 56:2
    57:16 62:21 75:5
    84:3,4 85:2 89:12
    89:12,14 92:20
    93:2
goal 11:21
going 5:1 7:14 12:3
    13:15 14:12 17:9
    20:22 23:15 28:8
    28:19,23 30:19
    35:10 42:9,21
    43:14 46:12 49:20
    51:1,6,11 54:10
    60:5 61:14 67:9
    69:7,16 70:20
    73:18 74:11 77:3
    80:22 81:7 82:15
    85:1,2 86:8 91:18
good 12:6 38:8
    79:19 80:1,4
    89:16,17
gossip 51:10

gossiping 25:15
gotten 48:8 50:6,16
    58:23
grant 15:15
granting 11:2
grants 46:19
great 20:7 25:17
    26:5 56:21
green 32:6 79:10
guess 7:14 10:9
    14:9 31:3,2 41:13
    52:4 59:2 71:2
guessing 33:20
    36:23 58:3 68:17
Gunter 2:13
gutter 25:20
guy 2:13 3:23 4:3
    4:19 5:11,15
    28:16 29:7,13,19
    32:16 42:11 52:23
    61:8 73:12 74:9
    76:17 77:22 82:21
    83:5 86:16 92:7
    94:9
Guy's 88:19

**H**

habit 82:2
hac 6:13
half 39:8 54:18
    67:16 82:20
Hamm 11:11,13
    12:13,21 48:7,12
    57:6,11,13 58:6
    59:7 65:1
Hancock 70:11,13
    70:20,22
hand 53:10 55:19
handed 12:23 49:14
handing 48:13
handle 8:4
handled 9:6 10:2
    67:11
handling 22:7
    49:16
hands 20:7
happen 10:13,15,16
    13:15 46:14 73:11
happened 18:18
    22:18 24:15 36:12
    36:16 50:18,22
    53:3 56:8 61:7
hard 79:22
Harris 2:17
haul 19:3
head 65:10

hear 91:8 93:21
heard 51:13 93:6
hearing 45:23
heating 58:8
heavy 31:12
held 12:21
helped 30:8
helpful 10:17
Hickman 12:1,7
    48:18 50:4 51:21
hire 35:18
hired 37:17 38:10
hiring 38:15
hold 11:12 42:13
    45:7 86:5
home 36:21 37:11
    41:7
homes 37:1 41:20
honest 26:17 33:22
    68:11,16
honestly 48:6 62:17
honor 70:20
honoring 69:7
hook 16:3 18:1
hope 17:9 82:12
hoping 51:2 91:8
hot 33:20 49:2
huh-huh 24:12
Huntsville 70:13

**I**

idea 91:18
identification 43:6
    56:14
identified 19:19,21
    39:3
identifying 56:22
ignoring 82:3
illegal 37:22
illegally 57:19
immediately 69:15
importance 78:12
important 18:21
    35:21 82:6
inaccurate 74:5
    76:10,14
include 54:15
included 27:8,12
    43:21 77:14,18
    87:15
including 55:8
    87:16,21 88:10
incomplete 20:18
    21:5
inconclusive 20:18
inconsistent 76:10

inconvenience
    12:23 39:18 59:13
incorrect 75:8
indicated 26:9
    92:19
individual 17:15
    73:17
information 25:16
    25:18 88:1
informed 12:10
    48:22 89:14 93:12
inside 12:2 13:5
    15:4 20:11 51:17
    68:22 69:13,18
installed 37:8
instance 46:7 92:3
instructed 9:20
    22:5
instructions 39:21
intent 5:6
intention 84:23
interest 33:18 34:13
interested 5:2 8:6
    32:5,6 40:9,19
    79:10
introduced 8:16
    35:8 36:12 80:9
introducing 35:4,13
introduction 27:7
    35:16
inventory 69:12
involved 25:9 35:5
    41:14,18 65:20
    71:10 75:1
involvement 10:19
    11:18 35:9,17
    36:6,9 41:17
involves 16:21
in-depth 27:9
IRS 67:12
issue 15:7 22:11
    46:13
issues 12:17 17:7
    27:6
Item 55:6
items 13:19

**J**

Jent 2:4 4:2,5 5:13
    5:16 29:3 41:2,5
    42:12,17 75:22
    83:2 88:16,18
    92:6 94:8
job 56:21 69:9
jobs 37:2,4 41:9
jockey 13:18

inconvenience
Jr 2:13
judge 69:10 81:13
judgment 31:6
jumbled 65:10
June 17:14,22
    53:14 76:4 84:12
jury 14:1

**K**

keep 51:18
keeps 66:16
Kelly 81:13
kept 79:2
Kevin 2:4
key 18:14
keys 12:10,11,13,22
    13:1,11 16:6 18:4
    23:3 47:18,21
    48:8,13,22 49:13
    49:14,22 50:2
    53:10 55:19 57:6
    57:10,11,20 58:5
    59:1,6,9,10,15,18
    59:23 60:8,20
    61:2,12,15,16,18
    61:20,23 64:23
    65:2,7
kind 18:22 23:16
    30:4 34:2,3 38:11
    38:17 51:9,18
    62:16 67:21 68:12
    68:15 79:22 81:7
    81:9,13
kitchen 52:21
knew 28:3 31:18
    49:22 91:22
knock 28:12
know 7:1,3 8:7,9
    17:18 18:7 19:8
    19:17 20:13 22:4
    22:7 26:18 28:9
    30:17 33:22 36:9
    36:17 37:16 38:15
    38:22 41:23 44:10
    44:21 45:21 47:23
    48:1,5,6,7,17 49:1
    49:2 51:5 52:3
    53:13,13 58:5,6
    58:18,21 59:1,5
    59:17,19,21 61:14
    62:2 63:20 64:1
    64:12 65:8 66:18
    67:14 68:10,11,15
    68:20 70:10 72:4
    72:8,14,21 73:10
    73:19 74:2 91:11

**Don Little - 8/19/2008**

91:20
knowledge 41:23
    42:1 44:5 49:9
    57:13,20 58:18
    66:14 68:9 88:12
known 7:12 8:12
    29:20 60:5
Knudsen 1:11 2:8
    2:16 8:3,8 16:9
    17:3 18:5,12,17
    22:2,4,5 26:14
    27:19 29:21 32:4
    32:23 33:11,17
    34:19 35:3,5,12
    35:17 36:6 37:18
    38:11 39:4,11,20
    40:7,18 41:18,23
    53:12 57:1,7,22
    58:7 61:22 62:4
    62:12 63:17 64:3
    64:7 67:11 68:4
    71:11 73:13 79:9
    79:21,23 80:3,6
    82:1,8 85:3 86:6
    86:15 87:2,9 88:5
    88:10 89:14
Knudsen's 56:23
    87:21
Kress 2:5

**L**

lack 59:3
ladies 13:23
landlord 4:7,10
    15:5,19 21:18
    42:23 45:10,16
    46:17 55:14 72:21
    87:11
landlord's 45:13
    46:16 59:19 87:12
large 1:22 3:8 68:13
    68:14 70:14
late 49:2
law 6:18 82:3
lawful 4:15
laws 43:23
lawsuit 16:21 31:5
    32:23 80:20
lawyer 15:12 25:21
    31:11 69:20,22
lawyers 7:8
LBR 44:2
Le 9:7 18:9 66:21
    66:23 67:5,11
    68:8,19
lead 31:23

leak 12:18
learn 25:17
learned 90:15
lease 7:6 9:3 15:3
    18:9 19:1 21:19
    22:7 26:13,19
    27:18 28:13,14
    32:7 43:2 44:12
    44:16 47:3,6
    48:23 54:9,20
    55:1,9,13,18,20
    56:18,18,21 57:1
    66:14,23 67:10
    68:4 69:7,14,17
    69:22,23 70:2,14
    70:18,21 71:3
    78:22 79:16,16,18
    79:20 81:23 82:4
    82:7 84:4,6,17,18
    85:14 86:2,11,14
    87:10,11,13,14,16
    87:18 88:2,2,7,7,8
    89:10,15 90:6,8
leased 14:6 18:8
    32:13 63:14 66:1
    67:21 89:20
leases 53:22 56:14
    68:5 69:1 70:6,9
    70:12 71:1,6 80:3
    87:3,9,21 88:6
    90:10
leasing 37:13,19
    38:11,17 46:18
    62:5,13 65:13,16
    65:21 66:5 71:16
    73:12 85:3
leave 69:11,13
left 91:5
legal 5:9 8:17,22
    9:16 15:22 53:9
    93:14
legally 18:3
length 87:16
Leo 81:22
letter 69:6
letters 48:16
let's 5:17 11:10
    45:20 75:22
Lewis 11:23 12:7
    48:18
liable 13:2,20 16:3
    18:1
license 87:23
licensed 6:6,8,17
    36:21 37:22 42:2
licenses 56:16 57:3

87:4
lie 77:2
lied 19:17
lien 54:5
lies 20:19
life 37:1
lift 10:1,6,8 31:13
    42:8 43:22 44:9
    44:13 45:22 46:15
    55:3,6,20 56:3
lifted 47:7
lifts 53:19
liked 12:5
likes 35:23 36:2
limited 11:20
line 74:12,16,17,18
    76:23 77:5,7,8
    83:8
lines 83:9,12
listed 76:22
listen 24:13
literally 53:2
little 1:15 3:5 4:15
    4:21,22 6:13 11:6
    12:12,15 13:8
    16:19 22:10,20
    23:8 29:13 32:19
    36:2 41:16 42:19
    50:19 56:9,11
    65:14 66:16 70:4
    76:2 79:12 83:6
    93:20 94:11
live 30:16
lives 30:17,18,19
LLC 2:5
LLP 2:9
local 69:5
locale 36:3
located 9:7 12:2
    15:10
location 9:10 12:8
    14:7 15:18 17:8
    17:16 21:9 26:12
    50:4 53:11 63:19
    65:13,18 69:4
    72:7 75:2
locations 75:6
locked 57:17
long 1:5 6:16,17
    7:12 16:23 27:7
    39:16
longer 15:7
long-term 82:7
look 11:6 12:17
    18:22 27:15 29:8
    55:4 72:10 77:5

84:5,7
looked 34:15 90:12
looking 8:3 11:8,16
    13:21 19:13 28:17
    53:16 55:7 70:19
    76:12
looks 10:18,20 11:4
    55:6 66:15,16
lord 29:5
lost 73:4,5
lot 51:10 56:11
    81:11
lucky 68:5
lunches 31:3
L-I-T-T-L-E 4:21

**M**

mail 91:6
main 9:23 27:6
maintenance 12:17
making 86:1,11
man 17:17 19:5
    22:6 26:20 39:2
    40:2 58:8 67:15
    72:15
Management 1:9
    17:1 22:1
manager 58:11
    78:14 90:22 91:1
managers 90:21
March 82:16,19
    83:1
Mark 17:16,17,18
    19:8,18,20 76:5
    90:22
marked 42:11 43:6
    53:17
matter 9:12 10:11
    10:14,22 42:7
matters 7:18 16:15
Matthews 2:13
ma'am 36:10,14
    37:15,20 38:22
    39:14 40:1,22
    88:14 93:18
McGhar 58:14 59:1
    65:12 66:4,9,12
meal 63:20 72:3
mean 24:9 27:15
    52:16 55:2 60:14
    60:15 65:15 78:1
    86:6 87:8 88:5
meaning 14:2
means 36:9 71:1
    82:21
meet 17:15,21

25:13 38:20 39:2
    39:3 47:1
meeting 19:5 34:2
    39:23 78:11,13
    79:19
meetings 20:9 31:4
Meiying 1:12 2:12
    7:1 12:20 17:12
    21:13 26:7,14
    27:20 30:15 31:1
    34:17 52:1 58:20
    65:21 66:1 70:3,9
    86:15 88:11
memorialize 48:11
    49:12
mention 39:13
    51:22 52:4 63:22
    71:15
mentioned 26:22
    27:3 63:4 64:4,13
    64:14 71:14
mentioning 40:18
met 8:6 17:17 19:10
    19:11 20:3,6
    30:23 31:21 32:20
    33:16 80:7
Mexican 62:18
    71:12 72:6
middle 1:2 6:9,10
mid-summer 64:21
minorities 80:4
minute 42:15
minutes 20:12
    75:23 92:3
misled 50:21
misquoted 77:4
misrepresented
    76:15
misspoke 84:15
    89:4
mix 46:12
Monday 75:13
    83:13 84:1,3,7
money 14:13 89:9
monies 7:5 9:3
    87:17
Montgomery 1:19
    2:11,14 6:23,31
    30:1,16 41:15,21
    82:2 93:5
month 45:12
months 28:10 45:12
    64:20 80:17 81:19
    82:12
month's 55:11
morning 50:17

| | | | | |
|---|---|---|---|---|
| **motion** 4:7,10 10:23 11:2 42:8,10,23 43:10,16 44:8,13 44:17 46:19,22 54:6 62:9 | **nonexistent** 56:17 | 17:9,13,20 20:2 20:13 21:7,20 22:10 23:7,17 24:23 25:3 26:8 28:16 31:15 32:16 33:4,9 36:11,17 38:3,6,9,10,14 39:2 41:17 42:5 44:22 53:16 73:16 75:22 76:8 83:2 83:16 88:15 90:5 | 89:22 | **plan** 28:23 |
| **motions** 48:3 | **nonparty** 5:6 | | **Pantazis** 2:5 | **players** 52:21 |
| **motives** 85:10 | **normal** 5:5 | | **paragraph** 43:20 44:4 55:7 | **playing** 79:5 |
| **multi-thousand** 70:14 | **North** 2:6 | | **part** 14:15,15 19:22 20:14,20 21:1 37:6 74:6 77:3,13 78:13 83:14 85:4 | **plead** 38:1 |
| | **NORTHERN** 1:3 | | | **pleading** 83:20 |
| **mumbled** 50:12 | **Nos** 43:7 | | | **please** 4:20 5:19 6:1 27:16 28:18 34:21 91:4 |
| **M-C-G-H-A-R-R** 58:15 | **notarized** 87:20 | | | |
| | **Notary** 1:21 3:7 | | **partially** 72:17 | **point** 15:17 17:14 58:3 62:1 64:5 79:1 89:7 91:15 |
| **N** | **notes** 28:18 34:2,6 36:15 | **old** 56:17,18 | **particular** 13:12 24:13 59:2 | |
| **N** 2:13 3:21 | **notice** 1:16 5:6 10:3 10:21 43:10 49:15 50:16,17 70:15 | **once** 45:20 51:8 52:12,23 | **parties** 3:5 88:4,8,9 | **portion** 44:11,12 |
| **name** 4:20 12:21 14:3 17:15 19:13 32:19 33:7 64:13 66:22 67:18 68:6 93:20 | | **ones** 80:2 | **partly** 26:1 | **possession** 13:11 15:8 22:19 40:6 47:18 49:13,14 53:22 91:22 |
| | **noticed** 5:7 | **open** 19:1 22:6 33:11,15 34:14 38:21 46:10 51:17 60:9 63:11 72:12 | **partner** 78:15,16 | |
| | **notified** 55:15 69:6 69:10 | | **parts** 20:23 | **possible** 12:18 18:23 |
| **named** 53:8 64:7 76:5 93:4 | **Novak** 2:13 | | **party** 3:17 50:9,11 | **possibly** 26:6 |
| | **number** 74:16 80:1 80:4 83:8 | **opening** 22:21 23:7 34:4,7 60:12 63:18 86:7 91:13 | **part-owner** 91:2 | **Post** 2:14 |
| **names** 26:18 63:23 69:23 | | | **passing** 63:7 | **potential** 22:8 23:23 40:13,17 73:12 |
| | **numbers** 56:16 57:4 87:5,22 | **operate** 48:23 | **Paulk** 1:20 3:6 | |
| **national** 32:3 | **numerous** 31:6,9 75:6 | **operated** 39:6 | **pay** 12:4 14:12,16 35:22,22 71:10 | **power** 12:18,19 61:17 |
| **nationwide** 70:11 | | **operates** 58:15 | **paying** 32:7 38:16 | |
| **naturally** 35:23 84:23 85:2 | **O** | **opinion** 28:5 47:3,4 56:10 59:20,22 61:11 68:7 79:14 84:19 87:10 | **peace** 13:8 | **practice** 6:6,20 69:5 |
| | **oath** 19:7 47:12 76:21 78:6 | | **pencil** 54:18 | **practiced** 6:17 |
| **nature** 85:11,12 88:22 | **Object** 58:1 61:8 62:14 71:18 72:1 76:17 77:22 | | **pending** 14:23 45:7 | **preacher's** 30:7 |
| | | **opposed** 85:11 | **penny** 28:12 54:18 | **prejudicial** 29:23 |
| **necessary** 88:4 | **objections** 3:11,12 | **orange** 46:10 | **people** 15:14 18:6 32:7 36:2 51:9 79:2,18 87:1 | **Present** 2:15 |
| **need** 3:13 19:1,2 29:11,16 30:9 47:5 69:11 90:21 | **obligations** 77:9 | **order** 4:13 11:2 53:18 81:10,12 | | **preservation** 11:22 |
| | **observed** 32:14 79:15 | | **period** 64:23 65:2,3 65:4 | **preserve** 9:23 52:12 52:16 53:5 |
| **needed** 55:21 69:13 | **obvious** 12:16 77:2 | **Ordered** 54:2 | **permit** 54:4 | |
| **negative** 71:22 | **obviously** 10:22 | **origin** 32:3 | **person** 14:5 17:21 18:4 20:3 22:18 26:19 29:23 34:18 35:21 50:2 53:7,8 74:21 85:14 89:6 | **pressing** 18:16,19 81:10 |
| **negotiating** 18:23 | **occasion** 25:4 27:14 78:19 | **original** 44:8 47:16 | | |
| **negotiations** 35:6 36:7 47:2 84:4 | | **originally** 9:18 | | **pretty** 11:3 31:2 36:10 65:8 67:23 68:18 70:17 80:10 81:12 82:8 89:13 89:16,17 91:5 |
| | **occasions** 7:5 23:19 24:4 58:17,21 59:10 | **ought** 11:12 | | |
| **neighborhood** 7:22 | | **outside** 20:6 68:13 | | |
| **never** 17:11 18:8 24:7,10,23 32:14 34:22,23 37:14 38:10,13,19 49:15 55:11 65:20,22,23 69:18 71:8 77:6 77:11 84:17 90:8 91:9,19 92:22 93:22 | **occupation** 6:4 | **overextended** 89:5 | **personal** 25:6 85:11 88:22,23 | |
| | **occur** 5:9 45:4 | **owned** 14:16 62:20 | **personally** 31:1 | **prevents** 45:15 |
| | **offered** 3:16 | **owner** 19:22 39:9 71:17 78:14 | **person's** 88:1 | **primarily** 6:5,20 37:11 41:6 81:10 |
| | **offers** 47:1 | | **phone** 31:6,7,9 80:16 | |
| | **office** 2:14 37:7 69:19 73:7 93:8 | **ownership** 15:9 | | **primary** 41:22 |
| | | | **phrase** 77:6 | **prior** 48:2 56:5 71:6 80:14 82:17 |
| | **offices** 6:18 | **P** | **phrases** 74:19 | |
| **new** 21:19 43:17 45:19 47:6 66:10 71:8 73:10 78:22 84:22 | **official** 34:3 | **PA** 2:13 | **pick** 49:22 | **privy** 18:8 |
| | **oh** 29:5 33:1 37:14 42:13 49:6 77:1 82:23 | **PACER** 44:19 | **pictures** 57:2 | **pro** 6:13 |
| | | **page** 3:22 4:6 43:19 43:21 55:5 74:11 74:13,14,14,15,15 74:16,17,18 76:18 76:23,23 77:1,5,7 83:6 88:21 | **piece** 66:1 | **probably** 5:1 20:11 20:11 27:16 36:23 51:23 61:4,6 65:8 67:16 80:7 93:8 |
| | **okay** 5:11 6:15,20 7:12 8:1,7,15 9:15 10:13 11:14,15 15:21 16:10,19 | | **place** 25:19 40:3 51:5,17 68:14 69:13 72:6 75:11 86:7 | |
| **newspaper** 63:5 | | | **plaintiffs** 1:6 2:3 4:6 43:7 53:17 83:21 86:22 | **problem** 5:12 |
| **Nick** 59:8 | | **paid** 10:8,9 55:11 66:17 82:4 87:17 | | **problems** 76:11 |
| **Nicole** 1:20 3:6 | | | | **procedural** 3:10 |
| | | | | **Procedure** 3:19 |

proceeding 9:4,6
11:5,19 14:14
16:13,17 42:21
60:17 85:19
professional 85:12
85:15 88:22
promise 5:21
proper 89:13
properties 59:2
property 15:5,18
17:12 26:13 33:19
45:16 46:3,3,18
48:1 50:5 51:21
53:20,23 54:5,8,9
57:7,9,12,23
58:11,12 60:5,9
60:12,21 62:13
65:21 66:2,5 74:1
84:18 86:3,12
89:20,22 91:13
prospect 89:17
prospective 65:17
66:13
prospects 47:1
protect 14:19
provided 3:17
13:10
Public 1:21 3:7
publicity 71:21
puffed 28:4
puffing 23:14 25:5
72:19 73:2 85:4,8
85:11
Pure 9:9,18 13:13
14:6 17:8 21:8
26:4 33:11 39:4
40:9,15,16,20
42:7,22 47:19,22
50:4 53:11 56:6
57:23 60:6,20
62:5,13 63:14,19
65:6,13,17,18
66:5,6 75:1 76:5
82:17,19
purpose 3:17 43:15
51:3
purposes 8:17
pursuant 1:16 44:2
put 12:20
putting 41:15
p.m 1:23 5:10 94:13
P.O 6:3

**Q**

question 20:22
21:20 24:10 35:11

36:4 37:17 38:9
49:4 64:1 65:9
70:4 73:14,20
83:18 84:9,13
questioning 87:7
questions 3:12,13
24:18 25:8 30:12
33:5 38:4 41:3
76:2 88:16,20
quick 86:20
quickly 39:19 46:14
Quin 23:23
Quindal 2:9
Quinn 2:4
quite 8:14 13:6
18:11 19:15 49:16
49:16 56:19
quote 54:1

**R**

R 2:8
race 32:2 40:8,11
40:16,19 67:4
ran 14:6
read 20:19 29:5
42:16 54:2 74:19
83:16,22,23 88:21
reading 83:19,20
ready 89:8,9
real 28:6 29:12
realize 30:6
realized 59:13 67:8
really 7:19 11:21
22:16 34:5 39:16
81:13
realtor 8:3 37:22
42:2 70:17
Realty 1:9,10 16:7
17:1,2 21:17 22:1
22:1
reason 11:15 12:14
15:12 18:16 19:12
34:7 44:10 46:14
72:9 90:1
reasons 30:3 34:19
49:23
recall 40:7,18,22
52:14 75:14,21
77:17 88:2 90:18
recalled 75:19
received 49:15
61:11 91:10
receiving 48:13
receptionist 94:4
recess 42:18 76:1
recollect 26:6

recollection 10:17
11:7
record 4:20 5:19
23:18 30:14 38:5
75:5 76:12 83:17
92:13,21 93:2
recorded 19:15
20:14 91:8,9
recorder 91:12,14
91:21
recording 64:8
91:18 93:1,7,19
94:5
records 44:18 51:19
refer 75:7 76:20
reference 9:16
referred 75:9
referred-to 43:5
referring 44:1 74:8
88:23
reflected 72:17 74:3
78:6
refresh 10:17 11:7
refrigeration 52:20
refused 23:22
regard 20:2 28:1
85:8
regarding 34:17
35:22 36:3 48:12
62:5,12 66:4
78:22
regards 21:18 60:1
65:6
regular 5:2
relate 17:7
related 42:7,20
relationship 7:4
34:17 58:19,19
80:13
relative 49:8 53:8
87:15
released 46:3
releasing 45:16
relevant 9:7
relief 4:8,11 10:23
11:2 14:21 15:2,6
15:15,21 43:1
44:17 45:19 46:6
46:19 48:3 62:9
remember 9:14
11:14 28:2 33:14
33:21 34:11 39:7
39:7,11 48:20
49:1 54:22 57:21
58:10 62:15 64:18
67:23 68:12 70:23

