**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TERRENCE LONG and** | ) | |
| **BARRY BARR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:07-cv-00881-WKW-WC** |
| **ARONOV REALTY MANAGEMENT,** | ) | |
| **INC., AMY CLARK KNUDSEN, and** | ) | |
| **MEIYING FORNEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO RESCHEDULE PRETRIAL HEARING**

**COME NOW** the plaintiffs in the above-styled matter and move the Court to reschedule the Pretrial Hearing currently set for September 15, 2008. As grounds for said motion, Plaintiffs state the following:

1.  Counsel for Defendants have been contacted and do not oppose this motion.

2.  Lead counsel for Plaintiffs, Mike Quinn, has a pre-existing conflict the week of September 15, 2008, which will prevent him from attending the Pretrial Hearing as currently scheduled on September 15, 2008. As a result, Plaintiffs are asking the Court to reschedule the hearing date until the week of September 22, 2008.

3.  Plaintiffs' counsel are available the entire week of September 22nd. Counsel for Defendants are available on September 24th, 25th, and the morning of September 26th.

WHEREFORE, Plaintiffs respectfully request that the Pretrial Hearing in this matter be rescheduled from September 15, 2008, to the week of September 22nd.

Respectfully submitted,

/s/ *C. Michael Quinn*
C. Michael Quinn
Kevin W. Jent
Attorneys for Plaintiffs


OF COUNSEL:

**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500


## CERTIFICATE OF SERVICE

I do hereby certify that I have filed the above and foregoing today, September 5, 2008, by CM/ECF, with copies being served on:

Charles A. Stewart, III
Quindal C. Evans
Bradley, Arant, Rose & White, LLP
401 Adams Ave, Suite 780
Montgomery, Alabama 36104

N. Gunter Guy, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148


/s/ *C. Michael Quinn*
OF COUNSEL