71:5 75:12 78:2,4
78:9 81:1 84:19
92:1
remodel 37:6,6
rent 55:11 58:23
renting 40:20
rents 73:5
reorganization
70:21
repeatedly 28:9
replacement 69:16
82:1,5,9
report 10:14
Reporter 1:21 3:7
represent 21:16,18
30:19 32:21,22
representation
35:19 81:21 85:18
representative 16:7
87:12
represented 35:1
36:18 59:23 60:1
representing 3:4
16:12 23:4 42:6
62:8
request 59:7
required 16:16
requirements 3:11
reserved 3:14
respect 3:10 54:3
response 88:19
91:10
responsible 13:3,12
48:15
restaurant 25:10
result 7:6 15:5
resulted 55:10
resume 53:22
retained 9:15
return 24:1
returned 59:11
review 44:6 71:3
reviewed 20:17
21:4 46:9 70:5,8
71:5 76:3 83:10
right 5:16,18 6:23
9:5 11:12,14 12:8
13:16 14:10,19
15:1,11 19:20
23:19 24:6 33:1
53:7 61:3 68:1
69:21 70:23 75:12
76:13 80:12 81:8
86:16 92:10
rights 45:4
roaches 46:12

Rogers 2:8 4:1,4
32:18,19 33:8
40:23 58:1 62:14
71:18 72:1 86:19
88:15 92:8
Rose 1:18 2:9
round 18:14
rule 4:8,11 43:1,17
55:22 62:10
Rules 3:18
ruling 3:15
rulings 45:8
run 77:11,12

**S**

Sable 64:8 93:5,12
Sable's 93:8
sales 23:14 37:13
37:19 38:11,17
72:18 73:2 85:4,8
salesperson 85:10
salon 67:22
saloon 9:9 13:13
14:6 21:8 42:7,22
47:19,22 54:10
62:6 65:6 66:6
76:6
Sam 58:14,17 66:4
satisfied 69:14
Saturday 50:10
save 25:8
saying 15:16 27:22
28:8 40:7 64:7
72:23 74:4 84:20
94:2
says 15:11 44:1
83:11,18,23
Scott 2:17
scratch 71:9
second 11:5 27:3
28:17 55:4
secrecy 78:11
secretive 20:9
secured 69:9
security 56:15 57:3
87:5,22
see 5:17 8:4 11:9,10
21:14 38:6 40:2
43:12,18,19 44:5
45:21 51:4,6 63:5
66:11 67:1 80:22
83:14
seeking 14:7
seen 90:5,8,9
sell 12:3 77:3
sent 52:6 70:16

**Don Little - 8/19/2008**

Page 8

| | | | | |
|---|---|---|---|---|
| sentence 54:2 | sits 45:12 | squabble 12:12 | submitted 10:3 | 27:4 28:14 31:17 |
| serious 46:13 | sitting 45:11 46:11 | square 70:14 | substantial 10:7 | 31:19 34:21 36:15 |
| service 43:11 47:15 | 72:22 | standing 28:2 | 68:18,20 77:13 | 37:20 39:5,11 |
| services 10:10 | situation 31:8 52:22 | standpoint 25:6 | such-and-such | 49:3 55:2 58:2,4 |
| set 18:12 28:13 | 58:9 69:4 70:2 | start 25:22 | 34:21 | 61:6 63:13,17,23 |
| 57:11,14,18 | 71:4 | started 8:11 57:2 | suggested 24:23 | 64:21 66:22 67:17 |
| setting 38:14 | situations 25:18 | 87:3 | Suite 1:19 2:10 | 68:16 74:11 75:3 |
| shape 35:1 37:14 | sizable 73:6 | starting 74:15,17 | suites 73:7 | 77:21,23 78:3,5 |
| 65:23 93:22 | skin 79:17 | 77:7 | summary 11:8,17 | 79:13 81:1 83:19 |
| shook 20:7 | skipped 67:3 82:13 | starts 76:19 | summertime 33:21 | 90:3 |
| shop 68:15 | slang 46:2 | state 1:22 3:8 4:20 | support 32:12 | telling 25:22 39:8 |
| shopping 9:8 18:9 | slices 46:10 | 5:18 6:6 36:21 | supposed 43:20 | 48:14 |
| 66:23 67:5 68:9 | small 37:2,4 | 37:21 67:3 | supposedly 19:14 | ten 7:23 80:7 |
| short 81:3,13 | sneak 57:19 | stated 23:3 31:13 | 57:17 93:6 | tenant 40:9,11,13 |
| shortly 16:5 | social 56:15 57:3 | 55:14 76:9 77:12 | sure 7:14,15,20 | 40:17 45:6 46:5 |
| show 51:19 57:9,22 | 80:10 87:4,22 | 88:19 | 18:13 19:3,12 | 51:12 56:7,22 |
| 74:6 | socially 8:10 | statement 52:2 | 27:15 28:9,10 | 58:22 62:22 66:10 |
| showed 66:1 69:17 | sold 36:23 41:11 | 76:22 77:9 84:11 | 29:17,19 31:17 | 66:13 67:10 68:19 |
| showing 17:8 34:6 | sole 50:1 | 84:14 90:2,3 | 36:4 38:22 42:17 | 69:16 70:1 71:8 |
| shown 17:12 18:5 | solely 60:2 | statements 21:11,21 | 48:9 52:8 62:1 | 73:10 82:1,5 |
| 46:7 48:1 | somebody 18:23 | 23:9 25:4 26:8,11 | 66:8 67:23 70:17 | 84:22 87:13 90:11 |
| shutting 71:21 | 28:22 80:9 92:15 | 26:16,23 31:22 | 72:23 73:1,11 | tenants 56:15 59:3 |
| sign 51:7 68:13 | someone's 64:15 | 85:20 86:2,11 | 81:12 82:15 84:7 | 65:17 66:20 67:5 |
| 90:6,8 | 77:10 | 88:20 89:2 92:11 | 89:13 90:13 91:5 | 68:8 71:7 73:8 |
| signatory 66:23 | songs 79:4 | states 1:1 54:1 55:7 | surrendered 59:9 | 80:1 |
| signature 90:9 | soon 29:12 | 75:10 | suspect 44:15 52:10 | term 7:16 17:9,11 |
| signed 87:9,11,20 | sorry 9:5 35:10 | status 51:13 | swear 19:6 27:13 | 52:16 54:12 72:18 |
| 88:3,6,11,13 | 36:14 37:20 48:5 | stay 4:9,12,13 10:1 | 47:11 49:19 62:17 | terminate 71:1 |
| signing 5:3 | 58:4,10 60:13 | 10:5,7,8 11:1,3 | 63:9 66:8 | terminated 54:7 |
| signs 37:9 | 65:14 73:14 78:4 | 14:21 15:2,6,16 | sworn 4:16 | terminating 4:13 |
| simply 84:21 | 85:21 90:23 | 15:22 19:3 31:13 | system 44:19,19 | 53:18 |
| single 9:1 26:18 | sounded 89:17 | 42:9 43:1,10,22 | | terms 15:3 54:9,20 |
| 66:22 | southern 6:9 46:2 | 44:9,13,17,22 | **T** | 79:20 87:14,15,18 |
| sir 5:23 6:2,22 7:2 | space 33:12 38:21 | 45:15,22 46:15,20 | table 54:17 | Terrence 1:5 16:23 |
| 7:11 8:14 9:11,18 | 39:4 40:10,15,20 | 47:6 48:4 53:18 | take 11:5 15:23 | terrible 59:13 |
| 10:6,12 11:21 | 56:7 63:14 | 53:19 54:1,3 55:3 | 16:15 35:19 41:13 | testified 4:16 33:10 |
| 14:20 15:20 16:2 | spaces 59:3 | 55:6,21 56:4 62:9 | 42:14 46:17 53:20 | 35:12 38:23 51:9 |
| 16:18 17:5 20:6 | speak 73:23 90:18 | Stewart 33:2 | 66:18 75:22 78:16 | 52:11 54:23 61:9 |
| 21:14 22:16 23:1 | 90:21 93:11 | stipulated 3:3 | taken 1:16 3:6 | 78:18,23 |
| 23:20 24:8,12,22 | Speaker 75:4,7,9 | stipulation 1:16 | 13:19 26:5 49:13 | testify 61:10 62:17 |
| 25:2,8 26:17 28:2 | 76:19,20,22 | stipulations 3:1 5:2 | 56:5 | 76:21 |
| 28:18 29:15 30:21 | speaking 63:21 | stop 55:4 | talk 32:11 34:7 72:3 | testifying 52:8 |
| 32:16 43:9 44:3 | 75:14 | stopped 62:23 | 73:17 74:21 | testimony 24:14 |
| 44:21 49:6 52:8 | specific 23:8 65:15 | stopping 79:5 | talked 23:18,20 | 61:15 |
| 54:17 56:1 58:13 | specifically 22:5 | stops 66:19 | 24:3 28:4 31:1 | Thank 29:10,14 |
| 60:7 61:7,10 | 27:2 37:18 78:9 | Street 2:6 | 35:3 48:12 62:4 | 32:16 40:23 94:9 |
| 63:15 65:7,20 | specifics 72:5 | streets 41:15 | 62:11 70:6 73:22 | thing 9:1 53:3 |
| 67:6 68:21 69:3 | specs 84:8 | strictly 8:19 27:19 | 76:8,16 80:18 | 62:15,17 81:8 |
| 71:9,13,19 72:2 | speculating 72:8 | strike 30:13 | 81:16 | things 19:15 24:19 |
| 73:21 74:19 75:16 | speculation 92:14 | strip 40:11,14 53:2 | talking 25:5 37:5 | 25:22 39:15 54:16 |
| 75:21 76:7,18 | spent 20:11,12 69:8 | 58:16 | 53:4 81:1 85:5,7 | 56:12,15 57:4 |
| 79:12 82:19 83:1 | spoke 75:17 85:9 | stripped 52:18 | Tall 68:13 | 74:4 76:9 92:12 |
| 83:8,10,15 84:15 | 93:10 | structure 35:22 | Tavern 19:22 | think 5:15 9:1 14:3 |
| 85:6,13 86:4 89:4 | spoken 8:10 80:15 | stuff 84:8 | telephonic 45:23 | 16:19 21:20 23:22 |
| 90:4,20 91:14 | 80:16 81:18 | subdivision 41:20 | tell 6:15 7:16,19,20 | 24:3,17 27:2 |
| site 48:18 | spring 82:16,21,23 | subject 13:11,14 | 10:20 18:6,20 | 29:13 30:14 32:20 |

| | | | | |
|---|---|---|---|---|
| 37:16 38:3 54:22 | 21:15 26:9 27:2,9 | **understand** 4:23 | **wasn't** 14:12 18:21 | **works** 34:12 91:2 |
| 66:11 68:1 70:16 | 27:12 28:21 29:2 | 5:4 8:7 27:17 | 22:16 34:3 86:10 | **worth** 54:18 |
| 70:21 75:12 78:23 | 72:17 74:3,5,7 | 38:3 46:1 60:14 | 93:13 | **wow** 63:4 |
| 80:9,21 82:21 | 76:11,15,18 77:15 | 73:19 81:4 91:7 | **waste** 59:14 | **writing** 69:11 |
| 83:2,11,12 84:1 | 77:18 78:7 83:7 | 93:18 | **wax** 12:14 | **written** 49:15 |
| 86:21 89:21 | 92:16 | **understanding** 5:4 | **way** 7:3 17:13 | **wrong** 47:4 54:12 |
| **thinking** 64:9 67:6 | **transfer** 45:3 | 5:8 13:2 | 19:19 21:17,23 | 77:1 83:19 |
| **thinks** 79:18 | **transformation** | **undesirables** 27:11 | 25:23 31:23 32:1 | |
| **thought** 10:16 12:1 | 56:11 | **unexpired** 55:13 | 35:1,5 36:11 | **X** |
| 50:7 | **travel** 29:6 | **unfortunately** | 37:14 38:18 49:12 | **X** 3:21 |
| **thousands** 13:22 | **tried** 24:13 | 67:12 | 58:23 65:23 75:20 | |
| 45:14 52:19 | **tries** 66:18 | **UNITED** 1:1 | 84:6 93:22 | **Y** |
| **three** 7:15 42:19 | **trip** 18:15 | **unlock** 22:8 40:1,5 | **week** 93:9 | **yeah** 8:9 11:13 |
| **thrust** 10:1 | **trouble** 18:11 62:21 | **unlocked** 20:10 | **weekend** 78:14 | 24:16 63:10 73:1 |
| **Thursday** 48:20 | **true** 26:10 51:4 | 39:14 48:19 | **weekends** 91:3 | 74:13 83:12 84:1 |
| **tied** 24:2 | 86:5 | **unpaid** 81:23 | **welcome** 29:8 | 85:22 |
| **time** 3:14,15 7:9,10 | **trust** 49:18 | **use** 7:8 17:9 54:11 | **went** 20:7,11 38:20 | **year** 64:5,6 67:16 |
| 7:16 9:22 13:5 | **trustee** 11:9,13 | 87:7 | 39:2 56:9,10 60:8 | 82:19,20,22 83:1 |
| 17:23 18:21 19:11 | 13:10,15 14:18 | **usually** 67:2 82:4 | 60:9 69:18 79:1 | **years** 6:19 7:15 |
| 20:2 21:7,9 22:12 | 15:1 48:8 49:11 | 87:19 | **weren't** 12:11 | 8:14 29:21 30:8 |
| 23:9,16,22 24:5 | 55:15 56:2 57:6 | **utilities** 12:20 | **we'll** 67:13 | 30:10 36:14 37:3 |
| 31:12 33:14,15 | 59:9,11,12,12 | **utmost** 78:12 | **we're** 5:1 16:22 | 80:7 |
| 34:14,14 35:23 | 60:23 61:2,16 | | 24:21 42:21 60:5 | **York** 45:20 |
| 39:17 41:16 42:1 | 65:1 | **V** | 74:22 | **y'all** 30:4 42:14 |
| 42:2 43:22 47:19 | **Trustees** 49:16 | **valid** 48:23 54:23 | **we've** 42:5 67:9 | 67:7 93:19 |
| 47:22 48:7,21 | **trustee's** 61:3 | 55:18,20 | 76:8,16 | |
| 55:1,18 58:2,5 | **truth** 31:17 | **value** 26:5 | **whatsoever** 23:13 | **$** |
| 59:14 61:18 62:6 | **try** 7:5 12:3,5 25:8 | **van** 53:1 | 27:18,21 72:5 | **$10,000** 12:2 |
| 64:23 65:2,3,4,7 | 26:6 56:6 62:22 | **vernacular** 7:7 | 77:9 | **$1500** 55:10 |
| 67:1 72:12 73:4 | 90:14 | **vice** 6:13 | **whiskey** 12:4 | **$3,000** 81:23 |
| 80:13,14 81:15,15 | **trying** 9:2,22 11:9 | **video** 52:21 91:11 | **White** 1:18 2:9 | **$46,000** 31:6 |
| 81:20 82:18 91:16 | 11:11 14:18 24:18 | 91:14,17,20 | **white-haired** 5:5 | |
| 91:19 92:1 | 26:2,12,19 39:19 | **videotape** 76:3 | **wholly** 25:5 39:10 | **0** |
| **times** 18:13 30:23 | 52:11 71:16 73:9 | 90:16 | 55:16 75:8 94:5 | **07** 64:22 |
| 31:21 | 73:10 79:13 81:5 | **Village** 67:5 68:9 | **wife** 30:7 | **08** 82:23 83:1 |
| **time-consuming** | 84:21 85:22 86:2 | **visit** 51:3 | **Wiggins** 2:4 | |
| 45:9 | 86:11 89:11 | **vocations** 41:9 | **willing** 76:21 | **1** |
| **today** 5:5,9 9:14 | **turn** 83:6 | **voice** 91:6 | **window** 72:10 | **1** 4:7 5:10 43:7 75:4 |
| 16:23 18:7 24:21 | **turned** 16:5 31:10 | **vs** 1:7 | **WITNESS** 28:19 | 75:7,9 76:18,19 |
| 28:14 41:10 48:12 | 59:15 91:23 | | 29:4,10,16,20 | 76:20,23,23 |
| 62:4 63:13 75:13 | **twice** 80:16 | **W** | 42:13 92:9 | **1:15** 1:23 |
| 78:3,6,8 80:14 | **two** 20:15 23:18 | **W.** 2:4 | **woman** 93:11 | **10** 74:18 |
| 81:17 | 24:3 27:6 31:3,3 | **waiting** 62:10 | **women** 25:15 | **11** 70:23 |
| **toilet** 66:19 | 37:2 80:17 | **waived** 3:11 5:5 | **wondering** 81:6 | **12** 64:20 83:9 |
| **told** 24:7,10 27:3,4 | **two-for-one** 62:19 | **walked** 48:19 | **Woodmere** 19:22 | **13** 9:19,21 17:14,22 |
| 27:14 28:3 41:10 | 71:12 | **want** 5:13 23:17 | 27:10 39:9 77:3 | 31:9 50:8,12 |
| 49:21 66:9 67:4 | **type** 27:18 28:12 | 28:10 42:14 55:4 | 78:15 79:3 90:20 | 52:13 64:20 74:14 |
| 71:20 75:20 77:16 | 31:19 34:20 35:20 | 67:22 75:5 77:20 | **word** 84:16 87:2,7 | 74:15,16,17 |
| 78:8 91:19 | 37:19 39:5 45:18 | 79:3 83:17 84:7 | **work** 7:9 8:17,22,23 | **13th** 75:13 76:4 |
| **tomorrow** 89:10 | 45:23 46:6,22 | 92:11,20 93:2 | 9:16 11:20 15:22 | 84:12 |
| **Tony** 14:4,5 | 54:16 58:18 70:2 | **wanted** 26:11 | 16:10 27:16 28:11 | **14** 74:13,14,15,18 |
| **totally** 84:15 89:4,5 | 72:21 79:4,7 | 26:21 32:12 51:4 | 36:2 37:12 66:15 | 83:6 88:21 |
| **town** 69:10 | **types** 46:11 | 56:2 | 81:11 | **15** 6:19 |
| **traffic** 18:15 | | **wanting** 63:11 | **worked** 7:18 9:13 | **1881** 6:3 |
| **transcript** 19:14 | **U** | **wants** 63:6 77:23 | 36:19 | **19** 1:23 5:22 94:13 |
| 20:17,19 21:2,4 | **unbeknownst** 50:8 | 79:18 | **working** 70:2 | **19th** 2:6 |

| **2** | 83 4:3 |
|---|---|
| **2** 4:10 43:8 55:5 | 86 4:4 |
| **2:07-CV-00881-...** | 88 4:5 |
| 1:8 | |
| **20** 77:6,8 92:3 | **9** |
| **20,000** 73:5 | **9** 77:5,7 |
| **2006** 55:9 | |
| **2007** 17:15,22 47:9 | |
| 53:15 55:12 | |
| **2008** 1:23 94:13 | |
| **21** 74:17 | |
| **2148** 2:14 | |
| **25** 47:9 53:15 | |
| **25th** 47:21 | |
| **28** 77:7 | |

| **3** |
|---|
| **3** 4:13 5:10,14 43:8 |
| 53:17 55:7 |
| **3,000** 82:10 |
| **3:10** 94:13 |
| **301** 2:6 |
| **32** 4:1 |
| **3500** 45:11 |
| **35203** 2:6 |
| **36102** 6:3 |
| **36102-2148** 2:14 |
| **36104** 2:11 |

| **4** |
|---|
| **4** 3:23 |
| **40** 20:12 37:1 |
| **40-foot** 53:1 |
| **4001** 4:8,11 43:1 |
| **4001-1** 44:2 |
| **401** 1:19 2:10 |
| **41** 4:2 |
| **43** 4:7,10,13 |

| **5** |
|---|
| **5** 76:23 77:1 83:9 |

| **6** |
|---|
| **60** 41:20 |

| **7** |
|---|
| **7** 9:21 10:1 11:23 |
| 12:8,9 14:1,2,8 |
| 31:10 50:15 52:13 |
| 55:12 66:10 |
| **780** 1:19 2:10 |

| **8** |
|---|
| **8** 76:23 |
| **80s** 37:8 42:4 |

# Exhibit C

# United States District Court
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

*07/22/08*

TERRANCE LONG and BARRY BARR,
    Plaintiffs,

V.

ARONOV REALTY MANAGEMENT, INC.,
AMY CLARK KNUDSEN and MEIYING FORNEY,
    Defendants.

SUBPOENA DUCES TECUM

IN A CIVIL CASE

CASE NUMBER: 2:07CV00881

RECEIVED
JUL 22 2008

TO:    **Montgomery Police Department**
    **c/o Walter Byars, Esq.**
    **103 N Perry St**
    **Montgomery, AL  36104**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM<br>{        } |
|---|---|
|  | DATE AND TIME<br>{        } |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects)  **SEE EXHIBIT "A" ATTACHED.**

| PLACE<br>Bradley Arant Rose & White LLP, 401 Adams Ave., Suite 780, Montgomery, AL 36104  ATTN: Charles A. Stewart, Esq. | DATE AND TIME<br>Within 15 days upon receipt of service |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any subpoenaed organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Fed. R. Civ. P. 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Quindal C. Evans   *Quindal C. Evans*   Attorney for Defendant | 7/22/08 |

See Rule 45, Federal Rules of Civil Procedure, Parts C & D on reverse.

## EXHIBIT "A"

**TO:**     Montgomery Police Department
c/o Walter Byars, Esq.
103 N Perry St
Montgomery, AL  36104

**RE:**     Celebrations Nightclub
Vaughn Plaza Shopping Center

**Please Produce:**

1. A certified copy of all 911 or other calls and/or police responses including the number of units and officers responding and reports by police officers to the Vaughn Plaza Shopping Center and/or Celebrations Night Club from January 1 2002, to the present.

2. Should you find that these records will cost in excess of $100.00, please contact this office prior to sending.

**Please Forward Documents To:**
Attorney Charles A. Stewart III, Esq.
c/o Kelly Duncan, Legal Assistant
Bradley, Arant, Rose & White, LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
(334) 956-7630

*Served on Tracie Davis*
*on 7-22-08*
*by Tyler Echo*

**Aronov/Long**
**MPD 0002**

# United States District Court
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

*7/22/08*

TERRANCE LONG and BARRY BARR,
    Plaintiffs,

V.

ARONOV REALTY MANAGEMENT, INC.,
AMY CLARK KNUDSEN and MEIYING FORNEY,
    Defendants.

**SUBPOENA DUCES TECUM**

**IN A CIVIL CASE**

CASE NUMBER:  2:07-cv-00881

RECEIVED
JUL 22 2008

TO:    Montgomery Fire Department
        c/o Walter Byars, Esq.
        103 N Perry St
        Montgomery, AL  36104

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | { } |
| | DATE AND TIME |
| | { } |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects)  **SEE EXHIBIT "A" ATTACHED.**

| PLACE | DATE AND TIME |
|---|---|
| Bradley Arant Rose & White LLP, 401 Adams Ave., Suite 780, Montgomery, AL 36104  ATTN: Charles A. Stewart, Esq. | Within 15 days upon receipt of service |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any subpoenaed organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Fed. R. Civ. P. 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Quindal C. Evans    *Qindal C. Evans*      Attorney for Defendant | 7/22/08 |

See Rule 45, Federal Rules of Civil Procedure, Parts C & D on reverse.

**Aronov/Long
MPD 0003**

## EXHIBIT "A"

TO:    Montgomery Fire Department
       c/o Walter Byars, Esq.
       103 N Perry St
       Montgomery, AL  36104

RE:    Celebrations Nightclub
       Vaughn Plaza Shopping Center

**Please Produce:**

1.    A certified copy of each and every document in your possession, including but not limited to any and all calls and/or runs, any and all office notes and records, summaries, correspondence, reports to insurance companies, 911 calls and/or 911 phone logs, photographs and/or videotapes, records of any charges and payments, billing records, and any other records, relating to or concerning, directly or indirectly, any calls or activity at **5060 Vaughn Road, Montgomery, Alabama, Barry Barr, Texas Steakhouse of Alabama, Texas Steakhouse of Alabama d/b/a Sports Rock, Texas Steakhouse of Alabama d/b/a Celebrations, Sports Rock, and/or Celebrations** from January 1 2002, to the present..

2.    **If you anticipate that the copying costs will exceed $100 for the requested documents, please call 334-956-7630 to obtain verification prior to copying.**

3.    You should not exclude any item from this production request without first contacting the attorney issuing the subpoena or obtaining leave of court from the judge assigned to this action.

**Please Forward Documents To:**
**Attorney Charles A. Stewart III, Esq.**
**c/o Kelly Duncan, Legal Assistant**
**Bradley, Arant, Rose & White, LLP**
**401 Adams Avenue, Suite 780**
**Montgomery, AL 36104**
**(334) 956-7700**

---

1 "Document," as used in this subpoena, means any record of information of whatever kind and by whatever means, including, but not limited to, original papers, email, copies of papers, microfilm, microfiche, computer files, computer disks, video tapes, audio tapes, photographs, handwritten notes or any other means of recording information.

*Served on Tracie Davis*
*on 7-22-08*
*By: [illegible]*

**Aronov/Long
MPD 0004**

# DEPARTMENT OF COMMUNICATIONS RADIO CODES AND DISPOSITIONS

## Code

| Code | Description |
|---|---|
| 3 | Robbery |
| | A - ATM or Bank |
| | B - Business |
| | P - Person/Residence |
| 4 | Burglary |
| | B - Business |
| | R - Residence |
| | V - Vehicle |
| 5 | Subject Killed |
| 6 | Subject Shot |
| 7 | Shots Fired |
| 8 | Subject with a Gun |
| 9 | Fight in Progress |
| 10 | Investigate |
| | A - Abduction |
| | C - Child Abuse/Neglect |
| | F - Found Property/Vehicle |
| | J - Jumper |
| | L - Lost or Abandoned 911 Call |
| | M - Mischief to Property |
| | P - Suspicious Person/Vehicle |
| | S - Attempted Suicide |
| | U - Unknown or Other |
| 11 | Alarm |
| | A - Closed Bank or ATM |
| | B - Business |
| | K - Open Bank |
| | R - Residence |
| | T - Tracker Pronet |
| 12 | Disturbance |
| | D - Domestic Violence |
| | F - Family |
| | M - Loud Music |
| | U - Unknown or Other |
| 13 | Subject Dead |
| 14 | General Medical |
| 15 | Purse Snatching |
| 16 | Open Building |
| 17 | Pick up Prisoner |

## Code

| Code | Description |
|---|---|
| 18 | Lost Child |
| 19 | Missing Person |
| 20 | Prowler |
| 21 | Subject Down |
| 22 | Drunk in Public |
| 23 | Stolen Vehicle |
| 24 | Shoplifter |
| 25 | Accident |
| | A - W/Injuries |
| | B - W/Injuries-18 Wheeler Involved |
| | C - Minor |
| | E - W/Entrapment |
| | H - Involving Hazardous Materials |
| 26 | Hit & Run Accident |
| | A - W/Injuries |
| | B - W/Injuries-18 Wheeler Involved |
| | C - Minor |
| | E - W/Entrapment |
| | H - Involving Hazardous Materials |
| 27 | Traffic Violation |
| 28 | Parking Violation |
| 29 | Assist Motorist |
| 30 | Check Vehicle Blocking |
| 31 | Direct Traffic |
| | F - For FD |
| | O - Other |
| 32 | Driver Intoxicated |
| 33 | Rape |
| 34 | Theft |
| 35 | Subject Cut/Stabbed (Intentional) |
| 36 | Follow Up Investigation |
| 37 | Court |
| 38 | Departmental Duties |
| 39 | Maintenance |
| 40 | Stray Dog |
| 43 | Animal Bite (Specify) |
| 77 | Felony Warrant |
| 88 | Misdemeanor Warrant |
| 89 | Capias Warrant |

## Ten Codes

| Code | Description |
|---|---|
| 10-1 | Receiving Poorly |
| 10-2 | Receiving Well |
| 10-3 | Stand-By |
| 10-4 | Acknowledgement |
| 10-5 | Unit to Unit |
| 10-6 | Busy (Police Code) |
| 10-7 | Out of Service |
| 10-8 | In Service |
| 10-9 | Repeat |
| 10-10 | Out of Service - Break (Police) |
| 10-11 | Situation Under Control |
| 10-12 | Escort/Transport (Police) |
| 10-13 | Police Needed (Fire) |
| 10-14 | Ambulance Needed |
| 10-15 | Prisoner in Custody (Police) |
| 10-16 | Change Location to _____ (Police) |
| 10-17 | Destination Reached |
| 10-18 | Stand-By @ the Hydrant (Fire) |
| 10-19 | Cancel Assignment/Call |
| 10-20 | Advise Location |
| 10-21 | Any Traffic for Unit |
| 10-22 | No Traffic for Unit |
| 10-23 | Rendezvous with _____ @ _____ |
| 10-25 | Report in Person to _____ |
| 10-26 | Disregard Last Traffic (Police) |
| 10-28 | Check Registration (Police) |
| 10-29 | Check Wanted/Stolen (Police) |
| 10-33 | Emergency Traffic |
| 10-55 | Bomb Threat |
| 10-57 | Arson Investigator Needed |
| 10-65 | Calling out of Service Unit (Police) |
| 10-99 | Fire Investigation (Fire) |
| 10-100 | Request PD-FD Personnel in Danger |
| PX | Telephone |
| 00 | (Double Zero) Officer Needs Help |

## Police Department Dispositions

| Code | Description |
|---|---|
| 51 | Advise Given |
| 52 | Arrest Made |
| 54 | False Complaint |
| 55 | Reports Made |
| 56 | No Report Necessary |
| 57 | Street Cleared |
| 59 | Unable to Locate |
| 62 | Warrant Advised |
| 63 | Citation Issued |
| 64 | Assignment Complete |
| 65 | Stray Dogs Picked Up |
| 66 | Assisted Other Unit |
| 71 | Unit/Supv Cancelled |
| 72 | Desk Cancelled Unit |
| 74 | False Alarm - FANF Left |
| 75 | False Alarm - No FANF |
| 76 | False Alarm - Weather |
| 99 | Other Action Taken |

## Fire Department Dispositions

| Code | Description |
|---|---|
| R | Rescue Run |
| RF | Rescue False |
| RN | Rescue Needless |
| SA | Second Alarm |
| SR | Suppression Rescue |
| TA | Third Alarm |
| W1 | W-1 |
| W2 | W-2 |
| W3 | W-3 |
| SRF | Suppression Res. False |
| SRN | Suppression Res. Needless |
| W1F | W-1 False |
| W1N | W-1 Needless |
| W2F | W-2 False |
| W2N | W-2 Needless |

Aronov/Long
MPD 0005

Aronov/Long
MPD 0006

FIRE/MEDIC Calls

Montgomery Police Department
DATE 08/05/2008
TIME 19:29:45

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 1
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|---|
| 0:56 | CUT E | R92 | 5060 VAUGHN RD | UNKNOWN | YES | 20020002236 | 911 |
| TOTAL INCIDENTS ON 02/08/02: | | 1 | | | | | |
| 2:44 | BT F | E13 | 5060 VAUGHN RD | UNKNOWN | YES | 20020011841 | Oth Agency |
| TOTAL INCIDENTS ON 06/30/02: | | 1 | | | | | |
| 4:11 | CUT E | R92 | 5060 VAUGHN RD | UNKNOWN | YES | 20020012817 | Oth Agency |
| TOTAL INCIDENTS ON 07/14/02: | | 1 | | | | | |
| 4:27 | C14 E | R94 | 5060 VAUGHN RD | UNKNOWN | YES | 20020014058 | Oth Agency |
| TOTAL INCIDENTS ON 08/02/02: | | 1 | | | | | |
| 3:09 | CUT E | R92 | 5060 VAUGHN RD | UNKNOWN | YES | 20020015077 | Oth Agency |
| TOTAL INCIDENTS ON 08/18/02: | | 1 | | | | | |
| 2:48 | HI E | R92 | 5060 VAUGHN RD | UNKNOWN | YES | 20020021021 | 911 |
| 3:15 | DF F Dumpster F | E13 | 5060 VAUGHN RD | UNKNOWN | YES | 20020021023 | 911 |
| TOTAL INCIDENTS ON 11/17/02: | | 2 | | | | | |
| 3:45 | 14 E Code 14 | R92 | 5060 VAUGHN RD | UNKNOWN | YES | 20030002458 | Oth Agency |
| TOTAL INCIDENTS ON 02/09/03: | | 1 | | | | | |
| 4:13 | 14 E Code 14 | R92 | 5060 VAUGHN RD | UNKNOWN | YES | 20030003307 | 911 |
| TOTAL INCIDENTS ON 02/22/03: | | 1 | | | | | |
| 3:35 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 20030006967 | 911 |
| TOTAL INCIDENTS ON 04/19/03: | | 1 | | | | | |
| 2:27 | A55 F 10-55 | E13 | 5060 VAUGHN RD | UNKNOWN | YES | 20030010251 | Oth Agency |
| TOTAL INCIDENTS ON 06/08/03: | | 1 | | | | | |
| 4:09 | 14 E Code 14 | R95 | 5060 VAUGHN RD | AWS,,, | YES | 20030013592 | 911 |
| TOTAL INCIDENTS ON 07/26/03: | | 1 | | | | | |
| 1:24 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 20030019251 | Oth Agency |
| TOTAL INCIDENTS ON 10/18/03: | | 1 | | | | | |
| 3:47 | 14 E Code 14 | R95 | 5060 VAUGHN RD | NEXTEL PARTNERS,INC.,, | YES | 20030020049 | 911 |
| TOTAL INCIDENTS ON 10/31/03: | | 1 | | | | | |

Aronov/Long
MPD 0007

Montgomery Police Department
DATE 08/05/2008
TIME 19:29:45

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE          2
P11321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|---------------------------|----------|--------|-----|-----------|--------|
| 2:44 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200400002488 | Oth Agency |
| TOTAL INCIDENTS ON | 02/08/04: | 1 | | | | | |
| 3:02 | 14 E Code 14 | R92 | 5060 VAUGHN RD | UNKNOWN | YES | 200400004822 | Oth Agency |
| 3:50 | 14 E Code 14 | R92 | 5060 VAUGHN RD | UNKNOWN | YES | 200400004825 | Oth Agency |
| TOTAL INCIDENTS ON | 03/13/04: | 2 | | | | | |
| 2:08 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200400005468 | Oth Agency |
| TOTAL INCIDENTS ON | 03/21/04: | 1 | | | | | |
| 4:47 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200400011302 | 911 |
| TOTAL INCIDENTS ON | 06/12/04: | 1 | | | | | |
| 2:43 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200400013669 | 911 |
| TOTAL INCIDENTS ON | 07/16/04: | 1 | | | | | |
| 4:22 | 6 E Code 6 | R95 | 5060 VAUGHN RD | NEXTEL PARTNERS,INC.,, | YES | 200400014343 | 911 |
| TOTAL INCIDENTS ON | 07/25/04: | 1 | | | | | |
| 4:39 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200400021529 | Oth Agency |
| TOTAL INCIDENTS ON | 10/24/04: | 1 | | | | | |
| 3:43 | 21 E Shjt Down | R95 | 5060 VAUGHN RD | CHRISTOPHER,,, | YES | 200400023983 | 911 |
| TOTAL INCIDENTS ON | 11/28/04: | 1 | | | | | |
| 1:28 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200400024596 | 911 |
| TOTAL INCIDENTS ON | 12/07/04: | 1 | | | | | |
| 3:21 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200400024957 | 911 |
| TOTAL INCIDENTS ON | 12/12/04: | 1 | | | | | |
| 23:57 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200400025898 | Oth Agency |
| TOTAL INCIDENTS ON | 12/24/04: | 1 | | | | | |
| 2:30 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200500000468 | Oth Agency |
| TOTAL INCIDENTS ON | 01/08/05: | 1 | | | | | |
| 4:02 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200500003073 | Oth Agency |
| TOTAL INCIDENTS ON | 02/13/05: | 1 | | | | | |

Aronov/Long
MPD 0008

Montgomery Police Department
DATE 08/05/2008
TIME 19:29:45

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE    3
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|---------------------------|----------|--------|-----|-----------|--------|
| 4:11 | 25A E Code 25 A | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200500003629 | 911 |
| TOTAL INCIDENTS ON | 02/20/05: | 1 | | | | | |
| 0:57 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200500005231 | Oth Agency |
| 3:04 | 14 E Code 14 | R95 | 5060 VAUGHN RD | KIM WALKER,,, | YES | 200500005239 | 911 |
| TOTAL INCIDENTS ON | 03/13/05: | 2 | | | | | |
| 0:49 | A55 F 10-55 | E13 | 5060 VAUGHN RD | PD,,, | YES | 200500011653 | Oth Agency |
| TOTAL INCIDENTS ON | 06/05/05: | 1 | | | | | |
| 23:24 | 14 E Code 14 | R95 | 5060 VAUGHN RD | SECURITY,,, | YES | 200500012232 | 911 |
| TOTAL INCIDENTS ON | 06/11/05: | 1 | | | | | |
| 1:50 | 25A E Code 25 A | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200500013805 | Telephone |
| TOTAL INCIDENTS ON | 07/02/05: | 1 | | | | | |
| 23:11 | 25A E Code 25 A | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200500015625 | Telephone |
| TOTAL INCIDENTS ON | 07/23/05: | 1 | | | | | |
| 4:39 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200500016159 | Oth Agency |
| TOTAL INCIDENTS ON | 07/31/05: | 1 | | | | | |
| 0:24 | 14 E Code 14 | R95 | 5060 VAUGHN RD | OFF WATKINS,,, | YES | 200500020068 | 911 |
| TOTAL INCIDENTS ON | 09/18/05: | 1 | | | | | |
| 3:08 | 14 E Code 14 | R95 | 5060 VAUGHN RD | MONTGOMERY,,, | YES | 200500023839 | 911 |
| TOTAL INCIDENTS ON | 11/05/05: | 1 | | | | | |
| 0:03 | 25A E Code 25 A | R94 | 5060 VAUGHN RD | DERRICK WILSON,,, | YES | 200500025565 | 911 |
| TOTAL INCIDENTS ON | 11/27/05: | 1 | | | | | |
| 23:33 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200600003156 | 911 |
| TOTAL INCIDENTS ON | 02/10/06: | 1 | | | | | |
| 3:13 | 14 E Code 14 | R92 | 5060 VAUGHN RD | RONALD,,, | YES | 200600003814 | 911 |
| TOTAL INCIDENTS ON | 02/19/06: | 1 | | | | | |
| 1:21 | 21 E Shjt Down | R95 | 5060 VAUGHN RD | MARLA MOORE,,, | YES | 200600005453 | 911 |
| TOTAL INCIDENTS ON | 03/11/06: | 1 | | | | | |

Aronov/Long
MPD 0009

```
Montgomery Police Department                           MONTGOMERY, ALABAMA POLICE DEPARTMENT                    PAGE        4
DATE 08/05/2008                                        INCIDENT ANALYSIS REPORT - SUMMARY                      PL1321
TIME 19:29:45                                                                                                  TS009

TIME    INCIDENT TYPE        RESPONDING
                             UNIT & OFFICERS    LOCATION           CALLER                  RPT  INCIDENT #       SOURCE
-----------------------------------------      ---------------    ------------             ---  -----------      ----------
1:25    CANC F Cancelled     U57               5060 VAUGHN RD     UNKNOWN                  NO   200600006033     Oth Agency

TOTAL INCIDENTS ON    03/18/06:        1

0:50      6 E Code 6         R92               5060 VAUGHN RD     UNKNOWN                  YES  200600006114     911
0:50    CANC E Canc                            5060 VAUGHN RD     UNKNOWN                  NO   200600006115     911

TOTAL INCIDENTS ON    03/19/06:        2

22:09   VF F Veh Fire        E13               5060 VAUGHN RD     CALLEN,,,                YES  200600015998     Telephone

TOTAL INCIDENTS ON    07/14/06:        1

23:25     14 E Code 14       R95               5060 VAUGHN RD     THEO,,,                  YES  200600016598     911

TOTAL INCIDENTS ON    07/21/06:        1

2:22      14 E Code 14       R95               5060 VAUGHN RD     UNKNOWN                  YES  200600021251     Oth Agency

TOTAL INCIDENTS ON    09/07/06:        1

1:10      14 E Code 14       R95               5060 VAUGHN RD     JENNIFER ARRINGTON,,,    YES  200600022502     911

TOTAL INCIDENTS ON    10/01/06:        1

16:47    25A E Code 25 A     R95               5060 VAUGHN RD     JAMES HOWELL,,,          YES  200600024062     911

TOTAL INCIDENTS ON    10/19/06:        1

2:33      14 E Code 14       R95               5060 VAUGHN RD     UNKNOWN                  YES  200700021107     Oth Agency

TOTAL INCIDENTS ON    01/28/07:        1

0:34      14 E Code 14       R95               5060 VAUGHN RD     UNKNOWN                  YES  200700022698     Telephone

TOTAL INCIDENTS ON    02/04/07:        1

2:10      14 E Code 14       R95               5060 VAUGHN RD     UNKNOWN                  YES  200700003285     911

TOTAL INCIDENTS ON    02/11/07:        1

2:39      6 E Code 6         R92               5060 VAUGHN RD     UNKNOWN                  YES  200700004455     Oth Agency

TOTAL INCIDENTS ON    02/25/07:        1

9:16      14 E Code 14       R95               5060 VAUGHN RD     REVCO DRUGS #4217,,,     YES  200700006606     911

TOTAL INCIDENTS ON    03/23/07:        1

18:40     21 E Sbit Down     R95               5060 VAUGHN RD     HEIDI,,,                 YES  200700020567     911

TOTAL INCIDENTS ON    08/29/07:        1
```

Montgomery Police Department
DATE 08/05/2008
TIME 19:29:45

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE      5
PLI321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|----------------------------|----------|--------|-----|------------|--------|
| 18:33 | 14 E Code 14 | R95 | 5060 VAUGHN RD | UNKNOWN | YES | 200800006942 | 911 |

TOTAL INCIDENTS ON  03/23/08:      1

TOTALS FOR  AL0031500:      57

GRAND TOTAL:      57

Aronov/Long
MPD 0010

Aronov/Long
MPD 0011

PD 'cous

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT                      PAGE        1
DATE 08/05/2008                                  INCIDENT ANALYSIS REPORT - SUMMARY                        PL1321
TIME 17:37:03                                                                                              TS009
```

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|------|------|------|----------|--------|-----|-----------|--------|
| 0:30 | 25C P 25C | 321 | 248 | 947 | 5060 VAUGHN RD | MR FULLERTON,,, | YES | 200200023315 | 911 |
| TOTAL INCIDENTS ON 01/05/02: | | 1 | | | | | | | |
| 16:53 | 10F P 10F | | | | 5060 VAUGHN RD | UNKNOWN | YES | 200200033740 | Radio |
| TOTAL INCIDENTS ON 01/07/02: | | 1 | | | | | | | |
| 15:15 | 34D P | | | | 5060 VAUGHN RD | UNKNOWN | YES | 200200009277 | |
| TOTAL INCIDENTS ON 01/16/02: | | 1 | | | | | | | |
| 2:19 | 25C P 25C | 320 | 488 | 994 | 5060 VAUGHN RD | SUZANNE HAGBOUND,,, | YES | 200200015427 | 911 |
| TOTAL INCIDENTS ON 01/27/02: | | 1 | | | | | | | |
| 0:09 | 12E P 9 | 148 | 367 | 1202 | 5060 VAUGHN RD | SGT JAY KING,,, | YES | 200200019616 | Telephone |
| 2:23 | 9 P 9 | 320 | 967 | | 5060 VAUGHN RD | UNKNOWN | YES | 200200019659 | 911 |
| 2:46 | 10F P 10F | 318 | 959 | | 5060 VAUGHN RD | UNKNOWN | YES | 200200019667 | Radio |
| TOTAL INCIDENTS ON 02/03/02: | | 3 | | | | | | | |
| 0:57 | 9 P 9 | 320 | 488 | 967 | 5060 VAUGHN RD | UNKNOWN | YES | 200200022523 | 911 |
| TOTAL INCIDENTS ON 02/08/02: | | 1 | | | | | | | |
| 2:32 | 12E P | 320 | 175 | | 5060 VAUGHN RD | MASMASCORRO,MR.,, | YES | 200200023193 | 911 |
| TOTAL INCIDENTS ON 02/09/02: | | 1 | | | | | | | |
| 23:12 | 10F P 10F | 320 | 175 | 1279 | 5060 VAUGHN RD | UNKNOWN | YES | 200200027228 | Radio |
| TOTAL INCIDENTS ON 02/15/02: | | 1 | | | | | | | |
| 4:06 | 4K P | 320 | 175 | 1279 | 5060 VAUGHN RD | MICHELLE WALKER,,, | YES | 200200027993 | 911 |
| TOTAL INCIDENTS ON 02/17/02: | | 1 | | | | | | | |
| 1:09 | 10K P 10F | 319 | 978 | 1020 | 5060 VAUGHN RD | FEINDLY,RODRICK,, | YES | 200200032223 | 911 |
| 2:49 | 10F P 10F | 319 | | | 5060 VAUGHN RD | SEC OFFICER STEVEN,, | YES | 200200032246 | Radio |
| TOTAL INCIDENTS ON 02/24/02: | | 2 | | | | | | | |
| 14:56 | 10F P 10F | 218 | 950 | 1172 | 5060 VAUGHN RD | UNKNOWN | YES | 200200033716 | Radio |
| TOTAL INCIDENTS ON 02/26/02: | | 1 | | | | | | | |
| 4:10 | 29 P 29 | 321 | 1141 | | 5060 VAUGHN RD | JOSH MOONEY,,, | YES | 200200036582 | 911 |
| TOTAL INCIDENTS ON 03/03/02: | | 1 | | | | | | | |
| 12:25 | 11B P 11B | 118 | 402 | | 5060 VAUGHN RD | SIU CENT.,,, | NO | 200200038992 | Priv Alarm |
| TOTAL INCIDENTS ON 03/01/02: | | 1 | | | | | | | |

Aronov/Long
MPD 0012

```
Montgomery Police Department
DATE 08/05/2008                                                                        PAGE    2
TIME 17:37:03                                                                          PL1321
                                                                                       TS009
                       MONTGOMERY, ALABAMA POLICE DEPARTMENT
                          INCIDENT ANALYSIS REPORT - SUMMARY
```

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|------|------|----------|--------|-----|-----------|--------|
| 2:27 | 9 P 9 | 318 | 005 | 1170 5060 VAUGHN RD | QUINTON SMITH,,, | YES | 200200040828 | 911 |
| **TOTAL INCIDENTS ON 03/10/02: 1** | | | | | | | | |
| 3:43 | A25 P 10-25 | 319 | 1 | 5060 VAUGHN RD | SENTINAL PATROL,,, | NO | 200200049439 | Telephone |
| **TOTAL INCIDENTS ON 03/23/02: 1** | | | | | | | | |
| 1:23 | A25 P 10-25 | 319 | 915 | 5060 VAUGHN RD | TEDDY SMITH,,, | NO | 200200053998 | 911 |
| 2:02 | 10F P 10F | 322 | 825 | 5060 VAUGHN RD | UNKNOWN | YES | 200200054018 | Radio |
| 2:21 | 21 P 21 | 320 | 1020 | 5060 VAUGHN RD | GS,,, | YES | 200200054020 | Radio |
| **TOTAL INCIDENTS ON 03/30/02: 3** | | | | | | | | |
| 12:08 | 12F P 12F | | | 5060 VAUGHN RD | UNKNOWN | YES | 200200058195 | Telephone |
| **TOTAL INCIDENTS ON 04/05/02: 1** | | | | | | | | |
| 3:38 | 10F P 10F | 319 | 967 | 5060 VAUGHN RD | UNKNOWN | YES | 200200069066 | Radio |
| **TOTAL INCIDENTS ON 04/21/02: 1** | | | | | | | | |
| 2:39 | 25C P 25C | 320 | 1137 | 5060 VAUGHN RD | TRAVIS ARMSTRONG,,, | YES | 200200073733 | Telephone |
| **TOTAL INCIDENTS ON 04/28/02: 1** | | | | | | | | |
| 22:56 | 10F P 10F | 319 | 983 | 5060 VAUGHN RD | UNKNOWN | YES | 200200086060 | Radio |
| **TOTAL INCIDENTS ON 05/15/02: 1** | | | | | | | | |
| 1:47 | 26C P 26C | 319 | 413 | 5060 VAUGHN RD | CALLEN BUTLER,,, | YES | 200200086929 | Telephone |
| **TOTAL INCIDENTS ON 05/17/02: 1** | | | | | | | | |
| 1:39 | 10F P 10F | 320 | 183 | 5060 VAUGHN RD | UNKNOWN | YES | 200200091568 | Radio |
| **TOTAL INCIDENTS ON 05/24/02: 1** | | | | | | | | |
| 3:18 | 4X P | 317 | 860 | 1338 5060 VAUGHN RD | JOHN WILLIAMS,,, | YES | 200200093151 | 911 |
| **TOTAL INCIDENTS ON 05/26/02: 1** | | | | | | | | |
| 1:08 | 12D P 12D | SC2 | 1051 | 1339 5060 VAUGHN RD | SHAON,,, | YES | 200200102340 | 911 |
| 2:55 | 9 P 9 | 321 | | 5060 VAUGHN RD | UNKNOWN | YES | 200200102377 | Radio |
| 3:17 | 9 P 9 | 318 | | 5060 VAUGHN RD | UNKNOWN | YES | 200200102383 | 911 |
| 3:50 | 10X P | 318 | 967 | 1196 5060 VAUGHN RD | UNKNOWN | YES | 200200102398 | Radio |
| **TOTAL INCIDENTS ON 06/08/02: 4** | | | | | | | | |
| 3:38 | 22 P 22 | 320 | 183 | 5060 VAUGHN RD | DAVIS,CHRIS,, | YES | 200200106536 | 911 |
| **TOTAL INCIDENTS ON 06/14/02: 1** | | | | | | | | |

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 3
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RFT INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|
| 4:51 | 9 P 9 | 319 | 5060 VAUGHN RD | UNKNOWN | YES 200200107976 | 911 |
| 21:03 | 10H P 9 | | 5060 VAUGHN RD | BUTLER,,, | YES 200200108316 | 911 |
| TOTAL INCIDENTS ON 06/16/02: | | 2 | | | | |
| 0:15 | 25C P 25C | I491 | 5060 VAUGHN RD | UNKNOWN | YES 200200111813 | Radio |
| TOTAL INCIDENTS ON 06/22/02: | | 1 | | | | |
| 1:30 | 10F P 10F | 149 | 5060 VAUGHN RD | UNKNOWN | YES 200200112477 | Radio |
| TOTAL INCIDENTS ON 06/23/02: | | 1 | | | | |
| 12:56 | 25C P 25C | 044 | 5060 VAUGHN RD | I491,,, | YES 200200114013 | Radio |
| TOTAL INCIDENTS ON 06/25/02: | | 1 | | | | |
| 1:30 | 25C P 25C | 320 | 5060 VAUGHN RD | THOMPSON,,, | YES 200200116439 | 911 |
| TOTAL INCIDENTS ON 06/29/02: | | 1 | | | | |
| 2:42 | A50 P | 322 | 5060 VAUGHN RD | ANONYMOUS,,, | YES 200200117102 | 911 |
| 4:39 | 3I P | 321 | 5060 VAUGHN RD | STRICK FORCE,CAPTAIN PAGE | YES 200200117135 | 911 |
| TOTAL INCIDENTS ON 06/30/02: | | 2 | | | | |
| 2:19 | 26C P 26C | 320 | 5060 VAUGHN RD | MR GRAINVILLE,,, | YES 200200126895 | 911 |
| 4:03 | 9 P 9 | 319 | 5060 VAUGHN RD | UNKNOWN | YES 200200126927 | Telephone |
| TOTAL INCIDENTS ON 07/14/02: | | 2 | | | | |
| 2:06 | 12E P | 316 | 5060 VAUGHN RD | UNKNOWN | YES 200200135762 | 911 |
| 2:38 | 10F P 10F | 321 | 5060 VAUGHN RD | UNKNOWN | YES 200200135776 | Radio |
| TOTAL INCIDENTS ON 07/27/02: | | 2 | | | | |
| 4:21 | 12D P 12D | 306 | 5060 VAUGHN RD | CATHERY OBRAY,,, | YES 200200139936 | Telephone |
| TOTAL INCIDENTS ON 08/02/02: | | 1 | | | | |
| 0:25 | 10F P 10F | 330 | 5060 VAUGHN RD | UNKNOWN | YES 200200140647 | Radio |
| 3:49 | 10X P | 319 | 5060 VAUGHN RD | TONY WEATCHFORD,,, | YES 200200140744 | Telephone |
| TOTAL INCIDENTS ON 08/03/02: | | 2 | | | | |
| 18:18 | 34D P | | 5060 VAUGHN RD | UNKNOWN | YES 200200141736 | Telephone |
| TOTAL INCIDENTS ON 08/04/02: | | 1 | | | | |
| 0:08 | 12E P | 149 | 5060 VAUGHN RD | EDDIE,,, | YES 200200144739 | Telephone |
| TOTAL INCIDENTS ON 08/09/02: | | 1 | | | | |

Aronov/Long
MPD 0013

Aronov/Long
MPD 0014

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 4
PA1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|------------|------|----------|--------|-----|------------|--------|
| 4:17 | 12E P | 319 | | 5060 VAUGHN RD | EDDIE,,, | YES | 200200146342 | Radio |
| 4:26 | 10F P 10F | 320 | | 5060 VAUGHN RD | LUDWIG FRANCILLON,,, | YES | 200200146346 | 911 |
| TOTAL INCIDENTS ON 08/11/02: | | | 2 | | | | | |
| 0:45 | 10F P 10F | 318 | 998 | 5060 VAUGHN RD | UNKNOWN | YES | 200200149408 | Radio |
| 2:10 | 4K P | 525 | | 5060 VAUGHN RD | UNKNOWN | YES | 200200149431 | Radio |
| 2:19 | 4K P | | | 5060 VAUGHN RD | WARREN HARRINGTON,,, | YES | 200200149432 | 911 |
| TOTAL INCIDENTS ON 08/16/02: | | | 3 | | | | | |
| 3:07 | 9 P 9 | 318 | | 5060 VAUGHN RD | UNKNOWN | YES | 200200150883 | Radio |
| TOTAL INCIDENTS ON 08/18/02: | | | 1 | | | | | |
| 1:37 | 10F P 10F | 323 | | 5060 VAUGHN RD | UNKNOWN | YES | 200200155627 | Radio |
| TOTAL INCIDENTS ON 08/25/02: | | | 1 | | | | | |
| 3:45 | 10F P 10F | 317 | 1020 | 5060 VAUGHN RD | UNKNOWN | YES | 200200159755 | Radio |
| 4:25 | 12E P | 319 | | 5060 VAUGHN RD | WESSON,EDDIE,, | YES | 200200159767 | Telephone |
| TOTAL INCIDENTS ON 08/31/02: | | | 2 | | | | | |
| 5:20 | A25 P 10-25 | 320 | 183 | 5060 VAUGHN RD | TINA THOMAS,,, | NO | 200200168812 | 911 |
| TOTAL INCIDENTS ON 09/13/02: | | | 1 | | | | | |
| 0:08 | 12E P | 321 | 1077 | 5060 VAUGHN RD | WILSON,, | YES | 200200175168 | 911 |
| 2:00 | 12E P | 320 | | 5060 VAUGHN RD | WARE,ROBERT,, | YES | 200200175220 | 911 |
| 2:43 | A15 P 10-15 | 077 | | 5060 VAUGHN RD | UNKNOWN | NO | 200200175250 | Radio |
| TOTAL INCIDENTS ON 09/22/02: | | | 3 | | | | | |
| 2:11 | 12E P | 505 | 1051 | 5060 VAUGHN RD | UNKNOWN | YES | 200200178729 | Radio |
| 2:13 | 25C P 25C | 321 | | 5060 VAUGHN RD | STEWART GIBSON,,, | YES | 200200178730 | 911 |
| TOTAL INCIDENTS ON 09/27/02: | | | 2 | | | | | |
| 8:52 | 10F P 10F | 108 | 1292 | 5060 VAUGHN RD | UNKNOWN | YES | 200200179646 | Radio |
| TOTAL INCIDENTS ON 09/28/02: | | | 1 | | | | | |
| 0:32 | 10F P 10F | 318 | 883 | 5060 VAUGHN RD | UNKNOWN | YES | 200200183657 | Radio |
| TOTAL INCIDENTS ON 10/04/02: | | | 1 | | | | | |
| 1:45 | 4K P | 309 | 1051 | 5060 VAUGHN RD | HARRIS,MOLLY,, | YES | 200200202083 | 911 |
| TOTAL INCIDENTS ON 11/01/02: | | | 1 | | | | | |
| 0:06 | 10F P 10F | 319 | 1143 | 5060 VAUGHN RD | UNKNOWN | YES | 200200208011 | Radio |
| 3:39 | 12E P | 319 | | 5060 VAUGHN RD | TONY EVANS,,, | YES | 200200208115 | Telephone |

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 5
PL1321
TS009

Aronov/Long
MPD 0015

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|
| **TOTAL INCIDENTS ON 11/10/02:** | | 1 | | | | |
| 2:36 | 10I P | 319   2 | 1180   5060 VAUGHN RD | UNKNOWN | YES 200200208673 | Radio |
| **TOTAL INCIDENTS ON 11/11/02:** | | 1 | | | | |
| 4:37 | 10F P 10F | 141   883 | 5060 VAUGHN RD | UNKNOWN | YES 200200209927 | Radio |
| **TOTAL INCIDENTS ON 11/13/02:** | | 1 | | | | |
| 3:42 | 34D P | 321   1051 | 5060 VAUGHN RD | UNKNOWN | YES 200200211270 | Radio |
| **TOTAL INCIDENTS ON 11/15/02:** | | 1 | | | | |
| 1:56 | 10F P 10F | 148   1009 | 5060 VAUGHN RD | GRISSETT,ROYCE,, | YES 200200211932 | 911 |
| **TOTAL INCIDENTS ON 11/16/02:** | | 4 | | | | |
| 2:47 | 9 P 9 | 321   1020 | 5060 VAUGHN RD | UNKNOWN | YES 200200212529 | 911 |
| | 10F P 10F | | 1442   5060 VAUGHN RD | ALLTEL WIRELESS,,, | YES 200200212530 | 911 |
| 3:19 | 10F P 10F | 307   379 | 1201   5060 VAUGHN RD | UNKNOWN | YES 200200212542 | Radio |
| 4:21 | 12E P | 318   998 | 5060 VAUGHN RD | FD57,,, | YES 200200212563 | Radio |
| **TOTAL INCIDENTS ON 11/17/02:** | | 4 | | | | |
| 23:44 | 10F P 10F | 320   183 | 1297   5060 VAUGHN RD | UNKNOWN | YES 200200215641 | Radio |
| **TOTAL INCIDENTS ON 11/21/02:** | | 1 | | | | |
| 0:07 | 10F P 10F | 320   959 | 5060 VAUGHN RD | JONES,,ANTHONY,,, | YES 200200221224 | 911 |
| 4:14 | 10K P | 307   1085 | 5060 VAUGHN RD | | YES 200200221299 | Telephone |
| **TOTAL INCIDENTS ON 12/01/02:** | | 2 | | | | |
| 23:52 | 8 P 8 | 320   183 | 1264   5060 VAUGHN RD | JASON MCDONALD,,, | YES 200200224184 | Telephone |
| **TOTAL INCIDENTS ON 12/05/02:** | | 1 | | | | |
| 3:29 | 10K P | 319   683 | 5060 VAUGHN RD | PAGE,,, | YES 200200224244 | Telephone |
| **TOTAL INCIDENTS ON 12/06/02:** | | 1 | | | | |
| 2:19 | 12A P | 318   1143 | 1341   5060 VAUGHN RD | UNK,,, | YES 200200225477 | 911 |
| **TOTAL INCIDENTS ON 12/08/02:** | | 1 | | | | |
| 1:45 | 8 P 8 | 319   683 | 5060 VAUGHN RD | CHRIS JOHNSON,,, | YES 200200228518 | 911 |
| 2:22 | 10F P 10F | 321   1051 | 5060 VAUGHN RD | UNKNOWN | YES 200200228528 | Radio |
| **TOTAL INCIDENTS ON 12/13/02:** | | 2 | | | | |
| 3:16 | 10F P 10F | 319   683 | 5060 VAUGHN RD | UNKNOWN | YES 200200229295 | Radio |

Aronov/Long
MPD 0016

Montgomery Police Department
DATE 08/05/2006
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 6
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|----------------------------|----------|--------|-----|------------|--------|
| **TOTAL INCIDENTS ON 12/14/02: 1** | | | | | | | |
| 0:34 | 12D P 12D | 321 | 1341 5060 VAUGHN RD | AZURE,,, | YES | 200200233019 | 911 |
| 3:18 | 8 P 8 | 318 005 | 1294 5060 VAUGHN RD | JASON MCDONALD,,, | YES | 200200233067 | 911 |
| **TOTAL INCIDENTS ON 12/20/02: 2** | | | | | | | |
| 1:13 | 10F P 10F | 319 1275 | 1279 5060 VAUGHN RD | UNKNOWN | YES | 200200233792 | Radio |
| **TOTAL INCIDENTS ON 12/21/02: 1** | | | | | | | |
| 0:07 | 12E P | 319 683 | 5060 VAUGHN RD | BURNETT,,, | YES | 200200237938 | 911 |
| **TOTAL INCIDENTS ON 12/28/02: 1** | | | | | | | |
| 2:47 | 10F P 10F | 319 683 | 5060 VAUGHN RD | UNKNOWN | YES | 200200238589 | Radio |
| **TOTAL INCIDENTS ON 12/29/02: 1** | | | | | | | |
| 1:36 | 10F P 10F | 326 408 | 5060 VAUGHN RD | UNKNOWN | YES | 200300000011 | Radio |
| 3:09 | 4V P 4V | 319 683 | 5060 VAUGHN RD | ROBERT LEWIS,,, | YES | 200300000067 | 911 |
| 3:28 | 4V P 4V | 322 379 | 5060 VAUGHN RD | PARHAM,ASHLEY,, | YES | 200300000079 | 911 |
| **TOTAL INCIDENTS ON 01/01/03: 3** | | | | | | | |
| 4:00 | 29 29 | 319 683 | 5060 VAUGHN RD | TERRY,,, | YES | 200300001257 | Telephone |
| **TOTAL INCIDENTS ON 01/03/03: 1** | | | | | | | |
| 2:11 | 10U P 10U | 319 683 | 1222 5060 VAUGHN RD | UNKNOWN | YES | 200300002530 | Radio |
| 3:24 | A25 P 10-25 | 320 1143 | 5060 VAUGHN RD | QUINTNA,JOHN,, | NO | 200300002555 | 911 |
| 3:36 | 10U P 10U | 320 1143 | 5060 VAUGHN RD | UNKNOWN | YES | 200300002558 | Radio |
| **TOTAL INCIDENTS ON 01/05/03: 3** | | | | | | | |
| 3:23 | 12U P 12U | 208 883 | 5060 VAUGHN RD | ANTHONY EVANS,,, | YES | 200300006768 | Telephone |
| 3:53 | 10M P 10M | 147 922 | 5060 VAUGHN RD | UNKNOWN | YES | 200300006775 | Radio |
| **TOTAL INCIDENTS ON 01/12/03: 2** | | | | | | | |
| 12:33 | 10U P 10U | | 5060 VAUGHN RD | UNKNOWN | YES | 200300011545 | Telephone |
| **TOTAL INCIDENTS ON 01/20/03: 1** | | | | | | | |
| 1:27 | A25 P 10-25 | 319 1197 | 5060 VAUGHN RD | STEPHANIE HARPER,,, | NO | 200300015126 | 911 |
| 5:16 | 4V P 4V | 323 1222 | 5060 VAUGHN RD | NATASHA,,, | YES | 200300015189 | 911 |
| **TOTAL INCIDENTS ON 01/26/03: 2** | | | | | | | |
| 13:50 | 12U P 12U | | 5060 VAUGHN RD | UNKNOWN | YES | 200300018280 | Radio |
| **TOTAL INCIDENTS ON 01/31/03: 1** | | | | | | | |

Aronov/Long
MPD 0017

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:02

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE    7
PLJ321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|---|
| 3:40 | 7 P 7 | 320 183 | 5060 VAUGHN RD | JOHN THORNELL,,, | YES | 200300022387 | 911 |
| TOTAL INCIDENTS ON 02/07/03: | | 1 | | | | | |
| 3:01 | 12U P 12U | 306 1246 | 5060 VAUGHN RD | UNKNOWN | YES | 200300023550 | 911 |
| 3:43 | 10U P 10U | 308 361 | 5060 VAUGHN RD | MARVIN SANCHEZ,,, | YES | 200300023559 | Telephone |
| 3:56 | 10U P 10U | 308 361 | 5060 VAUGHN RD | UNKNOWN | YES | 200300023564 | Radio |
| TOTAL INCIDENTS ON 02/09/03: | | 3 | | | | | |
| 2:42 | 7 P 7 | 319 1246 | 5060 VAUGHN RD | CHRIS JOHNSON,,, | YES | 200300027120 | 911 |
| 2:54 | 10U P 10U | 320 361 | 5060 VAUGHN RD | UNKNOWN | YES | 200300027128 | Radio |
| TOTAL INCIDENTS ON 02/15/03: | | 2 | | | | | |
| 12:08 | 10M P 10M | 121 429 | 1289 5060 VAUGHN RD | MELVIN PAINE,,, | YES | 200300028007 | Telephone |
| TOTAL INCIDENTS ON 02/16/03: | | 1 | | | | | |
| 4:14 | 10U P 10U | 319 1210 | 5060 VAUGHN RD | UNKNOWN | YES | 200300031388 | 911 |
| TOTAL INCIDENTS ON 02/22/03: | | 1 | | | | | |
| 1:45 | 12U P 12U | 319 1230 | 5060 VAUGHN RD | THORNELL,,, | YES | 200300032023 | Telephone |
| 2:06 | 12U P 12U | 306 902 | 1306 5060 VAUGHN RD | UNKNOWN | YES | 200300032029 | Radio |
| 4:57 | 10U P 10U | 319 1230 | 5060 VAUGHN RD | UNKNOWN | YES | 200300032076 | Radio |
| TOTAL INCIDENTS ON 02/23/03: | | 3 | | | | | |
| 8:54 | 10U P 10U | 322 1156 | 5060 VAUGHN RD | UNKNOWN | YES | 200300032628 | Radio |
| TOTAL INCIDENTS ON 02/24/03: | | 1 | | | | | |
| 1:37 | 10L P 10L | 318 005 | 1347 5060 VAUGHN RD | UNKNOWN | YES | 200300034946 | 911 |
| 2:35 | 10U P 10U | 319 1228 | 1352 5060 VAUGHN RD | CHRISTOPHER,,, | YES | 200300034961 | Telephone |
| TOTAL INCIDENTS ON 02/28/03: | | 2 | | | | | |
| 1:48 | 12U P 12U | 319 1170 | 5060 VAUGHN RD | JOHN THORNELL,,, | YES | 200300040242 | Telephone |
| 4:34 | 12U P 12U | 319 1170 | 5060 VAUGHN RD | NAEEMAH SMITH,,, | YES | 200300040291 | 911 |
| TOTAL INCIDENTS ON 03/08/03: | | 2 | | | | | |
| 1:35 | 10U P 10U | 322 1156 | 5060 VAUGHN RD | DAVIS,,, | YES | 200300040950 | Telephone |
| TOTAL INCIDENTS ON 03/09/03: | | 1 | | | | | |
| 3:01 | 4V P 4V | 319 1170 | 1294 5060 VAUGHN RD | WHITTE,BRIAN,, | YES | 200300044441 | Telephone |
| TOTAL INCIDENTS ON 03/14/03: | | 1 | | | | | |
| 2:49 | 12U P 12U | 319 1170 | 1294 5060 VAUGHN RD | UNKNOWN | YES | 200300045941 | Telephone |
| TOTAL INCIDENTS ON 03/16/03: | | 1 | | | | | |

Montgomery Police Department
DATE 06/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 8
PL1121
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|------|------|------|----------|--------|-----|-----------|--------|
| 3:15 | 10U P 10U | 321 | 1222 | | 5060 VAUGHN RD | JAY / SEC.,,, | YES | 200300050188 | 911 |
| TOTAL INCIDENTS ON 03/22/03: | | | 1 | | | | | | |
| 3:14 | 12U P 12U | 319 | 088 | | 5060 VAUGHN RD | JOHN,,, | YES | 200300050913 | Telephone |
| TOTAL INCIDENTS ON 03/23/03: | | | 1 | | | | | | |
| 11:57 | 11B P 11B | 121 | 429 | | 5060 VAUGHN RD | 105/SILENT SENTRY,,, | NO | 200300051719 | Telephone |
| TOTAL INCIDENTS ON 03/24/03: | | | 1 | | | | | | |
| 1:47 | 12U P 12U | 308 | 1228 | 1385 | 5060 VAUGHN RD | THORNELL,SANDY,, | YES | 200300054225 | Telephone |
| 2:26 | 12U P 12U | 320 | 1256 | | 5060 VAUGHN RD | THORNELL,JOHN,, | YES | 200300054234 | Telephone |
| TOTAL INCIDENTS ON 03/28/03: | | | 2 | | | | | | |
| 2:37 | 12U P 12U | 307 | 1339 | | 5060 VAUGHN RD | PAGE,,, | YES | 200300055028 | Telephone |
| TOTAL INCIDENTS ON 03/29/03: | | | 1 | | | | | | |
| 4:01 | 9 P 9 | 320 | 1228 | | 5060 VAUGHN RD | UNKNOWN | YES | 200300055654 | Telephone |
| TOTAL INCIDENTS ON 03/30/03: | | | 1 | | | | | | |
| 0:42 | 11B P 11B | 318 | 883 | 1420 | 5060 VAUGHN RD | UNKNOWN | NO | 200300056149 | Priv Alarm |
| TOTAL INCIDENTS ON 03/31/03: | | | 1 | | | | | | |
| 23:49 | 12U P 12U | 319 | 1442 | | 5060 VAUGHN RD | PARKER,ANGELA,, | YES | 200300058933 | 911 |
| TOTAL INCIDENTS ON 04/03/03: | | | 1 | | | | | | |
| 4:07 | 12U P 12U | 320 | 1296 | | 5060 VAUGHN RD | SURE,,, | YES | 200300060586 | Telephone |
| TOTAL INCIDENTS ON 04/06/03: | | | 1 | | | | | | |
| 12:07 | 10L P 10L | 119 | 291 | | 5060 VAUGHN RD | REVCO DRUGS #4217,,, | YES | 200300064255 | 911 |
| TOTAL INCIDENTS ON 04/11/03: | | | 1 | | | | | | |
| 2:55 | 10U P 10U | 320 | 1314 | 1420 | 5060 VAUGHN RD | SOPO,,, | YES | 200300064829 | Telephone |
| TOTAL INCIDENTS ON 04/12/03: | | | 1 | | | | | | |
| 1:25 | 25C P 25C | 320 | 1222 | | 5060 VAUGHN RD | UNKNOWN | YES | 200300069959 | Radio |
| 3:35 | 12U P 12U | 320 | 1222 | | 5060 VAUGHN RD | ADAON,WADE,, | YES | 200300070012 | 911 |
| TOTAL INCIDENTS ON 04/19/03: | | | 2 | | | | | | |
| 1:48 | 12U P 12U | 319 | 959 | 1417 | 5060 VAUGHN RD | SOTO,,, | YES | 200300075522 | Telephone |
| TOTAL INCIDENTS ON 04/27/03: | | | 1 | | | | | | |

Aronov/Long
MPD 0018

Aronov/Long
MPD 0019

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 9
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| 23:47 | 12U P 12U | 317 | 1201 | 1462 | 5060 VAUGHN RD | RUSSELL,,, | YES | 200300079893 | Telephone |
| TOTAL INCIDENTS ON 05/02/03: | | | 1 | | | | | | |
| 3:49 | 12U P 12U | 319 | 1196 | | 5060 VAUGHN RD | SOTO,,, | YES | 200300080019 | Telephone |
| TOTAL INCIDENTS ON 05/03/03: | | | 1 | | | | | | |
| 21:14 | 10U P 10U | 320 | 1228 | | 5060 VAUGHN RD | UNKNOWN | YES | 200300081995 | Telephone |
| TOTAL INCIDENTS ON 05/05/03: | | | 1 | | | | | | |
| 3:34 | 10U P 10U | 320 | | | 5060 VAUGHN RD | UNKNOWN | YES | 200300084576 | 911 |
| TOTAL INCIDENTS ON 05/09/03: | | | 1 | | | | | | |
| 3:16 | 12U P 12U | 317 | 1201 | 1462 | 5060 VAUGHN RD | SOTO,,, | YES | 200300085424 | Telephone |
| 3:46 | 10U P 10U | 321 | 361 | | 5060 VAUGHN RD | UNKNOWN | YES | 200300085432 | Radio |
| TOTAL INCIDENTS ON 05/10/03: | | | 2 | | | | | | |
| 1:07 | 12U P 12U | 307 | 1318 | 1339 | 5060 VAUGHN RD | SOTO,,, | YES | 200300090729 | Telephone |
| 2:08 | 10U P 10U | 308 | 1256 | 1297 | 5060 VAUGHN RD | UNKNOWN | YES | 200300090767 | Radio |
| 3:29 | 10U P 10U | 307 | 1318 | 1339 | 5060 VAUGHN RD | UNKNOWN | YES | 200300090803 | Radio |
| 4:07 | 10U P 10U | 319 | 1442 | | 5060 VAUGHN RD | UNKNOWN | YES | 200300090815 | Radio |
| TOTAL INCIDENTS ON 05/17/03: | | | 4 | | | | | | |
| 3:33 | 12F P 12F | 318 | 879 | 1246 | 5060 VAUGHN RD | UNKNOWN | YES | 200300091564 | 911 |
| TOTAL INCIDENTS ON 05/18/03: | | | 1 | | | | | | |
| 23:04 | 4V P 4V | 319 | 1143 | 1296 | 5060 VAUGHN RD | DEXTER WATTS,,, | YES | 200300092820 | Telephone |
| TOTAL INCIDENTS ON 05/19/03: | | | 1 | | | | | | |
| 4:34 | 10U P 10U | 320 | 1297 | | 5060 VAUGHN RD | UNKNOWN | YES | 200300096880 | Radio |
| TOTAL INCIDENTS ON 05/25/03: | | | 1 | | | | | | |
| 0:32 | A25 P 10-25 | 318 | 005 | 1441 | 5060 VAUGHN RD | THORNELL,,, | NO | 200300100468 | Telephone |
| 1:15 | 12U P 12U | 319 | 1318 | 1339 | 5060 VAUGHN RD | JOHN THORNELL,,, | YES | 200300100495 | Telephone |
| TOTAL INCIDENTS ON 05/30/03: | | | 2 | | | | | | |
| 3:16 | 12U P 12U | 318 | 005 | 1441 | 5060 VAUGHN RD | SOTO,,, | YES | 200300101362 | Telephone |
| 3:56 | 23 P 23 | 318 | 005 | 1441 | 5060 VAUGHN RD | SMITH,,, | YES | 200300101380 | 911 |
| TOTAL INCIDENTS ON 05/31/03: | | | 2 | | | | | | |
| 1:47 | 12U P 12U | 319 | 572 | 1143 | 5060 VAUGHN RD | THORNELL,,, | YES | 200300102157 | Telephone |
| 3:49 | 4V P 4V | 308 | 278 | 1427 | 5060 VAUGHN RD | TABATHA TAYLOR,,, | YES | 200300102202 | 911 |
| TOTAL INCIDENTS ON 06/01/03: | | | 2 | | | | | | |

Aronov/Long
MPD 0020

Montgomery Police Department
DATE 09/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE      10
PLL321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | LOCATION | | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|------|------|----------|------|--------|-----|-----------|--------|
| 3:14 | 12U P 12U | | | 5060 VAUGHN RD | | NEXTEL PARTNERS,INC.,,, | YES | 200300107739 | 911 |
| 5:00 | A65 P 10-55 | | | 5060 VAUGHN RD | | STOP N GO EXPRESS,,, | YES | 200300107175 | 911 |
| 22:24 | 10U P 10U | 320 | 1297 | 5060 VAUGHN RD | | UNKNOWN | YES | 200300107706 | Radio |
| **TOTAL INCIDENTS ON 06/08/03:** | | | 3 | | | | | | |
| 0:06 | 10U P 10U | 319 | 572 | 5060 VAUGHN RD | 1143 | UNKNOWN | YES | 200300109302 | Radio |
| **TOTAL INCIDENTS ON 06/11/03:** | | | 1 | | | | | | |
| 3:18 | 12M P 12M | 1266 | 1266 | 5060 VAUGHN RD | | UNKNOWN | YES | 200300112452 | Radio |
| 20:40 | 10L P 10L | 230 | 466 | 5060 VAUGHN RD | | UNKNOWN | YES | 200300112896 | 911 |
| **TOTAL INCIDENTS ON 06/15/03:** | | | 2 | | | | | | |
| 2:52 | 10P P 10P | 319 | 1339 | 5060 VAUGHN RD | | UNKNOWN | YES | 200300116070 | Radio |
| **TOTAL INCIDENTS ON 06/20/03:** | | | 1 | | | | | | |
| 3:55 | 10U P 10U | 1226 | 1226 | 5060 VAUGHN RD | | UNKNOWN | YES | 200300117669 | Radio |
| **TOTAL INCIDENTS ON 06/22/03:** | | | 1 | | | | | | |
| 1:19 | 10M P 10M | 319 | 1228 | 5060 VAUGHN RD | 1314 | COURTNEY,,, | YES | 200300128295 | 911 |
| 2:02 | 10U P 10U | 319 | 1228 | 5060 VAUGHN RD | 1314 | UNKNOWN | YES | 200300128294 | Radio |
| 2:04 | 10M P 10M | 316 | 959 | 5060 VAUGHN RD | 1435 | MONROE,,, | YES | 200300128318 | 911 |
| 2:04 | 10M P 10M | 316 | 959 | 5060 VAUGHN RD | 1435 | UNKNOWN | YES | 200300128320 | Radio |
| **TOTAL INCIDENTS ON 07/06/03:** | | | 4 | | | | | | |
| 3:42 | 10U P 10U | | | 5060 VAUGHN RD | | UNKNOWN | YES | 200300132053 | Radio |
| **TOTAL INCIDENTS ON 07/11/03:** | | | 1 | | | | | | |
| 8:17 | 10U P 10U | 119 | 1017 | 5060 VAUGHN RD | | ROBERT BLEDSOE,,, | YES | 200300132974 | Telephone |
| **TOTAL INCIDENTS ON 07/12/03:** | | | 1 | | | | | | |
| 3:23 | 10U P 10U | 320 | 1246 | 5060 VAUGHN RD | 1391 | JOSH,,, | YES | 200300137287 | 911 |
| **TOTAL INCIDENTS ON 07/18/03:** | | | 1 | | | | | | |
| 2:27 | 10U P 10U | 322 | 879 | 5060 VAUGHN RD | 1384 | SGT JEROME PERSON,,, | YES | 200300143191 | Telephone |
| 3:05 | 10U P 10U | 308 | 361 | 5060 VAUGHN RD | | UNKNOWN | YES | 200300143213 | Radio |
| 4:09 | 10U P 10U | 319 | 361 | 5061 VAUGHN RD | | UNKNOWN | YES | 200300143233 | Radio |
| **TOTAL INCIDENTS ON 07/26/03:** | | | 3 | | | | | | |
| 1:36 | 10U P 10U | 34 | | 5060 VAUGHN RD | | UNKNOWN | YES | 200300179403 | Radio |
| 3:55 | 34 P 34 | | | 5060 VAUGHN RD | | UNKNOWN | YES | 200300180934 | Radio |
| **TOTAL INCIDENTS ON 09/14/03:** | | | 2 | | | | | | |

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE      11
PL1121
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|---------------------------|----------|--------|-----|-----------|--------|
| 15:16 | 25C P 25C | 283        011 | 5060 VAUGHN RD | NICHOL POWERS... | YES | 200300183265 | 911 |
| TOTAL INCIDENTS ON 09/19/03: | | 1 | | | | | |
| 3:17 | 9 P 9 | 319        1297 | 1526 5060 VAUGHN RD | UNKNOWN | YES | 200300192760 | 911 |
| TOTAL INCIDENTS ON 10/03/03: | | 1 | | | | | |
| 2:59 | 22 P 22 | 319        088 | 5060 VAUGHN RD | UNKNOWN | YES | 200300193498 | Radio |
| TOTAL INCIDENTS ON 10/04/03: | | 1 | | | | | |
| 18:40 | 10U P 10U | | 5060 VAUGHN RD | UNKNOWN | YES | 200300204614 | Oth Agency |
| TOTAL INCIDENTS ON 10/20/03: | | 1 | | | | | |
| 3:57 | 10U P 10U | 329        447 | 5060 VAUGHN RD | UNKNOWN | YES | 200300207675 | Radio |
| TOTAL INCIDENTS ON 10/25/03: | | 1 | | | | | |
| 1:51 | 10U P 10U | 277        1328 | 5060 VAUGHN RD | UNKNOWN | YES | 200300208339 | Radio |
| TOTAL INCIDENTS ON 10/26/03: | | 1 | | | | | |
| 3:47 | A25 P 10-25 | 320        1294 | 1439 5060 VAUGHN RD | DAN... | NO | 200300211741 | Telephone |
| TOTAL INCIDENTS ON 10/31/03: | | 1 | | | | | |
| 4:18 | 10P P 10P | 319        1294 | 5060 VAUGHN RD | UNKNOWN | YES | 200300221573 | Radio |
| TOTAL INCIDENTS ON 11/14/03: | | 1 | | | | | |
| 23:56 | 10U P 10U | 319        1352 | 5060 VAUGHN RD | UNKNOWN | YES | 200300222942 | Radio |
| TOTAL INCIDENTS ON 11/15/03: | | 1 | | | | | |
| 0:04 | 25C P 25C | 309        1201 | 1424 5060 VAUGHN RD | WILLIE BENNET ION... | YES | 200300222947 | 911 |
| 0:30 | 10U P 10U | 319        1352 | 5060 VAUGHN RD | UNKNOWN | YES | 200300222963 | Radio |
| TOTAL INCIDENTS ON 11/16/03: | | 2 | | | | | |
| 15:16 | 10U P 10U | | 5060 VAUGHN RD | UNKNOWN | YES | 200300224054 | Telephone |
| TOTAL INCIDENTS ON 11/17/03: | | 1 | | | | | |
| 1:27 | 10U P 10U | 308        1307 | 1318 5060 VAUGHN RD | UNKNOWN | YES | 200300227311 | Radio |
| TOTAL INCIDENTS ON 11/22/03: | | 1 | | | | | |
| 3:17 | 9 P 9 | 319        1424 | 1427 5060 VAUGHN RD | UNKNOWN | YES | 200300228048 | Radio |
| TOTAL INCIDENTS ON 11/23/03: | | 1 | | | | | |

Aronov/Long
MPD 0021

Aronov/Long
MPD 0022

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT                           PAGE      12
DATE 08/05/2008                                      INCIDENT ANALYSIS REPORT - SUMMARY                        PL1321
TIME 17:37:03                                                                                                  TS009
```

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|-----------------------------|----------|--------|-----|-----------|--------|
| 1:53 | 12U P 12U | 322 | 1347 | 5060 VAUGHN RD | KENNETH BARNETTS,,, | YES | 200300231154 | 911 |
| TOTAL INCIDENTS ON | 11/28/03: | | | | | | | |
| 4:37 | 10U P 10U | 319 | 1289 | 5060 VAUGHN RD | UNKNOWN | YES | 200300231858 | Radio |
| TOTAL INCIDENTS ON | 11/29/03: | | | | | | | |
| 22:50 | 10U P 10U | 319 | 1289 | 5060 VAUGHN RD | UNKNOWN | YES | 200300236527 | Telephone |
| TOTAL INCIDENTS ON | 12/05/03: | | | | | | | |
| 1:47 | 10U P 10U | 319 | 1309 | 5060 VAUGHN RD | ID 248,,, | YES | 200300246301 | Radio |
| TOTAL INCIDENTS ON | 12/20/03: | | | | | | | |
| 4:12 | 10U P 10U | 320 | 1439 | 5060 VAUGHN RD | UNKNOWN | YES | 200300250083 | Radio |
| TOTAL INCIDENTS ON | 12/26/03: | | | | | | | |
| 0:54 | A25 P 10-25 | 319 | 1424 | 5060 VAUGHN RD | WILL FIKELU,,, | NO | 200400001963 | 911 |
| TOTAL INCIDENTS ON | 01/04/04: | | | | | | | |
| 1:23 | 12F P 12F | 321 | 1289 | 5060 VAUGHN RD | UNKNOWN | YES | 200400010332 | 911 |
| 2:49 | 10M P 10M | 308 | 278 | 5060 VAUGHN RD | KESHA,,, | YES | 200400010374 | 911 |
| TOTAL INCIDENTS ON | 01/17/04: | | 2 | | | | | |
| 3:00 | 12U P 12U | 320 | 879 | 5060 VAUGHN RD | PEREZ,NORMAN,, | YES | 200400014909 | Telephone |
| TOTAL INCIDENTS ON | 01/24/04: | | 1 | | | | | |
| 0:33 | 25C P 25C | 319 | 361 | 5060 VAUGHN RD | DEMETRIC,,, | YES | 200400015486 | 911 |
| TOTAL INCIDENTS ON | 01/25/04: | | 1 | | | | | |
| 1:34 | 12U P 12U | 308 | 278 | 5060 VAUGHN RD | UNKNOWN | YES | 200400019309 | 911 |
| TOTAL INCIDENTS ON | 01/31/04: | | 1 | | | | | |
| 3:36 | 10U P 10U | 308 | 1318 | 5060 VAUGHN RD | UNKNOWN | YES | 200400023935 | Radio |
| TOTAL INCIDENTS ON | 02/07/04: | | 1 | | | | | |
| 2:45 | 12U P 12U | 319 | 361 | 5060 VAUGHN RD | GAMBLE,,, | YES | 200400024539 | 911 |
| 4:57 | 8 P 8 | 319 | 361 | 5060 VAUGHN RD | UNKNOWN | YES | 200400024571 | 911 |
| TOTAL INCIDENTS ON | 02/08/04: | | 2 | | | | | |
| 2:56 | 9 P 9 | 320 | 1310 | 5060 VAUGHN RD | UNKNOWN | YES | 200400038209 | Radio |
| TOTAL INCIDENTS ON | 02/29/04: | | 1 | | | | | |

Aronov/Long
MPD 0023

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 13
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|------|------|----------|--------|-----|-----------|--------|
| 1:00 | 12U P 12U | 319 | 088 | 5060 VAUGHN RD | GOMEZ,JOSEPH,, | YES | 200400041573 | 911 |
| TOTAL INCIDENTS ON 03/05/04: | | | 1 | | | | | |
| 5:00 | 10U P 10U | 335 | 278 | 967 5060 VAUGHN RD | UNKNOWN | YES | 200400042446 | Radio |
| TOTAL INCIDENTS ON 03/06/04: | | | 1 | | | | | |
| 2:13 | 10U P 10U | 318 | 1275 | 5060 VAUGHN RD | UNKNOWN | YES | 200400043111 | Radio |
| 3:58 | A25 P 10-25 | 319 | 1330 | 5060 VAUGHN RD | SMITH,VICKI,, | NO | 200400043137 | 911 |
| TOTAL INCIDENTS ON 03/07/04: | | | 2 | | | | | |
| 2:59 | 9 P 9 | 308 | 088 | 1400 5060 VAUGHN RD | UNKNOWN | YES | 200400047293 | 911 |
| 3:59 | 10U P 10U | 318 | 1275 | 5060 VAUGHN RD | UNKNOWN | YES | 200400047310 | Radio |
| TOTAL INCIDENTS ON 03/13/04: | | | 2 | | | | | |
| 9:37 | 12U P 12U | 119 | 732 | 1535 5060 VAUGHN RD | MAY,ODARIUS,, | YES | 200400048145 | 911 |
| TOTAL INCIDENTS ON 03/14/04: | | | 1 | | | | | |
| 4:33 | 9 P 9 | 317 | 1469 | 1503 5060 VAUGHN RD | UNKNOWN | YES | 200400057290 | 911 |
| TOTAL INCIDENTS ON 03/27/04: | | | 1 | | | | | |
| 2:45 | 10U P 10U | 319 | 1330 | 5060 VAUGHN RD | UNKNOWN | YES | 200400061960 | Radio |
| TOTAL INCIDENTS ON 04/03/04: | | | 1 | | | | | |
| 3:37 | 26C P 26C | 320 | 088 | 5060 VAUGHN RD | UNKNOWN | YES | 200400062636 | Radio |
| TOTAL INCIDENTS ON 04/04/04: | | | 1 | | | | | |
| 3:26 | 12U P 12U | 319 | 1330 | 5060 VAUGHN RD | UNKNOWN | YES | 200400065264 | 911 |
| TOTAL INCIDENTS ON 04/09/04: | | | 1 | | | | | |
| 2:54 | 34 P 34 | 320 | 088 | 5060 VAUGHN RD | UNKNOWN | YES | 200400072061 | Radio |
| TOTAL INCIDENTS ON 04/17/04: | | | 1 | | | | | |
| 2:41 | 10U P 10U | 1395 | | 5060 VAUGHN RD | UNKNOWN | YES | 200400072852 | Radio |
| TOTAL INCIDENTS ON 04/18/04: | | | 1 | | | | | |
| 22:09 | 26C P 26C | 281 | 013 | 5060 VAUGHN RD | WOODLEY,CHARLES,, | YES | 200400074801 | 911 |
| TOTAL INCIDENTS ON 04/20/04: | | | 1 | | | | | |
| 3:49 | 12U P 12U | 319 | 1330 | 1289 5060 VAUGHN RD | UNKNOWN | YES | 200400076390 | Radio |
| TOTAL INCIDENTS ON 04/23/04: | | | 1 | | | | | |

Aronov/Long
MPD 0024

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 14
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | | LOCATION | | CALLER | RPT INCIDENT # | SOURCE |
|------|---------------|-----|------|------|----------|------|--------|----------------|--------|
| 3:53 | 9 P 9 | 318 | | 1275 | 5060 VAUGHN RD | 1518 | ALLTEL WIRELESS,,, | YES 200400091463 | 911 |
| **TOTAL INCIDENTS ON 05/14/04:** | | | | 1 | | | | | |
| 2:02 | 23 P 23 | 319 | 088 | | 5060 VAUGHN RD | 1511 | BRANCH, ANGEL,, | YES 200400096525 | 911 |
| 4:22 | 12U P 12U | 318 | | 1275 | 5060 VAUGHN RD | | UNKNOWN | YES 200400096559 | Radio |
| **TOTAL INCIDENTS ON 05/21/04:** | | | | 2 | | | | | |
| 3:48 | 25C P 25C | 319 | | 1330 | 5060 VAUGHN RD | | MOORE,,, | YES 200400097373 | 911 |
| 16:25 | 10U P 10U | | | | 5060 VAUGHN RD | | UNKNOWN | YES 200400097698 | Oth Agency |
| **TOTAL INCIDENTS ON 05/22/04:** | | | | 2 | | | | | |
| 1:26 | 25C P 25C | 1395 | | 2 | 5060 VAUGHN RD | | UNKNOWN | YES 200400102317 | Radio |
| **TOTAL INCIDENTS ON 05/29/04:** | | | | 1 | | | | | |
| 2:01 | 27 P 27 | 119 | | 1180 | 5060 VAUGHN RD | | JOAN DILLARD,,, | NO 200400107181 | 911 |
| 9:44 | 10M P 10M | | | | 5060 VAUGHN RD | | BRENDA BURTON,,, | YES 200400107308 | 911 |
| **TOTAL INCIDENTS ON 06/05/04:** | | | | 2 | | | | | |
| 1:14 | 26C P 26C | 319 | | 1532 | 5060 VAUGHN RD | | JOESPH,STEPHEN,, | YES 200400111300 | 911 |
| **TOTAL INCIDENTS ON 06/11/04:** | | | | 1 | | | | | |
| 4:48 | 21 P 21 | 317 | | 1307 | 5060 VAUGHN RD | 1526 | UNKNOWN | YES 200400112135 | Telephone |
| **TOTAL INCIDENTS ON 06/12/04:** | | | | 1 | | | | | |
| 23:41 | 12U P 12U | 319 | | 1532 | 5060 VAUGHN RD | | THOMPSON,DENEITRA,, | YES 200400116252 | 911 |
| **TOTAL INCIDENTS ON 06/17/04:** | | | | 1 | | | | | |
| 0:56 | 12U P 12U | 319 | | 1532 | 5060 VAUGHN RD | | UNKNOWN | YES 200400116293 | Radio |
| 1:44 | 9 P 9 | 320 | 879 | | 5060 VAUGHN RD | | UNKNOWN | YES 200400116316 | Radio |
| **TOTAL INCIDENTS ON 06/18/04:** | | | | 2 | | | | | |
| 2:48 | 10U P 10U | 336 | 943 | | 5060 VAUGHN RD | 1337 | UNKNOWN | YES 200400117855 | Radio |
| **TOTAL INCIDENTS ON 06/20/04:** | | | | 1 | | | | | |
| 23:47 | 10U P 10U | 445 | 009 | | 5060 VAUGHN RD | | UNKNOWN | YES 200400121397 | Radio |
| **TOTAL INCIDENTS ON 06/24/04:** | | | | 1 | | | | | |
| 2:17 | 25C P 25C | 319 | | 1330 | 5060 VAUGHN RD | | LEON PATE,,, | YES 200400122239 | 911 |
| **TOTAL INCIDENTS ON 06/26/04:** | | | | 1 | | | | | |
| 23:57 | 10U P 10U | 335 | 133 | | 5060 VAUGHN RD | | UNKNOWN | YES 200400132124 | Radio |

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT          PAGE      15
DATE 08/05/2008                                 INCIDENT ANALYSIS REPORT - SUMMARY            PL1321
TIME 17.37.03                                                                                 TS009

                            RESPONDING
TIME    INCIDENT TYPE       UNIT & OFFICERS          LOCATION              CALLER              RPT INCIDENT #    SOURCE
-----   -------------       ---------------          --------              ------              --------------    ------

TOTAL INCIDENTS ON 07/08/04:   1
2:44    9 P 9               320         1526         5060 VAUGHN RD        UNKNOWN             YES 200400137314  911

TOTAL INCIDENTS ON 07/16/04:   1
0:04    A25 P 10-25         308         1533         5060 VAUGHN RD        THOMAS,,,           NO  200400138065  911

TOTAL INCIDENTS ON 07/17/04:   1
3:24    12U P 12U           320         1532         5060 VAUGHN RD        SPRINT PCS WIRELESS,,,  YES 200400143821  911
4:20    6 P 6               307         1382         5060 VAUGHN RD        MARCUM,,,           YES 200400143838  911
4:22    6 P 6                                        5060 VAUGHN RD        POF COOPER,,,       YES 200400143839  911

TOTAL INCIDENTS ON 07/25/04:   3
2:26    12U P 12U           320         1533         5060 VAUGHN RD        PERNELL,,,          YES 200400152460  Telephone

TOTAL INCIDENTS ON 08/06/04:   1
4:25    25C P 25C           320         1533         5060 VAUGHN RD        GILLEPIE,,,         YES 200400153976  Telephone
5:31    10U P 10U           320         1533         5060 VAUGHN RD        UNKNOWN             YES 200400153987  Radio

TOTAL INCIDENTS ON 08/08/04:   2
2:52    10U P 10U           308         361          5060 VAUGHN RD        UNKNOWN             YES 200400157479  911

TOTAL INCIDENTS ON 08/13/04:   1
3:58    12U P 12U           308         361          5060 VAUGHN RD        MILES,LASHONDA,,    YES 200400158325  911
4:03    10U P 10U           318         1275         5060 VAUGHN RD        UNKNOWN             YES 200400158327  Radio
11:59   11B P 11B           120         239     1563 5060 VAUGHN RD        SILENT SENTRY/110,,, NO 200400158495  Priv Alarm

TOTAL INCIDENTS ON 08/14/04:   3
1:09    12U P 12U           308         1469         5060 VAUGHN RD        GREEN,,,            YES 200400163926  911
4:04    10U P 10U           320         1526         5060 VAUGHN RD        UNKNOWN             YES 200400163987  Radio

TOTAL INCIDENTS ON 08/22/04:   2
22:56   10P P 10P           309         1230    1596 5060 VAUGHN RD        DAVE PATTON,,,      YES 200400168170  911

TOTAL INCIDENTS ON 08/27/04:   1
3:47    10M P 10M           335         088          5060 VAUGHN RD        UNKNOWN             YES 200400168311  Radio
10:24   34 P 34                                      5060 VAUGHN RD        UNKNOWN             YES 200400168474  Telephone

TOTAL INCIDENTS ON 08/28/04:   2
2:32    26C P 26C           320         1508         5060 VAUGHN RD        FRAN MARQUARDT,,,   YES 200400173396  911
2:52    12U P 12U           320         1508         5060 VAUGHN RD        SANDY THORNELL,,,   YES 200400173406  Telephone
3:15    12U P 12U           320         1508         5060 VAUGHN RD        JIMIE,,,            YES 200400173416  911
```

Aronov/Long
MPD 0025

Case 2:07-cv-00881-WKW-WC     Document 65-4     Filed 08/25/2008     Page 27 of 44

Montgomery Police Department
DATE 08/05/2008
TIME 17.37.03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 16
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|----------------------------|----------|--------|-----|-----------|--------|
| | TOTAL INCIDENTS ON 09/04/04: | 3 | | | | | |
| 3:51 | 12U P 12U | 320 | 5060 VAUGHN RD | BLAIN,,, | YES | 200400178348 | 911 |
| | TOTAL INCIDENTS ON 09/11/04: | 1 | | | | | |
| 21:06 | 7 P 7 | 217 | 1484 5060 VAUGHN RD | TIM BROUGHTON,,, | YES | 200400184627 | 911 |
| | TOTAL INCIDENTS ON 09/17/04: | 1 | | | | | |
| 1:58 | 12U P 12U | 319 | 5060 VAUGHN RD | JAMIE,,, | YES | 200400184887 | Telephone |
| | TOTAL INCIDENTS ON 09/18/04: | 1 | | | | | |
| 12:45 | 11B P 11B | 119 | 5060 VAUGHN RD | SILENT SENTRY/108,,, | NO | 200400186108 | Telephone |
| | TOTAL INCIDENTS ON 09/19/04: | 1 | | | | | |
| 15:33 | 10U P 10U | 427 | 5060 VAUGHN RD | UNKNOWN | YES | 200400194529 | Radio |
| | TOTAL INCIDENTS ON 10/01/04: | 1 | | | | | |
| 0:30 | 26C P 26C | 308 | 5060 VAUGHN RD | HENSON,BRENT,, | YES | 200400194881 | 911 |
| | TOTAL INCIDENTS ON 10/02/04: | 1 | | | | | |
| 1:54 | A25 P 10-25 | 318 | 5060 VAUGHN RD | GILESPIE,,, | NO | 200400199738 | 911 |
| 3:57 | 32 P 32 | | 5060 VAUGHN RD | CHRIS,,, | YES | 200400199774 | 911 |
| 17:07 | 4V P 4V | | 5060 VAUGHN RD | UNKNOWN | YES | 200400200108 | Oth Agency |
| | TOTAL INCIDENTS ON 10/09/04: | 3 | | | | | |
| 4:14 | 10U P 10U | 319 | 5060 VAUGHN RD | MEANS,,, | YES | 200400208194 | 911 |
| 23:28 | 12U P 12U | 317 | 5060 VAUGHN RD | JAMIE,,, | YES | 200400208835 | Telephone |
| | TOTAL INCIDENTS ON 10/22/04: | 2 | | | | | |
| 4:22 | 9 P 9 | 319 | 5060 VAUGHN RD | UNKNOWN | YES | 200400209580 | Telephone |
| | TOTAL INCIDENTS ON 10/24/04: | 1 | | | | | |
| 6:49 | 22 P 22 | 119 | 5060 VAUGHN RD | UNKNOWN | YES | 200400213788 | 911 |
| | TOTAL INCIDENTS ON 10/30/04: | 1 | | | | | |
| 3:09 | 25C P 25C | 320 | 5060 VAUGHN RD | JAMIE,,, | YES | 200400214497 | Telephone |
| | TOTAL INCIDENTS ON 10/31/04: | 1 | | | | | |
| 1:58 | A25 P 10-25 | 320 | 5060 VAUGHN RD | THORNELL,,, | NO | 200400218768 | Telephone |
| 7:31 | 10U P 10U | 119 | 5060 VAUGHN RD | UNKNOWN | YES | 200400218883 | Radio |
| | TOTAL INCIDENTS ON 11/06/04: | 2 | | | | | |

Aronov/Long
MPD 0026

Aronov/Long
MPD 0027

```
Montgomery Police Department                        MONTGOMERY, ALABAMA POLICE DEPARTMENT                        PAGE    17
DATE 08/05/2008                                     INCIDENT ANALYSIS REPORT - SUMMARY                          PL1321
TIME 17:37:03                                                                                                   TS009
                          RESPONDING
TIME   INCIDENT TYPE      UNIT & OFFICERS      LOCATION              CALLER              RPT INCIDENT #        SOURCE
------ ---------------    ---------------      -----------------     ---------------     -------------------   ---------
1:32   10U P 10U          319       1504       5060 VAUGHN RD        CRISHUN BAILEY,,,   YES 200400219477      Telephone

TOTAL INCIDENTS ON 11/07/04:              1

1:31   12U P 12U          317                  5060 VAUGHN RD        JAMIE,,,            YES 200400223463      911
3:41   10P P 10P          320                  5060 VAUGHN RD        UNKNOWN             YES 200400223545      Radio
4:19   23  P 23           319                  5060 VAUGHN RD        RASHON CARTER,,,    YES 200400223556      Telephone
4:43   12U P 12U                               5060 VAUGHN RD        KNIGHT,,,           YES 200400223566      911

TOTAL INCIDENTS ON 11/13/04:              4

3:56   25C P 25C          320                  5060 VAUGHN RD        DARRYL ANDERSON,,,  YES 200400224271      Telephone

TOTAL INCIDENTS ON 11/14/04:              1

1:42   12U P 12U          319                  5060 VAUGHN RD        UNKNOWN             YES 200400228362      911
2:13   10M P 10M          318                  5060 VAUGHN RD        LATOYA DUNKLIN,,,   YES 200400228380      Telephone

TOTAL INCIDENTS ON 11/20/04:              2

2:33   9   P 9            307                  5060 VAUGHN RD        UNKNOWN             YES 200400232775      Radio

TOTAL INCIDENTS ON 11/27/04:              1

2:38   12U P 12U          317      1563        5060 VAUGHN RD        JAMIE,,,            YES 200400233380      Telephone
3:41   21  P 21           322                  5060 VAUGHN RD        UNKNOWN             YES 200400233403      911
4:20   A25 P 10-25        308                  5060 VAUGHN RD        JIMMY SMITH,,,      NO  200400233408      911
5:19   12U P 12U          308                  5060 VAUGHN RD        UNKNOWN             YES 200400233421      Telephone

TOTAL INCIDENTS ON 11/28/04:              4

0:32   A25 P 10-25        320                  5060 VAUGHN RD        UNKNOWN             NO  200400237368      Telephone
2:39   10M P 10M          319                  5060 VAUGHN RD        JAMIE,,,            YES 200400237402      911
3:59   12U P 12U          319                  5060 VAUGHN RD        UNKNOWN             YES 200400237425      Radio

TOTAL INCIDENTS ON 12/04/04:              3

1:25   9   P 9            320                  5060 VAUGHN RD        UNKNOWN             YES 200400239260      Telephone
15:23  10U P 10U                               5060 VAUGHN RD        UNKNOWN             YES 200400239626      Telephone

TOTAL INCIDENTS ON 12/07/04:              2

1:55   12U P 12U          319                  5060 VAUGHN RD        GILLESPIE,,,        YES 200400242256      Telephone

TOTAL INCIDENTS ON 12/11/04:              1

3:22   12U P 12U          319                  5060 VAUGHN RD        SECURITY PAIGE,,,   YES 200400242990      911

TOTAL INCIDENTS ON 12/12/04:              1

2:19   25C P 25C          319                  5060 VAUGHN RD        OFC YALE,,,         YES 200400245553      Radio

TOTAL INCIDENTS ON 12/16/04:              1
```

Aronov/Long
MPD 0028

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE   18
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | LOCATION | | CALLER | RPT | INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| 2:45 | 12U P 12U | 319 | 1511 | 5060 VAUGHN RD | | JAMIE.,, | YES | 200400247018 | Telephone |
| 3:11 | 25C P 25C | 319 | 1511 | 5060 VAUGHN RD | | MAURICE.,, | YES | 200400247023 | Telephone |
| TOTAL INCIDENTS ON 12/18/04: | | | 2 | | | | | | |
| 23:55 | 12U P 12U | 319 | 1550 | 5060 VAUGHN RD | | WILL.,, | YES | 200400251510 | Telephone |
| TOTAL INCIDENTS ON 12/24/04: | | | 1 | | | | | | |
| 0:27 | 12U P 12U | 319 | 1550 | 5060 VAUGHN RD | | THORNELL.,, | YES | 200400251519 | Telephone |
| TOTAL INCIDENTS ON 12/25/04: | | | 1 | | | | | | |
| 23:36 | 12U P 12U | 319 | 759 | 5060 VAUGHN RD | | THORNELL,JOHN,, | YES | 200400255837 | 911 |
| TOTAL INCIDENTS ON 12/31/04: | | | 1 | | | | | | |
| 4:02 | 12U P 12U | 320 | 1536 | 5060 VAUGHN RD | | JOHN THORNELL.,, | YES | 200500000183 | Telephone |
| 6:53 | 10U P 10U | 119 | 879 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500000230 | Radio |
| TOTAL INCIDENTS ON 01/01/05: | | | 2 | | | | | | |
| 3:30 | 6 P 6 | 319 | 379 | 5060 VAUGHN RD | | CELEBRATIONS.,, | YES | 200500000880 | 911 |
| TOTAL INCIDENTS ON 01/02/05: | | | 1 | | | | | | |
| 0:23 | 12U P 12U | 319 | 759 | 5060 VAUGHN RD | | GILLESPIE.,, | YES | 200500005066 | Telephone |
| 2:30 | A25 P 10-25 | 320 | 1563 | 5060 VAUGHN RD | | GILLESPE.,, | NO | 200500005120 | Oth Agency |
| 3:23 | 12U P 12U | 320 | 1563 | 5060 VAUGHN RD | | THORNELL,SANDY,, | YES | 200500005136 | 911 |
| TOTAL INCIDENTS ON 01/08/05: | | | 3 | | | | | | |
| 2:11 | 25C P 25C | 318 | 967 | 5060 VAUGHN RD | | SEC OFF PAGE.,, | YES | 200500005767 | Telephone |
| TOTAL INCIDENTS ON 01/09/05: | | | 1 | | | | | | |
| 1:44 | 10U P 10U | 320 | 959 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500009950 | Radio |
| 4:55 | 4V P 4V | 308 | 1529 | 5060 VAUGHN RD | | DUSTIN OWENS.,, | YES | 200500010020 | 911 |
| TOTAL INCIDENTS ON 01/15/05: | | | 2 | | | | | | |
| 3:22 | 10U P 10U | 335 | 1384 | 5060 VAUGHN RD | | JAMIE GILLESPIE.,, | YES | 200500010699 | Telephone |
| TOTAL INCIDENTS ON 01/16/05: | | | 1 | | | | | | |
| 1:04 | A25 P 10-25 | 318 | 1514 | 1563 | 5060 VAUGHN RD | CORY METTS.,, | NO | 200500014456 | Telephone |
| TOTAL INCIDENTS ON 01/22/05: | | | 1 | | | | | | |
| 3:13 | 12U P 12U | 320 | 1424 | 5060 VAUGHN RD | | JOHN THORNELL.,, | YES | 200500019764 | Telephone |
| TOTAL INCIDENTS ON 01/30/05: | | | 1 | | | | | | |

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE        19
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|---|
| 4:12 | 12U P 12U | 320 | 1536 | 5060 VAUGHN RD | UNKNOWN | YES | 200500023620 | 911 |
| TOTAL INCIDENTS ON 02/05/05: | | | 1 | | | | | |
| 2:34 | 12U P 12U | 321 | 1429 | 5060 VAUGHN RD | THORNELL,,, | YES | 200500024292 | 911 |
| TOTAL INCIDENTS ON 02/06/05: | | | 1 | | | | | |
| 1:15 | 10U P 10U | 320 | 1549 | 5060 VAUGHN RD | UNKNOWN | YES | 200500027746 | Radio |
| TOTAL INCIDENTS ON 02/11/05: | | | 1 | | | | | |
| 1:24 | 8 P 8 | 319 | 1504 | 5060 VAUGHN RD | DAVID    SECURITY AT,,, | YES | 200500028503 | Telephone |
| 3:11 | 12U P 12U | 318 | 1511 | 5060 VAUGHN RD | UNKNOWN | YES | 200500028538 | 911 |
| TOTAL INCIDENTS ON 02/12/05: | | | 2 | | | | | |
| 3:32 | A23 P 10-23 | 337 | 1580 | 1716 5060 VAUGHN RD | UNKNOWN | YES | 200500029229 | Radio |
| TOTAL INCIDENTS ON 02/13/05: | | | 1 | | | | | |
| 1:14 | 10U P 10U | 307 | 1511 | 5060 VAUGHN RD | UNKNOWN | YES | 200500033344 | Radio |
| 3:21 | 12U P 12U | 318 | 1384 | 5060 VAUGHN RD | JOHN THORNELL,,, | YES | 200500033393 | Telephone |
| 4:47 | 10U P 10U | 320 | 1552 1526 | 5060 VAUGHN RD | UNKNOWN | YES | 200500033412 | Radio |
| 21:07 | A25 P 10-25 | 223 | 1698 1593 | 5060 VAUGHN RD | MR MCGEHEE,,, | NO | 200500033864 | Telephone |
| TOTAL INCIDENTS ON 02/19/05: | | | 4 | | | | | |
| 4:10 | 9 P 9 | 321 | 1429 | 1504 5060 VAUGHN RD | UNKNOWN | YES | 200500034104 | Telephone |
| TOTAL INCIDENTS ON 02/20/05: | | | 1 | | | | | |
| 2:09 | 10U P 10U | 320 | 1504 | 943 5060 VAUGHN RD | UNKNOWN | YES | 200500038961 | Telephone |
| 3:35 | 10U P 10U | 318 | 1337 | 5060 VAUGHN RD | JAMIE,,, | YES | 200500039000 | 911 |
| TOTAL INCIDENTS ON 02/27/05: | | | 2 | | | | | |
| 23:43 | 10U P 10U | 308 | 1536 | 5060 VAUGHN RD | UNKNOWN | YES | 200500042286 | Radio |
| TOTAL INCIDENTS ON 03/03/05: | | | 1 | | | | | |
| 2:12 | 10U P 10U | 319 | 1536 | 1604 5060 VAUGHN RD | UNKNOWN | YES | 200500048001 | Radio |
| 2:51 | 10U P 10U | 319 | 1536 | 1604 5060 VAUGHN RD | UNKNOWN | YES | 200500048017 | Radio |
| TOTAL INCIDENTS ON 03/12/05: | | | 2 | | | | | |
| 0:51 | 9 P 9 | 318 | 1385 | 1680 5060 VAUGHN RD | REFUSE NAME  NO NAME,,, | YES | 200500048780 | 911 |
| 2:56 | 9 P 9 | 320 | 1429 | 5060 VAUGHN RD | UNKNOWN | YES | 200500048847 | Telephone |
| 3:18 | 23 P 23 | 305 | 1698 | 5060 VAUGHN RD | UNKNOWN | YES | 200500048854 | Radio |
| TOTAL INCIDENTS ON 03/13/05: | | | 3 | | | | | |
| 1:46 | A15 P 10-15 | 319 | 1429 | 5060 VAUGHN RD | UNKNOWN | NO | 200500053068 | Radio |

Aronov/Long
MPD 0029

```
Montgomery Police Department                     MONTGOMERY, ALABAMA POLICE DEPARTMENT                    PAGE    22
DATE 08/05/2008                                  INCIDENT ANALYSIS REPORT - SUMMARY                       PL1321
TIME 17:37:03                                                                                             TS009

                              RESPONDING
TIME   INCIDENT TYPE      UNIT & OFFICERS        LOCATION                   CALLER             RPT  INCIDENT #      SOURCE
-----  ----------------   ---------------        ----------------------     --------------     ---  ------------    --------
23:18  10U P 10U               319        1314   5060 VAUGHN      RD        UNKNOWN            YES  200500119991   Radio

TOTAL INCIDENTS ON  06/17/05:     1

1:53   10U P 10U               320        1532   5060 VAUGHN      RD        UNKNOWN            YES  200500120097   Radio
3:40   A25 P 10-25             321        1550   5060 VAUGHN      RD        SECURITY CLARK,,   NO   200500120442   Telephone
19:45  10U P 10U               266        1236   5060 VAUGHN      RD        UNKNOWN            YES  200500120648   Radio
22:05  10U P 10U               236        1541   5060 VAUGHN      RD        UNKNOWN            YES  200500120759   Radio
22:13  10U P 10U               237        1601   5060 VAUGHN      RD        UNKNOWN            YES  200500120767   Radio

TOTAL INCIDENTS ON  06/18/05:     5

1:17   10U P 10U               319        1347   5060 VAUGHN      RD        UNKNOWN            YES  200500120894   Radio
1:39   10U P 10U               319        1347   5060 VAUGHN      RD        SCOTT,,            YES  200500120907   911
1:51   A25 P 10-25             336        1550   5060 VAUGHN      RD        UNKNOWN            NO   200500120915   Radio
22:09  10U P 10U               238        1558   5060 VAUGHN      RD        UNKNOWN            YES  200500121443   Radio
22:49  10U P 10U               319        1259   5060 VAUGHN      RD        UNKNOWN            YES  200500121460   Radio

TOTAL INCIDENTS ON  06/19/05:     5

1:19   10U P 10U               320        1532   5060 VAUGHN      RD        UNKNOWN            YES  200500127523   Radio

TOTAL INCIDENTS ON  06/28/05:     1

21:20  10U P 10U               208        1524   5060 VAUGHN      RD        UNKNOWN            YES  200500129672   Radio

TOTAL INCIDENTS ON  06/30/05:     1

1:25   12U P 12U               307        1592   5060 VAUGHN      RD        WASHINGTON,,       YES  200500130664   911
1:44   25C P 25C               307        1592   5060 VAUGHN      RD        UNKNOWN            YES  200500130679   Radio
1:50   25A P 25A                                 5060 VAUGHN      RD        UNKNOWN            YES  200500130684   Telephone

TOTAL INCIDENTS ON  07/02/05:     3

0:48   A25 P 10-25             308        1318   5060 VAUGHN      RD        PAISLY VAUGHN,,    NO   200500137125   911

TOTAL INCIDENTS ON  07/10/05:     1

22:52  25C P 25C               307        1384   5060 VAUGHN      RD        RYAN,,            YES  200500141819   911

TOTAL INCIDENTS ON  07/15/05:     1

2:08   10U P 10U               325        237    5060 VAUGHN      RD        UNKNOWN            YES  200500141939   Radio
21:24  10U P 10U               220        1321   5060 VAUGHN      RD        UNKNOWN            YES  200500142505   Radio

TOTAL INCIDENTS ON  07/16/05:     2

0:34   12U P 12U               237        1592   5060 VAUGHN      RD        RYAN,,            YES  200500142642   Telephone
0:46   10U P 10U               308        1592   5060 VAUGHN      RD        UNKNOWN            YES  200500142649   Radio
2:35   12U P 12U               308               5060 VAUGHN      RD        RYAN,,            YES  200500142700   Telephone

TOTAL INCIDENTS ON  07/17/05:     3
```

Aronov/Long
MPD 0030

Montgomery Police Department  
DATE 08/05/2008  
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT  
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 23  
PL1321  
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT INCIDENT # | SOURCE |
|------|---------------|-----------------------------|----------|--------|----------------|--------|
| 13:27 | 10U P 10U | 423 | 5060 VAUGHN RD | UNKNOWN | YES 200500146586 | Radio |
| **TOTAL INCIDENTS ON 07/22/05:** | | **1** | | | | |
| 2:09 | 10U P 10U | 319 | 5060 VAUGHN RD | BARBARA WATKINS/SEC.,, | YES 200500147142 | |
| 14:00 | 10U P 10U | 1504 | 5060 VAUGHN RD | UNKNOWN | YES 200500149371 | 911 |
| 23:10 | 25A P 25A | 319 | 5060 VAUGHN RD | UNKNOWN | YES 200500147763 | Telephone |
| **TOTAL INCIDENTS ON 07/23/05:** | | **3** | | | | |
| 3:41 | 32 P 32 | 318 | 5060 VAUGHN RD | JEROME MILLER,,, | YES 200500147919 | 911 |
| 13:13 | 10U P 10U | 1421 | 5060 VAUGHN RD | UNKNOWN | YES 200500148149 | 911 |
| **TOTAL INCIDENTS ON 07/24/05:** | | **2** | | | | |
| 0:34 | 8 P 8 | 331 367 | 5060 VAUGHN RD | JACQUES MITCHELL,,, | YES 200500152232 | 911 |
| **TOTAL INCIDENTS ON 07/30/05:** | | **1** | | | | |
| 0:01 | 12U P 12U | 306 1318 | 5060 VAUGHN RD | SPRINTPCS.,, | YES 200500152886 | 911 |
| 1:31 | A25 P 10-25 | 319 1504 | 5060 VAUGHN RD | DAVE MEEK.,, | YES 200500152927 | Telephone |
| 2:18 | A25 P 10-25 | 319 1504 | 5060 VAUGHN RD | MR MONTGOMERY,,, | NO 200500152946 | Telephone |
| 3:25 | 10U P 10U | 319 1504 | 5060 VAUGHN RD | UNKNOWN | YES 200500152969 | Radio |
| 4:28 | 10U P 10U | 318 1424 | 5060 VAUGHN RD | UNKNOWN | YES 200500152989 | Telephone |
| **TOTAL INCIDENTS ON 07/31/05:** | | **5** | | | | |
| 23:40 | 10U P 10U | 1504 | 5060 VAUGHN RD | UNKNOWN | YES 200500155174 | |
| **TOTAL INCIDENTS ON 08/01/05:** | | **1** | | | | |
| 18:04 | 27 P 27 | | 5060 VAUGHN RD | UNKNOWN | NO 200500155565 | 911 |
| **TOTAL INCIDENTS ON 08/03/05:** | | **1** | | | | |
| 23:22 | 27 P 27 | 1504 | 5060 VAUGHN RD | URN,,, | NO 200500158015 | 911 |
| **TOTAL INCIDENTS ON 08/06/05:** | | **1** | | | | |
| 0:54 | 8 P 8 | 319 | 5060 VAUGHN RD | WATKINS,,, | YES 200500158081 | 911 |
| 1:43 | 10U P 10U | 319 | 5060 VAUGHN RD | UNKNOWN | YES 200500158106 | Radio |
| 3:17 | 12U P 12U | 319 | 5060 VAUGHN RD | DEIDRA NORRIS,,, | YES 200500158153 | 911 |
| **TOTAL INCIDENTS ON 08/07/05:** | | **3** | | | | |
| 2:40 | 10U P 10U | 319 1504 | 5060 VAUGHN RD | UNKNOWN | YES 200500158725 | Radio |
| **TOTAL INCIDENTS ON 08/08/05:** | | **1** | | | | |
| 0:19 | 7 P 7 | 334 | 5060 VAUGHN RD | MICHEAL MONTGOMERY,,, | YES 200500162347 | 911 |
| 0:20 | 8 P 8 | 088 | 5060 VAUGHN RD | UNKNOWN | YES 200500162350 | Radio |
| 4:50 | 10U P 10U | 296 | 5060 VAUGHN RD | UNKNOWN | YES 200500163971 | Radio |
| **TOTAL INCIDENTS ON 08/13/05:** | | **3** | | | | |

Aronov/Long  
MPD 0031

Aronov/Long
MPD 0032

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE      24
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|----------------------------|----------|--|--------|-----|-----------|--------|
| 4:10 | 12U P 12U | 319 | 5060 VAUGHN RD | | MICHAEL MONTGOMERY,,, | YES | 200500172692 | Telephone |
| TOTAL INCIDENTS ON | 08/27/05: | 1 | | | | | | |
| 0:04 | 12M P 12M | 319 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500173302 | Radio |
| 2:04 | 12F P 12F | 319 | 5060 VAUGHN RD | | PATRICE WRIGHT,,, | YES | 200500173364 | 911 |
| TOTAL INCIDENTS ON | 08/28/05: | 2 | | | | | | |
| 0:02 | 10U P 10U | 320 | 5060 VAUGHN RD | | KERRI SALEE,,, | YES | 200500178139 | Telephone |
| TOTAL INCIDENTS ON | 09/04/05: | 1 | | | | | | |
| 23:39 | 10U P 10U | 319 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500180859 | Radio |
| TOTAL INCIDENTS ON | 09/07/05: | 1 | | | | | | |
| 1:13 | 9 P 9 | 317 | 1580 VAUGHN RD | | NEXTEL PARTNERS,INC.,, | YES | 200500183083 | 911 |
| TOTAL INCIDENTS ON | 09/11/05: | 1 | | | | | | |
| 23:17 | 10U P 10U | 320 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500187121 | Radio |
| 23:41 | 12U P 12U | 319 | 5060 VAUGHN RD | | LIWHAN TURNER,,, | YES | 200500187138 | 911 |
| TOTAL INCIDENTS ON | 09/16/05: | 2 | | | | | | |
| 0:43 | 10U P 10U | 321 | 5060 VAUGHN RD | | T-MOBILE USA,INC.,, | YES | 200500187923 | 911 |
| 0:44 | 12U P 12U | 319 | 5060 VAUGHN RD | | JESSICA,,, | YES | 200500187925 | Telephone |
| 1:37 | 12U P 12U | 319 | 5060 VAUGHN RD | | OFFICER WATKINS,,, | YES | 200500187958 | 911 |
| 2:45 | 10U P 10U | 319 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500187991 | Radio |
| TOTAL INCIDENTS ON | 09/18/05: | 4 | | | | | | |
| 23:16 | 9 P 9 | 319 | 1703 VAUGHN RD | | MCSO,,, | YES | 200500192183 | Oth Agency |
| TOTAL INCIDENTS ON | 09/23/05: | 1 | | | | | | |
| 3:07 | A25 P 10-25 | 320 | 5060 VAUGHN RD | | KIM PORTER,,, | NO | 200500192294 | Telephone |
| TOTAL INCIDENTS ON | 09/24/05: | 1 | | | | | | |
| 1:54 | 25C P 25C | 318 | 5060 VAUGHN RD | | SELSER MS,,, | YES | 200500197103 | 911 |
| TOTAL INCIDENTS ON | 10/01/05: | 1 | | | | | | |
| 0:34 | 10U P 10U | 332 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500197808 | Radio |
| 1:08 | 10U P 10U | 307 | 5060 VAUGHN RD | | VERIZON,,, | YES | 200500197824 | 911 |
| 2:16 | 12M P 12M | 332 | 5060 VAUGHN RD | | UNKNOWN,,, | YES | 200500197885 | Telephone |
| 3:11 | | 319 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500197885 | Radio |
| 4:14 | 10 P 10U | 333 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500197890 | Radio |
| 4:36 | 10U P 10U | 332 | 5060 VAUGHN RD | | UNKNOWN | YES | 200500197900 | Radio |
| TOTAL INCIDENTS ON | 10/02/05: | 6 | | | | | | |

Aronov/Long
MPD 0033

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE      25
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | LOCATION | CALLER | RPT INCIDENT # | SOURCE |
|------|---------------|---------|------|----------|--------|----------------|--------|
| 3:23 | 10U P 10U | 319 | 879 | 5060 VAUGHN RD | SCHLERET,,, | YES 200500199201 | Oth Agency |
| TOTAL INCIDENTS ON | 10/04/05: | | | | | | |
| 8:00 | 10U P 10U | 319 | | 5060 VAUGHN RD | UNKNOWN | YES 200500204185 | |
| 8:00 | 7 P 7 | | 1 | 5060 VAUGHN RD | UNKNOWN | YES 200500204757 | |
| TOTAL INCIDENTS ON | 10/07/05: | | 2 | | | | |
| 4:46 | 10P P 10P | 319 | 1703 | 5060 VAUGHN RD | UNKNOWN | YES 200500202088 | Radio |
| 21:39 | 12M P 12M | 219 | 1534 | 5060 VAUGHN RD | REFUSED,,, | YES 200500202597 | Telephone |
| TOTAL INCIDENTS ON | 10/08/05: | | 2 | | | | |
| 0:17 | 10U P 10U | 326 | 225 | 5060 VAUGHN RD | UNKNOWN | YES 200500202705 | Radio |
| TOTAL INCIDENTS ON | 10/09/05: | | 1 | | | | |
| 22:35 | 12U P 12U | 318 | 1313 | 1292 5060 VAUGHN RD | CHRIS,,, | YES 200500207382 | 911 |
| TOTAL INCIDENTS ON | 10/15/05: | | 1 | | | | |
| 2:00 | 12U P 12U | 319 | 1382 | 5060 VAUGHN RD | WATKINS,,, | YES 200500212467 | 911 |
| TOTAL INCIDENTS ON | 10/23/05: | | 1 | | | | |
| 13:20 | 34 P 34 | | 1495 | 5060 VAUGHN RD | UNKNOWN | YES 200500215920 | |
| TOTAL INCIDENTS ON | 10/27/05: | | 1 | | | | |
| 0:23 | 10U P 10U | 319 | 1382 | 5060 VAUGHN RD | WATKINS,,, | YES 200500216541 | 911 |
| 3:11 | 25C P 25C | 319 | 1382 | 5060 VAUGHN RD | BUTLER,CALIN,, | YES 200500216600 | 911 |
| TOTAL INCIDENTS ON | 10/29/05: | | 2 | | | | |
| 0:06 | 10U P 10U | 307 | 1604 | 5060 VAUGHN RD | UNKNOWN | YES 200500221454 | Radio |
| TOTAL INCIDENTS ON | 11/05/05: | | 1 | | | | |
| 1:05 | 10U P 10U | 320 | 1703 | 5060 VAUGHN RD | UNKNOWN | YES 200500225502 | Radio |
| TOTAL INCIDENTS ON | 11/11/05: | | 1 | | | | |
| 22:59 | A25 P 10-25 | 150 | 1309 | 1775 5060 VAUGHN RD | MS TAYLOR,,, | NO 200500226775 | 911 |
| TOTAL INCIDENTS ON | 11/12/05: | | 1 | | | | |
| 3:21 | 4V P 4V | 318 | 1313 | 5060 VAUGHN RD | JENNIFER MCCLAIN,,, | YES 200500230959 | 911 |
| TOTAL INCIDENTS ON | 11/19/05: | | 1 | | | | |
| 0:23 | 9 P 9 | 319 | 1592 | 5060 VAUGHN RD | SEC OFF WATKINS,,, | YES 200500231534 | 911 |
| TOTAL INCIDENTS ON | 11/20/05: | | 1 | | | | |

Aronov/Long
MPD 0034

Montgomery Police Department
DATE 09/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE 26
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | | LOCATION | | CALLER | RPT | INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| 23:33 | 10U P 10U | 320 | 1180 | | 5060 VAUGHN RD | THOMPSON,,, | YES | 200500235383 | 911 |
| TOTAL INCIDENTS ON 11/25/05: | | | | | | | | | |
| 2:57 | 9 P 9 | 338 | 1703 | | 5060 VAUGHN RD | UNKNOWN | YES | 200500235479 | Radio |
| TOTAL INCIDENTS ON 11/26/05: 1 | | | | | | | | | |
| 0:03 | 25A P 25A | 318 | 1514 | 1658 | 5060 VAUGHN RD | DERRICK WILSON,,, | YES | 200500236017 | 911 |
| 0:41 | 9 P 9 | 309 | 1671 | | 5060 VAUGHN RD | UNKNOWN | YES | 200500236039 | Radio |
| 0:51 | 25C P 25C | 306 | 1439 | | 5060 VAUGHN RD | UNKNOWN | YES | 200500236043 | Radio |
| TOTAL INCIDENTS ON 11/27/05: 3 | | | | | | | | | |
| 1:41 | 29 P 29 | 320 | 1715 | | 5060 VAUGHN RD | UNKNOWN | YES | 200500240735 | Radio |
| TOTAL INCIDENTS ON 12/04/05: 1 | | | | | | | | | |
| 0:27 | 10U P 10U | 319 | 1592 | | 5060 VAUGHN RD | UNKNOWN | YES | 200500241349 | Radio |
| TOTAL INCIDENTS ON 12/05/05: 1 | | | | | | | | | |
| 21:34 | 10U P 10U | 217 | 822 | 1732 | 5060 VAUGHN RD | UNKNOWN | YES | 200500247639 | Radio |
| TOTAL INCIDENTS ON 12/14/05: 1 | | | | | | | | | |
| 12:21 | 11B P 11B | 119 | 291 | | 5060 VAUGHN RD | SILENT SENTRY/OPER 1,,, | NO | 200500248004 | Priv Alarm |
| TOTAL INCIDENTS ON 12/15/05: 1 | | | | | | | | | |
| 3:00 | 12D P 12D | 319 | 1292 | | 5060 VAUGHN RD | OFC WATKINS,,, | YES | 200500252273 | 911 |
| TOTAL INCIDENTS ON 12/22/05: 1 | | | | | | | | | |
| 15:00 | 4V P 4V | | 1 | | 5060 VAUGHN RD | UNKNOWN | YES | 200500257432 | |
| TOTAL INCIDENTS ON 12/29/05: 1 | | | | | | | | | |
| 2:05 | 10M P 10M | 307 | 1593 | 1658 | 5060 VAUGHN RD | NATASHA BARROW,,, | YES | 200500258075 | 911 |
| 23:09 | 10U P 10U | 336 | 1550 | | 5060 VAUGHN RD | UNKNOWN | YES | 200500258765 | Radio |
| TOTAL INCIDENTS ON 12/31/05: 2 | | | | | | | | | |
| 23:53 | 10U P 10U | 308 | 1521 | | 5060 VAUGHN RD | UNKNOWN | YES | 200600003984 | 911 |
| TOTAL INCIDENTS ON 01/06/06: 1 | | | | | | | | | |
| 2:04 | 26C P 26C | 323 | 1580 | | 5060 VAUGHN RD | DONELLE,,, | YES | 200600008629 | 911 |
| TOTAL INCIDENTS ON 01/14/06: 1 | | | | | | | | | |
| 0:26 | 12U P 12U | 319 | 1514 | 1292 | 5060 VAUGHN RD | ELTON,,, | YES | 200600009223 | 911 |
| TOTAL INCIDENTS ON 01/15/06: 1 | | | | | | | | | |

Aronov/Long
MPD 0035

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT                    PAGE    27
DATE 08/05/2008                                 INCIDENT ANALYSIS REPORT - SUMMARY                       PL1321
TIME 17:37:03                                                                                            TS009

                        RESPONDING
TIME    INCIDENT TYPE   UNIT & OFFICERS              LOCATION            CALLER              RPT INCIDENT #         SOURCE
-----   -------------   --------------              --------            ------              -------------         ------
0:54    12F P 12F       321              1580       5060 VAUGHN RD      ASHLEY BENJAMIN,,,  YES 200600013057       Telephone

TOTAL INCIDENTS ON  01/21/06:     1

0:42    10U P 10U       319              1592  1784 5060 VAUGHN RD      JESSICA,,,              200600013728       911
4:39    A25 P 10-25     319              1592  1784 5060 VAUGHN RD      UNKNOWN             NO  200600013812       Radio

TOTAL INCIDENTS ON  01/22/06:     2

2:47    9 P 9           319              1703  1729 5060 VAUGHN RD      UNKNOWN             YES 200600022181       Radio

TOTAL INCIDENTS ON  02/04/06:     1

2:53    4V P 4V         319              1640  1680 5060 VAUGHN RD      JESSICA PRICE,,,    YES 200600022826       911
3:27    7               320              1593       5060 VAUGHN RD      UNKNOWN             YES 200600022832       Radio
3:42    10P P 10P       319              1640  1680 5060 VAUGHN RD      UNKNOWN             YES 200600022834       Radio

TOTAL INCIDENTS ON  02/05/06:     3

0:32    26C P 26C       319              1671       5060 VAUGHN RD      MS MCFEAL,,,        YES 200600031015       911
1:24    7               307              1544       5060 VAUGHN RD      ASHTON,,,           YES 200600031043       911
3:12    A25 P 10-25     307              1544       5060 VAUGHN RD      NATILIE WILLIAMS,,, NO  200600031085       911

TOTAL INCIDENTS ON  02/18/06:     3

3:13    10U P 10U       307              1671       5060 VAUGHN RD      UNKNOWN             YES 200600031737       911

TOTAL INCIDENTS ON  02/19/06:     1

23:18   10U P 10U       320              1616       5060 VAUGHN RD      UNKNOWN             YES 200600035416       Radio

TOTAL INCIDENTS ON  02/24/06:     1

2:11    12U P 12U       319              729   729  5060 VAUGHN RD      MICHAEL MONTGOMERY,,, YES 200600035498     Telephone

TOTAL INCIDENTS ON  02/25/06:     1

3:26    23 P 23         319              1592       5060 VAUGHN RD      TIMOTHY RUDOLPH,,,  YES 200600036115       911

TOTAL INCIDENTS ON  02/26/06:     1

4:26    10U P 10U       146              1042  1593 5060 VAUGHN RD      UNKNOWN             YES 200600040625       Radio
23:17   10U P 10U       336              1550  1593 5060 VAUGHN RD      UNKNOWN             YES 200600041001       Radio
23:52   10U P 10U       336              1550       5060 VAUGHN RD      UNKNOWN             YES 200600041019       Radio

TOTAL INCIDENTS ON  03/04/06:     3

0:48    10U P 10U       308              1611       5060 VAUGHN RD      UNKNOWN             YES 200600045321       Telephone
1:41    21 P 21         321              1043       5060 VAUGHN RD      MARLA MOORE,,,      YES 200600045339       911
2:44    9 P 9           318              1715       5060 VAUGHN RD      MR PERKINS,,,       YES 200600045368       911
4:53    29 P 29         320              1616       5060 VAUGHN RD      UNKNOWN             YES 200600045405       Radio

TOTAL INCIDENTS ON  03/11/06:     4
```

Aronov/Long
MPD 0036

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT                              PAGE     28
DATE 08/05/2008                                      INCIDENT ANALYSIS REPORT - SUMMARY                            PL1321
TIME 17:37:03                                                                                                      TS009

                         RESPONDING
TIME   INCIDENT TYPE   UNIT & OFFICERS         LOCATION          CALLER                     RPT INCIDENT #        SOURCE
-----  -------------   --------------         --------          ------                     -------------        ------
0:10   25C P 25C                              5060  VAUGHN  RD   JUANITA,,,                 YES 200600046083      911
3:27   10U P 10U            318               5060  VAUGHN  RD   UNKNOWN                    YES 200600046190      Radio

TOTAL INCIDENTS ON 03/12/06:    1591    2

23:15  12U P 12U            318         1814  5060  VAUGHN  RD   MONTGOMERY,,,              YES 200600050914      Telephone

TOTAL INCIDENTS ON 03/18/06:    1592    1

0:50   6 P 6              321           1481  5060  VAUGHN  RD   UNKNOWN                    YES 200600050966      911
0:50   6 P 6                                  5060  VAUGHN  RD   UNKNOWN                    YES 200600050967      911
4:50   6 P 6                                  5060  VAUGHN  RD   UNKNOWN                    YES 200600051616      911

TOTAL INCIDENTS ON 03/19/06:    1481    3

0:20   10U P 10U           340           1294  5060  VAUGHN  RD   UNKNOWN                    YES 200600054999      Radio

TOTAL INCIDENTS ON 03/25/06:    1294    1

0:42   A25 P 10-25        319           1715  5060  VAUGHN  RD   MONTGOMERY,,,              NO  200600059724      Telephone
3:59   8 P 8              306           1400  5060  VAUGHN  RD   UNKNOWN                    YES 200600059784      911
22:59  27 P 27                               5060  VAUGHN  RD   MARY COFFEY,,,             NO  200600060330      911
23:50  12U P 12U          320           1487  5060  VAUGHN  RD   RONALD ADKINS,,,          YES 200600060361      911

TOTAL INCIDENTS ON 04/01/06:    4

0:48   A25 P 10-25        150           1085  5060  VAUGHN  RD   VIVIAN RHODES,,,          NO  200600060398      911

TOTAL INCIDENTS ON 04/02/06:    1085    1

23:54  12U P 12U          320           1616  5060  VAUGHN  RD   MONTGOMERY,,,              YES 200600064621      911

TOTAL INCIDENTS ON 04/07/06:    1616    1

1:18   A25 P 10-25        335           1441  1814  5060  VAUGHN  RD   NAKOSHA SMITH,,,     NO  200600064665      Telephone
2:22   9 P 9              319           1043  5060  VAUGHN  RD   BARBARA WATKINS,,,         YES 200600064699      911

TOTAL INCIDENTS ON 04/08/06:    2

2:20   12U P 12U          145           1009  5060  VAUGHN  RD   CARA HOLTKAMP,,,          YES 200600065389      911

TOTAL INCIDENTS ON 04/09/06:    1009    1

16:29  10L P 10L          219           1659  5060  VAUGHN  RD   REVCO DRUGS #4217,,,      YES 200600067066      911

TOTAL INCIDENTS ON 04/11/06:    1659    1

3:59   26C P 26C          318           1716  5060  VAUGHN  RD   BENJAMIN,,,               YES 200600069639      911
6:26   31O P 31O          169            272  5060  VAUGHN  RD   UNKNOWN                    YES 200600069680      Radio

TOTAL INCIDENTS ON 04/15/06:    2

23:33  10U P 10U          308           1514  5060  VAUGHN  RD   UNKNOWN                    YES 200600074816      Radio
```

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT                           PAGE      20
DATE 08/05/2008                                      INCIDENT ANALYSIS REPORT - SUMMARY                         PL1321
TIME 17:37:03                                                                                                   TS009

TIME    INCIDENT TYPE    RESPONDING        LOCATION              CALLER              RPT INCIDENT #       SOURCE
                         UNIT & OFFICERS

        TOTAL INCIDENTS ON 03/19/05:   1

1:42    11B P 11B            320          5060 VAUGHN RD       110/SILENT,,,         NO 200500059653      Telephone

        TOTAL INCIDENTS ON 03/28/05:   1

4:04    7 P 7               320          5060 VAUGHN RD       UNKNOWN               YES 200500064419     Radio
4:09    9 P 9               320          5060 VAUGHN RD       UNKNOWN               YES 200500064421     Radio

        TOTAL INCIDENTS ON 04/03/05:   2

23:19   10U P 10U            319    1596 5060 VAUGHN RD       UNKNOWN               YES 200500069292     Radio

        TOTAL INCIDENTS ON 04/09/05:   1

0:37    27 P 27              320          5060 VAUGHN RD       KERRY,,,              NO 200500069349      911
1:33    25C P 25C            320          5060 VAUGHN RD       MICHELLE WILSON,,,    YES 200500069380     Telephone

        TOTAL INCIDENTS ON 04/10/05:   2

0:35    12U P 12U            325          5060 VAUGHN RD       MONTGOMERY,,,         YES 200500073906     Radio
1:00    10U P 10U            319          5060 VAUGHN RD       UNKNOWN               YES 200500073920     Radio
2:17    10U P 10U            319          5060 VAUGHN RD       UNKNOWN               YES 200500073958     Radio

        TOTAL INCIDENTS ON 04/16/05:   3

1:39    12M P 12M            334          5060 VAUGHN RD       UNKNOWN               YES 200500074740     Radio

        TOTAL INCIDENTS ON 04/17/05:   1

22:52   10U P 10U            334          5060 VAUGHN RD       UNKNOWN               YES 200500079134     Radio

        TOTAL INCIDENTS ON 04/22/05:   1

4:16    10U P 10U            308          5060 VAUGHN RD       UNKNOWN               YES 200500079289     Radio

        TOTAL INCIDENTS ON 04/23/05:   1

18:33   10U P 10U            220          5060 VAUGHN RD       UNKNOWN               YES 200500080348     Telephone

        TOTAL INCIDENTS ON 04/24/05:   1

2:04    4V P 4V              319          5060 VAUGHN RD       BRIAN THOMPSON,,,     YES 200500084364     911

        TOTAL INCIDENTS ON 04/30/05:   1

0:56    12U P 12U            318          5060 VAUGHN RD       UNKNOWN               YES 200500084995     Telephone
4:17    ABD P 10-25          319          5060 VAUGHN RD       SPRINGFIELD KEN,,,    NO 200500085065      911
23:25   12U P 12U            308          5060 VAUGHN RD       JUSTIN,,,             YES 200500085545     Telephone

        TOTAL INCIDENTS ON 05/01/05:   3
```

Aronov/Long
MPD 0037

Aronov/Long
MPD 0038

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT              PAGE    21
DATE 08/05/2008                                 INCIDENT ANALYSIS REPORT - SUMMARY                 PL1321
TIME 17:37:03                                                                                      TS009
                        RESPONDING
TIME    INCIDENT TYPE   UNIT & OFFICERS     LOCATION          CALLER              RFT INCIDENT #      SOURCE
------  -------------   ---------------   ----------------  -----------------     --------------      ---------
22:36   12M P 12M            317          1698 VAUGHN RD    UNKNOWN               YES 200500089063    Telephone

TOTAL INCIDENTS ON 05/06/05:     1550

2:12    12U P 12U            322          5060 VAUGHN RD    UNKNOWN                   200500089189    911
23:28   12U P 12U            319          5060 VAUGHN RD    BOB,,,                YES 200500089869    911

TOTAL INCIDENTS ON 05/07/05:     1265
                                 1347

0:17    12U P 12U            319          5060 VAUGHN RD    URQUHART,,,           YES 200500089901    911

TOTAL INCIDENTS ON 05/08/05:     1347

0:04    12U P 12U            318          5060 VAUGHN RD    UNKNOWN               YES 200500094289    Telephone
2:56    A25 P 10-25          320          5060 VAUGHN RD    UNKNOWN               NO  200500094378    Telephone

TOTAL INCIDENTS ON 05/14/05:     1589
                                 1532

0:22    8 P 8                319          5060 VAUGHN RD    GASKU,,,              YES 200500093351    911
2:08    12U P 12U            319          5060 VAUGHN RD    MICHEAL MONT,,,       YES 200500093387    911
8:32    25C P 25C            181          5060 VAUGHN RD    MADDEN,JOHNNY,,       YES 200500094471    Telephone

TOTAL INCIDENTS ON 05/21/05:     1591
                                 1591
                                 424

4:10    10M P 10M            318          5060 VAUGHN RD    CAROL,,,              YES 200500104522    911

TOTAL INCIDENTS ON 05/28/05:     1698

3:13    27 P 27              319          5060 VAUGHN RD    UNKNOWN               NO  200500105217    911

TOTAL INCIDENTS ON 05/29/05:     1347

1:22    10U P 10U            337          5060 VAUGHN RD    UNKNOWN               YES 200500108692    Radio

TOTAL INCIDENTS ON 06/03/05:     1698

2:10    12U P 12U            320          5060 VAUGHN RD    OFFICER MONTGOMERY,,, YES 200500109606    Telephone
22:31   27 P 27                           5060 VAUGHN RD    REFUSED,,,            NO  200500110235    Telephone

TOTAL INCIDENTS ON 06/04/05:     983

0:46    A55 P 10-55          319          5060 VAUGHN RD    UNKNOWN               YES 200500110330    911

TOTAL INCIDENTS ON 06/05/05:     1592

23:22   10U P 10U            320          5060 VAUGHN RD    UNKNOWN               YES 200500114111    Radio

TOTAL INCIDENTS ON 06/09/05:     1716

0:14    7 P 7                317          5060 VAUGHN RD    JAY DAVENPORT,,,      YES 200500114969    911
23:32   A25 P 10-25          322          5060 VAUGHN RD    UNKNOWN               NO  200500115651    Radio

TOTAL INCIDENTS ON 06/11/05:     1529
                                 1265

                                 1591
```

Aronov/Long
MPD 0039

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE      29
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT INCIDENT # | SOURCE |
|------|---------------|----------------------------|----------|--------|----------------|--------|
| | TOTAL INCIDENTS ON | 04/21/06: | | | | |
| 0:43 | 10U P 10U | 318 | | | 1 | |
| | | 1716 | 5060 VAUGHN RD | JENNIFER LANDRUM,,, | YES 200600075591 | 911 |
| | TOTAL INCIDENTS ON | 04/23/06: | | | | |
| 0:50 | 12U P 12U | 320 | | | 1 | |
| | | 1497 | 5060 VAUGHN RD | EBONY LANDRA,,, | YES 200600090604 | 911 |
| | TOTAL INCIDENTS ON | 05/14/06: | | | | |
| 19:46 | 11B P 11B | 221 | | | 1 | |
| | | 1580 | 5060 VAUGHN RD | ERIC SILENT CENT.,, | NO 200600095426 | Priv Alarm |
| | TOTAL INCIDENTS ON | 05/20/06: | | | | |
| 0:39 | 10U P 10U | 319 | | | 1 | |
| | | 729 | 5060 VAUGHN RD | UNKNOWN | YES 200600095658 | Radio |
| | TOTAL INCIDENTS ON | 05/21/06: | | | | |
| 22:02 | 26C P 26C | 319 | | | 1 | |
| | | 1424 | 5060 VAUGHN RD | FULLER,,, | YES 200600097771 | 911 |
| | TOTAL INCIDENTS ON | 05/23/06: | | | | |
| 2:26 | 10U P 10U | 146 | | | 1 | |
| | | 1042 | 5060 VAUGHN RD | UNKNOWN | YES 200600100298 | Radio |
| | TOTAL INCIDENTS ON | 05/27/06: | | | | |
| 2:17 | 26C P 26C | 319 | | | 1 | |
| | | 1775 | 5060 VAUGHN RD | UNKNOWN | YES 200600116194 | 911 |
| | TOTAL INCIDENTS ON | 06/18/06: | | | | |
| 3:48 | 25C P 25C | | | | 1 | |
| | | | 5060 VAUGHN RD | RAY MONEY,,, | YES 200600121380 | 911 |
| | TOTAL INCIDENTS ON | 06/25/06: | | | | |
| 3:15 | 12U P 12U | 319 | | | 1 | |
| | | 1611 | 5060 VAUGHN RD | DERRICK,,, | YES 200600126444 | 911 |
| | TOTAL INCIDENTS ON | 07/02/06: | | | | |
| 1:05 | 10U P 10U | 319 | | | 1 | |
| | | 088 | 5060 VAUGHN RD | UNKNOWN | YES 200600127839 | Radio |
| | TOTAL INCIDENTS ON | 07/04/06: | | | | |
| 17:05 | 4V P 4V | 1673 | | | 1 | |
| | | | 5060 VAUGHN RD | UNKNOWN | YES 200600134150 | |
| | TOTAL INCIDENTS ON | 07/11/06: | | | | |
| 7:22 | 10L P 10L | 119 | | | 1 | |
| | | 1541 | 5060 VAUGHN RD | REVCO DRUGS #4217,,, | YES 200600141362 | 911 |
| | TOTAL INCIDENTS ON | 07/22/06: | | | | |
| 3:53 | 8 P 8 | 320 | | | 1 | |
| | | 1680 | 5060 VAUGHN RD | PATRIOT SECURITY,,, | YES 200600142005 | Priv Alarm |
| | TOTAL INCIDENTS ON | 07/23/06: | | | | |

Aronov/Long
MPD 0040

Montgomery Police Department
DATE 08/05/2008
TIME 17:37:03

MONTGOMERY, ALABAMA POLICE DEPARTMENT
INCIDENT ANALYSIS REPORT - SUMMARY

PAGE      30
PL1321
TS009

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|------|---------------|---------------------------|----------|--------|-----|-----------|--------|
| 2:37 | 23 P 23 | 319 1611 | 5060 VAUGHN RD | UNKNOWN | YES | 200600146829 | Radio |
| 2:49 | 10U P 10U | 338 1043 | 5060 VAUGHN RD | UNKNOWN | YES | 200600146832 | Radio |
| 2:55 | 29 P 29 | 319 1611 | 5060 VAUGHN RD | UNKNOWN | YES | 200600146836 | Radio |
| TOTAL INCIDENTS ON 07/30/06: | | 3 | | | | | |
| 3:08 | 10U P 10U | 308 1514 | 5060 VAUGHN RD | REALIOUS JONES,JR,, | YES | 200600156820 | 911 |
| TOTAL INCIDENTS ON 08/13/06: | | 1 | | | | | |
| 3:52 | A25 P 10-25 | 319 1611 | 5060 VAUGHN RD | KENNETH FRYE,,, | NO | 200600165932 | 911 |
| TOTAL INCIDENTS ON 08/26/06: | | 1 | | | | | |
| 1:05 | 26C P 26C | 318 1680 | 5060 VAUGHN RD | UNKNOWN | YES | 200600170678 | 911 |
| TOTAL INCIDENTS ON 09/02/06: | | 1 | | | | | |
| 23:29 | 27 P 27 | 318 1 | 5060 VAUGHN RD | JASON,DAVENPORT,, | NO | 200600175287 | Telephone |
| TOTAL INCIDENTS ON 09/08/06: | | 1 | | | | | |
| 0:08 | 25C P 25C | 308 1514 | 5060 VAUGHN RD | OFC BULLOCK,,, | YES | 200600175315 | Telephone |
| TOTAL INCIDENTS ON 09/09/06: | | 1 | | | | | |
| 0:57 | 12M P 12M | 319 1611 | 5060 VAUGHN RD | UNKNOWN | YES | 200600180243 | Radio |
| 0:59 | 25C P 25C | 308 1514 | 5060 VAUGHN RD | CHADWICK,,, | YES | 200600180245 | Telephone |
| TOTAL INCIDENTS ON 09/16/06: | | 2 | | | | | |
| 1:52 | 22 P 22 | 319 1611 | 5060 VAUGHN RD | PETREY SEC OPER CHAD,,, | YES | 200600181037 | Telephone |
| 3:39 | 12U P 12U | 323 1703 | 5060 VAUGHN RD | PBCHREAT SERCURITY,,, | YES | 200600181081 | Telephone |
| TOTAL INCIDENTS ON 09/17/06: | | 2 | | | | | |
| 0:37 | 25C P 25C | 318 1646 | 5060 VAUGHN RD | MS. MCCALL,,, | YES | 200600186138 | 911 |
| 1:06 | 4V P 4V | 318 1646 | 5060 VAUGHN RD | PATRIOT SEC/CAHDWICK,,, | YES | 200600186154 | Oth Agency |
| TOTAL INCIDENTS ON 09/24/06: | | 2 | | | | | |
| 1:13 | 8 P 8 | 320 1059 | 5060 VAUGHN RD | TONY,,, | YES | 200600190643 | 911 |
| 2:14 | 25C P 25C | 319 1611 | 5060 VAUGHN RD | VECTOR SEC/JOE,,, | YES | 200600190674 | Telephone |
| 23:58 | 8 P 8 | 308 1514 | 5060 VAUGHN RD | SCOTT,,, | YES | 200600191364 | 911 |
| TOTAL INCIDENTS ON 09/30/06: | | 3 | | | | | |
| 1:04 | 12U P 12U | 308 1514 | 5060 VAUGHN RD | UNKNOWN | YES | 200600191398 | 911 |
| TOTAL INCIDENTS ON 10/01/06: | | 1 | | | | | |
| 2:53 | 12U P 12U | 320 1059 | 5060 VAUGHN RD | PETREY SEC/CHADWICK,,, | YES | 200600196495 | Telephone |
| TOTAL INCIDENTS ON 10/08/06: | | 1 | | | | | |

Aronov/Long
MPD 0041

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT                      PAGE      31
DATE 08/05/2008                                 INCIDENT ANALYSIS REPORT - SUMMARY                         PU1121
TIME 17:37:03                                                                                             TS0009
```

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|---|
| 3:07 | 12U P 12U | 319 | 1611 | 5060 VAUGHN RD | CHADWICK,,, | YES | 200600202071 | Telephone |
| TOTAL INCIDENTS ON 10/15/06: | | 1 | | | | | | |
| 16:47 | 25A P 25A | 283 | 959 | 5060 VAUGHN RD | JAMES HOWELL,, | YES | 200600205579 | 911 |
| TOTAL INCIDENTS ON 10/19/06: | | 1 | | | | | | |
| 2:39 | 4V P 4V | 320 | 1059 | 5060 VAUGHN RD | JOSEPH MORRIS,,, | YES | 200600207486 | Telephone |
| TOTAL INCIDENTS ON 10/22/06: | | 1 | | | | | | |
| 0:28 | 25C P 25C | 319 | 1611 | 5060 VAUGHN RD | JOSEPH MORRIS,,, | YES | 200600212693 | Telephone |
| TOTAL INCIDENTS ON 10/29/06: | | 1 | | | | | | |
| 3:58 | 10M P 10M | 319 | 1680 | 5060 VAUGHN RD | JOSEPH MARSHALL/PATR,,, | YES | 200600217588 | Telephone |
| TOTAL INCIDENTS ON 11/04/06: | | 1 | | | | | | |
| 0:39 | 25C P 25C | 319 | 1611 | 1870 5060 VAUGHN RD | JOSEPH MORRIS,,, | YES | 200600218235 | Oth Agency |
| TOTAL INCIDENTS ON 11/05/06: | | 1 | | | | | | |
| 3:18 | 10U P 10U | 319 | 1611 | 5060 VAUGHN RD | MS WETUMPKA,,, | YES | 200600223045 | Oth Agency |
| TOTAL INCIDENTS ON 11/11/06: | | 1 | | | | | | |
| 2:28 | 9 P 9 | 320 | 1813 | 5060 VAUGHN RD | UNKNOWN | YES | 200600223723 | 911 |
| 3:15 | 26C P 26C | 320 | 1813 | 5060 VAUGHN RD | UNKNOWN | YES | 200600223738 | Radio |
| TOTAL INCIDENTS ON 11/12/06: | | 2 | | | | | | |
| 2:34 | 12U P 12U | 319 | 1611 | 5060 VAUGHN RD | CHADWICK/PATRIOT SEC,,, | YES | 200600228577 | Telephone |
| TOTAL INCIDENTS ON 11/18/06: | | 1 | | | | | | |
| 0:40 | 10U P 10U | 320 | 1487 | 1818 5060 VAUGHN RD | UNKNOWN | YES | 200600232442 | Radio |
| TOTAL INCIDENTS ON 11/23/06: | | 1 | | | | | | |
| 0:56 | 12U P 12U | 318 | 729 | 1849 5060 VAUGHN RD | MICHELLE STEINER,,, | YES | 200600232993 | 911 |
| 3:06 | 10U P 10U | 334 | 1246 | 5060 VAUGHN RD | UNKNOWN | YES | 200600233026 | Radio |
| TOTAL INCIDENTS ON 11/24/06: | | 2 | | | | | | |
| 0:31 | 10U P 10U | 319 | 1611 | 5060 VAUGHN RD | UNKNOWN | YES | 200600240241 | Radio |
| 2:11 | 26C P 26C | 319 | 1611 | 5060 VAUGHN RD | PATRIOT/CHADWICK,,, | YES | 200600240292 | Telephone |
| TOTAL INCIDENTS ON 12/03/06: | | 2 | | | | | | |
| 21:50 | 10U P 10U | 274 | 1622 | 5060 VAUGH RD | UNKNOWN | YES | 200600241694 | Radio |
| TOTAL INCIDENTS ON 12/04/06: | | 1 | | | | | | |

Aronov/Long
MPD 0042

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT                                    PAGE      32
DATE 08/05/2008                                    INCIDENT ANALYSIS REPORT - SUMMARY                                   PL1321
TIME 17:37:03                                                                                                          TS009

                        RESPONDING
TIME   INCIDENT TYPE    UNIT & OFFICERS        LOCATION            CALLER                        RPT INCIDENT #        SOURCE
-----  -------------    --------------         --------            ------                        --- ----------        ------
12:31   27 P 27              240            5060 VAUGHN RD        UNKNOWN                       NO 200600246145         Radio

TOTAL INCIDENTS ON    12/10/06:      1827

2:05    10U P 10U            319            5060 VAUGHN RD        UNKNOWN                       YES 200600257885        Radio

TOTAL INCIDENTS ON    12/24/06:      1703

3:23    A25 P 10-25          319            5060 VAUGHN RD        SABRINA QUINN,,,              NO 200600262284         911

TOTAL INCIDENTS ON    12/30/06:      1703

4:38    7 P 7                328            5060 VAUGHN RD        CPL GREEN /ID1199,,,          YES 200700000249        Telephone

TOTAL INCIDENTS ON    01/01/07:      114

1:00    10U P 10U            320            5060 VAUGHN RD        ONSTARR/ASH,,,                YES 200700010220        Telephone

TOTAL INCIDENTS ON    01/14/07:      1813

0:52    10U P 10U            SC10           5060 VAUGHN RD        UNKNOWN                       YES 200700015302        Radio

TOTAL INCIDENTS ON    01/21/07:      1395

13:33   10U P 10U            1489           5060 VAUGHN RD        UNKNOWN                       YES 200700019392

TOTAL INCIDENTS ON    01/22/07:      1

3:43    4V P 4V              319            5060 VAUGHN RD        ALONZO WILEY,,,               YES 200700019875        911
4:07    4V P 4V              319            5060 VAUGHN RD        UNKNOWN                       YES 200700019886        Radio
4:34    10U P 10U            319            5060 VAUGHN RD        UNKNOWN                       YES 200700019897        Radio

TOTAL INCIDENTS ON    01/27/07:      3

1:27    28 P 28              320            5060 VAUGHN RD        PATRIOT  SEC/RENEE C,,,       NO 200700020591         Oth Agency
2:31    10U P 10U            320            5060 VAUGHN RD        UNKNOWN                       YES 200700020623        Radio

TOTAL INCIDENTS ON    01/28/07:      2

0:51    10U P 10U            319            5060 VAUGHN RD        UNKROWN                       YES 200700025088        Radio
1:59    8 P 8                319            5060 VAUGHN RD        PAGERS  SECURITY,,,           YES 200700025120        Telephone

TOTAL INCIDENTS ON    02/03/07:      2

0:29    12D P 12D            319            5060 VAUGHN RD        CHADWICK,,,                   YES 200700025804        Telephone
0:50    10M P 10M            319            5060 VAUGHN RD        UNKNOWN                       YES 200700025817        Radio

TOTAL INCIDENTS ON    02/04/07:      2

23:27   8 P 8                1838           5060 VAUGHN RD        PATRIOT SECURITY,,,           YES 200700031023        Telephone

TOTAL INCIDENTS ON    02/10/07:      1
```

Aronov/Long
MPD 0043

```
Montgomery Police Department                    MONTGOMERY, ALABAMA POLICE DEPARTMENT          PAGE    33
DATE 08/05/2008                                 INCIDENT ANALYSIS REPORT - SUMMARY            PL1321
TIME 17:37:03                                                                                 TS009
```

| TIME | INCIDENT TYPE | RESPONDING UNIT & OFFICERS | LOCATION | CALLER | RPT | INCIDENT # | SOURCE |
|---|---|---|---|---|---|---|---|
| 2:09 | 12U P 12U | 320  729 | 5060 VAUGHN RD | CELEBRATIONS.,, | YES | 200700031115 | 911 |
| TOTAL INCIDENTS ON 02/11/07: | | 1 | | | | | |
| 22:52 | 10U P 10U | 308  1744 | 5060 VAUGHN RD | JAY DAVENPORT.,, | YES | 200700036291 | Telephone |
| TOTAL INCIDENTS ON 02/17/07: | | 1 | | | | | |
| 0:26 | 10U P 10U | 323  1604 | 5060 VAUGHN RD | JOSHPE.,, | YES | 200700036344 | Telephone |
| TOTAL INCIDENTS ON 02/18/07: | | 1 | | | | | |
| 5:00 | 10U P 10U | | 5060 VAUGHN RD | UNKNOWN | YES | 200700043790 | |
| TOTAL INCIDENTS ON 02/24/07: | | 1 | | | | | |
| 2:38 | 6 P 6 | 319  1703 | 5060 VAUGHN RD | UNKNOWN | YES | 200700041777 | Radio |
| 2:39 | 6 P 6 | | 5060 VAUGHN RD | UNKNOWN | YES | 200700041778 | Oth Agency |
| TOTAL INCIDENTS ON 02/25/07: | | 2 | | | | | |
| 3:12 | 8 P 8 | 318  1761 | 5060 VAUGHN RD | UNKNOWN | YES | 200700052176 | Telephone |
| 3:21 | 10U P 10U | | 5060 VAUGHN RD | UNKNOWN | YES | 200700052178 | 911 |
| TOTAL INCIDENTS ON 03/10/07: | | 2 | | | | | |
| 17:21 | 10L P 10L | 219  1596 | 1562 5060 VAUGHN RD | REVCO DRUGS #4217.,, | YES | 200700059996 | 911 |
| TOTAL INCIDENTS ON 03/19/07: | | 1 | | | | | |
| 0:06 | 26C P 26C | 319  1703 | 5060 VAUGHN RD | JULIUS.,, | YES | 200700063659 | 911 |
| 1:17 | 12M P 12M | 319  1703 | 5060 VAUGHN RD | MIXON,WOODROW.F. | YES | 200700063701 | 911 |
| 23:19 | 10U P 10U | 326  343 | 5060 VAUGHN RD | UNKNOWN | YES | 200700064453 | Radio |
| 23:54 | 10U P 10U | 306  1680 | 5060 VAUGHN RD | UNKNOWN | YES | 200700064478 | Radio |
| TOTAL INCIDENTS ON 03/24/07: | | 4 | | | | | |
| 0:34 | 7 P 7 | 320  729 | 5060 VAUGHN RD | UNKNOWN | YES | 200700070673 | Telephone |
| 0:37 | 7 P 7 | 308  1744 | 5060 VAUGHN RD | APRIL JAMES.,, | YES | 200700070676 | 911 |
| TOTAL INCIDENTS ON 04/01/07: | | 2 | | | | | |
| 8:50 | 10U P 10U | 119  1522 | 5060 VAUGHN RD | UNKNOWN | YES | 200700075733 | 911 |
| TOTAL INCIDENTS ON 04/07/07: | | 1 | | | | | |
| 0:28 | 7 P 7 | 320  1838 | 5060 VAUGHN RD | UNKNOWN | YES | 200700109960 | 911 |
| TOTAL INCIDENTS ON 05/20/07: | | 1 | | | | | |
| 6:10 | 10U P 10U | 305  1604 | 5060 VAUGHN RD | UNKNOWN | YES | 200700132326 | Radio |
| TOTAL INCIDENTS ON 06/16/07: | | 1 | | | | | |

# Exhibit D

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **TERRENCE LONG & BARRY BARR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **V.** | ) | **Civil Action No.:** |
| | ) | **2:07-CV-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** | ) | |
| **INC., ARONOV REALTY BROKERAGE,** | ) | |
| **IMC., AMY CLARK KNUDSEN, &** | ) | |
| **MEIYING FORNEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DECLARATION OF AMY CLARK KNUDSEN

1.    My name is Amy Clark Knudsen.  I am over the age of nineteen years and am competent to testify to the matters contained in this affidavit, which are true and correct and based on my personal knowledge.

2.    I am a real estate agent working with Aronov Realty Brokerage, Inc.

3.    I have helped place tenants in the LeCroy Shopping Village.

4.    Currently, there are nineteen tenants in the LeCroy property, ten of which are African-American and two of which cater to the Hispanic community.

5.    Of the ten current African-American tenants, four were tenants before May 2007, when Barry Barr first expressed an interest in the property.  In May 2007, eight of the tenants at LeCroy were African American, and I had assisted in placing six of those tenants at LeCroy.

6.    Ms. Forney purchased LeCroy in 2004.  Since Forney purchased the property, I have assisted with placing fourteen African-American tenants in LeCroy.  Five of these tenants are no longer at LeCroy, and nine are still leasing at LeCroy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 25th day of August, 2008.

AMY CLARK KNUDSEN